# In the United States Court of Federal Claims

No. 00-169 L

(Filed: November 12, 2004)

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

The court AMENDS paragraph 3 of its Order of October 22, 2004 to RESCHEDULE the telephonic status conference scheduled to be held at 4:00 p.m. EST on Thursday, November 18, 2004 to Friday, November 26, 2004 at 10:00 a.m. EST. The parties will initiate the call through the Sprint operator.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge