# In the United States Court of Federal Claims

No. 00-169 L

(Filed: November 19, 2004)

| | |
|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

ORDER

The court AMENDS its Order of November 12, 2004 to RESCHEDULE the telephonic status conference scheduled to be held Friday, November 26, 2004 at 10:00 a.m. EST to Monday, December 6, 2004 at 2:00 p.m. EST. A Sprint operator will initiate the call.

The court also AMENDS its Order of October 22, 2004 requiring the parties to submit a joint status report on document production on or before Friday, November 12, 2004 to require the parties to submit the report on or before the close of business Wednesday, December 1, 2004.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge