# In the United States Court of Federal Claims

No. 00-169 L

(Filed: December 1, 2004)

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

Pursuant to an informal telephonic status conference held December 1, 2004, the court VACATES its Order of November 19, 2004 rescheduling a telephonic status conference for Monday, December 6, 2004 at 2:00 p.m. EST and requiring the parties to submit a joint status report on document production on or before Wednesday, December 1, 2004.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge