# In the United States Court of Federal Claims

No. 00-169

(E-Filed: December 2, 2004)

THE OSAGE NATION and/or TRIBE OF INDIANS OF OKLAHOMA,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it the Notice of Designation, filed November 8, 2004, designating this case "as an electronic case in the court's case management/electronic case filing (CM/ECF) system," and requiring attorneys of record to have a CM/ECF account "[i]n order to file documents and receive service" in the case. Notice of Designation at 1. "The Clerk's office will effect service of electronically filed documents in paper form for thirty (30) days from the date [of designation] if counsel has not obtained an account yet." Id. at 1-2. Also before the court is an electronic Notice of Docketing of the court's Order of December 1, 2004 (Notice of Docketing) indicating that plaintiffs' counsel do not yet have an ECF account and therefore are receiving no electronic notification of filings. Notice of Docketing at 1-2.

The court reminds plaintiffs' counsel that he or she shall obtain a CM/ECF account on or before December 8, 2004. The court refers counsel to the Notice of Designation for more information about CM/ECF guidelines and certification for attorneys of record. The court also urges counsel to contact the CM/ECF User Assistance line at 866-784-6273 (toll free) or 202-219-9942, 9 a.m. to 5 p.m. ET business days for assistance. If the foregoing is not timely complied with, the court may employ any available sanction.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge