# In the United States Court of Federal Claims

No. 00-169 L

(E-Filed: December 3, 2004)

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

Pursuant to an informal telephonic status conference held December 2, 2004, the parties shall file the joint status report on document production referenced in the court's order of October 22, 2004 by 5:00 p.m. EST on Tuesday, December 14, 2004. The report shall be current through the end of November and shall reflect developments as close to December 14, 2004 as practicable and shall be used, as necessary, to form the basis for any future motions for additional relief by either party.

The court will hold a telephonic status conference at 11:00 a.m. EST on Thursday, December 16, 2004 to review the status report and discuss further proceedings. Neither party shall make any motions to compel until the court has had the opportunity to hear and address the issues to be discussed in such conference.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge