# In the United States Court of Federal Claims

No. 00-169L
(E-Filed: December 6, 2004)

| | |
|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

ORDER

The court has received a telephonic inquiry from a staff member to counsel for defendant in this matter seeking assistance in identifying an unpublished opinion by the court addressing an exception to the attorney-client privilege relating to fiduciaries. The inquiry noted that defendant understood the court to have mentioned such an opinion during a telephonic status conference held on October 4, 2004.

In response to that inquiry, the court states its belief that the referenced opinion is likely the unpublished order dated and filed on May 16, 2002 and appearing as No. 86 on the court's docket for Shoshone Indian Tribe of the Wind River Reservation, Wyoming, et al. v. United States, Case No. 79-04581.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge