# In the United States Court of Federal Claims

No. 00-169 L

(E-Filed: December 14, 2004)

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

Pursuant to an informal telephonic status conference held December 14, 2004, the court hereby AMENDS its Order of December 3, 2004 to RESCHEDULE the telephonic status conference scheduled for Thursday, December 16, 2004 at 11:00 a.m. EST to Tuesday, December 28, 2004 at 10:00 a.m. EST. A Sprint operator will initiate the call.

The court further AMENDS its Order of December 3, 2004 to require that the parties file the joint status report on document production referenced in the court's order of October 22, 2004 by 5:00 p.m. EST on Wednesday, December 22, 2004. The report shall be current through the end of November and shall reflect developments as close to December 22, 2004 as practicable.

The court's Order of December 3, 2004 shall otherwise remain in full force and effect. The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge