IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Filed Electronically:<br>December 28, 2004<br><br>No. 00-169L<br>Judge Emily C. Hewitt |

**NOTICE OF APPEARANCE**

Comes now Brett D. Burton and enters his appearance, in substitution for R. Anthony Rogers, as attorney of record for Defendant United States of America in Docket No. 00-169 L.

Dated this 28h day of December, 2004.

Respectfully submitted,

s/ Brett D. Burton

BRETT D. BURTON
Attorney of Record for Defendant
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D. C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021