# In the United States Court of Federal Claims

No. 00-169 L

(E-Filed: January 3, 2005)

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

Pursuant to a telephonic status conference held December 28, 2004, the court will hold a telephonic status conference at 10:00 a.m. EST on Monday, January 24, 2005 to discuss further proceedings. A Sprint operator will initiate the call.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT

Judge