# In the United States Court of Federal Claims

No. 00-169 L

(E-Filed: January 24, 2005)

| | |
|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

Pursuant to a telephonic status conference held January 24, 2005, the court will hold a telephonic status conference at 2:00 p.m. EST on Wednesday, February 23, 2005 to discuss further proceedings. A Sprint operator will initiate the call.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge