# In the United States Court of Federal Claims

No. 00-169 L

(E-Filed: February 17, 2005)

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

Pursuant to an informal telephonic status conference held February 17, 2005, the court AMENDS its Order of January 24, 2005 to RESCHEDULE the telephonic status conference set for February 23, 2005 to Tuesday, March 15, 2005 at 2:00 p.m. EST. A Sprint operator will initiate the call.

The parties shall file a joint proposal of amendments to the discovery schedule set out in the court's Order of July 22, 2004, or separate proposals if they cannot agree, on or before Monday, March 14, 2005. The proposal(s) shall include any amendments to the description in the July 22, 2004 Order of the first tranche of the case that the parties deem necessary. On or before 4:00 p.m. EST on Monday, March 14, 2005, the parties shall submit a courtesy copy of the proposal(s) to the court by facsimile at (202) 357-6570.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge