# In the United States Court of Federal Claims

No. 00-169 L
(E-Filed: March 16, 2005)

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

Pursuant to a telephonic status conference held March 15, 2005, the court shall hold a telephonic status conference on Tuesday, March 22, 2005 at 2:00 p.m. EST. A Sprint operator will initiate the call.

The parties shall file a joint proposal of amendments to the description of the first tranche of the case and the discovery schedule set out in the court's Order of July 22, 2004, or separate proposals if they cannot agree, on or before Monday, March 21, 2005. The proposal(s) shall redefine the first tranche of the case to provide a set of issues on liability and damages to resolve a definable segment of the case. The proposal(s) shall also propose revisions to the discovery and pretrial schedule that would allow for the statement by plaintiff of the legal bases on which it relies in the spring of 2005, the conclusion of discovery in the spring or early summer of 2005, the filing of dispositive motions and the completion of all dispositive motion briefing in the summer of 2005, pretrial filings in the fall of 2005, and trial in the winter of 2005-2006.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge