# In the United States Court of Federal Claims

No. 00-169 L
(E-Filed: March 18, 2005)

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

Pursuant to an informal telephonic status conference held March 18, 2005, the court hereby AMENDS its Order of March 16, 2005 as follows:

1. The telephonic status conference set for Tuesday, March 22, 2005 at 2:00 p.m. EST is rescheduled for Thursday, March 24, 2005 at 10:00 a.m. EST. A Sprint operator will initiate the call.

2. The filings described in paragraph two (2) of the court's March 16, 2005 order, originally due by March 21, 2005, shall be filed on or before Wednesday, March 23, 2005.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge