# In the United States Court of Federal Claims

No. 99-550 L
No. 00-169 L

Filed: September 14, 2000

FILED
SEP 14 2000
U.S. COURT OF FEDERAL CLAIMS

00 SEP 18 PM 3:52
DEPARTMENT OF JUSTICE
GENERAL LITIGATION SECTION

| | |
|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant | |

ORDER

VACATING CONSOLIDATION ORDER

On May 26, 2000, defendant filed a motion asking the court to reconsider its Order of May 5, 2000, directing the consolidation of Case Nos. 99-550L and 00-169L. Based on the reasons set forth in defendant's motion, and the supplementary views expressed by counsel during the hearing on this matter held on September 12, 2000, the Order allowing consolidation of the referenced cases is hereby vacated.

The Clerk is instructed to return Case No. 00-169 L to the originally-assigned judge.

John P. Wiese
Judge

Defendant's Exhibit 3