# In the United States Court of Federal Claims

No. 00-169 L
(E-Filed: March 25, 2005)

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

The court has before it the parties' proposals to amend the description of the first tranche of the case and the discovery schedule set out in the court's Order of July 22, 2004: plaintiff Osage Nation's Proposed Amended Scheduling Order and Osage Nation's Statement in Support of its Revised Proposed Amended Scheduling Order, filed March 23, 2005, and defendant's (Second Proposed) Amended Scheduling Order and Defendant's Memorandum in Support of Its Second Proposed Amended Scheduling Order, filed March 23, 2005. Based on the representations contained therein and pursuant to a telephonic status conference held March 24, 2005, the court hereby VACATES its Order of July 22, 2004.

Further to the conference and the parties' proposals, the court will decide this case in two tranches. The first tranche will encompass those of plaintiff's trust fund mismanagement claims falling within the parameters described in Shoshone Indian Tribe v. United States, 364 F.3d 1339, 1350 (Fed. Cir. 2004), for five oil and gas leases for the following six months: January 1976, May 1979, November 1980, February 1989, and October 1990. The second tranche of the case will encompass all outstanding issues for all other time periods.[1]

[1]The court notes that the Federal Circuit recently decided the issue of the availability of remedies prior to 1984. See Shoshone Indian Tribe v. United States, 364 F.3d 1339 (Fed. Cir. 2004). The parties in that case are seeking further review in the United States Supreme Court. If (continued...)

The parties may conduct discovery on any issue at any time, but they shall complete discovery on tranche one issues according to the following schedule:

1. Fact Discovery. All fact discovery for tranche one issues, including all fact depositions, shall conclude on or before Friday, July 1, 2005. In order to achieve this deadline, the parties shall observe the following interim deadlines:

   a. Plaintiff shall file, on or before Thursday, March 31, 2005, a statement listing all items from existing draft privilege logs relevant to tranche one claims as to which plaintiff believes privilege may not exist and the legal bases for that belief as to each item. If defendant wishes to challenge any of the legal bases put forward by plaintiff, it shall file a responsive brief stating its legal bases for each of its assertions of privilege on or before Thursday, April 14, 2005 and shall cause two copies of each document as to which privilege is claimed to be delivered to the court under seal for in camera review. Plaintiff shall reply to defendant's brief on or before April 21, 2005.

   b. On or before Thursday, April 7, 2005, plaintiff shall identify to defendant all document boxes to be expedited through the imaging queue as priorities for tranche one discovery.

   c. On or before Friday, May 6, 2005, defendant shall produce the documents in those boxes prioritized by plaintiff for tranche one discovery.

   d. On or before Friday, May 13, 2005, plaintiff shall identify to defendant any additional document boxes required to be produced to complete tranche one discovery.

   e. On or before Friday, June 17, defendant shall produce the documents in the additional boxes designated by plaintiff on Friday, May 13, 2005.

   The parties shall make witnesses available at reasonably convenient locations and times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witness were then present and testifying." See RCFC 32(a).

---

[1](...continued)
further review occurs and affects the availability of remedies, the court will amend this order accordingly.

2. Identification of Issues. Plaintiff shall file a statement identifying the issues to be resolved at trial on or before Thursday, May 12, 2005. This statement shall include the damages claimed, legal authorities supporting recovery, and time frames for which recovery is sought under each legal authority.

3. Dispositive Motions. Defendant shall file any dispositive motions with respect to legal authorities supporting recovery and time frames for which recovery is sought under each legal authority on or before Monday, June 13, 2005. Plaintiff shall file its response to defendant's motion(s) on or before Monday, July 11, 2005. Defendant shall file it reply to plaintiff's response on or before Monday, July 25, 2005.

4. Expert Discovery. Plaintiff's expert report(s) shall be submitted on or before Thursday, July 14, 2005, and defendant's responsive expert report(s) shall be submitted on or before Thursday, August 18, 2005. Plaintiff's rebuttal expert report(s) shall be submitted on or before Thursday, September 8, 2005.

5. Expert Depositions. All depositions of experts shall be completed on or before Thursday, September 22, 2005.

6. Meeting of Counsel. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, on or before Thursday, October 6, 2005.

7. Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, plaintiff shall file its Memorandum of Contentions of Fact and Law (Memorandum) on or before Thursday, October 20, 2005. Defendant shall file its responsive Memorandum on or before Thursday, November 10, 2005. Each Memorandum shall be accompanied by witness lists and exhibit lists and any motions contemplated by Appendix A ¶¶ 14, 15 and 16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date shall, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived unless justice shall otherwise require. Plaintiff shall file its responses to any motions filed by defendant on or before Thursday, November 17, 2005. Defendant shall file its responses to any motions filed by plaintiff with defendant's responsive Memorandum on or before Thursday, November 10, 2005.

8. Pretrial Conference. The pretrial conference will be held on Tuesday, November 29, 2005 at 9:00 a.m. in the National Courts Building, 717 Madison Place, N.W., Washington, DC 20005. The parties shall bring to the pretrial conference at least three copies of any exhibit as to which an objection remains outstanding. The parties shall prepare and deliver at the pretrial conference a joint preliminary trial

schedule or, if they cannot agree, separate trial schedules, using the template attached.

9. Trial. Trial will be held on Monday, December 5, 2005 through Friday, December 9, 2005 and on Monday, December 12, 2005 through Friday, December 16, 2005. Trial will begin no later than 9:00 a.m. on each day. Trial will be held at the National Courts Building, 717 Madison Place N.W., Washington, DC 20005.

On or before Thursday, April 7, 2005, the parties may file jointly, or, if they cannot agree, separately, suggestions for amendment of the foregoing discovery and pretrial schedule. The court will hold a telephonic status conference on Tuesday, April 12, 2005 at 11:00 a.m. EDT. A Sprint operator will initiate the call.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge

The Osage Nation and/or Tribe of Indians of Oklahoma v. The United States
(00-169 L)
Trial Dates: December 5, 2005 - December 9, 2005,
December 12, 2005 - December 16, 2005
United States Court of Federal Claims

| Time | Sun. 12/4 | Monday 12/5 | Tuesday 12/6 | Wednesday 12/7 | Thursday 12/8 | Friday 12/9 | Sat. 12/10 |
|---|---|---|---|---|---|---|---|
| 9:00 | | | | | | | |
| 9:30 | | | | | | | |
| 10:00 | | | | | | | |
| 10:30 | | | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | Break | Break | Break | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |

The Osage Nation and/or Tribe of Indians of Oklahoma v. The United States
(00-169 L)
Trial Dates: December 5, 2005 - December 9, 2005,
December 12, 2005 - December 16, 2005
United States Court of Federal Claims

| Time | Sun. 12/11 | Monday 12/12 | Tuesday 12/13 | Wednesday 12/14 | Thursday 12/15 | Friday 12/16 | Sat. 12/17 |
|---|---|---|---|---|---|---|---|
| 9:00 | | | | | | | |
| 9:30 | | | | | | | |
| 10:00 | | | | | | | |
| 10:30 | | | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | Break | Break | Break | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |