v. United States ( )

Privilege Log

| Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege/Comments |
|---|---|---|---|---|---|---|---|
| 96-00771 (1) | 9/1977 | Assoc. So. For Indian Affairs | Director Office of Trust Resp. | | Memo | Guidance about Livestock Trespass | A/C |
| 96-00771 (2) | 10/13/72 | Com. On Indian Affairs | Assoc. Solicitor | | Memo | Guidance about IIM Accounts | A/C |
| 96-00771 (3) | 4/19/73 | Asst. Solicitor Indian Affairs | BIA Attn. Investments | | Memo | Guidance about IIM Accounts | A/C |
| 96-00771 (4) | 10/13/72 | Com. On Indian Affairs | Assoc. Solicitor | | Memo | Guidance about IIM Accounts | A/C |
| 96-00771 (5) | 4/19/73 | Asst. Solicitor Indian Affairs | BIA Attn. Investments | | Memo | Guidance about IIM Accounts | A/C |
| 96-00830 (6) | 10/14/88 | Jim Parris | Office of Solicitor | | Letter | Request for info Re: Litigation | A/C |
| 96-00830 (7) | | Asst. Sectary of Indian Affairs | Assoc. Solicitor Indian Affairs | | Memo | Request for Opinion For Trust Management | A/C |
| 96-00940 (8) | 5/1/89 | Edwin Winstead Atty. Div. of Indian Affairs | Jim Parris | | Memo | Advice on Litigation | A/C |
| 96-00758 (9) | 9/8/64 | A.E. Bickfeld, Field SOL | U.S. Attorney Schluesner | Commissioner of Indian Affairs, Asst. SOL, Regional SOL, Billings Area BIA Directs, Superintendent of Crow Agency | Memo | Letter Concerning Status of Lynde V U.S. | A/C |
| 96-00937 (10) | 9/14/54 | Thornton W., Field; Asst. SOL | Joseph C. Johnston, Chief of Branch of Energy & Minerals Assistance, BIA | | Memo | Discussing Feasibility of going from a Multiple Payer to Single Payer System | A/C |





PLAINTIFF'S
EXHIBIT A

v. United States ( )

Privilege Log

| Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege/Comments |
|---|---|---|---|---|---|---|---|
| 96-00937 (11) | 9/28/82 | Alexander B. Good, Associate Sol., Energy & Resources | Director, MMS | Assoc. Sol. Indian Affairs, BW Regional Sol., ABQ Field Sol | Memo 2 copies | Advising on Diligent Development Requirements on Jicarilla Reservation | A/C |
| 96-00944 (12) | 1/20/88 | George Skibine, Staff Atty. | Assistant Sol, GILA | Arlene Brown, Office of ASIA, Ross Dembling, Division of Gen. Law | Memo | Recommendations for Answers to Questions Re: Trust Funds RFP | WP |
| 96-00944 (13) | 5/13/85 | D. Jones, BIA Division of Energy & Mineral Resources | Assistant Sol, DIA- ELM | | Report | Comparison of Indian Lease Terms Against Terms of Federal, State, & Fee Leases | A/C |
| 96-00944 (14) | 12/7/87 | Arlene Brown | G. Skibine, SOL-IA, R. Dembling, SOL-GL | N. Garrett, B. Wilkinson, D. Asbra, B. Blady, J. Patris, F. Kellerup, J. Bregman, D.Glynn (MMS) | Memo W/ Attachment | Memo Asking for Review/Comments on Final Draft of Request for Proposal for Proposal for Trust Fund Financial Services, & Final Draft of Questions & Answers from Tribes & BIA | A/C |
| 96-00795 (15) | 4/29/75 | Martin L. Seneca, Jr. Esq, Assoc. Solicitor Indian Affairs | Director, Office of Trust Responsibilities, BIA | Chief, Branch of Investments & ISSDA, Albuquerque | Memo | Requesting Advice on Deposits to US Treasury Bill Dep. Asst. | A/C, DP |
| 96-00795 (16) | 11/22/72 | Solicitor | Asst Secretary PLM | Mr. David Mosso Comm., DOT | Memo | Reclassification of Indian Trust Funds | A/C |

v. United States ( )

