# Osage Nation v. United States, Ct. Cl. No. 00-169L
## Privilege Log (AIRR-Lenexa Records Only)
## Grouped By Accession

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1 (62) | 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 11 of 17 Folder : 173 Osage Clms - Litigation Report | 6/17/1970 | Cecil O. Wood, Jr. | Regional Solicitor, Tulsa | | Memorandum | This 12-page memorandum is a litigation report relating to a federal lawsuit filed by the Osage Nation against the Dept. of Interior and its agencies, as well as the tribal council representatives. The document sets out the author's research, mental impressions, opinions and conclusions as to the merits of each of the Plaintiff's claims and the various defenses, arguments and the authorities to the claims. The author gives legal advice and recommendations on a response to the action. | Attorney-Client and Work Product Privilege | Assert |
| 2 (63) | 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 10 of 17 File - Agency Reserve golf course | 8/11/1969 | Cecil O. Wood, Acting Field Solicitor | Superintendent, Osage Agency | N/A | Memorandum | Review of Golf Course Contract (unexecuted) | Attorney-Client Privilege | Assert |
| 3 (64) | 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 10 of 17 File labeled - Agency Reserve golf course | 3/5/1969 | John M. Slater, Field Solicitor | Superintendent, Osage Agency | N/A | Memorandum | Review of proposed golf course lease with suggested changes | Attorney-Client Privilege | Assert |





PLAINTIFF'S EXHIBIT B

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 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 10 of 17 File: leases - Farming & Grazing - Misc. | 11/3/1970 | Cecil O. Wood, Field Solicitor | Regional Solicitor, Tulsa Region | DOJ, Earle Goss - Assoc. Solicitor; U.S. Atty N.D. OK; Superintendent - Osage Agency | Memorandum | A pending quiet title action in D. Ct. of Osage County, OK | Attorney-Client Privilege | Withdraw |
| 5 | 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 10 of 17 Folder Leases - Farming & Grazing - Misc | 10/9/1970 | Cecil O. Wood, Field Solicitor | Assoc. Solicitor, Indian Affairs | Regional Solicitor, Tulsa Region; Superintendent, Osage Agency; Chief Branch of Realty | Memorandum | Enjoining the plaintiff in state Ct. action from interfering with defendant's property rights | Attorney-Client Privilege | Withdraw |
| 6 | 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 2 of 11 Folder 4618-15NE 25-24-06 Term 10/02/00 | 11/8/2000 | Alan Woodcock | Superintendent, Osage Agency;Minerals Branch | N/A | Memorandum | Royalties - Provides advice and makes recommendations | Attorney-Client Privilege | Withdraw |
| 7 | 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 10 of 17 File - Credit Comm. | 8/20/1975 | Edward Edzards, Acting Area Director | Field Solicitor, Osage Agency | Osage Agency Superintendent | Memorandum | Request for advice regarding availability of funds for loans | Attorney-Client Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 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 10 of 17 File - Credit Comm | 6/6/1968 | Field Solicitor (John M. Slater) | Superintendent, Osage Agency | N/A | Memorandum | Opinion re: Mortgaging property to minor | Attorney-Client Privilege | Withdraw |
| 9 | 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 10 of 17 File: Indian Claims Commission (65) | 10/31/1972 | William A. Gershuny, Associate Solicitor, Div. Of Indian Affairs | Commissioner of Indian Affairs, All Regional & Field Solicitors, Area Directors & Superintendents | N/A | Memorandum | Opinion re: Statute of limitation & effect of newly enacted statutes (statute of limitation extension) | Attorney-Client Privilege | Assert |
| 10 | 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 10 of 17 File: Certificates of Competency - revoked | 8/13/1930 | E.C. Finney, Solicitor | Secretary of Interior | George Wright, Superintendent, Osage Agency | Memorandum | Opinion regarding revocation of a certificate of competency | Attorney-Client Privilege | Withdraw |
| 11 | 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 1 of 11 (66) | 6/18/1980 | Cecil O. Wood, Jr. | Huberty H. Bryant | DOJ; Hans Walker (DOI); Raymond F. Sanford (DOI) | Letter | Settlement opinion letter (10 pages) re: Millsap v. Andrus Limestone/Dolimite Lease | Attorney Work Product Privilege | Assert |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12 | 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 4 of 17 | 6/21/1968 | Raymond E. Sanford, Regional Solicitor | Field Solicitor, Pawhuska, OK | Administrative Offer & Superintendent | Memorandum | Opinion and interpretation of 25 CFR 108.20 regarding purchase orders recommendation for advice to Superintendent | Attorney-Client Privilege | Withdraw |
| 13 | 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 4 of 17 | 7/12/1967 | John M. Slater, Pawhuska Field Solicitor | Superintendent, Osage Agency | None | Memorandum | Opinion and interpretation of 25 CFR 108.20 regarding purchase orders recommendation for advice to Superintendent | Attorney-Client Privilege | Withdraw |
| 14 | 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 4 of 17 | 8/2/79 | Cecil O. Wood, Jr. Field Solicitor | Superintendent, Osage Agency | None | Memorandum | Opinion re: BIA acceptance of voluntary deposits interpretation of 25 CFR 104.2 & .6 | Attorney-Client Privilege | Withdraw |
| 15 | 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 4 of 17 Folder 251.1 Annuities Claim Funds (67) | 12/15/1972 | Raymond E. Sanford, Regional Solicitor | Associate Solicitor, Indian Affairs | None | Memorandum | Draft of Proposed Regulations for Distribution of Osage judgment funds | Attorney Work Product Privilege | Assert |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 16 | 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 Box 3 Folder: G06-7099 | 11/8/2000 | Robert J. McCarthy, Field Solicitor, Tulsa | Superintendent, Osage Agency, Attn: Minerals Branch | | Memorandum | Legal opinions on royalties issues minimum royalty | Attorney-Client and Work Product Privilege | Withdraw |
| 17 | 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 Box 3 Folder: G06-7102 | 11/8/2000 | Robert J. McCarthy, Field Solicitor, Tulsa | Superintendent, Osage Agency, Attn: Minerals Branch | | Memorandum | Legal opinions on royalties issues 25 CFR 226.11 (c) | Attorney-Client and Work Product Privilege | Withdraw |
| 18 | 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 Box 3 Folder: G06-7103 | 11/8/2000 | Robert J. McCarthy, Field Solicitor, Tulsa | Superintendent, Osage Agency, Attn: Minerals Branch | | Memorandum | Legal opinions on royalties issues 25 CFR 226.11 (c) | Attorney-Client and Work Product Privilege | Withdraw |
| 19 | 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 Box 3 Folder: G06-11356 | 11/8/2000 | Robert J. McCarthy, Field Solicitor, Tulsa | Superintendent, Osage Agency, Attn: Minerals Branch | | Memorandum | Legal opinions on royalties issues 25 CFR 226.11 (c) | Attorney-Client and Work Product Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 20 | 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 Box 3 Folder: G06-11359 | 11/8/2000 | Robert J. McCarthy, Field Solicitor, Tulsa | Superintendent, Osage Agency, Attn: Minerals Branch | | Memorandum | Legal opinions on royalties issues 25 CFR 226.11 (c) | Attorney-Client and Work Product Privilege | Withdraw |
| 21 | 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 Box 3 Folder: G06-11360 | | Robert J. McCarthy, Field Solicitor, Tulsa | Superintendent, Osage Agency, Attn: Minerals Branch | | Memorandum | Legal opinions on royalties issues 25 CFR 226.11 (c) | Attorney-Client and Work Product Privilege | Withdraw |
| 22 | 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 Box 3 Folder: G06-11361 | | Robert J. McCarthy, Field Solicitor, Tulsa | Superintendent, Osage Agency, Attn: Minerals Branch | | Memorandum | Legal opinions on royalties issues 25 CFR 226.11 (c) | Attorney-Client and Work Product Privilege | Withdraw |
| 23 | 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 Box 3 Folder: G06-11363 | | Robert J. McCarthy, Field Solicitor, Tulsa | Superintendent, Osage Agency, Attn: Minerals Branch | | Memorandum | Legal opinions on royalties issues 25 CFR 226.11 (c) | Attorney-Client and Work Product Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 24 | 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 Box 3 Folder: G06-11392 | | Robert J. McCarthy, Field Solicitor, Tulsa | Superintendent, Osage Agency, Attn: Minerals Branch | | Memorandum | Legal opinions on royalties issues 25 CFR 226.11 (c) | Attorney-Client and Work Product Privilege | Withdraw |
| 25 | 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 Box 3 Folder: G06-11364 | | Robert J. McCarthy, Field Solicitor, Tulsa | Superintendent, Osage Agency, Attn: Minerals Branch | | Memorandum | Legal opinions on royalties issues 25 CFR 226.11 (c) | Attorney-Client and Work Product Privilege | Withdraw |
