# Osage - Joint Review Privilege Log

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| TW-98-9142 101 | 302 | 5/8/1979 | Benno G. Imbrock, Field Solicitor, Anadarko | Area Director, BIA, Anadarko | | Memo | Response to request for legal advice on whether it would be proper to put 20% of program funds into an IIM Account for land Acquisition purposes under the tribal constitution | ACP |
| TW-98-9142 102 | 303 | 2/21/1989 | Mark Anderson for Field Solicitor USDI | Margaret Sweeney, DOJ | Earl Barlow, USDI Agency, Director Minn. | Letter | 2-pg letter discussing the Red Lake Band's Attorney's proposal and communication analysing a proposed order in the litigation | ACP, AWP |
| TW-98-9142 103 | 304 | 6/26/1989 | Mark Anderson for Field Solicitor USDI | Mr Barlow Area Director, BIA Minneapolis | | Letter | 2-pg letter discussing appropriate litigation action in the Red Lake Mill litigation | ACP |
| TW-98-9142 Box 267 of 990 98-X8463 104 | 307 | 8/16/1961 | Lyle Griffis, Field SOL, Anadarko OK | BIA Area Dir., Anadarko, OK | | Memo | 1-pg memo informing the Area Dir. That the Sol had approved a pmt voucher for Houston Bus Hill, Esq for atty fees for legal services provided for the Kiowa, Comanche, and Apache tribes under contract. The field Sol also discussed the validity of this pmt | ACP |
| TW-98-9142 Box 267 of 990 98-X8463 105 | 308 | 8/16/1961 | Lyle Griffis, Field SOL, Anadarko OK | BIA Area Dir., Anadarko, OK | | Memo | 1-pg memo providing legal opinion regarding payment voucher for Houston Bus Hill, Esq. for attorney fees for legal services provided for the Kiowa, Comanche, and Apache tribes under contract. | ACP |
| TW-98-9142 Box 267 of 990 98-X8463 106 | 305 | 11/5/1965 | Lyle Griffis, Field SOL, Anadarko OK | BIA Area Dir., Anadarko, OK | | Memo | 1-pg memo notifying the Area Director of the judgement and providing legal advice regarding method of payment to owners pursuant to condemnation suit U.S. v. 444.78 Acres in Cleveland Co., Oklahoma | ACP |
| TW-98-9142 Box 267 of 990 98-X8463 107 | 306 | 11/5/1965 | Lyle Griffis, Field SOL, Anadarko OK | BIA Area Dir., Anadarko, OK | | Memo | 1-pg memo notifying the Area Director of the judgement and providing legal advice regarding method of payment to owners pursuant to condemnation suit U.S. v. 444.78 Acres in Cleveland Co., Oklahoma | ACP |
| TW-98-9142 Box 786 of 990 98-X8982 108 | 310 | 4/10/1978 | Elmer Nitzchke, Field SOL | Mr. Casimir Le Beau Acting Area Dir; Attn: Tribal Operations & Realty | Great Lakes Agency; Attn: Realty w/encl., Great Lakes Agency; attn:Tribal Operations w/encl. | Letter | This 3-pg letter is privileged because it is a confidential comunication from an attorney to a client giving a legal analysis of various problems and resolutions concerning shares of deceased Oneidas under the Oneida Trust Agreement. The enclosure is a | ACP |
| TW-98-9142 Box 786 of 990 98-X8982 109 | 312 | 4/10/1978 | Elmer Nitzchke, Field SOL | Mr. Casimir Le Beau Acting Area Dir; Attn: Tribal Operations & Realty | Great Lakes Agency; Attn:Realty w/encl., Great Lakes Agency; attn:Tribal Operations w/encl. | Letter | This 3-pg letter is privileged because it is a confidential comunication from an attorney to a client giving a legal analysis of various problems and resolutions concerning shares of deceased Oneidas under the Oneida Trust Agreement. The enclosure is a | ACP |
| TW-98-9142 Box 786 of 990 98-X8982 110 | 309 | 2/29/1984 | Priscilla Wilfahrt, For the Field SOL | Earl Barlow, BIA, Area Director | | Letter | This 2-pg letter is privileged because it is a confidential communication between an attorney (Sol) and a client (BIA) giving a legal interpretation of Article III of the Oneida Trust Agreement defining who is a qualified spouse, child, or parent. | ACP |



PLAINTIFF'S
EXHIBIT C

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| TW-98-9142 Box 786 of 990 98-18982 111 | 311 | 2/23/1984 | Priscilla Wilfahrt, For the Field SOL | Earl Barlow, BIA, Area Director | | Letter | This 2-pg letter is privileged because it is a confidential communication between an attorney (Sol) and a client (BIA) giving a legal interpretation of Article III of the Oneida Trust Agreement defining who is a qualified spouse, child, or parent. | ACP |
| TW-98-9142 Box 790 of 990 98-18986 112 | 313 | 7/29/1988 | Area Tribal Operations Officer | Area Director | | Memo | 2-pg memo making a legal determination as to the distribution of funds according to statute | ACP |
| TW-98-9142 Box 793 98-08989 113 | 317 | 12/15/1988 | Mark Anderson for Field Solicitor USDI | Jim Parris, Chief of Trust Acct., USDI | Pat Weiss, DOJ; Margaret Sweeny; Area Director, DAO | Letter | Communication on draft memo regarding Red Lake Mill trust accounts | ACP |
| TW-98-9142 Box 793 98-08989 114 | 316 | 2/15/1989 | Mark Anderson for Field Solicitor USDI | Margaret Sweeney, DOJ | Earl Barlow, USDI Agency, Director Minn. | Letter | Discussing the tribes proposed stipulation and order in the Red Lake litigation | ACP |
| TW-98-9142 Box 793 98-08989 115 | 315 | 6/26/1989 | USDI Office of Field Solicitor Mark Anderson | Earl Barlow, BIA Area Director | | Letter | | ACP |
| TW-98-9142 Box 793 98-08989 116 | 314 | 4/30/1990 | Area Director, B.I.A. Earl Barlow | Field Solicitor, Twin Cities | Forestry chron; Mao chron; R. Wyne Coop, Minneapolis BIA | Memo | Response to 06/26/89 memo regarding Red Lake Mill litigation | ACP |
| TW-98-9142 Box 859 98-09055 117 | 318 | 2/3/1984 | M. Sharon Blackwell, Attorney, Office of Solicitor, SW Region | Area Director, Muskogee Office Attn: Supervisory Cash Assistant | | Letter | 2-pg letter providing a legal opinion and recommendation regarding partial distributions of an Individual Indian's estate | ACP |
| TW-98-9142 Box 930 of 990 118 | 319 | 2/21/1991 | Assistant Sec., Indian Affairs | Deputy, Central Office Directors; Area Directors; Superintendents; Associate Solicitor Indian Affairs | | letter | Draft of policy memo regarding the policy for reimbursement to trust Account holders for losses; and regarding attributing errors to the Bureau and notifying Account holders of such losses. | ACP, AWP, DP |
| NT-96-0003 119 | 362 | 10/19/1971 | John Crow, Deputy Commissioner | Associate Solicitor | Charles Hourigan, Chief, Division of Financial Management | Memo, Letters | Transmits to the Solicitor information gathered to respond to the claims of the pending Navajo case by attorney including; 1) transmittal letter from R. Smith, Chief of Financial Management to the Acting Financial Liason Officer and 2) a financial report | ACP |
| NT-96-0003 96-02652 120 | 370 | 5/17/1991 | Charles Hughes, Acting Assistant Solicitor, DIA Solicitor | Generaleral Counsel, USGAC | | Memo | Discusses what fund sources should be used to pay a [redacted] The memo contains the author's impressions and opinions whether payment is appropriate from the judgement fund or the BIA account "Operation of Indian Programs" | AWP |
| NT-96-0003 96-02652 121 | 365 | 1/11/1995 | Don Gray | | | Fax/ Attachment | Fax of draft of Defendant's status report of 06/6/94 for Chippewa Cree v. U.S. and memo to David Moran from Indian Affairs regarding alleged mismanagement of Pembina Judgement Fund | ACP, AWP |
| NT-96-0003 96-02652 122 | 367 | 1/20/1995 | Joe Weller, Reconciliation Project | David Moran, Solicitor | Eric Gould, DOJ | Memo | Regarding investment analysis project w/ attached draft "Dear Tribal Leader" letter in connection with Pembina accounts and litigation | ACP |
| NT-96-0003 96-02652 123 | 363 | 1/24/1995 | Donna Erwin, Act Director, OTRM | Mr. James E. Brookside, Deputy Chief, General Lit. Section, ENRD; DOJ | | Letter | 1-pg request for advice regarding assistance and relating to BIA Tribal Trust Reconciliation Project. | ACP |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| NT-96-0003 96-02652 124 | 364 | 2/8/1995 | Pamela West, Trial Attorney General Lit Section, ENRD | Donna Erwin, Acting Director, OTRM | Joe Christie | Letter (3 copies) | 7 pgs describing Ms. West's review of the draft report for the Yakima Indian Nation in relation to the reconciliation project and trust claims with suggested report modifications. The letter contains the author's impressions, opinions, and conclusions re | ACP; AWP |
| NT-96-0003 96-02652 125 | 366 | 2/9/1995 | Unknown | | | Notes | 1-pg of notes on a visit by Gould that contain the author's mental impressions, opinions, and conclusions regarding ongoing Pembina litigation | AWP |
| NT-96-0003 96-02652 126 | 368 | 3/8/1995 | Eric Gould, Attorney DOJ | Richard Dauphinais, NARF | | Draft Letter | Discussing legal analysis of expert work in the Chippewa Cree litigation and the Tribal Trust Reconciliation Project (unsigned) | AWP |
| NT-96-0003 96-02652 127 | 369 | 11/15/1995 | Stuart Schoenburg, General Lit. ENRD, DOJ | Donna Irwin | | Fax w/ 2 draft letters & copies | 2 draft letters regarding Assiniboine litigation and account reconciliation that contains opinions and conclusions regarding information needed for status conference as well as request for information regarding distribution of IMPL Agency funds | ACP, AWP |
| NT-96-0003 Box 251 of 281 128 | 405 | | Area Officer | Law Division | | Memo, Letter | Attaches a letter from the tribe's attorney requesting fees and states the Area Officer sees no objection to most of the budget, states one exception, and describes past claims for fees | ACP |
| NT-96-0003 Box 251 of 281 129 | 406 | | H.E. Hyden, Associate Solicitor | Commissioner of Indian Affairs | | Memo, Letter | Letter responds to the Commissioners request for the Solicitor's legal opinion on whether the classification of the New York Indians as "Federal Trusteeship Terminated" is erroneous. Provides legal analysis of on the issue | ACP, AWP |
| NT-96-0003 Box 251 of 281 130 | 394 | 8/10/1951 | Mastin G. White, Solicitor | Commissioner of Indian Affairs | | Memo, Letter | Responds to legal advice on whether there should be compensation under a contract for legal fees between James Curry and the Standing Rock Sioux tribe under specific language used in the contract | ACP, AWP |
| NT-96-0003 Box 251 of 281 131 | 397 | 2/17/1960 | George Abbott, Solicitor | All Regional Solicitor and Field Solicitor | | Memo, Letter | Sets forth a new policy regarding the Secretary's authority to approve attorney contracts with Indian tribes based on a new Solicitor's regulation | ACP, AWP |
| NT-96-0003 Box 251 of 281 132 | 401 | 2/16/1961 | Fred H. Massey, Assistant | Solicitor | | Memo | Memo giving legal recommendation regarding payments of judgments in favor of the Omaha Tribe of Nebraska under relevant tribal resolutions | ACP |
| NT-96-0003 Box 251 of 281 133 | 403 | 2/16/1961 | Acting Commissioner | Solicitor | | Memo | Legal recommendation regarding source of funds and authority for payment of attorney fees pursuant to the relevant contract or Tribal Resolution | |
| NT-96-0003 Box 251 of 281 134 | 402 | 3/3/1961 | H.E. Hyden, Associate Solicitor | Commissioner of Indian Affairs | | Memo Letter | Legal opinion and analysis of the Solicitor's authority to determine whether tribal attorneys fees can be paid and whether certain fees can be reimbursed; recommendation regarding same for Nez Perce Tribe of Idaho | ACP, AWP |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| NT-96-0003 Box 251 of 281 135 | 392 | 3/22/1961 | Margaret | Mr. Eccleston | | Letter | Discusses information in an (attached) Solicitor's Opinion regarding the payment of expenses under a tribal attorney contract under 25 USC 81 et seq. The letter claims to attach a Solicitor opinion, but none is attached | ACP |
| NT-96-0003 Box 251 of 281 136 | 391 | 6/30/1961 | Edward W. Fisher, Deputy Solicitor | Honorable Romsey Clark, Assistant Attorney General | BIA Tribal Programs | Letter | Opinion regarding the propriety of claimed expenses by Blake, Voorhees, & Stewart under the contract with the Citizen Band of Potawatomi Indians of Oklahoma | ACP |
| NT-96-0003 Box 251 of 281 137 | 389 | 6/15/1962 | Frank Borry, Solicitor | Sec'y of Interior | | Memo, Letter | Opinion responds to the request by the Sec'y of Interior for the Solicitor to reconsider refusing to approve a contract for an expert witness and a tribe in light of recent ruling by the ICC. Includes recommendations for future department policy on issue. | ACP, AWP |
| NT-96-0003 Box 251 of 281 138 | 400 | 9/24/1962 | Edward Fischer, Solicitor | Commissioner of Indian Affairs | | Memo, Letter | Response to a request for legal advice and analysis of legislative history of 76 Stat. 335 regarding payments to an expert witness under contract | ACP, AWP |
| NT-96-0003 Box 251 of 281 139 | 377 | 10/15/1962 | John Crow, Commissioner | Solicitor | | Letter | Discusses history and status of the Miami Tribe of Oklahoma cases and awards granted; itemizes the petition for Attorneys expenses and states legal opinions regarding response to request for explanation and/or suspension of the requests | ACP, AWP |
| NT-96-0003 Box 251 of 281 140 | 388 | 3/12/1964 | Omar Halvorson, Attorney for the Reg Solicitor | Bureau of Indian Affairs | | Letter | Discusses a proposed program for the use of judgement funds for the Kootena Tribe, including issues such non-profit status, title and property, organization form, board members, trust creation and statutory authority for the Sec'y of Interior to act as tr | ACP, AWP |
| NT-96-0003 Box 251 of 281 141 | 387 | 8/10/1964 | Edward Weinberg, Deputy Solicitor | Honorable Romsey Clark, Assistant Attorney General. | BIA (2); Office of Tribal Operations | Letter | Provides legal recommendations and opinions regarding appropriateness of certain requested attorney expenses from filed petition in Lower Bend O'Reille v. U.S. | ACP |
| NT-96-0003 Box 251 of 281 142 | 395 | 8/10/1964 | Edward Weinberg, Deputy Solicitor | Honorable Romsey Clark, Assistant Attorney General | BIA (2); Office of Tribal Operations | Letter | Legal opinion regarding the propriety of attorney expenses and fees under the contract with the Tribe in the Lowland O'Reille Tribe of Indians v. U.S. case | ACP, AWP |
| NT-96-0003 Box 251 of 281 143 | 399 | 4/12/1966 | Gordon MacGregor | Solicitor | Surname Chrony Mailroom Holdup | Letter | Requests legal advice on whether expenses under an Attorney contract between L. Schroeder and Ed Hubbard and the Shasta Indians of California are allowable under the contract, and giving descriptions of the cases and claims | ACP, AWP |
| NT-96-0003 Box 251 of 281 144 | 396 | 12/12/1966 | Duard R. Barnes, Assistant Solicitor, Appeals & Litigation | Commissioner of Indian Affairs | | Memo, Letter | Provides legal advice on propriety of certain expense claims by attorneys L. Schroden and Hubbard under their contract with the Shasta Indians of California, the Department's Appropriations Act, and procedures for reimbursement requests | ACP, AWP |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| NT-96-0003 Box 251 of 281 145 | 408 | 9/28/1967 | Duard Barnes, Acting Associate Solicitor | Commissioner of Indian Affairs | | Memo, Letter | Attaches a letter from the Navajo Tribe Attorney, a claim for Attorney fees, and assignment of fees in the Navajo Tribe case. The letter restates a legal opinion from the Solicitor's Office regarding the propriety of claim for attorney fees | ACP, AWP |
| NT-96-0003 Box 251 of 281 146 | 411 | 6/13/1969 | Duard Barnes, Acting Associate Solicitor | BIA, Assistant Commissioner | | Memo, letter | A transmittal with attached letter requesting a litigation report | ACP, AWP |
| NT-96-0003 Box 251 of 281 147 | 376 | 10/9/1969 | Braxton Miller, Assistant Attorney General | Mitchell Melich; Solicitor, DOI | | Letter | Requests legal opinion from the Solicitor's Office on the Petition for Attorney fees in the Miami Tribe of Oklahoma case | ACP, AWP |