Privilege Log

| Accession and Box# | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege/Comments |
|---|---|---|---|---|---|---|---|
| 96-00795 (17) | 7/12/85 | William A. Maddox, U.S. Attorney | Bill Suan, Esq. Office of Sol. DOI | | Letter | Study of Trust Management | A/C, WP |
| 96-00858 (18) | 10/10/73 | Reid Payton Chambers Assoc. Sol., IA | Asst. to the Secretary for Indian Affairs | | Memo | Investments of Indian Power Project Revenues | A/C |
| 96-00858 (19) | 1/31/73 | William G. Lavell, Field Solicitor | Area Director, BIA Phoenix | All Super. Off. in Charge & Coord. | Memo | Investment of Indian Tribal Trust Funds | A/C |
| 96-00858 (20) | 12/21/72 | Solicitor | Asst. Sec. for Public Land Mgmt. | | Memo | Title to Accretion Lands Adjacent to the Cocopah Indian Reservation, AZ | A/C |
| 96-00858 (21) | 10/4/72 | Asst. Sec. Mgmt. & Budget | Assoc. Solicitor DIA | | Memo | Request for Opinion Regarding the Branch of Investments & ISSDA | A/C |
| 96-00858 (22) | 6/30/71 | John W. Moore, Asst. Gen. Counsel | Secretary of the Interior | Civil Div. Interior Audit | Letter | Review of Dallas Reg. Office | A/C |
| 96-00947 (23) | 10/23/87 | Thomas Sansonetti | Assoc. Dir. For MMS | | Memo | Interest on Indian Oil and Gas Revenues | A/C, WP |
| 96-00947 (24) | 7/16/87 | Tim Yollman | Director MMS | Skeep RF DIA RF R. Bruckner | Memo | Escrow of Funds of Lease | A/C |
| 96-00947 (25) | 11/4/88 | Lynn R. Collins | Superintendent [illegible] BIA | Assoc. Solicitor [illegible], Assoc. Solicitor DIA Regional SOL Rocky Mountain Region | Memo | Responsibility Towards [illegible] | A/C, WP |

v. United States (    )

Privilege Log

| Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege/Comments |
|---|---|---|---|---|---|---|---|
| 0ST-96-0000 96-00128 (26) | 4/13/90 | Acting Chief Branch of Trust Accounting | Duard Barnes Office of the Solicitor | | Memo | Discussing Interrogatories for Sioux Tribes v. U.S. | AC |
| 96-00128 (27) | 10/19/88 | Jim Paris Chief Trust Fund Actor | Office of Solicitor | | Letter | Arthur Anderson Examination of Docs & Litigation | AC |
| 96-00438 (28) | 1950-64 | Most of the file contains from Office of the Solicitor to Assistant Solicitors dealing with Tax issues. | | | | | AC |
| 0ST-96-00012 (29) | Entire Box | Minerals Mgmt. Service | | | | Voucher & Schedule of Payments MMS 1081s (FY 84) | IMDA |

v. United States ( )

Privilege Log

| Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege/Comments |
|---|---|---|---|---|---|---|---|
| K50-98-0003 0754-0815 (30) | 12/19/91 | Window Rock Field Solicitor SW Region | AS-IA | | Memo w/attachment | Compliance w/Court Approved Settlement in David Kauley et al v. U.S. Civ. No. 84-3306T (WD Okla) | ACP/AWP |
| K50-96-0010 0035-0291 (31) | 8/27/71 | Commissioner of Indian Affairs | Associate Solicitor | Charles Hourigan Acting Chief Division of Fin. Management | Memorandum | Navajo US-reg Info Re: Prev Memo | A/C |
| K50-96-0010 0035-0291 (32) | 9/30/66 | Atty. Gen. | Secty of Treasury | | Letter | Reg. For Opinion Re: FNMA Guarantees | |
| K50-96-0010 0149-0291 (33) | 7/25/79 | Office of Reg. Solicitor | BIA Bus/Credit | | Memo | IIM Acct. Donald Parker | AWP/ACP |
| K50-96-0010 0149-0291 (34) | 5/11/89 | Reg. Solicitor | A Area Director Branch/Fin. | | Memo | Overdraft of IIM Acct. 12U00196 Robert Tom | ACP/AWP |
| K50-96-0010 96-01439 (35) | 10/29/86 | John Chaffin | Area Director BIA Billings, Mon | | Memo | Application of 31 USC§3527 | A/C |
| K50-96-0010 96-01439 (36) | 4/10/85 | Vernon Peterson | Stanley Speaks BIA Portland | | Memo | Collection of Erroneous payment | A/C |
| K50-96-0010 96-01439 (37) | 11/23/82 | Arthur V. Biggs Asst. Re. Solicitor | Asst. Area Dir. BIA | | Memorandum | Legal Opinions: Re: Power of a Tribal Court to Control IIM Accts. | A/C |
| K50-96-0010 96-01439 (38) | [illegible] | Vernon Peterson, Jr. Office of Regional Solicitor | [illegible] Asst. Areas Dir. BIA | | Memorandum | Status of Conveyance of a FortHall Property | A/C |

v. United States ( )