| 26 | 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 Box 3 Folder: G06-11393 | | Robert J. McCarthy, Field Solicitor, Tulsa | Superintendent, Osage Agency, Attn: Minerals Branch | | Memorandum | Legal opinions on royalties issues 25 CFR 226.11 (c) | Attorney-Client and Work Product Privilege | Withdraw |
| 27 | 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 Box 7 Folder: 392 (68) | 8/18/1961 | Cecil Wood, Field Solicitor | Frank Keating, U.S. Attorney, Northern Dist. of Oklahoma | Dave White - Attorney Dept. of Justice; Acting Assoc. Solicitor of Indian Affairs; Superintendent, Osage Agency | Report w/ attachments | Litigation report on injunction proceeding re Oil Right of Way | Attorney-Client and Work Product Privilege | Assert |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 28 | 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 3 of 17 (69) | 4/27/1972 | Field Solicitor, Pawhuska | Regional Solicitor, Tulsa | Solicitor, Division of Indian Affairs; DOJ; U.S. Attorney for the N. District of OK; Super., Osage Agency; Chief, Osage Agency | Memorandum w/ attachments | Litigation Report on Logan v. Molen, Civ. No. 74-C-287 (D.N.Ok.). Logs the author's impressions of the nature of the case and the salient facts. | Attorney Work Product Privilege | Assert |
| 29 | 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 3 of 17 | 5/3/1972 | Field Solicitor, Pawhuska | Super., Osage Agency | N/A | Memorandum | Analysis of Payments | Attorney-Client Privilege | Withdraw |
| 30 | 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 14 of 17 (70) | 1/27/1964 | Field Solicitor | Area Director | Educ. | Memorandum | Legal opinion re: Effect of 1958 Act: removal of restriction on rights of children of applicant | Attorney-Client Privilege | Assert |
| 31 | 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 3 of 17 | 4/29/1982 | Field Solicitor, Pawhuska | Super., Osage Agency | Area Director, Muskogee; Chief, Branch of Realty, Osage Agency | Memorandum | Legal opinion re: ownership of Arkansas River bed w/n Osage County, OK | Attorney-Client Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 32 | 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 3 of 17 | 1/14/1982 | Field Solicitor, Pawhuska | Super., Osage Agency | N/A | Memorandum | Legal opinion re: Departmental approval of Osage Tribal Contracts | Attorney-Client Privilege | Withdraw |
| 33 | 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 3 of 17 | 6/15/1979 | Assoc. Solicitor, Indian Affairs | Field Solicitor, Pawhuska | N/A | Memorandum | Legal Opinion re: Sufficiency of Osage Tribes river bed claim | Attorney-Client Privilege | Withdraw |
| 34 | 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 3 of 17 71 | 6/7/1979 | Field Solicitor, Pawhuska | Associate Solicitor, Indian Affairs | N/A | Memorandum | Legal Opinion re: Damage claim of Osage Tribe subject to 28 U.S.C Sec. 2415 | Attorney-Client and Work Product Privilege | Assert |
| 35 | 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 3 of 17 | 4/17/1978 | Field Solicitor, Pawhuska | Regional Solicitor, Tulsa | Super., Osage Agency | Memorandum | Legal Opinion re: Trust and restricted allotments | Attorney-Client and Work Product Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 36 | 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 3 of 17 | 1/29/1974 | Field Solicitor, Pawhuska | Super., Osage Agency | N/A | Memorandum | Legal Opinion re: Abstract of title | Attorney-Client Privilege | Withdraw |
| 37 | 075-04-[illegible] 3 of 17 (72) | 9/14/1972 | Field Solicitor, Pawhuska | Regional Solicitor, Tulsa | Associate Solicitor, Div. Of Indian Affairs; U.S. Attorney, N. District of Oklahoma; DOJ; Super., Osage Agency, Chief, Branch of Realty, | Memorandum | Request for DOJ to file suit to quiet title w/ accompanying legal opinion | Attorney Work Product Privilege | Assert |
| 38 | 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 3 of 17 090 Osage Nation Organization 1979 through | 6/1/1979 | Deputy Assoc. Solicitor, Indian Affairs, Hans Walker, Jr. | Regional Solicitor, Tulsa | Comm. Of Indian Affairs; Area Director Muskogee; Super., Osage Agency; Field Solicitor, Pawhuska | Memorandum | Memo which discusses the recovery of improperly spent Osage money. Requesting information admission and recommendation re: District Court law suit | Attorney-Client and Work Product Privilege | Withdraw |
| 39 | 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 3 of 17 | 1/10/1974 | Cecil O. Wood Jr., Field Solicitor, Pawhuska | Super., Osage Agency | N/A | Memorandum | Legal Opinion re: request for info presented to Agency | Attorney-Client Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 40 | 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 3 of 17 102.5 Memos to Field Sol. | 10/25/1985 | Field Solicitor, Pawhuska | Super., Osage Agency | N/A | Memorandum | Legal Opinion re: Authority of Osage to convert land | Attorney-Client Privilege | Withdraw |
| 41 | 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 3 of 17 | 10/23/1984 | Field Solicitor, Pawhuska | Super., Osage Agency | N/A | Memorandum w/ attachment | Legal Opinion re: Restoration of Osage unpaid individual shares of judgment fund to tribal ownership | Attorney-Client Privilege | Withdraw |
| 42 | 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 3 of 17 | 9/20/1984 | Cecil Wood, Field Solicitor, Pawhuska | Superintendent, Osage Agency | N/A | Memorandum | Legal opinion re: Authority to approve "638 grants." 25 CFR 272 | Attorney-Client Privilege | Withdraw |
| 43 | 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 3 of 17 090 Osage Nation Organization 73 | 9/19/1974 | Field Solicitor, Pawhuska | Associate Solicitor, Indian Affairs | N/A | Memorandum | Litigation Report on Logan v. Morton CIV No. 74C-297 D.W. OK) Logan/author's impressions of the nature and salient facts of case filed where Dept. was a party. | Attorney Work Product Privilege | Assert |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 44 | 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 3 of 17 Surveys - Stanford Research Institute (74) | 3/6/1964 | Field Solicitor, Pawhuska, John M Slater | Superintendent, Osage Agency | N/A | Memorandum | 9 page legal opinion of a study of administrative procedures and functions at the Osage Agency | Attorney-Client and Work Product Privilege | Assert |
| 45 | 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 3 of 17 090 Osage Nation Organization 1978 through (75) | 9/27/1979 | Scott Keep, Assist. Solicitor; Tribal Gov and Alaska | Field Solicitor, Pawhuska | Regional Solicitor, Tulsa | Memorandum | Litigation Report - Unresolved inconsistencies of language of Logan v. Andrus Logan II CIV 77-C-363 C | Attorney Work Product Privilege | Assert |
| 46 | 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 3 of 17 (76) | 6/22/1979 | Regional Solicitor, Tulsa Region | Deputy Associate Solicitor | Comm. Of Indian Affairs; Area Director; Super, Osage Agency, Field Solicitor, Pawhuska | Memorandum | Litigation Report for Logan v. Andrus Logan II, 77-C-363C (N.D. Okla) responding to request for information and recommendation concerning departmental action in response to court order | Attorney-Client and Work Product Privilege | Assert |
| 47 | 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 Box 8 | 10/8/1991 | Robert J. McCarthy, Field Solicitor | Superintendent, Osage Agency | | Memorandum | Opinion regarding amount of royalties under oil and gas lease | Attorney-Client Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 48 | 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 Box 8 | 2/5/1990 | William E. Haney, Field Solicitor | Superintendent, Osage Agency | | Memorandum | Opinion regarding distribution of estate | Attorney-Client Privilege | Withdraw |
| 49 | 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 Box 8 | 11/8/2000 | Robert J. McCarthy, Alan Woodcock, Field Solicitor | Superintendent, Osage Agency | | Memorandum | Opinion regarding amount of royalties under oil and gas lease pursuant to 25 CFR 22.10.11(C) | Attorney-Client Privilege | Withdraw |
| 50 | 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 Box 8 | 3/10/1989 | Tim Vollman, Regional Solicitor | Area Director, Muskogee Area Office | Field Solicitor, Pawhuska | Memorandum | Opinion regarding Osage tribe federally reserved water rights | Attorney-Client Privilege | Withdraw |
| 51 | 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 Box 8 | 8/23/1990 | Professor James L. Lawler | William Haney, Field Solicitor | Assistant Director, Water & Power Division of Indian Affairs | Letter | Research material regarding Osage water rights | Attorney Work Product Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 52 | 075-04-[illegible] Box 8 (77) | 6/22/1965 | John M. Slater, Field Solicitor | Superintendent, Osage Agency | | Memorandum | Advice given about introduced legislation | Attorney-Client Privilege | Assert |