| NT-96-0003 Box 251 of 281 148 | 379 | 10/13/1969 | David Barnes, Assistant Solicitor | Honorable Shiro Kashiwa, Assistant Attorney General | | Letter | Responds to a request for the Solicitor's legal opinion on a petition for the allowance of attorney fees in Miami Tribe of Oklahoma v. U.S. | ACP, AWP |
| NT-96-0003 Box 251 of 281 149 | 385 | 10/26/1970 | Walter Kiechel, Acting Assistant Attorney General, By: David Warner | Mitchell Melich, Solicitor | | Letter | Discusses pending litigation of Cheyenne-Arapahoe case; requests a background information on the case, and provides legal recommendations regarding pending and potential motions and other litigation strategy | ACP, AWP |
| NT-96-0003 Box 251 of 281 150 | 407 | 11/17/1970 | Duard Barnes, Acting Associate Solicitor | Commissioner, Branch of Finance Management | | Memo, Letter | Encloses a copy of the petition in the Navajo Tribe case and a letter from the Attorney General to the Solicitor's Office transmitting the petition and describing the allegations in the petition | ACP, AWP |
| NT-96-0003 Box 251 of 281 151 | 384 | 11/20/1970 | Duard R. Barnes, Acting Assistant Solicitor, | Commissioner, Indian Affairs | | Memo, Letter | Requests information from the client regarding office practices in handling trust funds accounts and the balances of the accounts in connection with the pending Cheyenne-Arapahoe Tribes of Oklahoma v. U.S. case | ACP, AWP |
| NT-96-0003 Box 251 of 281 152 | 410 | 1/18/1971 | Earl D. Goss, Associate Solicitor | Commissioner of Indian Affairs | Secretary File; Solicitor file; J.J. Clear; A & L reading file; BIA reading file | Memo, Letter | Replies to the Commissioner's memo of 1/8/71; describes the petition of the Navajo Tribe case stating the claims of the case, and stating the memo does not respond to the petitions allegations and thus will not be forwarded to DOJ. The letter outlines le | ACP, AWP |
| NT-96-0003 Box 251 of 281 153 | 409 | 2/12/1971 | Earl D. Goss, Associate Solicitor | Honorable Shiro Kashiwa, Assistant Attorney General | BIA Financial Management | Letter | Discussed petition in the Navajo Tribe case, stating the Solicitor's opinion of the legal basis for the claims, giving a brief description of the case law and stating that further information to defend against the suit has been requested from the BIA | ACP, AWP |
| NT-96-0003 Box 251 of 281 154 | 371 | 2/17/1971 | Earl D. Goss, Associate Solicitor | Commissioner of Indian Affairs | | Memo, Letter | Memo with attached letter, order, and an interim reply to the Justice Department discussing the Plaintiff's and Department's theory of the claims. Also attached is a letter from the Solicitor which provides legal analysis and other information regarding | ACP, AWP |
| NT-96-0003 Box 251 of 281 155 | 372 | 5/11/1971 | Commissioner | Associate Solicitor | Roland Miller, Chief, Financial Management | Memo, Letter | Attached information on allotments made by the BIA from the principal trust fund account 14x7341, balances in the interest account, and dates of allotment from that account | ACP, AWP |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| INT-96-0003 Box 251 of 281 156 | 373 | 5/11/1971 | Louis R. Bruce, Commissioner | Associate Solicitor | Roland Miller, Chief, Financial Management | Memo, Letter | Response to request for information responsive to the Motion in the Navajo Tribe case, detailing attached exhibits to the Motion | ACP, AWP |
| INT-96-0003 Box 251 of 281 157 | 412 | 9/29/1971 | Duard Barnes, Acting Associate Solicitor | Davis Warner, Chief General Lit. Section, DOJ | BIA | Letter | Provides an update to DOJ regarding BIA policies and procedures of increasing the tribal interest rates in connection with the Navajo case | ACP, AWP |
| INT-96-0003 Box 251 of 281 158 | 378 | 10/20/1971 | John Crow, Commissioner of Indian Affairs | Solicitor |  | Memo, letter | Discusses legal recommendations for follow-up to an ICC ruling allowing certain expenses under 25 USC 70 et seq., including discussion on potential appeal of the ruling | ACP, AWP |
| INT-96-0003 Box 251 of 281 159 | 393 | 11/4/1971 | William Oershung Acting Associate Solicitor, Indian Affairs | Commissioner of Indian Affairs |  | Memo, Letter | Advises that a memo from the Assistant Sec'y for Public Land Management is attached and that the letter replaces a previous memo opinion by the Solicitor giving legal opinion and analysis regarding the issuance of trust patents | ACP |
| INT-96-0003 Box 251 of 281 160 | 381 | 12/29/1971 | Raymond Coultier, Acting Solicitor | Honorable Shiro Kashiwa, Assistant Attorney General |  | Letter | Urges Attorney General to appeal ruling by the Indian Claims Commissioner on allowing certain Attorney expenses, outlining the legal reasoning and potential ramifications of the ICC ruling | ACP, AWP |
| INT-96-0003 Box 251 of 281 161 | 374 | 1/20/1972 | John Crow, Commissioner | Associate Solicitor | Charles Hourigan, Chief, Division of Financial Management | Memo, letter | Transmittal with attached chronological list of correspondences relating to the investment of Navajo trust funds made by the BIA from 1/1/66-12/31/70. The correspondences represent information compiled for the purposes of litigation and may reveal legal | ACP, AWP |
| INT-96-0003 Box 251 of 281 162 | 383 | 1/25/1972 | Alexander MacNabb, Commissioner of Indian Affairs | Assoc. Solicitor, Indian Affairs | Charles Hourigan, Chief, Division of Financial Management | Memo, Letter | Details information and summarizes the contents of exhibits to be used in support of the petition to be filed in Cheyenne-Arapahoe Tribes of Oklahoma v. U.S. | ACP, AWP |
| INT-96-0003 Box 251 of 281 163 | 375 | 2/17/1972 | John Crow, Deputy Commissioner | Associate Solicitor | Chief, Division of Finance Management | Memo, letter | Letter states that the enclosures are a chronological file of the investments and relating correspondences in the Navajo Ute Mtn trust from 1/1/66-12/31/70 (No attached list) | ACP, AWP |
| INT-96-0003 Box 251 of 281 164 | 390 | 6/2/1972 | Mitchell Melich, Solicitor | Assistant Sec'y, Public Land Management |  | Memo, Letter | Legal opinion and recommendation regarding contract language and approvals of contracts for attorney services under 25 USC 81, 476, 70 and the pending Klamath and Modoc Tribe v. U.S. case | ACP, AWP |
| INT-96-0003 Box 251 of 281 165 | 382 | 8/10/1972 | Commissioner of Indian Affairs, Carl Cornelius | Assoc. Solicitor, Indian Affairs |  | Memo, Letter | Discusses issues in reaching a potential agreement to proposed stipulations, exhibits and other litigation facts in Cheyenne-Arapahoe Tribe of Indians et al. v. U.S. | ACP, AWP |
| INT-96-0003 Box 251 of 281 166 | 404 | 8/28/1972 | J.P. Sykes; Fiscal Plans & Management | Associate Solicitor of Indian Affairs | C. Hourigan, Chief, Division of Finance Management | Memo | Outlines legal requirements for deposit of receipts under various sections of the USC, legal provisions for the sales of timber products under tribal contracts, guarantee and advance deposit requirements under department regulations, the deposit of guaran | ACP, AWP |
| INT-96-0003 Box 251 of 281 167 | 386 | 9/5/1974 | John Crowe, Deputy Commissioner of Indian Affairs | Associate Solicitor, Indian Affairs | Commissioner's reading file; Supreme Chrony, mailroom Trust Unit hold up | Memo, Letter | Provides legal opinions and analysis regarding responses to reports, application relevant tribal trust law including 5 Stat. 465, and interpretation of exhibits in Hoopa Valley Tribe of Indians v. U.S.; | ACP, AWP |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| NT-96-0003 Box 251 of 281 168 | 380 | 9/7/1994 | Donald Maynard, Acting Chief Division of Trust Services | Fredrick W. Post, Attorney-at-Law | Mr. Bartlett, Chief Branch of Finance and Acct.; Mr. Vale, Chief, Branch of Investments ISSDA | Letter | Provides legal recommendations and advice regarding payment of currently invested funds as allowed by the Indian Claims Commissioner in Lummi Tribe v. U.S. | ACP |
| NT-96-0003 Box 251 of 281 169 | 398 | 12/1/2359 | Glenn Emmonds, Commissioner | Area Director, Fredrick Haverland | | Letter | Details new policies and procedures for the approval of attorney contracts with tribes in detail based on a recent Solicitor opinion. | ACP |
| NT-96-0003 Box 260 of 281 96-02632 170 | 414 | | Commissioner | Associate Solicitor | | Letter | Reply to a request for a litigation report on the Navajo Tribe case | ACP, AWP |
| NT-96-0003 Box 260 of 281 96-02632 171 | 415 | 2/10/1971 | Earl D. Goss, Associate Solicitor | Commissioner | | Letter (w/ attachment) | Letter, with attached Motion, requesting further information in compliance with Motion and providing legal advice regarding potential opposition to the Motion | ACP, AWP |
| NT-96-0003 Box 260 of 281 96-02632 172 | 413 | 12/3/1975 | Attorney Hyde of Indian Claims Commissioner | | | Summary | Document lists and discusses 168 "Pending Indian Claim Cases" and contains opinions of litigation strategy of potential appeals | AWP |
| NT-96-0005 Box 6 of 14 96-02700 173 | 417 | 4/2/1993 | Assistant Solicitor, Branch of Tribal Gov't and Alaska | Director, Office of Trust Funds Management, BIA | Harold Redhorse; Sarah Yepa; Branch of Trust Funds Management; BIA | Memo | Legal opinion and interpretation of statutes providing for deposit of funds into escrow from proceeds from lands withdrawn for Native selection in Alaska pursuant to the Alaska Native Claims Settlement Act of 1971 | ACP |
| NT-96-0005 Box 6 of 14 96-02700 174 | 416 | 8/15/1995 | Acting Director; Office of Trust Funds Management | Regional Solicitor | M. Williams, Chief, Branch of Investment Acct., OTFM/BIA; Chavarria, AA & Co.; B Martin, Coopers & Lybrand; BCC: Ramirez | Memo | Request for opinion regarding the Alaska Native Escrow Fund and the applicability of the Uniform Principal and Income Act; As to reconciliation of income and funds between Money Max and Finance systems under Alaska Native Claims Settlement Act of 1971 | ACP |
| NT-96-0005 Box 7 of 14 96-02701 175 | 419 | 12/28/1995 | Edward B. Cohen, Deputy Solicitor | Joe Christie, OTFM | | Fax | 1-pg cover and attached draft letter addressed to Tribal Leader; Solicitor is communicating on the draft letter and suggesting changes; providing a legal opinion and recommendations on proposed letter | ACP |
| NT-96-0005 Box 7 of 14 96-02701 176 | 418 | 1/24/1996 | Robert Anderson, Associate Solicitor, Division of Indian Affairs | John Leshy, Solicitor | Joe Christie | Memo | 9-pg draft memo discussing legal strategies and issues regarding handling suits in connection with the Tribal Trust Funds Reconciliation Project and DOI's options for reviewing tribal claims | AWP |
| TA-98-9144 Box 556 of 775 98-11689 177 | 687 | 3/22/1965 | Roy F. Allen, Field Solicitor, Billings | Area Director | Copies in the File(Copy #2 is a few pages after this one) | Memo | Memo providing a legal opinion and recommendation regarding the status of a land acquisition contract and grant of easement and authorization for payment on the contract based upon this status | Attorney-Client Privilege |
| TA-98-9144 Box 556 of 775 98-11689 178 | 731 | 3/22/1965 | Roy F. Allen, Field Solicitor, Billings | Area Director | Copies in the File(Copy #2 is a few pages after this one) | Memo | Memo providing a legal opinion and recommendation regarding the status of a land acquisition contract and grant of easement and authorization for payment on the contract based upon this status | Attorney-Client Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| ITA-98-9144 Box 747 of 755 98-11880 179 | 676 | | Various authors and Addressees,; e.g.: US Attorney, Field Solicitors, Area Director, Superintendent | | | Memos/Letters | "Trespass Rental-Building No 74 George Killenbeck" file. Entire file is privileged. 13 memos/letters between US Attorney, Field Solicitor, and BIA Management discussing legal issues and litigation strategies relating to the George Killenbeck case regard | Attorney-Client and Attorney Work Product Privilege |
| ITA-98-9144 Box 747 of 755 98-11880 180 | 720 | | Various authors and Addressees,; e.g.: US Attorney, Field Solicitors, Area Director, Superintendent | | | Memos/Letters | "Trespass Rental-Building No 74 George Killenbeck" file. Entire file is privileged. 13 memos/letters between US Attorney, Field Solicitor, and BIA Management discussing legal issues and litigation strategies relating to the George Killenbeck case regard | Attorney-Client and Attorney Work Product Privilege |
| ITA-98-9144 Box 618 of 755 181 | 421 | 3/13/1956 | Reinholt Brust Assistant Area Director | Acting Field Solicitor | Superintendent; Fort Belknap Agency | Memo, letter | Letter requesting the Solicitor to review proposed Attorney contract | ACP |
| ITA-98-9144 Box 618 of 755 182 | 420 | 3/15/1956 | Harlow Pease for the Acting Field Solicitor, Billings | Area Director; BIA, Billings MT | Superintemdent, Fort Belknap Agency, Harlem, MT | Memo, Letter | Letter in response to request for communicationents on an attorney's ability to represent Chippewa Cree Tribe, the employability of other attorney's, and claims against the Government under Title 18 USC 1001 | ACP |
| K00-00-9031 183 | 734 | 9/9/1991 | Mary Dearborn, Paralegal Specialist, on behalf of Philip N. Hogan, U.S. Attorney, Dept. of Justice | Mark Anderson, Office of the Field Solicitor | | Memorandum | This 1-page document addresses the issue of BIA procedures for litigation settlement reimbursements. This document is privileged because it is a communication between an attorney and client, and it contains the attorney's mental impressions and/or notes | Attorney-Client and Attorney Work Product Privilege |
| K00-00-9031 184 | 733 | 11/8/1995 | Gerald R. Moore, Office of the Field Solicitor, Pacific Northwest Region, Office of the Solicitor | Area Director, BIA | | Memorandum | This 3-page memorandum renders an opinion related to client's request to determine how certain debits at issue could be treated. This document is privileged because it is a communication between the attorney and their client agency related to the legal I | Attorney-Client Privilege |
| K00-00-9031 21 of 544 00-04174 ("Jesup & Lamont" File) 185 | 735 | | Authors include Frederick N. Ferguson, Dep'y Solicitor; Thomas O'Hare, Solicitor; Lotario D. Ortega, Field Solicitor, Albuq.; John W. Vale, Chief, Branch of Investments | Addressees include Alice Daniel, Asst. Attorney General, DOJ Civil Division; Associate Solicitor, Indian Affairs; Field Solicitor | Various solicitors, U.S. Attorneys, and BIA Investments | Entire File | This file contains documents discussing legal issues relating to the Jesup & Lamont bankruptcy filing, and BIA/DOJ's claim against SSIW Corp. (formerly known as Jesup & Lamont Gov't Securities, Inc.). The individual documents, as well as the compilation | Attorney Work Product Privilege |
| K00-00-9031 249 of 544 00-04402 186 | 736 | | William E. Haney, Acting Field Solicitor | Ron Eden, Deputy to Asst. Secretary Dept of Interior | Hon. James M. Inhofe, Member of Congress | Letters | Letter regarding opinions and recommendations on the handling of a claim for distribution from trust funds | Attorney Work Product Privilege |
| K00-00-9031 249 of 544 00-04402 187 | 737 | 10/30/1990 | Stanley Speaks, Acting Asst. Secretary – Indian Affairs | David A. Ingol, Chief Counsel, financial Management Service, Dept of Treasury | Joan Pesata, Dir., Limited Payability Project; Secy surname; IA: G. Gover | Letter | Letter provides legal advice and opinion regarding disposition of proceeds from tribal and individual checks scheduled to be canceled. | Attorney Work Product Privilege |
| K00-00-9031 249 of 544 00-04402 188 | 738 | 1/4/1991 | David A. Ingold, Chief Counsel | Dr. Eddie F. Brown, Asst. Secretary, Indian Affairs | Joan Pesata, Dir., Limited Payability Project; Secy surname; IA: G. Gover | Letter | Letter provides legal advice and opinion regarding disposition of proceeds from tribal and individual checks scheduled to be canceled. | Attorney Work Product Privilege |