Privilege Log

| Accession and Box# | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege/Comments |
|---|---|---|---|---|---|---|---|
| K50-96-0010 96-01439 (39) | | Vernon Peterson, Jr. Office of Regional Solicitor | Stanley Speaks Area Dir. BIA | | Memorandum | Legal Opinion Re: BIA's Responsibility for Funds Distributed from an Estate | A/C |
| K50-96-0010 96-01439 (40) | 3/26/85 | Vernon Peterson, Jr. Office of Regional Solicitor | Ronald G. Applebaum Area Claims Coord. BIA | | Memorandum | Question Re: Erroneous Payments | A/C |
| K50-96-0010 0274-0291 (41) | Various | Solicitor | Reg. And Solicitor | | Memos | Various memorandum and correspondence Re: the re-opening distribution of estate of Harry Phillips, deceased unallotted Yakima | AWP |
| K50-96-0010 0274-0291 (42) | 10/21/80 | Asst. Reg. Sol. | Asst. Sol. IA | BIA | Letter | Incorrect probate estates continuing Prob. | AWP |
| K50-96-0010 0274-0291 (43) | 9/30/81 | Michael | BIA | | Memo/ W Enclosures | Incorrect probate estates continuing Prob. | ACP/AWP |
| K50-96-0010 0274-0291 (44) | 7/17/81 | Solicitor | Asst. Sol. BIA | BIA | Encl. Memo | Probate issues | ACP/AWP |
| K50-96-0010 [illegible] (45) | 7/17/79 | Chairman Bind [illegible] | Chief Admin [illegible] | | Memo | Solicitor Opinion- [illegible] of Probate cases | AWP |
| K50-96-0010 0274-0291 (46) | 7/08/79 | Above Sol. | Director OHA | | Memo | Re: re-open of Probate Cases | AWP |

Privilege Log - K50
Page 2

v. United States ( )

Privilege Log

| Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege/Comments |
|---|---|---|---|---|---|---|---|
| K50-96-0010 0274-0291 (47) | 4/10/79 | Office of Reg. Sol. | Associate Sol. | | Memo | Distribution of Indian Estates Based on | |
| | | | | | Letter | Re: Slockish Cash | ACP |
| (48) | 3/31/88 | Don Gray | Solicitor | | Letter | Request for info | ACP/AWP |
| (49) | 3/08/03 | Vernon Peterson, Solicitor | Don Gray | | | | |
| (50) | 2/29/03 | Fred Wagner Gen.Litigation | Vernon Peterson | | Letter | Amended Complaint along w/discussion re: Schwartz v. U.S. No 642-87L. USC Claim | AWP |
| (51) | 4/10/85 | Vernon Peterson | Portland Area Director | | Memo | Bureau Policy re: Collection of Erroneous Payments | ACP/AWP |
| (52) | 3/18/85 | Asst. Area Director | Office of Regional Sol. | Superintendent, Yakima | Letter | Estate of Harry Phillips | ACP- Reg. Advice |
| K50-96-0010 0274-0291 96-01439 (53) | 9/11/87 | Rex Lee Acting Assoc. Sol. | Reg. Solicitor Northwest | | Memo | Indian Estate Distribution | A/C |
| (54) | 7/13/79 | Phillip Horton Assoc. Solicitor | Dir. Office of | | Memo | Indian Probate Proceeding | A/C |
| K50-96-0010 0266-0291 96-01418 (55) | 9/2/87 | Ruth U.S. Darey Atty. | Ross D. Swimmer Asst. Sec. Dept. of Interior | D.Barnes, Linda Richardson, Bernard Sisson, Nancy Garrett, Wilson Barber | Letter | Navajo V. Hodel Advice | A/C |
| K50-96-0010 (56) | 9/2/87 | Ruth U.S. Darey Atty. | Duard Barnes, Interior Solicitor | Bernard Sisson, Wilson Barber, Tom O'Hare | Letter | Navajo V. Hodel Advice | A/C |

v. United States (  )

Privilege Log

| Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege/Comments |
|---|---|---|---|---|---|---|---|
| K50-96-0010 96-01439 0274-0291 | 9/11/87 (57) | Rex Lee, Acting Assoc. Sol. | Reg. Solicitor Northwest | | Memo | Indian Estate Distribution | A/C |
| | 7/13/79 (58) | Phillip Horton, Assoc. Solicitor | Dir Officer of Hear & Appeal | | Memo | Indian Probate Proceeding | A/C |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

v. United States (    )

Privilege Log

| Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege/Comments |
|---|---|---|---|---|---|---|---|
| 96-00945 5058-0000 | 3/31/86 (59) | Assoc. SOL. DIA Tim Vollman | Asst. Secy.IA | Ed Shawaker DOJ Land Natural Division Appellate Section | Cover Letter 2pages | Red Lake Sawmill Account | ACP |

| Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege/Comments |
|---|---|---|---|---|---|---|---|
| 0ST-96-0000 96-00945 | 1/31/85 (60) | Mark A. Anderson for the MN Field Sol. | Jim Parris Indian Trust Fund Acctg. | Pat Weiss, DOJ, Robin Friedman, SOL DIA | Correspondence 1pg Attachment | Re: Red Lake Band v. U.S.. | ACP |
| 0ST-96-0000 96-00945 | 5/25/83 (61) | Lawrence J. Jensen Assoc. SOL-IA | ASIA | Solicitor MN Field SOL | 1pg Memo w/attachment | Red Lake v U.S. | ACP |