| 53 | 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 Box 8 | 11/21/1956 | R.G. Fisher, Superintendent | Perry W. Morton, Asst. Atty. General | | Letter | Response to a request for agency records | Attorney Work Product Privilege | Withdraw |
| 54 | 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 Box 8 | 6/2/1966 | John M. Slater, Field Solicitor | Superintendent, Osage Agency | | Memorandum | Opinion about the jurisdiction of State of OK over the Osage mineral estate | Attorney-Client Privilege | Withdraw |
| 55 | 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 Box 8 322 Oil and Gas Leases - Osage (General) | 1/9/1970 | Earle Gross, Associate Solicitor, Indian Affairs | Commissioner of Indian Affairs | Field Solicitor, Pawhuska; Regional Solicitor Tulsa | Memorandum | 5 page opinion regarding the computation of prices for oil purchased from Burbank Field Osage | Attorney-Client Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 56 | 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 Box 8 Folder 322.911 Allowable Oil - Corres., etc. | 6/2/1966 | Field Sol., Pawhuska, John M. Slaler | Supt., Osage Agency | | Letter | 2 page letter re: jurisdiction of Oklahoma Corporation Commission over Osage mineral estates oil and gas productions | Attorney-Client Privilege | Withdraw |
| 57 | 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 40 of 74 (78) | 4/14/80 | Hans Walker, Jr. | Commissioner of Indian Affairs | Regional Solicitors: Atlanta, Tulsa, Denver, Salt Lake City, Sacramento, Portland, Anchorage | Memorandum | Legal opinion of U.S. v. Clarke 3/17/80 | Attorney-Client and Work Product Privilege | Assert |
| 58 | 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 40 of 74 | 2/26/1993 | Helen A. Adok | Superintendent, Miami Agency | Branch of Realty: Opinion File | Memorandum | Legal opinion of title to abandoned railroad right of way | Attorney-Client Privilege | Withdraw |
| 59 | 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 10 of 11 | 6/14/1995 | Alan Woodcock, Field Solicitor | Sup., Osage Agency | | Memorandum | Opinion regarding disputed assignments of leasehold contracts | Attorney-Client Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 60 | 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 10 of 11 | 5/10/1995 | Alan Woodcock, Field Solicitor | Sup., Osage Agency | | Memorandum | Opinion regarding disputed ownership of lease | Attorney-Client Privilege | Withdraw |
| 61 | 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 10 of 11 | 11/25/1958 | Field Solicitor, Pawhuska | Sup., Osage Agency | | Memorandum | Review/opinion of guardianship and assignments of leases | Attorney-Client Privilege | Withdraw |
| 62 | 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 6 of 17 | 3/28/1985 | Cecil Wood, Jr., Field Solicitor | Sup., Osage Agency | | Memorandum | Impact of certain Fed. Regs. on Tallgrass Prairie Pk. | Attorney-Client Privilege | Withdraw |
| 63 | 075-[illegible] 60 of 74 79 | | Unknown | Unknown | | | Summary of recommendations from Solicitor's Office to BIA and BLM regarding app. of Act. of 8/4/47 | Attorney-Client Privilege | Assert |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 64 | 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 19 of 33 | 8/30/1984 | Cecil O. Wood, Jr. | Superintendent | | Memorandum | Memo determining probate status and beneficiaries to oil and gas leases. Reflects counsel's recommendation and opinion on distribution. | Attorney-Client Privilege | Withdraw |
| 65 | 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 Box 7 Folder 4618a-P5G06-11030 | 4/25/1968 | John Slater, Field Solicitor | Superintendent, Osage Agency | | Memorandum | Legal opinion and recommendation re: examination and approval of probate proceeding of G. Perry | Attorney-Client Privilege | Withdraw |
| 66 | 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 Box 7 Folder 4618a-P5G06-11030 | 11/8/2000 | Robert McCarthy, Field Solicitor | Superintendent, Osage Agency | | Memorandum | Opinion on issue of minimum royalties | Attorney-Client Privilege | Withdraw |
| 67 | 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 Box 7 Folder 4618a-P5G06-16805 | 11/8/2000 | Robert McCarthy, Field Solicitor | Superintendent, Osage Agency | | Memorandum | Opinion on issue of minimum royalties | Attorney-Client and Work Product Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 68 | 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 Box 7 Folder 4618a-P5ND - 24073 | 4/1/1988 | Field Solicitor, Pawhuska | Superintendent, Osage Agency | | Memorandum | Review of probate distribution of Emma Covington | Attorney-Client Privilege | Withdraw |
| 69 | 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 Box 7 Folder 4618a-P5ND - 3485 | 4/1/1988 | Field Solicitor, Pawhuska | Superintendent, Osage Agency | | Memorandum | Review of probate distribution of Emma Covington | Attorney-Client Privilege | Withdraw |
| 70 | 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 Box 9 | 9/18/1975 | Cecil O. Wood, Field Solicitor | Superintendent, Osage Agency | | Memorandum | Legal opinion on amendments to rules re: leasing of Osage lands for mining | Attorney-Client and Work Product Privilege | Withdraw |
| 71 | 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 Box 12 Folder - Lit. Corr. (80) | 12/14/1983 | Raymond Sanford, Reg. Solicitor | Frank Keating, U.S. Atty, N.D. of OK | Myles Flint, DOJ; Assoc. Solicitor; Area Director; BIA | Litigation Report | Legal opinions and strategy report to assist in defense of litigation re: distribution of probate assets | Attorney-Client and Work Product Privilege | Assert |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 72 | 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 4 of 11 This memorandum is found in numerous file folders | 11/8/2000 | Robert J. McCarthy, Field Solicitor, Tulsa, Alan R. Woodstock | Superintendent | | Memorandum | This is a 2-page document which provides to the superintendent the author's analysis, mental impressions, conclusions and opinions concerning whether minimum royalties are due under the lease in issue and interprets the applicability of the CFR relating to minimum royalties. It provides legal advice and makes recommendations | Attorney-Client and Work Product Privilege | Withdraw |
| 73 | 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 4 of 11 | 12/22/1982 | Newell Barker | Cecil Wood | | Memorandum | This is 1-page document from the Chief of the Branch of Minerals to the Field Solicitor requesting the Field Solicitor to take specific legal action to collect penalty payments. | Attorney-Client and Work Product Privilege | Withdraw |
| 74 | 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 2 of 4 Folder: Tribal Court Contract FY 98Contract # CT G06 7980-10 (81) | 12/23/1982 | Gordon Jackson | Sharon Blackwell, Field Solicitor | | Memorandum | This is a 4-page document from the Osage Agency Superintendent requesting the Field Solicitor to review a proposed Osage Law and Order Code. The author is seeking a legal review of the code from the attorney and discusses several questions as to the legality of a number of the code's provisions - while expressing the author's objections to those provisions. | Attorney-Client and Work Product Privilege | Assert |
| 75 | 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 11 of 17 Folder - 172 - Adm and Control - Law - State County - City (82) | 7/10/1959 | Omer S. Luellen, Field Solicitor | Area Director, Anadarko Area Office | | Memorandum | This 5-page document provides a response to a question concerning the legislative jurisdiction over real property upon which the BIA maintains facilities with a state. The document contains the mental impressions; opinions and conclusions of the author based upon his research of statutes and case law and provides legal advice. | Attorney-Client and Work Product Privilege | Assert |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 76 | 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 11 of 17 Folder: Osage Civilization Fund Claim Corres., Etc. 173 | 10/6/1958 | Duard R. Barnes, Asst. Solicitor, Appeals and Litigation | Commissioner of Indian Affairs | | Memorandum | This 1-page document is an attachment to other Osage Agency documents relating to claims as heirs of the civilization fund estate of a deceased person. The author of this memorandum expresses his mental impressions opinions and conclusions as to the legal sufficiency of the proof required to substantiate the claims. The author gives legal advice and makes recommendations depending on the proof submitted. | Attorney-Client Privilege | Withdraw |