| K00-00-9031 290 of 544 00-04443 189 | 739 | 4/10/1996 | Deputy Solicitor, SOL | Special Trustee | | Memorandum | 4-page memorandum on whether the Indian Preference Statute, 25 USC 772, applies to the Office of Trust Fund Management personnel rules. This letter provides legal analysis and interpretation of federal law related to developing agency policy outside the | Attorney-Client Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| K00-00-9031 432 of 544 190 | 741 | | | | | Notes | Handwritten notes of legal advice provided to client regarding multiple transactions | Attorney Work Product Privilege |
| K00-00-9031 432 of 544 191 | 740 | 2/8/1995 | Larry Lohmeir | | | Contract | 1-page contract with written notes plus 4 exhibits | Attorney Work Product Privilege |
| K00-00-9031 51 of 544 192 | 742 | 11/21/1991 | A. Scott Grayson, Attorney-Advisor | Superintendent, Unitah & Ouray Agency | | Memorandum | This is a privileged document because it is between the Solicitor's Office and a client agency regarding the data at which the Ute Indian Tribe would become the beneficial owner of certain lands, in order to determine whether the mineral estate is subject | Attorney-Client Privilege |
| K00-00-9034 13 of 36 00-04863 193 | 745 | 6/4/1954 | William J. Burke, Acting Deputy Solicitor; Office of the Solicitor | Director of Personnel, BIA | | Memorandum | 2 copies of 5-page legal opinion and interpretation re: the appointment of Indian people to veterans' positions. | Attorney-Client and Attorney Work Product Privilege |
| K00-00-9034 13 of 36 00-04863 194 | 744 | 8/24/1955 | Edmund T. Fritz, Acting Solicitor, Office of the Solicitor | Commissioner, BIA | | Memorandum | 2 copies of a 3-page legal opinion and interpretation re: The effect of Sec. 23 of 68 Stat. 868, 877 on Indian preference in employment. | Attorney-Client and Attorney Work Product Privilege |
| K00-00-9034 13 of 36 00-04863 195 | 743 | 8/3/1977 | Hans Walker, Jr. Acting Associate Solicitor, Indian Affairs; Office of the Solicitor | Acting Deputy Commissioner of Indian Affairs, BIA | | Memorandum | 2 copies of 2-page legal opinion and interpretation re: Employment preferences for Indians | Attorney-Client and Attorney Work Product Privilege |
| K00-00-9034 23 of 36 00-04873 196 | 746 | 3/6/1937 | Nathan R. Margold, Solicitor | Commissioner of Indian Affairs | | Memorandum | Legal analysis of whether the Wisconsin Winnebago Indians can be considered a tribe for organization and land purchase purposes and, if so, whether they are denied these privileges because they are holders of homestead allotments. | Attorney-Client and Attorney Work Product Privilege |
| K00-00-9034 23 of 36 00-04873 File # 3580 197 | 747 | 6/10/1936 | Charlotte T. Westwood, Asst. Solicitor | Organization Division | Solicitor | Memorandum | Legal analysis of whether the Wisconsin Winnebagos can organize under Section 16 of the Reorganization Act despite all or most of their members residing on homestead allotments on the public domain | Attorney-Client and Attorney Work Product Privilege |
| K00-00-9034 23 of 36 00-04873 File # 4667 Part 1-C 198 | 748 | 10/16/1967 | Duard R. Barnes, Asst. Solicitor, Appeals & Litigation | Commissioner of Indian Affairs, Attn: Tribal Enrollment Section | | Memorandum | Recommendation regarding investigation and determination of whether an individual is eligible for enrollment | Attorney-Client and Attorney Work Product Privilege |
| K00-00-9034 23 of 36 00-04873 File # 4667 Part 1-C 199 | 749 | 1/5/1968 | Duard R. Barnes, Asst. Solicitor, Appeals & Litigation | Commissioner of Indian Affairs, Attn: Tribal Enrollment Section | | Memorandum | Recommendation regarding investigation and determination of whether an individual is eligible for enrollment | Attorney-Client and Attorney Work Product Privilege |
| K00-00-9034 23 of 36 00-04873 File # 4667 Part 1-F 200 | 750 | 7/25/1968 | Commissioner of Indian Affairs, Sgd. Charles B. Rovin, Acting Deputy Asst. Commissioner | Solicitor and Acting Assoc. Solicitor, Indian Affairs | | Memorandum | Solicitor's Office provides information relating to an individuals request to be recognized as an enrollee in the Chippewa Indian community. | Attorney-Client and Attorney Work Product Privilege |
| K00-00-9034 23 of 36 00-04873 File # 4667 Part 2 201 | 751 | 7/26/1966 | Charles M. Soller, Asst. Solicitor, Indian Legal Activities | Commissioner of Indian Affairs | | Memorandum | Asst. Solicitor's legal analysis of the critique of a proposed letter from the Commissioner of the Minnesota Chippewa Tribe. | Attorney-Client and Attorney Work Product Privilege |
| K00-00-9034 26 of 36 00-04876 202 | 752 | 10/31/1978 | Thomas W. Fredricks, Associate Solicitor, Division of Indian Affairs; Dave Moran, DC Solicitor | Assistant Secretary Indian Affairs | | Memorandum | Legal interpretation re: New deparment regulations on rulemaking | Attorney Work Product Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| K00-00-9034 33 of 36 203 | 760 | 1/31/1946 | Warner W. Gardner, Solicitor | Asst. Sec. DOI Chapman | | Memorandum plus attachments | Re: Legal interpretation provided in response to Client's request regarding the Secretary's authority respecting the approval of contracts between tribes and attorneys | Attorney Work Product Privilege |
| K00-00-9034 33 of 36 204 | 754 | 1/31/1946 | Warner W. Gardner, Solicitor | Asst. Sec. DOI Chapman | | Memorandum plus attachments | Re: Legal interpretation provided in response to Client's request regarding the Secretary's authority respecting the approval of contracts between tribes and attorneys | Attorney Work Product Privilege |
| K00-00-9034 33 of 36 205 | 756 | 1/31/1946 | Warner W. Gardner, Solicitor | Asst. Sec. DOI Chapman | | Memorandum plus attachments | Re: Legal interpretation provided in response to Client's request regarding the Secretary's authority respecting the approval of contracts between tribes and attorneys | Attorney Work Product Privilege |
| K00-00-9034 33 of 36 206 | 758 | 1/31/1946 | Warner W. Gardner, Solicitor | Asst. Sec. DOI Chapman | | Memorandum plus attachments | Re: Legal interpretation provided in response to Client's request regarding the Secretary's authority respecting the approval of contracts between tribes and attorneys | Attorney Work Product Privilege |
| K00-00-9034 33 of 36 207 | 763 | 1/31/1946 | Warner W. Gardner, Solicitor | Asst. Sec. DOI Chapman | | Memorandum plus attachments | Re: Legal interpretation provided in response to Client's request regarding the Secretary's authority respecting the approval of contracts between tribes and attorneys | Attorney Work Product Privilege |
| K00-00-9034 33 of 36 208 | 764 | 1/31/1946 | Warner W. Gardner, Solicitor | Asst. Secretary of Interior Chapman | | Memo plus two (2) attachments | Opinion rendered by Solicitor in response to request from client re: Contracts between tribes and attorneys | Attorney-Client and Attorney Work Product Privilege |
| K00-00-9034 33 of 36 209 | 753 | 6/22/1951 | Mastin G. White, Solicitor | Secretary, DOI | | Memorandum | Re: Legal interpretation of Secretary's authority respecting the approval of contracts between tribes and attorneys | Attorney Work Product Privilege |
| K00-00-9034 33 of 36 210 | 755 | 6/22/1951 | Mastin G. White, Solicitor | Secretary, DOI | | Memorandum | Re: Legal interpretation of Secretary's authority respecting the approval of contracts between tribes and attorneys | Attorney Work Product Privilege |
| K00-00-9034 33 of 36 211 | 757 | 6/22/1951 | Mastin G. White, Solicitor | Secretary, DOI | | Memorandum | Re: Legal interpretation of Secretary's authority respecting the approval of contracts between tribes and attorneys | Attorney Work Product Privilege |
| K00-00-9034 33 of 36 212 | 761 | 6/22/1951 | Mastin G. White, Solicitor | Secretary, DOI | | Memorandum | Re: Legal interpretation of Secretary's authority respecting the approval of contracts between tribes and attorneys | Attorney Work Product Privilege |
| K00-00-9034 33 of 36 213 | 762 | 6/22/1951 | Mastin G. White, Solicitor | DOI Secretary | | Memorandum | Legal opinion provided in response to Client's request re: Interpretation of the Secretary's authority respecting the approval of contracts between Indian tribes and attorneys | Attorney-Client and Attorney Work Product Privilege |
| K00-00-9034 33 of 36 214 | 759 | 6/22/1951 | Mastin G. White, Solicitor | Secretary, DOI | | Memorandum | Re: Legal interpretation of Secretary's authority respecting the approval of contracts between tribes and attorneys | Attorney Work Product Privilege |
| K00-00-9034 35 of 36 00-04885 215 | 765 | 3/24/1961 | H. Rex Lee, Acting Commissioner | A.M. Prothers, Acting General Counsel, Federal Housing Administration | | Letter | Legal advice re: the Authority of the Secretary of the Interior to approve Indian tribe lease agreements and extensions | Attorney Work Product Privilege |
| K00-00-9034 6 of 36 216 | 768 | 9/10/1940 | Leland O. Graham | 1st Asst. Secretary | | Memorandum | Memorandum expressing legal opinion and analysis regarding employees receiving compensation from sources other than those with a connection to the Indian service. The communication provides legal analysis and interpretation related to developing agency p | Attorney-Client and Attorney Work Product Privilege |
| K00-00-9034 6 of 36 217 | 770 | 1/31/1946 | Warner W. Gardner, Solicitor | Asst. Secretary Chapman | | Memorandum plus two (2) attachments | Opinion rendered by Solicitor to Assistant Secretary of the Interior re: Contracts between Indian tribes and attorneys | Attorney-Client and Attorney Work Product Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 00-00-9034 6 of 36 218 | 767 | 6/22/1951 | Mastin G. White, Solicitor | Interior Secretary | | Memorandum | Legal opinion provided in response to Client's request re: Interpretation of the Secretary's authority respecting the approval of contracts between Indian tribes and attorneys | Attorney-Client and Attorney Work Product Privilege |
| 00-00-9034 6 of 36 219 | 769 | 3/24/1958 | Warren E. Cox, Chief Counsel, Federal Housing Admin | Comm. of Indian Affairs, DOI | | Letter | Advice given by chief Counsel of FHA re: Set-Off of amounts due Indians against debts due the U.S. on Title I loans | Attorney-Client and Attorney Work Product Privilege |
| 00-00-9034 6 of 36 220 | 766 | 3/24/1958 | Warren E. Cox, Chief Counsel, Federal Housing Admin | Comm. of Indian Affairs, DOI | | Letter | Advice given by chief Counsel of FHA re: Set-Off of amounts due Indians against debts due the U.S. on Title I loans | Attorney-Client and Attorney Work Product Privilege |
| 00-01-9004 170 of 203 01-05837 221 | 771 | 4/10/1996 | Deputy Solicitor | Special Trustee | | Memorandum | Memorandum providing legal analysis and interpretation of personnel rules applicable to the Office of Special Trustee. The communication provides legal analysis and interpretation of federal law related to developing agency policy outside the scope of fid | Attorney-Client and Attorney Work Product Privilege |
| 00-01-9004 171 of 203 01-5838 Folder: "Request for Solicitor's Opinion" 222 | 772 | | Authors include: OTFM, Assoc. Solicitor, Regional Solicitor | Addressees include: OTFM, Assoc. Solicitor, Regional Solicitor | | File | 27 privileged memoranda regarding various issues on which the Solicitor's Office has been asked to render an opinion | Attorney-Client and Attorney Work Product Privilege |
| 00-01-9004 186 of 203 01-05853 223 | 774 | | Edwin Winstead, Acting Director, OTFM | Regional Solicitor | | Memorandum | Client's request for a legal opinion regarding the application of Uniform Principal and Income Act to Indian Trust Funds | Attorney-Client Privilege |
| 00-01-9004 186 of 203 01-05853 224 | 773 | 3/5/1992 | Field Solicitor | Area Director | | Memorandum | Solicitor opinion regarding the disposition of funds from a claims court judgment | Attorney-Client and Attorney Work Product Privilege |
| 00-01-9004 194 of 203 01-05861 225 | 779 | 1/24/1978 | Thomas E. Fredericks, Associate Solicitor, Indian Affairs | Deputy Asst. Secretary – Indian Affairs (Program Operations0 | | Memorandum | Legal interpretation re: pooling of tribal funds for investment purposes | Attorney-Client and Attorney Work Product Privilege |
| 00-01-9004 194 of 203 01-05861 226 | 778 | 5/13/1985 | Tim Vollmann, Associate Solicitor, Indian Affairs | Deputy Asst. Secretary – Indian Affairs | | Memorandum | Legal opinion regarding investment of Indian trust funds | Attorney Work Product Privilege |
| 00-01-9004 194 of 203 01-05861 227 | 777 | 2/10/1986 | Tim Vollmann, Associate Solicitor, Indian Affairs | Deputy Asst. Secretary – Indian Affairs | | Memorandum | Legal opinion regarding the legality of pooling tribal trust funds for investment purposes. | Attorney Work Product Privilege |
| 00-01-9004 194 of 203 01-05861 228 | 775 | 6/24/1989 | Dennis Daugherty, Associate Solicitor, Div. of Indian Affairs | Asst. Secretary, Indian Affairs | | Memorandum | Legal opinion on legality of investment of Indian trust funds in agency securities | Attorney-Client and Attorney Work Product Privilege |
| 00-01-9004 194 of 203 01-05861 229 | 776 | 7/26/1989 | Tim Volmann, Associate Solicitor – Division of Indian Affairs | Deputy to the Assistant Secretary – Indian Affairs (Trust and Economic Development) | | Memorandum | Legal opinion regarding investment of Indian trust funds. | Attorney-Client and Attorney Work Product Privilege |
| 00-01-9004 194 of 203 01-05861 230 | 780 | 9/18/1989 | Deputy to the Assistant Secretary Indian Affairs | Associate Solicitor, Indian Affairs | Surname 100, 200, 710, 700, F Kellerup, 710 – Abrown, 101A, A. Brown | Memorandum | Request for a legal opinion on the legality of investing certain monies under 25 U.S.C. 162a | Attorney-Client Privilege |
| 00-01-9004 202 of 203 231 | 784 | | Tim Vollmann, Assoc. Solicitor, Div. of Indian Affairs | Dep'y to Asst. Secretary Indian Affairs (Trust and Economic Development) | | Memorandum | Response to request for legal advice re: investment of Indian trust funds | Attorney-Client and Attorney Work Product Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| <00-01-9004 202 of 203 232 | 788 | 8/27/1976 | Miles A. Cobb, General Counsel, FDIC | Lloyd Morgan, Asst. Comm., Banking and Cash Mgmt., Bur. of Govt. Fin. Oper., DOT | | Letter | Response to an inquiry by the Dept. of Treasure re: The insurance of different types of "public money" deposits | Attorney-Client and Attorney Work Product Privilege |
| <00-01-9004 202 of 203 233 | 781 | 1/7/1981 | Thomas O'Hare, Field Solicitor, Alb. | Associate Solicitor, IA | R/SOL, SW Region; Solicitors' Reading File | Memorandum | Memorandum regarding classification of Indian trust funds pursuant to the Monetary Control Act of 1980. | Attorney Work Product Privilege |
| <00-01-9004 202 of 203 234 | 789 | 10/30/1981 | Gilbert T. Schwartz, Assoc. General Counsel, Bd of Gov, Federal Reserve | Kenneth Smith, Asst Secretary BIA | Fred Kellerp, BIA; Solicitor's Docket | Letter | Letter regarding status of funds of Indian Tribes as nonpersonal time deposits under applicable regulations | Attorney-Client and Attorney Work Product Privilege |
| <00-01-9004 202 of 203 235 | 787 | 1/16/1984 | Paul T. Baird, Assoc. Solicitor, Div. of Indian Affairs | Director, Office of Trust Responsibility | Docket; DIA; R.R.Barnes; P.Squire; Solicitor's RF | Memorandum | Legal opinion re: Investing Indian funds in S&L certificates of deposit in denominations above that insured by the FSLIC | Attorney-Client and Attorney Work Product Privilege |
| <00-01-9004 202 of 203 236 | 793 | 5/13/1985 | Tim Vollmann, Assoc. Solicitor, Div. Of Indian | Dep. Asst. Secretary, Indian Affairs | | Memorandum | Legal advice re: Investment of Indian Trust Funds | Attorney-Client and Attorney Work Product Privilege |