| 77 | 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 11 of 17 Folder: 173 Osage Civilization Fund Claim Corres., Etc. | 4/28/1964 | John M. Slater, Field Solicitor | Superintendent, Osage Agency | | Memorandum | This 2-page document is an attachment to other Osage Agency documents relating to a claim by an alleged heir to monies from the Osage Civilization Fund. The author expresses his mental impressions, opinions and conclusions as to the legal sufficiency of the claim and its timeliness. The author supplies legal advice and makes recommendations regarding the disposition of the funds. | Attorney-Client Privilege | Withdraw |
| 78 | 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 2 of 4 Folder: Tribal Court Corr. FY 95Tribal Courts Progam CT G06 T 930 10 FY 95 | 10/7/1994 | M. Sharon Blackwell, Field Solicitor | Acting Area Director, MuskogeeSuperintendent, Osage Agency | Assoc. Solicitor, Indian Affairs, Attn: Neil McDonald | Memorandum | This 5-page document sets forth the historical background for the creation of the Osage Tribal Court and the status of the implementation of a tribal court for the Osage Nation. The memorandum contains the author's mental impressions, opinions, and conclusions concerning the compliance by the tribe with applicable laws and regulations to operate a tribal court; the jurisdiction of the tribal court v. a "CFR" court; and what remains to be done by the Osage Nation, as well as the BIA, before the tribal court can legally function. The document also contains the author's recommendations as to future actions by the BIA upon creation of the tribal court. | Attorney-Client Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 79 | 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 2 of 4 Folder: CDIB Proposal and Corr. FY 86 (83) | 4/11/1994 | Sharon Blackwell, Field Solicitor | Superintendent, Osage Agency | | Memorandum w/ attachments | This is a 1-page document which sets forth the author's mental impressions, opinions and conclusions concerning the disclosure of the names and addresses of voters for the Osage tribal council. The author cites Supreme Court rulings and the Privacy Act in issuing her legal opinion. The attachments are copies of Supreme Court decisions. | Attorney-Client Privilege | Assert |
| 80 | 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 11 of 17 Folder: 173 Osage Civilization Fund Claim Corr., etc. | 9/16/1960 | John M. Slater, Field Solicitor | Superintendent, Osage Agency | | Memorandum | This one page document addresses the disposition of life estates in the Osage Civilization Fund. The memorandum expresses the author's mental impression, opinions and conclusions in determining the amounts each life tenant is to receive and makes recommendations as to the disposing of the matter. | Attorney-Client Privilege | Withdraw |
| 81 | 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 11 of 17 Folder: 173 Osage Civilization Fund Claim Corr., Etc. | 10/8/1963 | John M. Slater, Field Solicitor | Superintendent, Osage Agency | | Memorandum | This 2-page document addresses the release of Osage Civilization fund monies to a life tenant and 2 remaindermen in equal shares. The document expresses the author's mental impressions, opinions and conclusions based upon his knowledge of the facts and his research of the law and regulations. The author expresses his legal opinion and makes recommendations to dispose of the matter. | Attorney-Client Privilege | Withdraw |
| 82 | 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 11 of 17 Folder: Osage Civilization Fund Claim Corr., etc. | 12/15/1966 | Charles M. Soller, Asst. Solicitor | Commissioner of Indian Affairs | | Memorandum | This 3-page document addresses the restoration of unpaid individual shares of the civilization fund to tribal ownership. The document expresses the author's mental impressions, opinions ad conclusions based upon the existing legislation. The author expresses his legal opinion and makes recommendations as to disposing of the issues. | Attorney-Client Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 83 | 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 6 of 11 | 11/8/2000 | Alan Woodcock | Super., Osage Agency | N/A | Memorandum | An opinion is given with regard to the proper amount of minimum royalties under the standard for Osage oil and gas lease. | Attorney-Client Privilege | Withdraw |
| 84 | 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 6 of 11 | 2/26/1993 | Newell Barker, Chief, Branch of Minerals, Osage Agency | William E. Haney, Field Solicitor | N/A | Memorandum w/ attachment | Memo. w/ attached memo discussing the proper amount of oil and gas royalty to be paid to the Osage tribe. It also discusses the statute of limitations that might transfer w/ collection of the income. | Attorney-Client and Work Product Privilege | Withdraw |
| 85 | 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 6 of 11 | 3/29/1993 | Newell Barker, Chief, Branch of Minerals, Osage Agency | William Woodcock, Acting Field Solicitor | N/A | Memorandum | Memo regarding mineral ownership which are relevant for review prior to executing division orders for this property. | Attorney-Client and Work Product Privilege | Withdraw |
| 86 | 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 6 of 11 | 4/28/1992 | Field Solicitor, Pawhuska | Superintendent, Osage Agency | N/A | Memorandum | 4-page memo which discusses ownership of minerals in the townsite of Hominy. | Attorney-Client Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 87 | 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 6 of 11 | 8/30/1988 | Field Solicitor, Pawhuska | Superintendent, Osage Agency | N/A | Memorandum | Memo regarding sale of oil leases and saltwater disposal wells. It is an attorney's opinion. | Attorney-Client Privilege | Withdraw |
| 88 | 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 6 of 11 | 7/7/1977 | Field Solicitor, Pawhuska | Superintendent, Osage Agency | N/A | Memorandum | This memo discusses the appointment of a Special Administratrix for an estate. It is an attorney opinion and summary. | Attorney-Client Privilege | Withdraw |
| 89 | 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 6 of 11 | 3/13/1995 | Field Solicitor, Alan Woodcock | Superintendent, Osage Agency | N/A | Memorandum | Legal opinion regarding status of abandoned equipment on leases. The question concerned the bankruptcy of the corporation which held the lease. | Attorney-Client Privilege | Withdraw |
| 90 | 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 Box 2 | 6/1/1994 | Osage Superintendent, Gordon Jackson | Mineral Election File | | Memorandum | Recites Solicitor's opinion that election results not compromised | Attorney-Client Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 91 | 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 Box 2 | 6/1/1994 | Osage Superintendent, Gordon Jackson | Tulsa Field Solicitor, Alan Woodcock | Muskogee Area director | Memorandum | Request for opinion on effect of absentee ballot irregularities | Attorney-Client Privilege | Withdraw |
| 92 | 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 Box 2 | 6/1/1994 | Osage Superintendent, Gordon Jackson | Mineral Election File | | | Recites Solicitor's opinion that election results not compromised | Attorney-Client Privilege | Withdraw |
| 93 | 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 Box 2 | 6/1/1994 | Osage Superintendent, Gordon Jackson | Mineral Election File | | | Recites Solicitor's opinion that election results not compromised | Attorney-Client Privilege | Withdraw |
| 94 | 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 Box 2 | 6/1/1994 | Osage Superintendent, Gordon Jackson | Mineral Election File | | | Recites Solicitor's opinion that election results not compromised | Attorney-Client Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 95 | 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 1 of 17 | 9/16/77 | Cecil O. Wood, Field Solicitor | W.L. Brower, Acting Superintendent | None | Memorandum | Opinion on regularity of probate, recommending payment to executrix | Attorney-Client and Work Product Privilege | Withdraw |
| 96 | 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 1 of 17 | 9/12/1968 | John M. Slater, Field Solicitor | Superintendent, Osage Agency | None | Memorandum | Opinion interpreting royalty provision of standard oil lease as making royalties paid below what was required. | Attorney-Client and Work Product Privilege | Withdraw |
| 97 | 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 1 of 17 | 10/11/1968 | Superintendent, Osage Agency | Field Solicitor, Pawhuska | None | Memorandum | Request for opinion interpreting royalty clause of lease, giving factual context. | Attorney-Client Privilege | Withdraw |