| <00-01-9004 202 of 203 237 | 782 | 12/4/1985 | Robert M. Fenner, General Counsel, NCUA | Donal Paul Hodel, Secretary DOI | Board Members; Exec. Director E&I; All Regional Directors. | Memorandum | Legal opinion re: BIA investment of IIM funds in federally insured credit unions | Attorney-Client and Attorney Work Product Privilege |
| <00-01-9004 202 of 203 238 | 792 | 12/4/1985 | Robert M. Fenner, General Counsel | Donald Paul Hodel, Secretary DOI | | Letter | Legal advice re: Share of insurance on BIA deposits in federally insured credit unions | Attorney-Client and Attorney Work Product Privilege |
| <00-01-9004 202 of 203 239 | 790 | 12/9/1985 | Robin A. Friedman, Attorney-Advisor, Division of Indian Affairs | Peter McNulty | Solicitor's docket; Solicitor's RF; R Friedman RF; DIA RF; R. Buckner, RF | Letter | Letter responding to request regarding BIA accounts at San Marino | Attorney-Client Privilege |
| <00-01-9004 202 of 203 240 | 783 | 7/17/1986 | Julie L. Williams, Acting Dep. General Counsel | David Page, BIA, Office of Trust Responsibility | Charles Huges, SOL; Duared Barnes, SOL; Robin Friedman, SOL; Theresa Stark, FSLIC | Letter | Legal advice re: Insurance coverage for accounts held by BIA on behalf of Indian tribes and individual Indians | Attorney-Client and Attorney Work Product Privilege |
| <00-01-9004 202 of 203 241 | 785 | 7/17/1986 | Julie L. Williams, Acting Dep. General Counsel, FHLBB | David Page, Office of Trust Responsibility | Charles Hughes, SOL; Duard Barnes, SOL; Robin Friedman, SOL; Theresa Stark, FSLIC; | Letter | Legal opinion re: Insurance coverage for accounts held by BIA on behalf of tribes and individual Indians | Attorney-Client and Attorney Work Product Privilege |
| <00-01-9004 202 of 203 242 | 791 | 7/31/1986 | Robin A. Friedman, Attorney-Advisor, Division of Indian Affairs | Barbara Masserang, FSLIC | Fred Kellerp, BIA; Solicitor's Docket | Letter | Letter re: BIA Accounts at Mainland Savings & Loan Association | Attorney-Client Privilege |
| <00-01-9004 202 of 203 243 | 786 | 2/10/1996 | Tim Vollmann and Thomas Fredericks, Assoc, Solicitor, Indian Affairs. | Asst Secretary, Indian Affairs | | Memorandum | Legal advice provided by Solicitor re: Pooling of tribal funds for investment purposes | Attorney-Client and Attorney Work Product Privilege |
| <00-01-9004 371 of 203 01-05704 244 | 795 | 10/1/1990 | Associate Solicitor DIA – William Lavell | Deputy to the Assistant Secretary – Indian Affairs (operations) | | Letter (4 pages) | Legal opinion given to the client regarding the contractibility of programs by Indian Tribes to perform certain functions under the Indian Self-Determination Act | Attorney-Client and Attorney Work Product Privilege |
| <00-01-9004 371 of 203 01-05704 245 | 794 | 4/11/1995 | Acting Associate Solicitor, Indian Affairs Robert T. Anderson | Director, MMS | Deputy Commissioner BIA | Memorandum – 7 pages | Legal opinion on whether or not a tribe may contract with the federal government to perform certain accounting functions | Attorney-Client and Attorney Work Product Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| K00-01-9004 64 of 203 246 | 797 | 1/19/1996 | David Moran, Attorney SOL/DIA | Donna Erwin, BIA OTFM | | Letter | 1-page letter regarding withdrawing of trust funds by the Catawba Nation and the Secretary's obligations once the money is withdrawn per the Land Claims Settlement Act. | Attorney-Client and Attorney Work Product Privilege |
| K00-01-9004 64 of 203 247 | 796 | 1/19/1996 | David Moran, Attorney SOL/DIA | Donna Erwin, BIA OTFM | | Letter | 1-page letter regarding withdrawing of trust funds by the Catawba Nation and the Secretary's obligations once the money is withdrawn per the Land Claims Settlement Act. | Attorney-Client and Attorney Work Product Privilege |
| K00-01-9005 151 of 286 01-05293 248 | 799 | 1/24/1989 | Dennis Daugherty, Associate Solicitor, Division of Indian Affairs | Assistant Solicitor, Indian Affairs | Division of Indian Affairs, G Skibine, Docket, D Barnes | Memorandum | 5-page legal opinion/interpretation on the authority of BIA to place the disbursing of Indian Trust Funds with an eligible financial institution | Attorney-Client and Attorney Work Product Privilege |
| K00-01-9005 151 of 286 01-05293 249 | 798 | 1/4/1991 | David A. Longold, Chief Counsel | | | | | |
| K00-01-9005 201 of 285 250 | 800 | 5/28/1991 | Helen Spencer, Atty at Law | Marge Wilkins, BIA | | Letter | Legal opinion assessing the cost savings for BIA from S. 754 | Attorney Work Product Privilege |
| K00-01-9005 201 of 285 251 | 801 | 5/30/1991 | Helen Spencer, Atty at Law | Marge Wilkins, BIA | Karen Funk | Letter | Legal opinion regarding cost estimates of exemption legislations | Attorney Work Product Privilege |
| K00-01-9008 24 of 71 01-05894 Ute Indian Rights File 252 | 802 | 10/1/1993 | David K. Grayson, Acting Reg. Solicitor, by William Robert McConkie, Attorney | Program Dir. CUP Completion Act | Superintendent Uintah and Ouray Agency; Regional Dir., Bureau of Reclamation Area Dir., Phoenix Office | Memorandum | Detailed legal memo from the Solicitor's Office to a client agency. Provides a legal analysis of the propriety of tribal payments under Section 502(a) of the CUP Completion Act | Attorney-Client Privilege |
| K00-01-9008 28 of 71 01-05898 253 | 803 | 11/4/1988 | William Robert McConkie, Attorney; Regional Solicitor, Office of Solicitor | Superintendent Uintah and Ouray Agency, BIA | Assoc. Solicitor, Energy & Resources, Division; Assoc. Solic., Division of Indian Affairs; Regional Solicitor, Rocky Mountain Region; Chief of Branch of Trust Fund Accounting | Memorandum | 15-page legal opinion and interpretation re: DOI's responsibility toward Ute Distribution Corporation | Attorney-Client and Attorney Work Product Privilege |
| K00-01-9008 31 of 71 01-05901 254 | 805 | | Michael Anderson, Associate Solicitor, DIA | Douglas Lords, Division of Trust Fund Acct. | | Memorandum | This memorandum is privileged because the solicitor is advising the Director of Trust Funds regarding the payment of funds into the Tribes Trust Fund. (Re: Tohono Oodham Nation Trust Fund) | Attorney-Client Privilege |
| K00-01-9008 31 of 71 01-05901 255 | 804 | 3/10/1992 | Acting Associate Solicitor, DIA; Jill Fallon | Field Solicitor – Billings; BIA – Billings; BIA – Wind River, BIA – OTFM; BLM – Ed Womack; MMS – Bill Brown | DOJ – ENRD; GSA – Ind. Trust, Acct Division; Att: Bill Dunway, John Coleman, Sharon Taylor | Letter | Information about two pending claims against the U.S., as well as impending litigation & preparation of discovery for the matters in Shoshone Tribe v. U.S., Claims Ct., Nos. 458-79L, 459-79L). The communication reveals the intended legal strategy for pen | Attorney-Client and Attorney Work Product Privilege |
| K00-01-9008 31 of 71 01-05901 256 | 807 | 8/30/1994 | Jim Parris, Director, OTFM | Associate Solicitor, DIA | | Memorandum | Response to a request for a legal opinion, with a conclusion of law generated by the attorney and attachment of memo given by the SOL. | Attorney-Client Privilege |
| K00-01-9008 31 of 71 01-05901 257 | 806 | 4/23/1998 | David Moran, Atty-Advisor, DIA | Paul Homan, Special Trustee | Marie Watson; Mark Woodfill | Memorandum | Attorney's opinion to client regarding the disbursement/payment of money from Verde River Basin Water Fund and Agreement. | Attorney-Client Privilege |
| K00-01-9008 42 of 71 01-05912 258 | 808 | | | Reading file | | File | File of requests for legal opinion sent to the Office of the Solicitor | Attorney-Client Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 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 Box 2 of 45 01-06003 259 | 423 | 7/30/1992 | Xavier Barber, Superintendent Papago Agency | Fritz Gorham, Field Solicitor | | Memo | Response to a request for a legal opinion whether the Papago Agency has authority to distribute per capita judgment funds of three minor children | ACP |
| 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 Box 2 of 45 01-06003 260 | 422 | 8/4/1992 | Fritz Goreham, Field Solicitor | Superintendent, BIA Papago Agency | | Memo | Response to a request for a legal opinion whether the Papago Agency has authority to distribute per capita judgment funds of a minor | ACP |
| 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 Box 20 of 45 261 | 424 | 5/10/1966 | Deputy Solicitor | Special Trustee | | Memo | Legal memo providing analysis and opinion on issues regarding department management of Indian Trust funds and legal position of DOI; Responsibilities of the Special Trustee; proper application of Indian preference | ACP, AWP |
| 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 Box 4 of 45 01-06005 262 | 428 | 10/15/1993 | David Moran, Division of Indain Affairs | Rusty Farmer | | Memo | Legal communication regarding proposed IIM regulations, revisions to 25 CFR 115 | ACP |
| 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 Box 4 of 45 01-06005 263 | 429 | 6/10/1994 | James A. Kirchner | US Court of Federal Claims | Stuart Schoenburg, US DOJ, Land and Natural Resources Division | Pleading | Pleading prepared by attorney with no indication that pleading was ever filed or provided to plaintiffs. Regarding methodology and practices of trust accounting calculations (notes on back of 1st page by unknown author) | ACP, AWP |
| 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 Box 4 of 45 01-06005 264 | 427 | 6/16/1994 | David Moran, Attorney, Division of Indian Affairs, Office of the Solicitor | Stuart Schoenburg; General Lit., ENRD, DOJ | David Moran | Letter | Communication regarding information request for accounting and methodology data relevant to Fort Peck Tribal and individual Indian Trust accounts | AWP |
| 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 Box 4 of 45 01-06005 265 | 426 | 6/17/1994 | Stuart Schoenburg; General Lit. ENRD, DOJ | Mr. James Parris, Dir., Office of Trust Funds Management | | Letter | Communication regarding information needed for preparation of a response to plaintiff's Motion for Partial Summary Judgement | ACP |
| 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 Box 4 of 45 01-06005 266 | 425 | 8/31/1994 | David ?. Office of the Solicitor | Donna Erwin, Trust Funds Management | | Fax | Communication regarding verification of billings in the Crow Escrow Acct | ACP |
| 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 Box 6 of 45 01-06007 267 | 430 | 3/4/1992 | Tim Vollmann, Reg. Solicitor | Area Director, Muskogee Area | BIA Field Superintendent, Okmulee Agency | Memo | Provides legal analysis and interpretation of a decision of the Interior Board of Indian Appeals concerning the BIA's discretion to forego collections of an erroneous payment from the funds held in IIM accounts | ACP |
| 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 Box 6 of 45 01-06007 268 | 431 | 6/23/1995 | Janet Spaulding, Reg. Solicitor | Area Director, Muskogee Area | | Memo | Memo providing a legal opinion evaluating the BIA's policy governing collection of overpayments from restricted funds of Lizzy Pinkey | ACP |
| 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 102 of 102 01-06355 269 | 809 | 4/10/1996 | Deputy Solicitor | Special Trustee | | 27 folders, with privileged documents, all identical | Opinion on Indian preference statute's applicability to OTFM within the Office of Special Trustee for American Indians (stat. 25 USC 472). The communication provides legal analysis and interpretation of federal law related to developing agency policy out | Attorney-Client Privilege |
| 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 75 of 102 01-06328 270 | 810 | 4/10/1996 | Deputy Solicitor | Special Trustee | | Memorandum | Legal advice to client regarding the applicability of Indian Preference hiring to OST. The communication provides legal analysis and interpretation of federal law related to developing agency policy outside the scope of fiduciary trust duties. | Attorney-Client and Attorney Work Product Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 00-01-9023 82 of 102 01-06335 271 | 811 | 4/10/1996 | Deputy Solicitor | Special Trustee | | Memorandum | Legal opinion and interpretation of statutes governing personnel rules applicable to the Office of the Special Trustee. The communication provides legal analysis and interpretation of federal law related to developing agency policy outside the scope of f | Attorney Work Product Privilege |
| 00-01-9023 84 of 102 272 | 814 | 2/13/1990 | William G. Lavell, Associate Solicitor, Indian Affairs | Deputy to the Asst. Secretary, Indian Affairs (operations) | | Memorandum | Response to request for opinion regarding trust fund losses | Attorney-Client and Attorney Work Product Privilege |
| 00-01-9023 84 of 102 273 | 812 | 2/13/1990 | William G. Lavell, Assoc. Solicitor, Indian Affairs | Dep. to the Asst. Secretary, Indian Affairs (operations) | | Memorandum | Request for opinion regarding Trust Fund losses. | Attorney-Client and Attorney Work Product Privilege |
| 00-01-9023 84 of 102 274 | 813 | 3/21/1990 | William G. Lavell, Assoc. Solicitor, Indian Affairs | Asst. Secretary, Indian Affairs | | Memorandum | Response to request for an opinion concerning the authority of the BIA to contract investment of tribal trust funds. | Attorney-Client and Attorney Work Product Privilege |
| 00-01-9023 86 of 102 01-06339 275 | 815 | 4/10/1996 | Deputy Solicitor | Special Trustee | | Memorandum | Legal advice to client regarding the applicability of Indian Preference hiring to OST. The communication provides legal analysis and interpretation of federal law related to developing agency policy outside the scope of fiduciary trust duties. | Attorney-Client and Attorney Work Product Privilege |
| 00-01-9023 95 of 102 01-06348 276 | 816 | 4/10/1996 | Deputy Solicitor | Special Trustee | | Memorandum | 349 copies of a memo providing a legal analysis on whether the Indian Preference Statute, 25 USC 472 applies to OTFM and the Office of Special Trustee as established by Title III. The communication provides legal analysis and interpretation of federal la | Attorney-Client and Attorney Work Product Privilege |
| 00-01-9023 99 of 102 277 | 817 | 4/10/1996 | Deputy Solicitor | Special Trustee | | Memorandum | Legal advice to client regarding the applicability of Indian preference rules to OST. The communication provides legal analysis and interpretation of federal law related to developing agency policy outside the scope of fiduciary trust duties. | Attorney-Client and Attorney Work Product Privilege |
| 50-96-0010 278 | 432 | 9/2/1987 | Ruth U.S. Darey Atty. | Duard Barnes, Interior Solicitor | Bernard Sisson, Wilson Barber, Tom O'Hare | Letter | This letter from U.S. Attorney Ruth Darey to the Department of the Interior Solicitor, Duard Barnes, legal opinions and advice relating to the case of Navajo v. Nodel. This letter is privileged under the Attorney Client Privilege doctrine. | A/C |
| 50-96-0010 0035-0291 279 | 434 | 9/30/1966 | Atty. Gen. | Secty of Treasury | | Letter | This letter from the Attorney General requests a legal opinion from the Secretary of the Treasury concerning FNMA guarantees. The document communicates information and insights between client and counsel, and it evidences an on-going policy development p | |
| 50-96-0010 0035-0291 280 | 433 | 8/27/1971 | Commissioner of Indian Affairs | Associate Solicitor | Charles Hourigan Acting Chief Division of Fin. Management | Memorandum | | |
| 50-96-0010 0149-0291 281 | 435 | 7/25/1979 | Office of Reg. Solicitor | BIA Bus/Credit | | Memo | IIM Acct. Donald Parker | AWP/ACP |