| 98 | 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 1 of 17 | 9/20/1964 | Superintendent, Osage Agency | Field Solicitor, Pawhuska | None | Memorandum | Request for opinion on disposition of fund in seq reqcted accounts | Attorney-Client Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 99 | 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 Box 1 | 5/26/1961 | John M. Slater, Field Solicitor, Pawhuska | Superintendent, Osage Agency | None | Memorandum | Opinion on which entity is responsible for fund and upkeep of site in Hominy Village | Attorney-Client and Work Product Privilege | Withdraw |
| 100 | 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 Box 2 | 4/10/1988 | Cecil Wood, Field Solicitor, Pawhuska | Superintendent, Osage Agency | None | Memorandum | Opinion on legality of lease for bingo operation | Attorney-Client and Work Product Privilege | Withdraw |
| 101 | 07504-0037 Box 2 | 6/1/1994 | Osage Superintendent, Gordon Jackson | Tulsa Field Solicitor, Alan Woodcock | Muskogee Area Director | Memorandum | Request for opinion on effect of absentee ballot irregularities | Attorney-Client Privilege | Withdraw |
| 102 | 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 Box 2 | 6/1/1994 | Osage Superintendent, Gordon Jackson | Minerals Election File | De Sloan; Boby Glass; Billie Mounts | Memorandum | Recite Solicitor's opinion that election results not compromised. | Attorney-Client Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 103 | 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 Box 2 | 6/1/1994 | Osage Superintendent, Gordon Jackson | Tulsa Field Solicitor, Alan Woodcock | Muskogee Area Director | Memorandum | Request for opinion on effect of absentee ballot irregularities | Attorney-Client Privilege | Withdraw |
| 104 | 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 Box 2 | 7/25/1994 | Tulsa, Field Solicitor, Alan Woodcock | Osage Superintendent, Gordon Jackson | None | Memorandum | Recitation of advice on effect of absentee ballot irregularities | Attorney-Client and Work Product Privilege | Withdraw |
| 105 | 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 Box 2 | 6/1/1994 | Osage Superintendent, Gordon Jackson | Tulsa Field. Solicitor, Alan Woodcock | Muskogee Area Director | Memorandum | Request for opinion on effect of absentee ballot irregularities | Attorney-Client Privilege | Withdraw |
| 106 | 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 19 of 33 | 8/30/1984 | Cecil O. Wood, Jr. | Superintendent | | Memorandum | Memo determining probate status and beneficiaries to oil and gas leases. Document reflects author's recommendation and opinion on distribution. | Attorney-Client Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 107 | 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 19 of 33 | 1/26/1960 | Cecil O. Woods | Field Solicitor | | Memorandum | Memo determining assignment status. Author's recommendation and opinion on assignments. | Attorney-Client Privilege | Withdraw |
| 108 | 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 5 of 17 File: 102.1 Misc. Memoranda from Employees to Super. | 11/5/1960 | John M. Sisler, Field Solicitor, Pawhuska, Concurrence by: Lloyd England, Chief, Branch of Land Operation and J.M. Ware Chief, Branch of Realty | Superintendent, Osage Agency | None listed (except signatures from Chief, Branch of Land operation and Chief Branch of Realty) | Memorandum | This 4-page memorandum provides to the Superintendent the author's analysis of alleged lease violation in lease No. 40532 between George Daniels, as lessor, and H. R. Straight as lessee. It contains the author's mental impressions, opinions, and conclusions and provides legal advice, making a recommendation that no action be taken to cancel the lease. | Attorney-Client Privilege | Withdraw |
| 109 | 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 5 of 17 File: 337.2 Flood Control Arkansas - White - Red River Basins | 4/29/1962 | Cecil O. Wood, Jr. Field Solicitor, Pawhuska | Superintendent, Osage Agency | Area Director, Muskogee Attn: Chief, Branch of Realty, Osage Agency | Memorandum | This 4-page memorandum provides to the superintendent the author's analysis of title to the Arkansas River bed within Osage County. It contains the author's mental impressions, opinions, and conclusions regarding this issue | Attorney-Client and Work Product Privilege | Withdraw |
| 110 | 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 5 of 17 File: 102.1 Misc. Memoranda from Employees to Super. | 5/21/1952 | Hugh A. White, Special Attorney | Superintendent | | Memorandum | This 1-page (front and back) memorandum for the Superintendent discusses ownership of a portrait which hangs in the council room at the Agency. It contains the author's mental impressions, opinions, and conclusions, and makes recommendations of actions to take to help ascertain ownership | | Not Privileged |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 111 | 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 5 of 17 File: 102.1 Misc. Memoranda from Employees to Super. | 8/7/1972 | Field Solicitor, Pawhuska, Cecil O. Wood, Jr. | Superintendent, Osage Agency and the Osage Tribal Council | | Memorandum | This 2-page memorandum discusses the effect of an amendment to 28 USC sec. 2415 that provides a 90-day extension of time within which actions may be brought for or on behalf of a recognized tribe, band or group of American Indians. It contains the mental impressions, opinions ad conclusions of the author, and provides examples of scenarios of when the amendment applies, and when it does not. | Attorney-Client and Work Product Privilege | Waived |
| 112 | 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 9 of 11 File: 4616a-95 G08-6428Oil NW 36-26-11 Term: 02-13-92 | 11/8/2000 | Robert McCarthy, Field Solicitor, Tulsa, Alan Woodcock, Field Solicitor | Superintendent, Osage Agency, BIA Attn: Minerals Branch | | Memorandum | The 2-page memorandum provides to the Superintendent the author's analysis of the minimum royalties under the standard form Osage oil and gas lease. It contains the author's mental impressions, opinions and conclusions, and provides legal advice regarding the minimum royalty. | Attorney-Client Privilege | Withdraw |
| 113 | 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 9 of 11 File: 4616a-P5 406-458 Oil File #1NE 04-27-11Term: 03-12-97 | 6/20/1967 | Cecil O. Wood, Jr. Assistant Field Solicitor, Pawhuska | Superintendent, Osage Agency | | Memorandum | This 1-page memorandum to the Superintendent provides the author's review of cases involving receivership sales of Osage oil mining leases. It contains the author's mental impressions, opinions, and conclusions on the issue of whether the cases were in accord with the law of the State of Oklahoma. | Attorney-Client Privilege | Withdraw |
| 114 | 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 15 of 17 Folder: Gen'l Authorities Taxes and Insurance | 3/25/1930 | Jos. M. Dixon, First Asst. Secy | Attorney General | | Letter | This 5-page letter discusses legal opinions presented by the Asst. United States Atty. regarding issues in the U.S. v. County Treasurer of Osage County. It also requests a legal recommendation of the Attorney General in interpreting and complying with Oklahoma State tax laws. | Attorney-Client and Work Product Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 115 | 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 15 of 17 Folder: Gen'l Authorities Taxes and Insurance | 8/24/2020 | S.G. Hopkins, Asst. Secy | Attorney General | | Letter | This 4-page letter responds to the AG's request for an expression of views as to whether certain incomes were subject to Oklahoma State income tax. | Attorney-Client and Work Product Privilege | Withdraw |
| 116 | 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 15 of 17 Folder: Gen' Authorities Taxes and Insurance | 6/10/1944 | W.D. Weekday for the Commissioner of Indian Affairs | T.B. Hall, Supt., Osage Agency | | Letter | The 1-page letter with attachment conveys a legal opinion from the Dept. of Justice regarding authority to pay under protest certain assessed taxes. Attached to that letter is the Justice Department correspondence of 5/25/44 from J. Edward Williams Acting Head, Land Division to Interior Asst. Secy Oscar L. Chapman interpreting such authority. | Attorney-Client Privilege | Withdraw |
| 117 | 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 15 of 17 Folder: Gen' Authorities Taxes and Insurance | 4/7/1933 | D. M. Charest General Counsel of Bureau of Internal Revenue | Deputy Commissioner Schoonemaln | | Letter | 2-page opinion regarding collection of income taxes against Osage Indians. It offers the Bureau's interpretation of tax statutes and states the Bureaus opinion and recommendation for future legislation re: same | Attorney-Client Privilege | Withdraw |