| 50-96-0010 0149-0291 282 | 436 | 5/11/1989 | Reg. Solicitor | A Area Director Branch/Fin. | | Memo | Overdraft of IIM Acct. 12U00196 Robert Tom | ACP/AWP |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| K50-96-0010 0266-029196-01418 283 | 437 | 9/2/1987 | Ruth U.S. Darey Atty. | Ross D. Swimmer Asst. Sec. Dept. of Interior | D.Barnes, Linda Richardson, Bernard Sisson, Nancy Garrett, Wilson Barber | Letter | This letter from U.S. Attorney Ruth Darey to the Assistant Secretary of the Department of the Interior, Ross Swimmer, contains legal opinions and advice relating to the case of Navajo v. Hodel. This letter is privileged under the Attorney Client Privileg | A/C |
| K50-96-0010 0274-0291 284 | 438 | 1/1/1900 | Solicitor | Reg. And Solicitor | | Memos | This is a collection of memoranda and correspondence from the Solicitor's Office discussing issues and recommendations surrounding the administration of probate. The works can be properly withheld from disclosure under the concepts of Attorney Work Produ | AWP |
| K50-96-0010 0274-0291 285 | 444 | 4/10/1979 | Office of Reg. Sol. | Associate Sol. | | Memo | Distribution of Indian Estates Based on | |
| K50-96-0010 0274-0291 286 | 443 | 7/8/1979 | Above Sol. | Director OHA | | Memo | This memorandum discusses various options presented in the administration of probate matters. The document presents the thoughts and perceptions of counsel and is properly classified as falling under the confidentiality privilege of Attorney Work Product | AWP |
| K50-96-0010 0274-0291 287 | 442 | 7/17/1979 | Chairman Bind Appeare | Chief Admin Law | | Memo | This Solicitor's Opinion memorandum discusses various options presented in the administration of probate matters. The document presents the thoughts and perceptions of counsel and is thus properly classified as falling under the confidentiality privilege | AWP |
| K50-96-0010 0274-0291 288 | 439 | 10/21/1980 | Asst. Reg. Sol. | Asst. Sol. IA | BIA | Letter | This letter from the Assistant Regional Solicitor addresses a continuing series of issues and questions dealing with the administration of estates in probate. The contents of the letter are Attorney Work Product and can therefore remain non-disclosed. | AWP |
| K50-96-0010 0274-0291 289 | 441 | 7/17/1981 | Solicitor | Asst. Sol. BIA | BIA | Encl. Memo | This memorandum from the Solicitor to the Assistant Solicitor of the Bureau of Indian Affairs discusses a number of issues concerning the administration of probate estates. The contents of the document contain the thoughts and impressions of legal counse | ACP/AWP |
| K50-96-0010 0274-0291 290 | 440 | 9/30/1981 | Michael | BIA | | Memo/ W Enclosures | This memorandum along with attachments discusses a continuing series of issues and questions dealing with the administration of estates in probate. The memorandum, directed to the Bureau of Indian Affairs, contains information communicated between client | ACP/AWP |
| K50-96-0010 0274-029196-01439 291 | 445 | 9/11/1987 | Rex Lee Acting Assoc. Sol. | Reg. Solicitor Northwest | | Memo | This memorandum between the Associate Solicitor and the Northwest Regional Solicitor deals with legal aspects of Native American estate distribution. The document can properly be kept confidential by way of claims of Deliberative Process and Attorney Cli | A/C |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 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 96-01439 292 | 449 | 1/1/1900 | Vernon Peterson, Jr. Office of Regional Solicitor | Stanley Speaks Area Dir. BIA | | Memorandum | This memorandum is a legal opinion from the Office of the Regional Solicitor to the Area Director of the Bureau of Indian Affairs. The opinion addresses the BIA's responsibility for funds distributed from an estate. The document is entitled to non-discl | A/C |
| 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 96-01439 293 | 448 | 11/23/1982 | Arthur V. Biggs Asst. Re. Solicitor | Asst. Area Dir. BIA | | Memorandum | This document from the Assistant Regional Solicitor to the Bureau of Indian Affairs Assistant Area Director provides an interpretation and recitation of legal opinions regarding the power of tribal courts relative to IIM accounts. The document is a commu | A/C |
| 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 96-01439 294 | 450 | 3/26/1985 | Vernon Peterson, Jr. Office of Regional Solicitor | Ronald G. Applebaum Area Claims Coord. BIA | | Memorandum | This memorandum evidences an on-going discussion between Regional Solicitor Peterson and Area Claims Coordinator Applebaum regarding payments made by the Bureau of Indian Affairs. The document constitutes a communication of information between counsel an | A/C |
| 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 96-01439 295 | 447 | 4/10/1985 | Vernon Peterson | Stanley Speaks BIA Portland | | Memo | This memo from the Office of the Solicitor to the Portland Office of the Bureau of Indian Affairs should be withheld under a claim of Attorney Client Privilege. The document discusses legal and factual aspects of the payment collection activities of the | A/C |
| 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 96-01439 296 | 446 | 10/29/1986 | John Chaffin | Area Director BIA Billings, Mon | | Memo | Application of 31 USC§3527 | A/C |
| 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 96-014390274-0291 297 | 451 | 9/11/1987 | Rex Lee, Acting Assoc. Sol. | Reg. Solicitor Northwest | | Memo | This memo from Associate Solicitor Rex Lee to the Northwest Regional Solicitor discusses legal matters relating to the administration of estates belonging to Native Americans. This document is privileged under the Attorney Client Privilege concept. | A/C |
| 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 0754-0815 298 | 453 | 12/19/1991 | Window Rock Field Solicitor SW Region | AS-IA | | Memo w/attachment | This memorandum and its accompanying attachments, written by the SW Region Field Solicitor, discusses compliance with the court approved settlement arising out of the David Kasley et al v. U.S. (Civ. No. 84-3306T, WD Okla) case. The document is an intraf | ACP/AWP |
| 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 299 | 457 | 3/26/1956 | Solicitor J. Reuel Armstring | Commissioner of Indian Affairs | | Memo | Provides legal opinion, analysis and recommendations regarding issues under S 20 and S 22 of Klamath Termination Act | |
| 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 300 | 454 | 3/6/1972 | Commissioner of Indian Affairs | Assistant Solicitor | | Letter | Request for legal opinion regarding a another legal opinion regarding investment of Indian Tribal Trust Funds in other agency issues | ACP |
| 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 301 | 455 | 7/17/1972 | Associate Solicitor of Indian Affairs | Commissioner of Indian Affairs, Attn: Investments | | Memo | 3-pg legal opinion regarding the investment of Indian Tribal Trust funds in government agency securities | ACP |
| 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 302 | 456 | 2/17/2025 | George Stowich, Spec. Assistant to A.G. | Office of Indian Affairs | | Notes | Attorney notes revealing litigation strategy and legal recommendations in response to allegations in petition by Sioux Nation to the Court of Claims | |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 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 Box 10 of 22 303 | 458 | 1/23/1969 | Fred H. Massey, Acting Deputy Commissioner | Mr. Clyde Merte, Assistant Attorney General, Land and Antural Resources Division, Department of Justice | | Letter | Letter requesting information request on status of trust funds of the Gila River Tribe | ACP |
| 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 Box 10 of 22 304 | 459 | 1/25/1971 | David Marshall, Assistant Attorney General, Land and Natural Resources Division | Mr. Everitt Aldridge, Assistant Archivist for Records Management, General Services Administration | Mr. John McAvoy, BIA | Letter | Legal advice and recommendation regarding further steps in extension of accounting beyond 6/30/51; Gila River Maricopa Indian Community v. U.S. | ACP |
| 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 Box 10 of 22 305 | 460 | 1/25/1971 | David Marshall, Assistant Attorney General, Land and Natural Resources Division | Mr. Everitt Aldridge, Assistant Archivist for Records Management, General Services Administration | Mr. John McAvoy, BIA | Letter | Legal advice and recommendation regarding further steps in extension of accounting beyond 6/30/51; Gila River Maricopa Indian Community v. U.S. | ACP |
| 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 Box 10 of 22 306 | 461 | 2/3/1976 | Dean Dunsmore, Assistant Attorney General, Land and Natural Resources Division | Mr. Paul Carter, Dir. of Finance, General Services Administration | | Letter | Communication regarding preparation of a supplemental gratuity report for expenditures made by US for benefit of Navajo and Hopi Tribes; Navajo Tribe v. U.S., Docket No. 229 | ACP |
| 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 Box 10 of 22 307 | 463 | 9/6/1978 | Assistant Sec'y, Indian Affairs | Solicitor | | Memo | Communication requesting legal recommendation on petition for reimbursement of expenses filed by plaintiff's attorney | ACP |
| 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 Box 10 of 22 308 | 466 | 6/15/1981 | Theodore Krenzke, Dir., Office of Indian Services | Associate Solicitor, Indian Affairs | Superintendent, Anadarko Agency | Memo | Communication requesting legal recommendation on Motion for allowance of attorney fees filed by plaintiff's attorney | ACP |
| 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 Box 10 of 22 309 | 465 | 7/22/1981 | Hazel Elbert, Deputy Director of Indian Services | Associate Solicitor, Indian Affairs | Anadarko Area Dir. | Memo | Communication requesting legal recommendation on petition for reimbursement of expenses filed by plaintiffs attorney of record in Docket No. 226 | ACP |
| 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 Box 10 of 22 310 | 462 | 8/31/1982 | Hazel Elbert, Deputy Director of Indian Services | Associate Solicitor, Indian Affairs | Phoenix Area Dir.; Superintendent, Pima Agency | Memo | Communication regarding request for legal recommendation on a Motion for attorney fees filed by the plaintiff's attorney in the Court of Claims for American Indians Residing on the Maricopa-Ak Chin Reservation v. U.S., Docket No. 235 | ACP |
| 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 Box 10 of 22 311 | 464 | 5/20/1985 | Director, Office of Indian Affairs, Theodore Krenzke | Associate Solicitor, Indian Affairs | Phoenix Area Dir.; Superintendent, Pima Agency; Superintendent, Salt River Agency | Memo | Communication requesting legal recommendation on Motion for allowance of attorney fees filed by plaintiff's attorney in Docket No. 228 | ACP |
| 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 Box 14 of 22 312 | 467 | 10/12/1977 | Associate Solicitor Indian Affairs | Acting Assistant Sec., Indian Affairs | | Memo | Provides an analysis of a petition to restore land to Western Shoshone, discusses tactical consideration between reviewing the relation of the Shoshone or relying on a judgment of the Indian Claims Commission and provides a legal advice and makes recommun | ACP |
| 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 Box 16 of 22 313 | 468 | 3/27/1991 | Scott Keep | Chief, Branch of Trust Accounting | Director, BIA Juneau Affice; Alaska Liason, BIA | Memo | Provides interpretation and legal advice regarding issue concerning 31 USC 9702 | ACP, AWP |
| 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 Box 17 of 22 98-02473 314 | 470 | 8/11/1971 | William Gershuny, Acting Associate Solicitor, Indian Affairs | Commissioner of Indian Affairs, Attn: Branch of Financial Management | | Memo | 1-pg communication requesting an explanation for lag between deposits and of recording the deposits | ACP |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| <50-98-0022 Box 17 of 22 98-02473 315 | 469 | 9/4/1986 | Hazel Elbert, Deputy Director of Indian Services | Associate Solicitor, Indian Affairs | Superintendent, Crow Creek Agency; Aberdeen Area Dir.; Chrony | Memo | Communication requesting legal recommendation on Motion of reimbursement of attorney expenses; Sioux Tribe of Indians of the Crow Creek Reservation, South Dakota v. U.S., Docket No. 115 | ACP |
| <50-98-0022 Box 19 of 22 98-02475 316 | 471 | 5/20/1955 | Solicitor J. Reuel Armstrong | BIA Commissioner | | Memo | Provides legal interpretation, opinion and recommendations regarding the Klamath Termination Act 68 Stat 718 | |
| <50-98-0022 Box 2 of 22 98-02458 317 | 472 | 10/31/1969 | Regional Solicitor, Tulsa Region | Area Director, BIA Muskogee | | Memo | 6-pg legal memo regarding disposition of proceeds from royalties, bonuses, and other revenue deemed from mineral deposits underlying lands purchased in Oklahoma from the Choctaw Tribe under authority of the Act of 6/26/36 Ch. 831, 49 Stat. 1967 | ACP |
| <50-98-0022 Box 20 of 22 98-02476 318 | 481 | 8/8/1934 | Nathan Kargold, Solicitor | Commissioner of Indian Affairs | | letter, memo w/attachment | Concurrence of opinion regarding cash allotment benefits and their distribution | ACP |
| <50-98-0022 Box 20 of 22 98-02476 319 | 482 | 6/16/1944 | Fowler Harper, Solicitor | Assistant Sec'y Chapman | Office of Indian Affairs; Th. Hoss, Chief Counsel, Ind. Office | Memo | Legal opinion regarding whether the duty of approving cash benefits can be delegated by the Sec'y to the Commissioner of Indian Affairs | ACP |
| <50-98-0022 Box 20 of 22 98-02476 320 | 474 | 7/27/1950 | W.H. Flanery, Associate Solicitor Indian Affairs | Secretary | | Memo | 3-pg legal opinion regarding the proposed emergency loan fund for Indians of the Fort Berthold Reservation -- using funds from a US Treasury tribal account to establish an emergency fund | ACP |
| <50-98-0022 Box 20 of 22 98-02476 321 | 475 | 3/18/1952 | Mastin White, Solicitor | Sec'y of Interior | | Memo | 2-pg legal memo regarding the availability and use of tribal funds that are held in Treasury to purchase lands for Indian Tribes | ACP |
| <50-98-0022 Box 20 of 22 98-02476 322 | 476 | 12/29/1959 | Assistant Solicitor, Indian Affairs, Franklin Salisbury | Commissioner of Indian Affairs | | Memo | 6-pg legal opinion regarding the expenditure of tribal funds dealing with the Hoopa Valley Minors' Trust | ACP |
| <50-98-0022 Box 20 of 22 98-02476 323 | 478 | 11/27/1962 | Ramsey Clark, Assistant A.G. Lands Division | Frank Barry, Esq., Solicitor | | Letter | 1-pg letter pertaining to the advice by Assistant Attorny General regarding the Secretary's policy regarding distribution of decedents' trust land | ACP |
| <50-98-0022 Box 20 of 22 98-02476 324 | 477 | 11/30/1962 | Edward Fischer, Solicitor | Commissioner of Indian Affairs | | Memo | 1-pg legal opinion regarding payment of claims from a decedent's estate in the case of Mary Hittim Running Horse et al. v. Udall | ACP |
| <50-98-0022 Box 20 of 22 98-02476 325 | 479 | 11/20/1972 | Solicitor, Mitchell Melich | Assistant Sec., Public Land Management | BIA: Trust Unit Office of Budget Chief Financial Administration; Assistant Sec. of Management & Budget | Memo | Legal memo regarding reclassification of Indian Tribal Trust Fund deposits in US Treasury as "available receipts" | ACP |
| <50-98-0022 Box 20 of 22 98-02476 326 | 480 | 10/31/1974 | Assistant Solicitor, Division Indian Affairs, Duane Barnes | Director, Office of Trust Responsibilities | | Legal opinion | Legal opinion regarding the Secretary's authority to conf. on the Commissioners Management of Indian Affairs, under Act of October 19, 1973; 87 Stat. 466 | |
| <50-98-0022 Box 20 of 22 98-02476 327 | 473 | 10/16/2023 | John Edwards, Solicitor | Sec'y of Interior | Misc. Sec. Bureau w/record | Memo | 5-pg memo stating a legal opinion regarding the legality of investing Indian trust money into the purchase of water bonds | ACP |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 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 Box 21 of 22 98-02477 328 | 483 | 4/6/1981 | Hans Walker, Acting Associate Solicitor | Anthony Liotta, Acting Assistant AG | | Letter | Discussion of proposed Sioux benefits and regulations | |