| 118 | 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 15 of 17 Folder: Gen' Authorities Taxes and Insurance | 3/25/1930 | Jos. M. Dixon, First Asst. Secy | The Atty General | none | Letter | This 3-page letter is the author's response to the AG's request for suggestions as to further proceedings in U.S. v. Bd of Cty Comm of Osage County, No 746 (D. N.OK) | Attorney-Client and Work Product Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 119 | 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 15 of 17 Gen'l Authorities Recapitulation | 8/18/1947 | W. M. Bain, Chief Clerk and S.D.A. | File | | Index and (Entire File Folder) | This 72-page document (not including preface and table of contents) is a compilation of decisions of the Controller General and Solicitor's opinions. It contains synopses of dozens of Solicitor's legal opinions and recommendations and interpretations of operating authorities for the Osage BIA Agency given to the client. | Attorney-Client Privilege | Withdraw |
| 120 | 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 15 of 17 Gen'l Authorities Recapitulation | 9/19/1975 | Cecil O. Wood, Jr. Field Solicitor, Pawhuska | Superintendent, Osage Agency | None | Memorandum | 1-page memo recommending an amendment to 25 CFR 108.28 a stated | Attorney-Client Privilege | Withdraw |
| 121 | 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 15 of 17 Gen'l Authorities Recapitulation | 8/7/1964 | Associate Solicitor, Indian Affairs | Commissioner of Indian Affairs | None | Memorandum | 2-page memo providing legal advice regarding several issues in connection with the Keystone Reservoir settlement funds including classification, distribution and taxation. | Attorney-Client Privilege | Withdraw |
| 122 | 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 5 of 17 File: 337.27 Bluestem Reservoir (84) | 1/19/1970 | John M. Slater, Field Solicitor, Pawhuska | Regional Solicitor, Tulsa Region | Superintendent, Osage Agency, Branch of Minerals | Memorandum | This 3-page memorandum plus 3 pages of attachments is a request for Department of Justice to recover damages for injury to the Osage mineral interest claimed to be caused by the City of Pawhuska. In the memorandum the author provides his mental impressions, opinions, and conclusions relating to this claim. | Attorney-Client and Work Product Privilege | Assert |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 123 | 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 5 of 17 File: 337.27 Bluestem Reservoir (85) | 1/8/1971 | Shiro Kashiwa, Assistant Attorney General, Land and Natural Resources Division and by David R. Warner, Chief, General Litigation Section | Mitchell Melick Esquire, Solicitor Department of the Interior Attention Earle D. Gross Esquire, Associate Solicitor, Indian Affairs | 1 copy received on 1/25/71 by the Regional Solicitor, Department of the Interior, Tulsa | Letter | This 2-page letter is prepared in anticipation of litigation with the City of Pawhuska relating to tribal mineral deposits. It contains the mental impressions of the authors, and requests more information on the basis of evidence to support the allegation, and an explanation of the basis for the appraisal of damages. | Attorney-Client and Work Product Privilege | Assert |
| 124 | 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 5 of 17 File: 337.27 Bluestem Reservoir | 6/3/1969 | George D. Daly, Jr., Petroleum Engineering and Management Consultant | John L Pappan, Superintendent, Osage Indian Agency | | Letter | This 1-page letter was prepared at the request of the Osage Tribal Council to determine the oil revenue loss allegedly caused by the City of Pawhuska; Bluestem Lake Project in anticipation of possible litigation | | Not Privileged |
| 125 | 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 6 of 17 File: 337.27 Bluestem Reservoir | 10/21/1969 | City of Pawhuska Mayor Mabelle Kennedy | Paul Pitts, Principle Chief, Osage Indian Nation | | Letter | This 1-page letter is a rejection of demand for damages made by the Osage Indian Nation to the City of Pawhuska | | Not Privileged |
| 126 | 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 5 of 17 File: 337.27 Bluestem Reservoir (86) | 8/14/1973 | Duard R. Barnes, Acting Associate Solicitor, Division of Indian Affairs | Floyd L. France, Chief, General Litigation Section, Land and Natural Resources Division, Department of Justice | Regional Solicitor, Tulsa and Field Solicitor, Pawhuska | Letter | This 1-page letter is a response to addressees request for recommendations and comments whether to appeal the decision in United States vs. City of Pawhuska (No. 72-1-11 N.D. Okla). It contains the mental impressions and recommendation of the author. | Attorney-Client and Work Product Privilege | Assert. |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 127 | 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 5 of 17 File: 337.27 Bluestem Reservoir (87) | 1/1/1971 | Joseph R. Lynn, Engineering Technician | Superintendent, Osage Agency | | Memorandum | This 2-page memorandum with 3 pages of attachments provides information about the basis for appraisal of damages, and basis and nature of evidence to support Osage's claim against the City of Pawhuska in response to a January 5, 1971 letter from Shiro Kashiwa, Assistant Attorney General, Land and Natural Resources Division, to Mitchell Melich Solicitor, Department of the Interior | Attorney-Client and Work Product Privilege | Assert |
| 128 | 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 5 of 17 File: 337.27 Bluestem Reservoir (88) | 3/10/1976 | Commission of Indian Affairs | Associate Solicitor for Indian Affairs | Field Solicitor, Osage Agency, Pawhuska | Letter | This 3-page letter, with attachments that are a copy of a letter from the Superintendent Bureau of Indian Affairs and a Resolution of the Osage Tribal Council (No. 24-172) is from client to attorney and addresses the issue of whether an appeal should be taken from the decision in U.S. v. City of Pawhuska, No. 72-1-11 (U.S.D.C., W. D. Oklahoma December 17, 1975). The client provides background facts on this claim along with a discussion of constitutional basis for a possible appeal. | Attorney-Client and Work Product Privilege | Assert |
| 129 | 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 5 of 17 File: 337.27 Bluestem Reservoir | 1/30/1976 | Principal Chief, Osage Tribe of Indians (Sylvester J. Tinker) | Myles Flint, Attorney, Lands and Resources Division, Department of Justice | Nathan G. Graham, U.S. Attorney Northern District of Oklahoma; Reid P. Chambers, Associate Solicitor, Division of Indian Affairs. | Letter | This 2-page letter is in response to January 30, 1976, telephone conversation between the addressee and the Field Solicitor, Pawhuska, concerning the appeal of the case U.S. v. City of Pawhuska, No. 72-1-11(U.S. Dist, Northern District of Oklahoma). It is a communication between client and attorney addressing the issue of whether to appeal the decision. | | Not Privileged |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 130 | 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 11 of 17 Folder: 173.1 Courts-Judgments-Civilization Fund-Osage | 3/2/1959 | H.E. Hydara, Assoc. Solicitor, Ind. Affairs | Commissioner of Ind. Affairs | | Memorandum | This 1-page document relates to the distribution of inherited interest in the Civilization Fund.The document expresses the author's mental impressions, opinions and conclusions as to the life estate interests and how those interests may be disposed of. The author gives legal advice and makes recommendations on how this may be accomplished. | Attorney-Client Privilege | Withdraw |
| 131 | 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 11 of 17 Folder: 173.1 Courts-Judgments-Civilization Fund-Osage | 3/6/1958 | John M. Slater, Field Solicitor | Regional Solicitor, Tulsa, OK | | Memorandum | This is a 2-page document which related to the disbursement of the fund balance of the Civilization. This memorandum was utilized by the Agency Superintendent as a letter to the Commissioner of the BIA Fund proceeds and the categories of potential recipients. The document expresses the author's mental impressions, opinions and conclusions of who is included in the various categories and how the allotment of funds would be determined. The document gives legal advice and offers recommendations as to disbursement of the fund balance. | Attorney-Client Privilege | Withdraw |
| 132 | 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 35 of 38 File: SE 1-21-11 O&G G06-8092 | 4/1/1985 | John M. Slater, Field Solicitor | Superintendent, Osage Agency (H.T. Ferrier) | | Memorandum | This is a 3-page memorandum concerning the rights of oil lessees to improvements maintained on the lease for the use of lessees' employees.The author reviews departmental policy, state and federal case law in reaching his conclusions and opinions. This memorandum concerns the author's impressions, opinions, and conclusions relating to the right or authority to take and sell a lease house by the surface owner. | Attorney-Client Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 133 | 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 35 of 36 File: SE 9-21-12 O&G G06-10478 Folder 2 of 2 | 5/14/1982 | Newell Barker, Chief, Branch of Minerals | | | Memorandum | This is a 1-page memorandum concerning the ownership of casing head gas. The author memorializes the impressions, opinions and conclusions of the Field Solicitor (Cecil Wood) after the Solicitor's review of the lease and federal regulations. | Attorney-Client Privilege | Withdraw |