| 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 Box 5 of 22 329 | 485 | 2/28/1966 | Robert E. Vaughan, Assistant Sec Public Management | Solicitor | Reservation Programs | Memo | Memo providing legal analysis and opinion regarding legislative authority for the use of tribal funds for investment in stocks and bonds and whether general statute permits investments in stocks and bonds other than provided under 25 USC 162(a) | ACP |
| 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 Box 5 of 22 330 | 487 | 7/2/1971 | Edward Banden, AAG, Land & Natural Resources Division | Melich, Solicitor, DOI | | Letter | Letter regarding advice on offsets; requesting description of projects and benefits obtained there from by the Seneca Indians in Sioux Nations v. U.S., Docket 84, Indian Claims Commission | ACP |
| 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 Box 5 of 22 331 | 488 | 7/9/1971 | Earl D. Goss, Associate Solicitor | Shiro Kashua, AAG, Land & Natural Resources Division, DOJ | BIA | Letter | Letter requesting BIA to furnish material previously requested with attachment above (7/2/71); regarding Sioux Nations v. U.S., Docket 84, Indian Claims Commission | ACP |
| 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 Box 5 of 22 332 | 486 | 5/19/1977 | Dean Dunsmore, Attorney, DOJ | William Gershuny, Acting Associate Solicitor, DOI | Robert Coulter, Esq. | Letter | Letter providing legal opinion and advice regarding response to Motion for Preliminary Injunction and giving instruction on future actions to take contingent on status of BIA disbursements | ACP |
| 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 Box 5 of 22 333 | 484 | 3/11/1986 | Hazel E. Elbert, Director office of Indian Affairs | Associate Solicitor, Indian Affairs | Sacramento Area Director Memo; Superintendent, Southern CA Agency, BIA | Memo | Legal analysis and opinion regarding allowance of attorney fees and ability to make a recommendation regarding Rincon Bands of Missouri Indians et al. v. U.S., Docket 80-A US Claims Court (2 copies) | ACP |
| 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 Box 6 of 22 98-02462 334 | 494 | 9/17/1969 | Gilbert F Kloth, Acting Assistant Solicitor | Shiro Kashiwa, Assistant Attorney General, DOJ | BIA, Assistant Commissioner for Administration | Letter | Responding to DOJ's request for legal analysis and opinion on the petition for attorney fees and expenses in Havasupi Tribe v U.S. | AWP |
| 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 Box 6 of 22 98-02462 335 | 496 | 10/6/1969 | T.W. Taylor, Acting Commissioner of Indian Affairs | Solicitor | Phoenix Area Office; Finance; Frank Limpouch | Memo | Responding to request for a report on a petition for allowance of attorney fees and expenses in the Havasupai Tribe, Docket no. 91, before Indian Claims Commissionerion | ACP |
| 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 Box 6 of 22 98-02462 336 | 491 | 12/14/1970 | Duard Barnes, Acting Associate Solicitor | Solicitor | Financial Liason Officer | Memo | Responding to a request for information concerning the investment of tribal trust funds | AWP |
| 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 Box 6 of 22 98-02462 337 | 489 | 8/19/1971 | Commissioner of Indian Affairs | Associate Solicitor, Indian Affairs | Chrony, Mailroom | Memo | Requesting a legal interpretation of the extent of the authority vested in the Osage Tribal Council by the Act of 6/28/06 | ACP |
| 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 Box 6 of 22 98-02462 338 | 490 | 9/5/1975 | Morris Thompson, Commissioner of Indian Affairs | Solicitor | | Memo | Responding to a request for recommendations on the petition for allowance of attorney expenses in Docket #95 in Indian Claims Commission; analyzing the legality of allowing payment of attorney expenses to a law firm representing the Sac and Fox Tribe | ACP |
| 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 Box 6 of 22 98-02462 339 | 492 | 6/8/1977 | William Gershuny, Acting Associate Solicitor, Indian Affairs | James Moorman, Acting Assistant Attorney General, DOJ | Field Solicitor, Regional Solicitor | Letter | Encloses and provides legal analysis from litigation report in Moose v. U.S. | AWP |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 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 Box 6 of 22 98-02462 340 | 495 | 12/6/1977 | LaFollete R. Butler, Assistant Area Director | Duard Barnes, Associate Solicitor, Indian Affairs | | Memo | Providing proposed responses to interrogatories in the Ellen Moose v. U.S. case | ACP |
| 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 Box 6 of 22 98-02462 341 | 493 | 12/20/1977 | Duard Barnes, Acting Associate Solicitor | Samuel Coon, Assistant US Attorney, Dist. of Nevada | Field Solicitor, Phoenix; Reg. Solicitor, Sacramanto; BIA Trust Unit; Area Director | Letter | Referring to a copy of a memo from the Assistant Area Director-BIA, the letter discusses and provides legal analysis and strategy regarding suggested responses for interrogatories in Ellen Moose v. U.S. | AWP |
| 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 Box 6 of 22 98-02462 342 | 499 | 7/20/1983 | Hazel E. Elbert, Deputy Director Office of Indian Services | Associate Solicitor | Phoenix Area Director, Superintendent Western Nevada Agency; Chrony | Memo | Response to request for a legal recommendation on a Motion for attorney fees in Fort McDermitt Paiute Shoshone Tribe v. U.S. | ACP |
| 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 Box 6 of 22 98-02462 343 | 498 | 8/18/1983 | John D. Gary, Acting Area Director Office of Indian Affairs | Associate Solicitor | Phoenix Area Director, Superintendent, Western Nevada Agency; Chrony | Memo | Response to Solicitor's Office request for a legal recommendation on a Motion for attorney fees in Fort McDermitt Paiute Shoshone Tribe v. U.S. | ACP |
| 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 Box 6 of 22 98-02462 344 | 497 | 1/9/1984 | Hazel E. Elbert, Deputy Director Office of Indian Services | Associate Solicitor, Indian Affairs | Phoenix Area Director, Superintendent, Western Nevada Agency; Chrony | Memo | Agency response to request for communicationents on a motion for Attorney fees in the Walker River Tribe vs US | ACP |
| 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 Box 1 of 7 345 | 505 | 8/4/1980 | John Geary, Acting Director, Office of Indian Affairs | Associate Solicitor, Indian Affairs | Aberdeen Area Office; Billings Area Office; Minn. Area Director; Super., Turtle Mtn. Agency; Superintendent, Rocky Boys Agency; Superintendent, Minn. Agency | Memo | 2-pg memo addressing the issue of attorney fees and the lack of information to make a recommendation as to legal fees | ACP |
| 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 Box 1 of 7 346 | 502 | 3/1/1982 | Hazel Elbert, Deputy Director of Indian Services | Associate Solicitor, Indian Affairs | Minn. Assistant Director; Superintendent, Minn. Agency | Memo | 2-pg memo providing legal analysis and opinions regarding the merits and exceptions to claimed legal fees | ACP |
| 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 Box 1 of 7 347 | 501 | 3/30/1982 | Hazel Elbert, Deputy Director of Indian Services | Assistant Solicitor, Indian Affairs | Aberdeen Assistant Director; Billings Assistant Director | Memo | 3-pg memo providing legal analysis and opinions regarding the merits and exceptions to claimed legal fees | ACP |
| 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 Box 1 of 7 348 | 503 | 8/12/1989 | John Geary, Acting Director, Office of Indian Affairs | Associate Solicitor, Indian Affairs | Aberdeen Area Office; Billings Area Office | Memo | 2-pg memo providing legal analysis and opinions regarding the merits and exceptions to claimed legal fees | ACP |
| 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 Box 1 of 7 349 | 504 | 8/12/1989 | John Geary, Acting Director, office of Indian Affairs | Associate Solicitor, Indian Affairs | Aberdeen Area Office; Billings Area Office | Memo | 2-pg memo providing legal analysis and opinions regarding the merits and exceptions to claimed legal fees | ACP |
| 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 Box 1 of 7 350 | 500 | 9/30/1997 | Barton Wright, Supervisory Management Analyst | David Moran, Solicitor; Eric Gould, Department of Justice | | Memo | 1-pg letter (2 copies) providing the Solicitor with answers to their questions concerning communication to reconciliation; instructions from tribes that might affect investment decisions; explanation of trust fund distribution process; explanation of irv | ACP, AWP |
| 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 Box 1 of 34 98-04092 351 | 508 | | Charles B. Hughes, Acting Associate Solicitor, Division of Indian Affairs | General Counsel, US General Acct. Office | | Letter | [illegible] | AWP |
| 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 Box 1 of 34 98-04092 352 | 512 | 8/19/1985 | Arthur G. Barber, Superintendent Olympic Penn. Agency | Through Portland Director, Arthur Biggs, Assistant Reg. Director Office of the Regional Solicitor | Dick DeClerk, BIA-PAO | Memo | Memo discussing legal opinion regarding monies deposited in IMPL Escrow account; follow-up regarding information on origin of monies | ACP |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 50-98-0041 Box 1 of 34 98-04092 353 | 511 | 8/21/1985 | Arthur Biggs, Reg. Solicitor, Pacific NW Region (Portland) | Willard Bowker, Assistant Area Director, Economic Development, Portland Area Office, BIA | Ken Lathrop | Memo | Communication regarding legal opinion as to whether plaintiffs attorneys may claim deduction for fees from IMPL Escrow account | ACP |
| 50-98-0041 Box 1 of 34 98-04092 354 | 514 | 9/3/1985 | Arthur Biggs, Assistant Regional Solicitor, Pacific NW Region | George Smith, Acting Assistant Area Director, Program Services; Ronald Brown, Assistant Area Director, Administration; Portland Area Office, BIA | | Memo | Communication regarding plaintiff's attorney's request for fees to be deducted from IMPL funds; legal opinion on request made by Hobbs, Straus, Dean and Wilder, from Quinault Allottees | ACP |
| 50-98-0041 Box 1 of 34 98-04092 355 | 507 | 9/20/1985 | Thomas Stangl, Acting Assistant Director, Finance Management | Duard Barnes, Associate Solicitor, Indian Affairs | | Memo | Discusses legal opinions regarding assessments of total IMPL Escrow proceeds to be transferred to Quinault allottees; and assessment of plaintiffs' attorneys' legal fees | ACP |
| 50-98-0041 Box 1 of 34 98-04092 356 | 516 | 9/20/1985 | Thomas Stangl, Acting Assistant Director, Financial Management | Duard Barnes, Associate Solicitor, Indian Affairs | | Memo | Discusses legal analysis and opinion regarding assessments of IMPL Escrow proceeds and assessment of legal fees | ACP |
| 50-98-0041 Box 1 of 34 98-04092 357 | 509 | 9/24/1985 | Arthur V. Biggs, Attorney, Office of the Regional Solicitor | Ronald Brown, Assistant Area Director, Administration | | Memo | Discusses legal opinion regarding plaintiff's attorney's request for fees of 7.5% of IMPL funds | AWP |
| 50-98-0041 Box 1 of 34 98-04092 358 | 513 | 10/3/1985 | Tom | Theresa | Stella | Handwritten Note | Internal communication regarding draft of memo stating Solicitor's Offices opinion on Portland Area legal issues. | ACP, AWP |
| 50-98-0041 Box 1 of 34 98-04092 359 | 510 | 10/3/1985 | Duard Barnes, Acting Associate Solicitor | Acting Assistant Director, Financial Management | | Memo | Reveals discussion of legal opinion regarding payment of plaintiff's attorney's fees from IMPL Escrow funds | ACP |
| 50-98-0041 Box 1 of 34 98-04092 360 | 519 | 6/18/1987 | Ruth Davey, Assistant US Attorney | Jim Brookshire, Attorney, Lands & Natural Resources Division, General Lit., DOJ | Duard Barnes; Jeffrey Axelrad; Tom O'Hare | Letter | Communication revealing legal strategies regarding responses to plaintiff's Requests for Admissions and Interrogatories in Navajo Tribes v. Hodel | ACP, AWP |
| 50-98-0041 Box 1 of 34 98-04092 361 | 515 | 5/18/1987 | Ruth Davey, Assistant US Attorney | Jim Brookshire, Attorney, Lands & Natural Resources Division, General Lit., DOJ | Duard Barnes; Jeffrey Axelrad; Tom O'Hare | Letter | Communication regarding plaintiff's Request for Admissions and Interrogatories in Navajo Tribe of Indians v. Donald Hadel, USDC NM Civ. No. 87-0540 | AWP |
| 50-98-0041 Box 1 of 34 98-04092 362 | 518 | 9/2/1987 | Ruth Davey, Assistant US Attorney | Duard Barnes, Attorney, DOI, Office of Solicitor | Bernard Sisson, DOJ; Tom O'Hare; Wilson Barber, BIA | Letter | Communication revealing legal strategy regarding specific tasks to be performed in preparation of litigation | AWP |
| 50-98-0041 Box 1 of 34 98-04092 363 | 506 | 9/2/1988 | Dennis Daugherty, Associate Solicitor, Division of Indian Affairs | Hon. Roger J. Marzulla, Assistant Attorney General; Land & Natural Resources Division | Ruth Davey, Assistant Attorney; Linda Richardson, BIA | Letter | Communication regarding updated litigation report with DOI's opinion as to answers and cross-complaints filed by class defendantsin Navajo Tribe of Indians v. U.S., Civil No. 87-0540-JC USDC NM | ACP |
| 50-98-0041 Box 1 of 34 98-04092 364 | 522 | 11/1/1988 | Thomas Sansonetti, Associate Solicitor, Energy & Resources | | | Memo | Legal opinion by Attorney regarding summary of policy and assessment taking implications pursuant to Section 8 of RS2477 (43 USC 932) | ACP |
| 50-98-0041 Box 1 of 34 98-04092 365 | 520 | 11/15/1988 | Ruth Davey, Assistant US Attorney | Duard Barnes, Attorney, DOI, Office of Solicitor | Bernard Sisson, DOJ; Tom O'Hare | Letter | Communication revealing legal strategies regarding response to plaintiff's Request for Production of Documents in Navajo Tribe of Indians v. Hodel | ACP, AWP |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 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 Box 1 of 34 98-04092 366 | 517 | 1/4/1989 | Ruth Davey, Assistant US Attorney | Duard Barnes, Attorney, DOI, Office of Solicitor | Bernard Sisson, DOJ; Tom O'Hare | Letter | Communication revealing legal strategy regarding Request for Production, Reply to Motion, and Notices of Deposition Duces Tecum in Navajo Tribe of Indians v. Hodel (in his official capacity as Sec'y of Interior) USDC NM No. 87-0540-JC | AWP |
| 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 Box 1 of 34 98-04092 367 | 521 | 3/23/1990 | William G. Lavell, Associate Solicitor, Division of Indian Affairs | Assistant Sec., Indian Affairs | | Memo | Communication regarding legal opinion as to authority of BIA to contact, at tribes request, investment of tribal funds pursuant to Title I of Pub.L. 93-638, 25 USC 450f | ACP |
| 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 Box 10 of 34 368 | 524 | 1/7/1977 | William A .Gershuny, Acting Associate Solicitor, Indian Affairs | Solicitor | Sec. file; Dockets file; Solicitor's reading file; C.G. Davis reading file; DIA reading file; L.A. Schenbrenner's reading file | Memo | 3-pg memo explaining the meaning of opinion of the Comptroller General of 12/6/76 regarding payment of attorney fees for Indian tribes. The memo also explains the rescinding of elements stated in a prior opinion regarding attorney fees | AWP |
| 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 Box 10 of 34 369 | 525 | 1/31/1977 | Acting Associate Solicitor, Indian Affairs | Commissioner, Bureau of Indian Affairs | | Memo | 2-pg memo discussing the impact of 28 USC 2415 and providing legal analysis and recommendations regarding what steps should be taken to avoid dismissal of Indian Claims due to the statue of limitations | AWP |