| 134 | 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 5 of 36 File: 52 SE 11-24-8 O&G g06-68264/6/95 | 3/27/1986 | Cecil O. Wood Jr., Field Solicitor | Superintendent, Osage Agency, Attn: Branch of Materials (Jack Shoemate, Super.) | | Memorandum | This 1-page memorandum provides to the Superintendent the author's review of this Bankruptcy Court Orders (Chapter 11) and a Director's Resolution. It contains the author's mental impressions, opinion and conclusions concerning the operation three oil and gas wells. | Attorney-Client Privilege | Withdraw |
| 135 | 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 5 of 36 File: SW 22-24-08 Oil Ind - 561911/16/99 | 7/24/1980 | Cecil O. Wood Jr., Field Solicitor | Superintendent, Osage Agency | | Memorandum | This 2-page memorandum provides to the superintendent the author's review of probate proceedings in two estates. It contains the author's mental impressions, opinions and conclusions, concerning the ownership interests in oil mining leases. | Attorney-Client Privilege | Withdraw |
| 136 | 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 13 of 36 | 3/13/1992 | Field Solicitor, Pawhuska | Minerals Section, Osage Agency | | Memorandum | One page memo interpreting an Order of the District Court in Osage County regarding authority to transfer property owned by an estate. | Attorney-Client Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 137 | 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 13 of 36 | 8/5/1967 | Field Solicitor, Pawhuska | Superintendent, Osage Agency | | Memorandum | Two-page memo reflecting reviews of a Ferrout Agreement, a Last Will and Testament, and an affidavit and consequential lease ownership determinations. | Attorney-Client Privilege | Withdraw |
| 138 | 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 24 of 36 | 3/28/1968 | Field Solicitor, Pawhuska | Superintendent, Osage Agency | | Memorandum | One page memo reflecting lease ownership determination. | Attorney-Client Privilege | Withdraw |
| 139 | 075-69C-0080 2 of 19 | 7/22/1933 | Charles Fahy, Acting Solicitor | Harold Ickes, Secy of Interior | Commissioner of Indian Affairs; C.L. Ellis Acting Supt., Osage Agency | Letter and Opinion | Solicitor opinion to Secretary giving legal opinion on investment of surplus funds in U.S. bonds under 43 Stats. 1008 | Attorney-Client Privilege | Withdraw |
| 140 | 075-64A-6043 M-520 (4) 89 | 10/7/1948 | Bruce Wright, Assistant Solicitor | Commissioner, BIA | | Letter | Letter from Assistant Solicitor interpreting federal law regarding tort claim. | Attorney-Client and Work Product Privilege | Assert |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 141 | 075-54A-0943 M-520 (4) 90 | 8/17/1948 | Acting Superintendent | Bruce Wright, Office of Solicitor | | Letter | Letter to Office of Solicitor seeking advice & clarification of advice received from Office of Solicitor regarding damages caused during movement of equipment. | Attorney-Client Privilege | Assert |
| 142 | 075-54A-0943 M-520 (4) 91 | 8/16/1948 | H.E. Hyden, District Counsel | W.D. Roberts | | Letter | Letter from District counsel regarding request for advice & advising actions to be taken in regard to a tort claim. | Attorney-Client and Work Product Privilege | Assert |
| 143 | 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 (?) | 9/13/1972 | Cecil G. Wood, Jr., Field Solicitor | Superintendent, Osage Agency | | Memorandum | Opinion memo on regularity of probate and new ownership of mineral lease. Attorney-client expression of lead opinion on validity of title transfer on death. | Attorney-Client Privilege | Withdraw |
| 144 | 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 5 of 5 | 1/6/1985 | William Honey, Field Solicitor | Chief, Branch of Minerals | | Memorandum (3 copies) | Opinion memo for accounting expedient. Attorney-client expression of evaluation and recommending compromise course. | Attorney-Client Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 145 | 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 5 of 5 | | John M. Slater, Field Solicitor | Thomas H. Dodge, Superintendent, Osage Agency | | Letter | Report summary of investigation of lessee accounting, proposing suggested reply to lessee letter in anticipation of hearing; advice on litigation tactics | Attorney-Client and Work Product Privilege | Withdraw |
| 146 | 075-89D-0050 6 of 29 (92) | 10/24/1975 | Newell Barker, Chief, Branch of Minerals | File | | Memo | The writer describes a meeting between a landowner and oil company in dispute over surface damages. The writer describes his view of the conflict and meeting outcome. The United States had a legal interest in the dispute. | Attorney Wok Product Privilege | Assert |
| 147 | 075-89D-0050 6 of 29 (93) | 8/26/1974 | Cecil O. Wood, Field Solicitor, Pawhuska | Jack Short, Assistant US Attorney (AUSA), Tulsa | DOJ Washington; Reid P. Chambers, Associate Solicitor, DIA; Regional Solicitor, Tulsa | Letter | The author is requesting an action in the above-mentioned dispute. | Attorney Wok Product Privilege | Assert |
| 148 | 075-89D-0050 6 of 29 (94) | 8/21/1974 | Newell Barker | File | | Memo | The author documents discussion with the Area Office regarding the above-mentioned dispute. | Attorney Wok Product Privilege | Assert |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 149 | 075-89D-0050 6 of 29 (95) | 8/19/1974 | Newell Barker | File | | Memo | The author documents communications with the landowner in the above-mentioned dispute. The author also notes his prediction as to the owner's future action. An attorney from the SOL was present at a meeting with the owner. | Attorney Wok Product Privilege | Assert |
| 150 | 075-89D-0050 6 of 29 | 8/2/1979 | Newell Barker | File | | Memo | The author describes a discussion with Cecil Wood, Field Solicitor, regarding casinghead gas production for a lease. | Attorney-Client Privilege | Withdraw |
| 151 | 075-89D-0050 6 of 29 (96) | 5/12/1983 | Newell Barker | File | | Memo | The author notes highlights from a meeting in Cecil Wood's (Field Solicitor) office with parties contesting an ingress/egress issue. Barker notes from later conversations his own impression of future actions to be taken. | Attorney-Client and Work Product Privilege | Assert |
| 152 | 075-89C-0080 7 of 26 | 4/30/1953 | D.S. Landrum, Chief Clerk | T.B. Hall, Superintendent, Osage Agency | | Letter | Letter showing status of the Estate of Eugene Butler, Jr. and the He-ah-to-me Trust Account, with recommendation for disposition thereof. | | Not Privileged |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 153 | 075-89D-0050 27 of 29 | 1/18/1950 | M.B. Robertson, Special Attorney | Superintendent | | Memo | Analysis of request to surrender lease of OK National Gas Company. Conclusions and recommendations based on analysis. | | Not Privileged |
| 154 | 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 21 of 54 (File: Don Bullard - Gas Purchase Contract / Riddle Oil Company (SW 36-22-8 Oil) | 12/28/1978 | Cecil O. Wood, Jr. | W.L. Brown, Superintendent,Osage Agency | | Memorandum | This 1-page document from the Field Solicitor expresses the attorney's mental impressions, conclusions and interpretation of the CFR's regarding ownership of casinghead gas produced from existing wells. | Attorney-Client Privilege | Withdraw |
| 155 | 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 22 of 33 (File: 328.1 - Johnny O. Toothman, Estate) | 9/9/1970 | Cecil O. Wood, Jr. | Superintendent,Osage Agency | | Memorandum | This is a 1-page document from the Field Solicitor expressing the author's mental impressions, opinions, and conclusions that a quitclaim deed was sufficient to pass title to land from an estate. | Attorney-Client Privilege | Withdraw |
| 156 | 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 22 of 33 (File: 328.1 - Johnny O. Toothman, Estate) | 4/10/1970 | Cecil O. Wood, Jr. | Superintendent, Osage Agency | | Memorandum | This is a 1-page document from the Field Solicitor expressing the mental impressions, opinions and conclusions regarding the legal sufficiency of an assignment and affidavit to cover the interest in probate. | Attorney-Client Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 157 | 075-04-[illegible] 14 of 17 (97) | 7/22/1993 | Charles R. Pabst, Jr. | M. Kent Anderson, Asst. U.S. Attorney | Charles Robertson; Newell Barker | Letter w/ attachments | This document is a one-page letter for the DOI to the Asst. U.S. Attorney recommending that the United States file a disclaimer of any interest in the bankruptcy action of Osage Crude Oil Purchasing, Inc. Attachments to the letter include a proposed disc | Attorney-Client and Work Product Privilege | Assert |