| 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 Box 10 of 34 370 | 523 | 1/24/1978 | Thomas W. Fredericks, Associate Solicitor, Indian Affairs | Deputy Assistant Sec., Indian Affairs | | Memo | 5-pg legal opinion on the proposal to change the procedure for the investment of tribal funds | ACP |
| 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 Box 2 of 34 98-04093 371 | 527 | 9/7/1989 | William G. Lavell, Associate Solicitor, Division of Indian Affairs | Assistant Sec., Indian Affairs | BIA ;D.R. Barnes; Docket; Galdbine | Memo | Memo discussing the legal issues regarding the Passamaquoddy Tribe's request to place $19.5 MM of the proceeds from the sale of Dragon Products Co. in a Treasury trust account administered by the Sec'y of Interior | ACP |
| 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 Box 2 of 34 98-04093 372 | 526 | 6/7/1992 | Eddie F. Brown, Assistant Sec Indian Affairs | Duard Barnes, Associate Solicitor, Indian Affairs | Sec. Surname, Sec. RF(2), BIA Surname | Memo | [illegible] proposed settlement in [illegible] v. U.S., No. 9038724, U.S. Court of Claims. * | ACP |
| 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 Box 8 of 34 373 | 532 | | Hans Walker, Acting Associate Solicitor | Deputy Assistant Sec., Indian Affairs (Program Operations) | Don Peggy | Memo | Legal memo in response to request for detailed legal review and communicationents on Bureaus draft regulations on IMPL funds, proposed 25CFR103 | ACP, AWP |
| 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 Box 8 of 34 374 | 533 | 11/15/1967 | Charles, Solicitor | Commissioner of Indian Affairs | Sec's file, Solicitor file, Harold Larkin, M.J. Ellen, Assistant Solicitor, ILA | Memo | Legal opinion providing an evaluation of the analysis regarding Controllers for the Navajo Tribe and ownership interest of oil and gas at the Navajo Agency | ACP, AWP |
| 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 Box 8 of 34 375 | 535 | 6/17/1976 | Duard Barnes, Assistant Solicitor, Division of Indian Affairs | Commissioner of Indian Affairs | Assistant Sec. attn: Mozelle Henry, Inspector General, attn: Arnold Baron; Assistant Solicitor-Audit and Inspection | Memo | Memo providing legal advice on progress of research into use of PL93-638 funds, misplacement of documents, use of IMPL funds | ACP |
| 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 Box 8 of 34 376 | 528 | 7/7/1976 | Lawrence A. Aschenbrenner, Acting Associate Solicitor, Indian Affairs | Commissioner of Indian Affairs | | Memo | Legal advice on proposed use of funds, examination of governing the expenditure of IMP funds; Use of Indian monies, proceeds of labor to fund or supplement funding of contracts and grants under Title I of PL 93-638 | ACP, AWP |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 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 Box 8 of 34 377 | 529 | 8/26/1976 | Morris Thompson, Commissioner of Indian Affairs | Associate Solicitor, Indian Affairs | Phoenix Area Director; Mailroom | Memo | Response to legal memo on 7/7/76 providing further legal analysis and interpretation onLegal advice on proposed use of funds, examination of governing the expenditure of IMP funds; Use of Indian monies, proceeds of labor to fund or supplement funding of o | ACP |
| 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 Box 8 of 34 378 | 534 | 10/1/1976 | Lawrence A. Aschenbrenner, Acting Associate Solicitor, Indian Affairs | Commissioner of Indian Affairs attn: Division of Finance Management | | Memo | Legal memo on authority for the use of IMPL monies to supplement funding of contracts and grants pursuant to Title I of the Indian Self Determination Act PL 93-638; Use of Indian monies, proceeds of labor, to fund/ supplement funding of contracts and gran | ACP, AWP |
| 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 Box 8 of 34 379 | 536 | 6/9/1980 | Hans Walker, Acting Associate Solicitor | Assistant Director, Finance Management, BIA attn: Thomas Strang | | Memo | Legal opinion on attached proposed draft of regulations governing IMPL funds, whether income generated from Bureau activities should be deposited into IMPL and questions of revenues generated by Bureau "enterprise operations" | ACP, AWP |
| 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 Box 8 of 34 380 | 530 | 3/5/1982 | John Fritz, Deputy Assistant Sec'y, Indian Affairs | Associate Solicitor | Files, BIA, Daniels | Memo | Memo requesting legal advice on issues relating to the Fifth Amendment and the government's custodial responsibility of accounts, legal requirements and evidence needed to satisfy requirements, transfer of funds | ACP |
| 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 Box 8 of 34 381 | 531 | 11/22/1982 | Lawrence Jensen, Associate Solicitor, Division of Indian Affairs | Deputy Assistant Sec., Indian Affairs (Program Operations) | | Memo | Legal opinion on determination for procedures to satisfy requirements of PL97-257; Implementation proceedures for escrow accounts | ACP, AWP |
| 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 Box 16 of 22 98-12544 382 | 537 | 1/16/1973 | Elmer J. Nitzschke, Field Solicitor | Reginald Miller, Superintendent, Great Lakes Agency | | Letter | Gives a legal opinion on a proposal by the Oneida Tribe regarding withdrawal of annuity funds | ACP |
| CAN-98-9143 Box 1083 of 1132 98-11084 383 | 713 | 11/27/1962 | Ramsey Clark, Assistant Attorney General By: David Warner Chief, General litigation section | Frank Barry, Solicitor | | Memo | 1-page letter discussing legal analysis of the U.S. District Court case Mary Hit Him Running Horse v. Udall with regard to Interior's authority to pay claims of a decedent from income generated from trust land owned by the decedent where the income accrue | Attorney-Client Privilege |
| CAN-98-9143 Box 1083 of 1132 98-11084 384 | 669 | 11/27/1962 | Ramsey Clark, Assistant Attorney General By: David Warner Chief, General litigation section | Frank Barry, Solicitor | | Memo | 1-page letter discussing legal analysis of the U.S. District Court case Mary Hit Him Running Horse v. Udall with regard to Interior's authority to pay claims of a decedent from income generated from trust land owned by the decedent where the income accrue | Attorney-Client Privilege |
| CAN-98-9143 Box 730 of 1132 98-0731 385 | 538 | 10/24/1962 | Paul H. Gantt, Asst. Sol., Branch of Claims & Contract Appeals | Commissioner of Indian Affairs | | Memo | 1-pg memo discussing payment under the Federal Tort Claim Act re: Eunice Lechner. A copy of administrative determination is enclosed w/memo. | ACP |
| DST-96-0000 96-00012 384 | 556 | | Minerals Mgmt. Service | | | Entire Box | Voucher & Schedule of Payments MMS 1081s ( FY 84) | IMDA |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| OST-96-0000 96-00128 387 | 558 | 10/19/1988 | Jim Paris Chief Trust Fund Actor | Office of Solicitor | | Letter | Arthur Anderson Examination of Docs & Litigation | Attorney-Client Privilege protects this letter from disclosure. This document conveys information to the Office of the Solicitor related to the examination of documents and litigation papers by a retained agent. |
| OST-96-0000 96-00128 388 | 557 | 4/13/1990 | Acting Chief Branch of Trust Accounting | Duard Barnes, Office of the Solicitor | | Memo | Discussing Interrogatories for Sioux Tribes v. U.S. | Attorney-Client Privilege protects this memorandum from disclosure. The document is a discussion of interrogatories encompassed within a litigation matter naming the U.S. as a party. |
| OST-96-0000 96-00438 389 | 559 | 1/1/1950 | Various | Various | | Entire Box | File contains correspondences between Solicitor's Office and Agency Office | Attorney-Client Privilege |
| OST-96-0000 96-00758 390 | 560 | 9/8/1964 | A.E. Bickfeld, Field SOL | U.S. Attorney Schluesner | Commissioner of Indian Affairs, Asst. SOL, Regional SOL, Billings Area BIA Directs, Superintendent of Crow Agency | Memo | Letter Concerning Status of Lynde v. U.S. | Attorney-Client Privilege allows this document to be withheld. This communication seeks information regarding the status of a particular case in which the U.S. is a named party. |
| OST-96-0000 96-00771 391 | 562 | 10/13/1972 | Comm. of Indian Affairs | Assoc. Solicitor | | Memo | Guidance about IIM Accounts | Attorney-Client Privilege |
| OST-96-0000 96-00771 392 | 564 | 10/13/1972 | Comm. of Indian Affairs | Assoc. Solicitor | | Memo | Guidance about IIM Accounts | Attorney-Client Privilege |
| OST-96-0000 96-00771 393 | 565 | 4/19/1973 | Asst. Solicitor, Indian Affairs | BIA - Attn. Investments | | Memo | Guidance about IIM Accounts | Attorney-Client Privilege |
| OST-96-0000 96-00771 394 | 563 | 4/19/1973 | Asst. Solicitor Indian Affairs | BIA Attn. Investments | | Memo | Guidance about IIM Accounts | Attorney-Client Privilege |
| OST-96-0000 96-00771 395 | 561 | 9/1/1977 | Assoc. Sol. For Indian Affairs | Director Office of Trust Resp. | | Memo | Guidance about Livestock Trespass | Attorney-Client Privilege |
| OST-96-0000 96-00795 396 | 567 | 11/22/1972 | Solicitor | Asst Secretary, PLM | Mr. David Mosso Comm., DOT | Memo | Reclassification of Indian Trust Funds | Attorney-Client Privilege |
| OST-96-0000 96-00795 397 | 566 | 4/29/1975 | Martin L. Seneca, Jr. Esq, Assoc. Solicitor, Indian Affairs | Director, Office of Trust Responsibilities, BIA | Chief, Branch of Investments & ISSDA, Albuquerque | Memo | Requesting Advice on Deposits to US Treasury IIM Dep. Acct | Attorney-Client and Attorney Work Product Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| OST-96-0000 96-00795 398 | 568 | 7/12/1985 | William A. Maddox, U.S. Attorney | Bill Suan, Esq., Office of Sol., DOI | | Letter | Study of Trust Management | Attorney-Client and Attorney Work Product Privilege permit this letter to remain undisclosed. The document is a analysis and review of various trust management activities and operations. The letter is from the U.S. Attorney to the Ofc. of the Solicitor. |
| OST-96-0000 96-00830 399 | 570 | | Asst. Secy. of Indian Affairs | Assoc. Solicitor, Indian Affairs | | Memo | Request for Opinion For Trust Management | Attorney-Client Privilege |
| OST-96-0000 96-00830 400 | 569 | 10/14/1988 | Jim Parris | Office of Solicitor | | Letter | Request for Info Re: Litigation | Attorney-Client Privilege protects this letter from disclosure. The letter is a request for information concerning on-going litigation matters. The letter is directed to the Ofc. Of the Solicitor. |
| OST-96-0000 96-00858 401 | 575 | 6/30/1971 | John W. Moore, Asst. Gen. Counsel | Secretary of the Interior | Civil Div. Interior Audit | Letter | Review of Dallas Reg. Office | Attorney-Client Privilege requires that this letter be withheld. The letter includes details and opinions arising out of the review of a particular Regional Office. The letter is from an Assistant General Counsel to the Sect. Of the Interior. |
| OST-96-0000 96-00858 402 | 574 | 10/4/1972 | Asst. Sec., Mgmt. & Budget | Assoc. Solicitor, DIA | | Memo | Request for Opinion Regarding the Branch of Investments & ISSDA | Attorney-Client Privilege protects this memorandum from disclosure. This memorandum requests a legal opinion dealing with the relationship between a particular government office and another organization. |
| OST-96-0000 96-00858 403 | 573 | 12/21/1972 | Solicitor | Asst. Secy. for Public Land Mgmt. | | Memo | Title to Accretion Lands Adjacent to the Cocopah Indian Reservation, AZ | Attorney-Client Privilege |
| OST-96-0000 96-00858 404 | 572 | 1/31/1973 | William G. Lavell, Field Solicitor | Area Director, BIA Phoenix | All Super. Off. in Charge & Coord. | Memo | Investment of Indian Tribal Trust Funds | Attorney-Client Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| OST-96-0000 96-00858 405 | 571 | 10/10/1973 | Reid Payton Chambers, Assoc. Sol., IA | Asst. to the Secretary for Indian Affairs | | Memo | Investments of Indian Power Project Revenues | Attorney-Client Privilege prevents the disclosure of this document. This memorandum includes legal opinions concerning investments made with revenues from commercial Native American activities. |
| OST-96-0000 96-00937 406 | 577 | 9/28/1982 | Alexander B. Good, Associate Sol., Energy & Resources | Director, MMS | Assoc. Sol. Indian Affairs, BW Regional Sol., ABQ Field Sol | Memo | Advising on Diligent Development Requirements on Jicarilla Reservation | Attorney-Client Privilege protects this document from disclosure. This memorandum provides legal advice concerning diligency requirements connected to reservation development. |
| OST-96-0000 96-00937 407 | 576 | 9/14/1984 | Thornton W. Field, Asst. SOL | Joseph C. Johnston, Chief of Branch of Energy & Minerals Assistance, BIA | | Memo | Discussing Feasibility of going from a Multiple Payer to Single Payer System | Attorney-Client Privilege and Deliberative Process Privilege protect this memorandum from disclosure. The document discusses the feasibility of altering an existing method of funding. |
| OST-96-0000 96-00940 408 | 578 | 5/1/1989 | Edwin Winstead, Atty., Div. of Indian Affairs | Jim Parris | | Memo | Advice on Litigation | Attorney-Client Privilege protects this memorandum from disclosure. The document seeks to elicit advice regarding litigation matters. |
| OST-96-0000 96-00944 409 | 580 | 5/13/1985 | D. Jones, BIA Division of Energy & Mineral Resources | Assistant Sol., DIA- ELM | | Report | Comparison of Indian Lease Terms Against Terms of Federal, State, & Fee Leases | Attorney-Client Privilege protects this document from disclosure. This report provides a comparison and contrast of different types of leasing activities. |
| OST-96-0000 96-00944 410 | 581 | 12/7/1987 | Arlene Brown | G. Skibine, SOL-IA, R. Dembling, SOL-GL | N. Garrett, B. Wilkinson, D. Asbra, B. Blady, J. Parris, F. Kellerup, J. Bregman, D.Glynn (MMS) | Memo | Memo Asking for Review/Comments on Final Draft of Request for Proposal for Proposal for Trust Fund Financial Services, & Final Draft of Questions & Answers from Tribes & BIA | Attorney-Client Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| XST-96-0000 96-00944 411 | 579 | 1/20/1988 | George Skibine, Staff Atty. | Assistant Sol., GILA | Arlene Brown, Office of ASIA, Ross Dembling, Division of Gen. Law | Memo | Recommendations for Answers to Questions Re: Trust Funds RFP | Attorney-Client and Attorney Work Product Privilege require that this memorandum remain confidential. The document provides recommendations and advice on responding to inquiries regarding a specific RFP. |
| XST-96-0000 96-00947 412 | 583 | 7/16/1987 | Tim Vollman | Director, MMS | Skeep RF | Memo | Escrow of Funds of Lease | Attorney-Client Privilege |
| XST-96-0000 96-00947 413 | 582 | 10/23/1987 | Thomas Sansonetti | Assoc. Dir. for MMS | | Memo | Interest on Indian Oil and Gas Revenues | Attorney-Client and Attorney Work Product Privilege |
| XST-96-0000 96-00947 414 | 584 | 11/4/1988 | Lynn R. Collins | Superintendent Jintah & Ovram BIA | Assoc. Solicitor DER, Assoc. Solicitor DIA Regional SOL Rocky Mountain Region | Memo | Responsibility Towards Distr Corp | Attorney-Client and Attorney Work Product Privilege |
| XST-96-0000 96-01433 Untitled Folder 415 | 585 | 1/30/1987 | Mark A. Anderson For the Field Sol., Twin Cities | Ron Esquerra Dept. Asst. Secy. Indian Affairs | Michelle Giusiana, Pat Weiss, Paul Day, Robin Friedman, Earl Barlow | Letter w/ attachments 2 pages | Red Lake Trust Fund Accounting | Attorney-Client Privilege protects this document from disclosure. This letter and its attachments from the Field Solicitor discusses matters related to a specific trust fund accounting. |
| XST-96-0000 96-01436 416 | 586 | 10/29/1986 | Richard Aldrich, Field Solicitor | Billings Area Director | | Memo | Application of 31 USC 3527 for IIM Reimburse | Attorney-Client Privilege and Deliberative Process claims protect this document from disclosure. This memorandum discusses the granting of immunity to officials in connection with the IIM Reimbursement. |