| 158 | 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 5 of 33 (File: 328.1 - Earl V. Whitwell, deceased) | 4/7/1975 | Field Solicitor, Pawhuska (Cecil O. Wood, Jr.) | Superintendent, Osage Agency | | Memorandum | This 1-page memorandum provides the Superintendent's review of an estate proceeding for purposes of determining ownership of certain mining leases. It contains the author's mental impressions, opinions and conclusions concerning the owner | Attorney-Client Privilege | Withdraw |
| 159 | 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 5 of 33 (File: 328.1; West, Anita Thomas) | 1/9/1964 | Field Solicitor, Pawhuska (Cecil O. Wood, Jr.) | Superintendent, Osage Agency Through: Chief, Realty | | Memorandum | This 1-page memorandum to the Superintendent through Chief, Realty, contains the author's review of guardianship proceedings. It contains the author's mental impressions, opinions and conclusions regaring approving lease assignments. | Attorney-Client Privilege | Withdraw |
| 160 | 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 7 of 27 (File: Arthur Silberman, South Hominy Lake Field) | 10/8/1957 | Field Solicitor, Pawhuska (Hugh B. White) | Superintendent, Osage Agency Attn: Branch of Minerals | | Memorandum | This 1-page memorandum provides to the Superintendent the author's review of an assignment of interest in an oil lease executed by an executrix for an estate. It contains the author's mental impressions, opinions and conclusions concerning the assignment | Attorney-Client Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 161 | 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 5 of 33 (File: Clarence E. Watson) | 10/11/1978 | Field Solicitor, Pawhuska (Cecil O. Wood, Jr.) | Superintendent, Osage Agency | | Memorandum | This 1-page memorandum provides to the superintendent the author's review of various court files regarding the ownership of certain Osage mining leases. | Attorney-Client Privilege | Withdraw |
| 162 | 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 6 of 33 (File: 328.1 / Western Wells Company) | 1/14/1986 | Field Solicitor, Pawhuska (Cecil O. Wood, Jr.) | Superintendent, Osage Agency Attn: Branch of Minerals | | Memorandum | This 1-page memorandum to the Superintendent, attention Branch of Minerals, contains the author's review of bankruptcy proceedings and mortgage documents. It contains the author's mental impressions, opinions and conclusions regarding the rights to the | Attorney-Client Privilege | Withdraw |
| 163 | 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 5 of 33 (File: 328.1 / William L. Wheatley) | 3/11/1986 | Field Solicitor, Pawhuska (Cecil O. Wood, Jr.) | Superintendent, Osage Agency Attn: Branch of Minerals | File Chrono (2) | Memorandum | This 1-page memorandum to the Superintendent, attention Branch of Minerals, contains the author's review of estate proceedings and a will. | Attorney-Client Privilege | Withdraw |
| 164 | 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 32 of 35 (98) | 10/11/1974 | Raymond V. Booth, Commissioner of Indian Affairs | Solicitor | | Memo | Analysis and discussion of the dismissal of 11 lawsuits filed by the U.S. against 1366 acres of land within the Osage Reservation. This was a request to dismiss or in the alternative file a Motion to Delay trial. | Attorney-Client and Work Product Privilege | Assert |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 165 | 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 26 of 27 | 1/19/1945 | G.B. Fulton, Special Attorney | Superintendent, Osage Agency | | Letter | Opinion requested as to Secretary's right to grant rights of way. Application of certain acts and case law. | | Not Privileged |
| 166 | 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 26 of 27 | 10/5/1944 | Fowler Harper, Solicitor | Commissioner of Indian Affairs | | Letter | Opinion as to rights of pipeline companies who acquired phone rights of way. Application of Congressional acts and case law. | Attorney-Client Privilege | Withdraw |
| 167 | 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 Box 36 (Folder: NW 22-20-12, 606-11606 O+G Terminated 8-13-92) | 7/12/1991 | Field Solicitor, DOI Office of Solicitor | Karl Bode, Minerals Section, Osage Agency | Hubert Marlow, AUSA | Memo | Legal opinion on oil lease: horizontal drilling operation through two leased quarter sections and compliance with 25 CFR § 226.9 | Attorney-Client Privilege | Withdraw |
| 168 | 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 Box 36 (Folder: SE 31-24-11, O+G 606-6303, 1/19/95) | 7/6/1978 | Cecil Wood, Jr., Field Solicitor, Pawhuska | William Dimmit, Chief, Condemnation & Closing Section, Real Estate Division, Corps of Engineers | Hubert Marlow, U.S. Attorney; Ralph Adkisson, Attorney; D.E. Martin, Attorney D.E. Martin was/is a member of the Osage Tribal Council; | Letter | Legal opinion on oil mining land usage: lessee's rights of ingress & egress for purpose of conducting mining operations and compliance with 34 Stat. 539, Act of June 28, 1906, ch. 3572 [25 CFR § 183]. | | Not Privileged |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 169 | 075-89D-0050 (Folder: SW 23-24-11, Cont. # 68 Ind 645 Terminated 1/19/71) (99) | 3/19/1963 | John M. Sisler, Field Solicitor | Superintendent, Osage Agency | H.T. Ferrier, Chief, Branch of Minerals | Memo | Legal opinion of possible litigation. 1-page memo (with 2 pages of attachments) conveying an opinion from the Field Solicitor regarding impoundment of royalties under an Osage mining lease. Attached is the Field Solicitor's memo dated 3/1/63 which expre | Attorney-Client and Work Product Privilege | Assert |
| 170 | 075-68A-1316 Box 690 (Folder: Vouchers Jan 1952) | 5/11/1951 | Hugh A. White, Special Attorney | T.B. Hall, Superintendent | | Memo | Recommendation of grant of authority to distribute estate in probate as indicated. | Attorney-Client Privilege | Withdraw |
| 171 | 075-68A-1316 Box 690 | 11/19/1951 | Hugh A. White, Special Attorney | T.B. Hall, Superintendent | | Memo | Attorney giving recommendation about distribution of estate | Attorney-Client Privilege | Withdraw |
| 172 | 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 Box 5 (Folder: NE 30-26-8 Cont. #I-68-Ind-27411 Cancelled May 10, 1957) | 2/12/1957 | F.A. Fronkier, Supervisory Examiner | Hugh A. White, Field Solicitor | | Letter | Legal advice regarding vested file - 1-page memo with reply from Field Solicitor where the Supervisory Examiner requests an opinion on the legal sufficiency and completeness of a transcript in from Osage County District Court Case No. 20586. | Attorney-Client and Work Product Privilege | Withdraw |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 173 | 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 Box 23 | | John H. Edwards, Solicitor | Secretary of the Interior | | Letter | Opinion regarding royalties due from oil leases of restricted allotted lands. Interpretation of lease clause regarding same. | Attorney-Client Privilege | Withdraw |
| 174 | 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 Box 23 | | John H. Edwards, Solicitor | Secretary of the Interior | | Letter | Copy of opinion regarding royalties due from oil leases. | Attorney-Client Privilege | Withdraw |
| 175 | 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 Box 7 (Folder Chapman Barnard & South Do[illegible]eek File) 100 | 3/25/1975 | Newell Barker, Chief, Branch of Minerals | Chapman-Barnard Republic Gas & Oil Injunction 174 File | Stan Curry - EPA Counsel; Injunction File | Memorandum | Discusses meeting with EPA legal counsel regarding Chapman Barnard Estate v. Republic Gas & Oil pollution litigation where the United States was a potential party to a pollution abatement action. Memo discusses EPA Counsel's opinions and interpretations | Attorney-Client and Work Product Privilege | Assert |
| 176 | 075-89D-0050 Box 12 (Folder: SW 35-28-8 (O+G) Terminated September 1, 1977 / 608-5435) 101 | 3/25/1975 | Newell Barker, Chief, Branch of Minerals | Chapman-Barnard Republic Gas & Oil Injunction File | EPA File | Memorandum | Meeting of legal counsel (EPA) regarding legal action filed. This is a copy of the same document (above) from the log of 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, Box #7, Chapman Barnard File | Attorney-Client and Work Product Privilege | Assert |

| # | Accession and Box # | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 177 | 075-54B-0943 M-537 (11) | 5/24/1950 | W.O. Roberts | OIA-DC Commissioner Rexriet | | Telegram | Offer of court settlement in Gilroy v. Burgess litigation | | Not Privileged |
| 178 | 075-54B-0943 M-535 (9) | 3/9/1950 | W.O. Roberts | Charles E. Grounds | | Telegram | Commence contract review located in Book 50. | | Not Privileged |