| XST-96-0000 96-01446 417 | 587 | 10/21/1982 | Robert J. Hunter | James Wah Secretary of Interior | | Letter | Trust Fund Oversight | Attorney-Client Privilege |
| XST-96-0000 96-01447 418 | 588 | 11/21/1990 | Duard R. Barnes, Asst. Solicitor | Director, Office of Trust Funds Request | | Memorandum | Eligibility of Krupp Gov't Inc. Trust for Investment of Indian Trust Funds | Attorney-Client Privilege |
| XST-96-0000 96-01448 419 | 592 | 4/21/1988 | Nanette R. Everson Assoc. Solicitor, Div. of Gen Law | Asst. Secretary -- Indian Affairs | Dennis Daugherty, Assoc. Solicitor, Div. Of Indian Affairs | Memo | Advisory Consultants to the Financial Trust Services Evaluation Comm. | Attorney-Client Privilege (huh? KD - I cannot puff this. Fox.) |
| XST-96-0000 96-01448 420 | 591 | 1/24/1989 | Dennis Daugherty, Assoc. Solicitor, Div. of Indian Affairs | Asst. Secretary -- Indian Affairs | DIA Geldibine, Docket, D. Barnes | Memo | Authority of BIA to Place the Disbursing Function of Indian Trust Funds w/an eligible Financial Institution | Attorney-Client Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| OST-96-0000 96-01448 421 | 589 | 10/13/1989 | Assoc. Solicitor, Indian Affairs | Patrick A. Hazes, Deputy to the Asst. Secretary – Indian Affairs | | Memo | Requesting Legality of Investing Repurchase Agreements & GAMMA | Attorney-Client Privilege protects this document for disclosure. This memorandum is part of an attorney / client discussion in which a legal opinion has been requested with regard to financial transactions. |
| OST-96-0000 96-01448 422 | 590 | 11/8/1989 | David A. Inggold, Chief Counsel | Gary L. Kepplinger Assoc. Gen. Counsel of Gen. Acctg. Office | | Letter | Legal Opinion in Whether BIA Funds are "Public Money" | Attorney-Client Privilege protects this document from disclosure. This letter between counsels contains legal opinions pertaining to the inclusion of certain items within a defined classification. |
| OST-96-0000 96-01469 423 | 594 | 12/18/1953 | Clarence A. Davis, Solicitor | Commissioner of Indian Affairs | | Memorandum | Departmental Jurisdiction to Probate Estates of Canadian Indians | Attorney-Client Privilege |
| OST-96-0000 96-01469 424 | 595 | 8/11/1955 | B.O. Angell, Field Solicitor | J. O'Neill, Superintendent Fort Frances Agency | | Letter | Response to Probate Estates of Canadian Indians Issue | Attorney-Client Privilege |
| OST-96-0000 96-01469 425 | 596 | 9/13/1956 | W.H. Flanary, Assoc. Solicitor | Commissioner of Indian Affairs | | Memorandum | Discussion of Lands Allocated to Amos Newhouse, Quapaw Allottee | Attorney-Client Privilege protects this document from disclosure. The memorandum from the Associate Solicitor discusses the allocation of land to a particular individual. |
| OST-96-0000 96-01469 426 | 597 | 5/1/1957 | Raymond Hieb, Field Solicitor | Harold Schunk, Superintendent, Turtle Mountain Agency | | Memorandum | Land Matters Involving Heirs Who are Canadian Nationals | Attorney-Client Privilege |
| OST-96-0000 96-01469 427 | 598 | 12/4/1968 | Wallace G. Dunker, Field Solicitor | Duane Moxon, Superintendent, Turtle Mountain Agency | | Letter | Income from Trust Land Is Exempt from Federal Income Tax | Attorney-Client Privilege |
| OST-96-0000 96-01469 428 | 599 | 6/26/1969 | Clarence E. Hehn, Acting Area Finance Officer | Wallace G. Dunker, Field Solicitor | | Letter | Questions Relating to the Expatriation Act of 1907 | Attorney-Client Privilege protects this document from disclosure. This letter discusses legal issues related to the application of a specific federal act to an individual's identification with a specific Native American tribe. |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| OST-96-0000 96-01469 429 | 600 | 7/3/1969 | Wallace G. Dunker, Field Solicitor | Martin N.B. Holman, Area Director, BIA | | Letter | Questions Relating to the Expatriation Act of 1907 | Attorney-Client Privilege protects this document from disclosure. This letter discusses legal issues related to the application of a specific federal act to an individual's identification with a specific Native American tribe. |
| OST-96-0000 96-01469 430 | 593 | 6/19/1973 | Charles X Seller, Acting Assoc. Solicitor | BIA Office of Legislative Development | | Memorandum | Discussion of IRS Opinion that Cheyenne-Arapaho Minor Trusts are Non- Taxable | Attorney-Client Privilege |
| OST-96-0000 96-01469 431 | 602 | 4/3/1980 | Director, Office of Trust Responsibilities | Associate Solicitor Indian Affairs, Attn: Hans Walkers | | Memorandum | Tax Questions Pueblo Laguna Minors Trust | Attorney-Client Privilege |
| OST-96-0000 96-01469 432 | 601 | 3/15/1983 | Deborah S. Ryan, Office of the Solicitor | James D. Whitney, Asst. U.S. Attorney | Shirley Crosby, BIA | Letter | Issue Relating to Clark v. BIA | Attorney-Client Privilege ????? |
| OST-96-0000 96-01480 433 | 603 | 5/7/1976 | Jerry Straus, Esquire | Hoopa Valley Tribe | William Finale, Wesley L. Barker, Jack TomLinson | Report | Report on Status of Litigation | Attorney-Client Privilege protects this document from disclosure. The document is a report from counsel detailing the legal and factual status of on going litigation. |
| OST-96-0000 96-01480 434 | 604 | 10/8/1976 | Jerry Straus, Esquire | Hoopa Valley Tribe | | Report | Status Report of Short vs. U.S. | Attorney-Client Privilege protects this document from disclosure. The document is a report from counsel detailing the legal and factual status of ongoing litigation. |
| OST-96-0000 96-01555 435 | 605 | 10/7/1958 | Frank M. Wozencraft | Fred B. Smith | | Letter | Authority for Investment of Trust Funds | Attorney-Client and Attorney Work Product Privilege |
| OST-96-0000 96-01555 436 | 606 | 10/12/1966 | Fred B. Smith | Secretary of Fowler | | Letter | Authority for Investment of Trust Funds | Attorney-Client and Attorney Work Product Privilege |
| OST-96-0000 96-01555 437 | 607 | 6/3/1968 | Assoc. Solicitor | Com. Of Indian Affairs | | Memo | Discussion of Tribal Trust Investment | Attorney-Client Privilege |
| OST-96-0000 96-01555 438 | 608 | 7/14/1969 | Donald J. Proulx Acting Asst. Commissioner | Acting Assoc. Solicitor Indian Affairs | Mr. Miller, Financial Mgmt. | Memo | Litigation Report Regarding Navajo vs. U.S. | Attorney-Client Privilege protects this document from disclosure. This memorandum discusses the status of litigation in which the U.S. is a party. |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| OST-96-0000 96-01555 439 | 609 | 8/25/1969 | Donald J. Proulx Comm. of Indian Affairs | Acting Assoc. Solicitor Indian Affairs | Mr. Miller, Financial Mgmt. | Memo | Report w/enclosures Regarding Navajo vs. U.S. | Attorney-Client Privilege protects this document from disclosure. This memorandum, and its enclosures, discuss the status of litigation to which the U.S. is a party. |
| OST-96-0000 96-01561 Folder: 440 "Wash. Corres. 1966-1971" | 617 | 4/8/1966 | Assoc. Sol., Indian Affairs Through Solicitors | AS- Public Land Mgmt. Comm. Of Indian Affairs | | Memo & Attachment 6 pages | Investment of Indian Tribal Trust Funds | Attorney-Client Privilege |
| OST-96-0000 96-01561 Folder: 441 "Wash. Corres. 1966-1971" | 610 | 1/10/1967 | Asst. Sol, Indian Legal Activities | Comm. Of Indian Affair | | Memo w/ attachments 2 copies | Investment of Indian Tribal Trust Funds | Attorney-Client Privilege |
| OST-96-0000 96-01561 Folder: 442 "Wash. Corres. 1966-1971" | 616 | 10/14/1969 | Charles M. Soliss Asst. Sol., Indian Legal Activities | Frank Limpover, BIA | | Letter w/ attachments | Re: Proposed Plan for Investment | Attorney-Client Privilege |
| OST-96-0000 96-01561 Folder: 443 "Wash. Corres. 1966-1971" | 615 | 12/14/1970 | Acting Assoc. Sol., DIA | SOL | Div. of Financial Mgmt., BIA | Memo 4 pages, 2 copies | Investment of Tribal Trust Funds | Attorney-Client and Attorney Work Product Privilege |
| OST-96-0000 96-01561 Folder: 444 "Wash. Corres. 1966-1971" | 614 | 7/26/1971 | Dir. of Mgmt. Services | Assoc. Sol., DIA | Various | Memo 2 pages | Requesting Opinion on Tribes Obtaining Loans | Attorney-Client Privilege |
| OST-96-0000 96-01561 Folder: 445 "Wash. Corres. 1966-1971" | 613 | 8/26/1971 | Acting Chief, Div. of Fin. Mgmt. | Dir. Mgmt Services | | Memo 2 pages | Referencing SOL Opinion in Regarding Loans | Attorney-Client Privilege |
| OST-96-0000 96-01561 Folder: 446 "Wash. Corres. 1966-1971" | 612 | 9/15/1971 | Comm. of Indian Affairs | Acting Assoc. Sol. DIA | C. Harrigan, Acting Chief Div. Of Fin. Mgmt, BIA | Memo 2 pages 2 copies | Loans to Indian Tribes | Attorney-Client Privilege |
| OST-96-0000 96-01561 Folder: 447 "Wash. Corres. 1966-1971" | 611 | 10/19/1971 | Dir. of Mgmt. Services. | Assoc. Sol., DIA | Various | Memo 2 pages | Supplemental Request Re: Obtaining Funds Prior to Maturity | Attorney-Client Privilege |
| OST-96-0000 96-01561 Folder: "Wash. Corres. 1966-1971" 448 | 619 | 11/5/1971 | Comm. of Indian Affairs Through: AS – Public Land Mgmt. | Assoc. Sol., DIA | | Memo & Attachments | Supplemental Request for Opinion Re: Tribes Obtaining Funds Prior to Maturity | Attorney-Client Privilege protects this memorandum and its attachments from disclosure. The content of the documents encompass a request for legal opinions arising from proposals made with regard to tribal access to funds. |
| OST-96-0000 96-01561 Folder: "Wash. Corres. 1966-1971" 449 | 618 | 11/19/1971 | Comm. of Indian Affairs | Assoc. Sol Indian Affairs | | Memo 4 pages | Re: Interrogatories Manchester Board of Pomo Indians vs. U.S., Civ. No. 50276 | Attorney-Client Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| DST-96-0000 96-01561 Folder: "Wash. Corres. 1972-1973" 450 | 622 | 3/1/1973 | Secretary of the Interior | Assoc. Sol., DIA | Various | Memo & Attachments | Requesting Status of Three Opinion Requests/ Requests Attached | Attorney-Client Privilege protects this memorandum and its attachments from disclosure. The memorandum requests information concerning the status of legal opinions previously requested and embodied in the accompanying attachments. |
| DST-96-0000 96-01561 Folder: "Wash. Corres. 1972-1973" 451 | 621 | 5/1/1973 | Secretary of the Interior | Assoc. Sol., DIA | | Memo & Attachments | Re: Opinion on Purchase of SBA Loans with IIM Funds | Attorney-Client Privilege |
| DST-96-0000 96-01561 Folder: "Wash. Corres. 1972-1973" 452 | 620 | 10/10/1973 | Assoc. Sol., Indian Affairs | AS-IA | | Memo 2 pages | Opinion Reg. Investment of Indian Power Project Revenues | Attorney-Client Privilege prevents the disclosure of this document. This memorandum includes legal opinions touching upon the regulation of the investments made with revenues from commercial Native American activities. |
| DST-96-0000 96-01561 Folder: "Wash. Corres. 1972-1973" 453 | 623 | 1/20/1972 | Assoc. Sol., DIA | Reg. & Field Sols | | Memo 3 pages | Subject: 28 USC§§ 2415 & 2416 | Attorney-Client and Attorney Work Product Privilege allow this memorandum to remain undisclosed. This document from the Associate Solicitor discusses the application of federal statutes of limitations for the commencement actions brought by the U.S. |
| DST-96-0000 96-01561 Folder: "Wash. Corres. 1972-1973" 454 | 626 | 2/7/1972 | Assoc. Sol, DIA | Comm. Of Indian Affairs | | Memo 4 pages | Proposals to Permit Indian Tribes to Obtain Funds Prior to Maturity | Attorney-Client Privilege protects this memorandum from disclosure. The content of the document encompasses legal issues raised by proposals made with regard to tribal access to funds. |
| DST-96-0000 96-01561 Folder: "Wash. Corres. 1972-1973" 455 | 625 | 3/6/1972 | Comm. of Indian Affairs | Assoc. Sol., DIA | | Memo 2 pages | Requesting Opinion on Investment Issues | Attorney-Client Privilege |
| DST-96-0000 96-01561 Folder: "Wash. Corres. 1972-1973" 456 | 624 | 10/27/1972 | Comm. Indian Affairs Through: AS- Public Land Mgmt. | Assoc. Sol., DIA | | Memo 3 pages (Carbon copy) | Requesting Opinion Investment Purchases | Attorney-Client Privilege |
| DST-96-0000 96-01561 Folder: "Wash. Corres. 1974-1977" 457 | 631 | | Dir., Office of Trust Responsibility | Solicitor | John Vale | Memo | Requesting Opinion on Pledging of Collateral for Non-Trust Tribal Funds | Attorney-Client Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| DST-96-0000 96-01561 Folder: "Wash. Corres. 1974-1977" 458 | 632 | 10/13/1972 | Comm. of Indian Affairs Through: AS- Public Land Mgmt. | Assoc. Sol., DIA | | Memo 2 pages | Requesting Opinion on Proposed System for Categorizing IIM Distribution | Attorney-Client Privilege |
| DST-96-0000 96-01561 Folder: "Wash. Corres: 1974-1977" 459 | 629 | 3/5/1975 | Dir., Ofc. Of Trust Responsibility | Solicitor | John Vale | Memo | Requesting Opinion on Pledging of Collateral, for Non-Trust Tribal Funds | Attorney-Client Privilege |
| DST-96-0000 96-01561 Folder: "Wash. Corres. 1974-1977" 460 | 630 | 2/13/1976 | Assoc. Sol., Div. of General Law | Heads of Bureaus & Offices | Assoc. Reg. & Field Sol | Memo & Attachments | Request by DOJ for Info on Sterling Navigation Co. | Attorney-Client Privilegepermits this letter to be withheld from disclosure. The memorandum and attachments contains information supplied at the request of the U.S. Dept. of Justice. |
| DST-96-0000 96-01561 Folder: "Wash. Corres. 1974-1977" 461 | 628 | 8/25/1977 | John W. Vale, Chief, Board of Investments | Duard Barnes, Asst. Sol. | | Letter | Enclosing Hoopa Valley Listings as Requested by DOJ | Attorney-Client Privilege permits this letter to be withheld from disclosure. The letter contains information supplied at the request of the U.S. Dept. of Justice. |
| DST-96-0000 96-01561 Folder: "Wash. Corres. 1974-1977" 462 | 627 | 11/3/1977 | AS-IA | Assoc. Sol., Indian Affairs | Aberdeen, Area Director | Memo 1 page | Request Support for Petition for Certiorari U.S. ex rel Chase v. Wald | Attorney-Client Privilege protects this document from production. The memorandum discusses a request made to support a Petition for Certiorari in a pending case. |
| DST-96-0000 96-01561 Folder: 463 "Wash. Corres. 1974-1977" | 633 | 4/19/1973 | Asst. Sol., Indian Affairs | BIA - Attention: Investments | | Memo Opinion | Re: Segregation of IIM Payment of Interest | Attorney-Client Privilege |
| DST-96-0000 96-01561 Folder: 464 "Wash. Corres. 1974-1977" | 634 | 4/29/1975 | Martin E. Seneca, Jr., Director, Ofc. Of Trust Responsibility | Assoc. Sol., Indian Affair | Chief, Br. of Investments & ISSDA, ABQ | Memo 2 pages | Requesting Opinion Re: Indian Trust Funds Maintained "Individual Indian Money" | Attorney-Client Privilege |
| DST-96-0000 96-01561 Folder: "Wash. Corres. 1974-1977" 465 | 635 | 6/19/1975 | John W. Vale, Chief, Br. of Investments | D. Barnes, Dir. of Indian Affairs | | Letter w/ Attachments | Claims Against Franklin Bank | Attorney-Client and Attorney Work Product Privilege allow this letter and its attachments to remain confidential. The documents discuss legal claims relating to a particular financial institution. |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| OST-96-0000 96-01563 466 | 636 | 6/27/1961 | Asst. Sol., Indian Legal Activities | Comm. of Indian Affairs | | Solicitors Opinion | Re: Const. Limitation on Expenditure of Tribal Funds-Warm Spring Tribal | Attorney-Client Privilege requires that this Solicitor's Opinion remain confidential. The opinion deals with constitutional limitations on the use of tribal funds. It is a confidential communication between the Sect. of the Interior and the Solicitor. |
| SUI-00-9008 Box 938 of 1135 00-01697 467 | 643 | 9/10/1957 | Raymond Coulter, Reg. Solicitor | BIA Property & Supply | | Administration Determination (orig & 2 copies) | 3-pg document providing a legal determination and opinion of liability in anticipation of litigation of potential claims of Grace Brandeen, motor vehicle accident 6/4/57; Yakima Agency | - ACP; AWP |