# Osage - Albuquerque Privilege Log (Non-Joint Review)

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 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 Box 4 of 340 98-468 16724 | 664 | 4/10/1957 | R.D. Holtz, Area Director | B.O. Angell, Field Solicitor | | Memo | 1-page memo that requests the Solicitor to begin collection action against a non-Indian for an unpaid bill due to the Bureau of Indian Affairs | Attorney-Client Privilege |
| 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 Box 4 of 340 98-469 16724 | 665 | 5/13/1957 | B.O. Angell, Field Solicitor | Area Director Minneapolis Area Director, BIA | | Memo | 1-page memo in response to the 4/10/57 memo of the director. The solicitor points out what procedures should be followed to forward the claim to Dept of Justice | Attorney-Client Privilege |
| 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 Box 408 of 575 98-470 01806 | 647 | 1/21/1960 | George Abbott, Solicitor, US Dept. Interior, Solicitor's Office | Commissioner, BIA | | Memo | 3-page memo that provides legal opinions regarding an appeal of the Secretary of the Interior's decision to grant a land patent to the city of Wolf Point, Montana rather than to the Assiniboine and Sioux Tribes of Fort Peck Indian Reservation | Attorney-Client Privilege |
| 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 Box 408 of 575 98-471 01806 | 644 | 3/2/1960 | Roy F. Allen, Field Solicitor, Billings | Area Director, Indian Affairs, Billings Montana | | Memo | 2-page memo providing a legal opinion regarding the restoration of streets alleys and public reserves to tribal ownership in the townsite of Lodge Pole, Montana, Fort Belknap Indian Reservation Montana. | Attorney-Client Privilege |
| 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 Box 408 of 575 98-472 01806 | 648 | 2/9/1961 | Roy Allen for the Field Solicitor, DOI | Area Directr, Indian Affairs, Billings Montana | | Memo | 1-page memo from the giving a legal opinion regarding ownership of a particular parcel of land, originally a part of an Indian allotment granted in fee patent to George Budak | Attorney-Client Privilege |
| 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 Box 408 of 575 98-473 01806 | 646 | 3/21/1967 | Reinholt Brust, Assistant Area Director | Field solicitor | Superintendent, Fort Peck agency | Memo | | Attorney-Client Privilege |
| 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 Box 408 of 575 98-474 01806 | 645 | 3/22/1967 | Roy F. Allen for the field solicitor | Area Director, Indian Affairs, Billings Montana | | Memo | 2-page memo providing a legal opinion on the disposition of streets, alleys, and public areas origionally alienated for the first addition of Wolf Point Township on the Fort Peck Indian Reservation and now abandoned | Attorney-Client Privilege |
| 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 Box 38 of 125 98-475 02545 | 653 | 8/26/1968 | E. L. Meredith, Field Solicitor, Billings | Area Director, Indian Affairs | | Memo | 2-page memo giving a legal opinion of proposed exchange of lands between Blackfeet Tribe and Aro, Inc., Blackfeet Reservation, Montana | Attorney-Client Privilege |
| 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 Box 38 of 125 98-476 02545 | 652 | 2/4/1969 | Charles Schramm, Area Director | Field Solicitor | Superintendent, Flathead Agency | Memo | 1-page memo requesting litigation in the Blue Bay Lease dispute | Attorney-Client Privilege |
| 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 Box 38 of 125 98-477 02545 | 655 | 7/2/1969 | E. L. Meredith, Field Solicitor, Billings | Superintendent, Flathead Indian Agency, Montana | Area Director,Indian Affairs,Billings Attn:Real Property Mgmt | Memo | 1-page memo requesting responses to statements made by opposing counsel in the Blue Bay Lease litigation | Attorney-Client Privilege |
| 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 Box 38 of 125 98-478 02545 | 654 | 7/14/1969 | Superintendent, Flathead Agency | A. E. Bielefeld, Field Solicitor | Area Director, Billings, tribal Counsel | Memo | 2-page providing answers requested by the attorney in the Blue Bay Lease litigation | Attorney-Client Privilege |
| 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 Box 38 of 125 98-479 02545 | 650 | 8/14/1969 | E. L. Meredith, Field Solicitor, Billings | Area Director, Indian Affairs | | Memo | 2-page memo giving a legal opinion of proposed purchase by Blackfeet Tribe of town site lots in the Irvin Addition to Browning, Montana | Attorney-Client Privilege |
| 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 Box 38 of 125 98-480 02545 | 651 | 8/18/1969 | E. L. Meredith, Field Solicitor, Billings | , Billings Montana | | Memo | 2-page memo giving a legal opinion of the return to trust of lands purchased in fee | Attorney-Client Privilege |





PLAINTIFF'S
EXHIBIT D

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 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 Box 38 of 125 98-12545 481 | 657 | 12/1/1969 | E. L. Meredith, Field Solicitor, Billings | Superintendent, Flathead Indian Agency, Ronan Montana | Area Director, Indian Affairs, billings Attn:RPM | Memo | 1-page memo requesting legal advice on a proposed compromise in the Blue Bay Resort lease litigation | Attorney-Client and Attorney Work Product Privilege |
| 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 Box 38 of 125 98-12545 482 | 656 | 3/13/1970 | E. L. Meredith, Field Solicitor, Billings | Superintendent, Flathead Indian Agency, Montana | Area Director, Indian Affairs, billings Attn:RPM | Memo | 1-page memo requesting an answer on a proposed compromise in the Blue Bay Resort lease litigation | Attorney-Client and Attorney Work Product Privilege |
| 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 Box 38 of 125 98-12545 483 | 659 | 3/30/1970 | Harold Roberson, Superintendent | E. L. Meredith, Field Solicitor, Billings | Billings Area Tribal Office | Memo | 1-page memo providing a response to a proposed compromise in the Blue Bay Resort litigation | Attorney-Client and Attorney Work Product Privilege |
| 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 Box 38 of 125 98-12545 484 | 658 | 6/5/1970 | A.E. Bielefeld, Field Solicitor, Billings | Otis L Packwood, Esq., US Attorney, District of Montana | Area Director, Indian Affairs, Billings, Attn:RPM, Superintendent Flathead Agency, Ronan | Letter | 1-page letter referring a matter of dispute over Blue Bay Resort for evaluation for litigation | Attorney-Client and Attorney Work Product Privilege |
| 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 Box 38 of 125 98-12545 485 | 661 | 3/5/1971 | E. L. Meredith, Field Solicitor, Billings | Otis L Packwood, Esq., US Attorney, District of Montana | Area Director, Indian Affairs, Billings, attn:BPM, Superintendent; Flathead Indian Agency | Letter | 1-page letter forwarding and summarizing client's settlement recommendations | Attorney-Client and Attorney Work Product Privilege |
| 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 Box 38 of 125 98-12545 486 | 660 | 6/1/1971 | E. L. Meredith, Field Solicitor, Billings | Area Director, Indian Affairs, Billings Montana | | Memo | 1-page memo transmitting complaint in U.S. v. Robert A. Kirkland et al., Civil No. 2006 and giving opinion as to cause of litigation | Attorney-Client Attorney Work Product Privilege |
| 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 Box 38 of 125 98-12545 487 | 663 | 7/26/1971 | E. L. Meredith, Field Solicitor, Billings | Superintendent, Flathead Agency, Ronan Montana attn: RPM | US Attorney, Butte Montana attn: RE Murray Jr Esq; Area Director Indian Affairs Billings attn:RPM | Memo | 1-page memo requesting client to give a detailed statement to attorneys regarding allegations raised in the Answer in U.S. v. Robert A. Kirkland et al., Civil No. 2006 | Attorney-Client and Attorney Work Product Privilege |
| 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 Box 38 of 125 98-12545 488 | 662 | 12/9/1971 | Maurice W. Babby, Assistant Area Director | Field Solicitor | | Memo | 1-page memo requesting the attorney to discuss the status of U.S. v. Robert A. Kirkland with other attorney regarding allegations raised in Answer for the matter | Attorney-Client and Attorney Work Product Privilege |
| 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 Box 39 of 125 98-12546 489 | 684 | 2/12/1953 | W.H. Flanery, Acting Solicitor | Commissioner of Indian Affairs | BIA | Memo | 2-page memo providing a detailed legal analysis of ownership of oil & gas underlying 40 acres of land on the Fort Peck Indian Reservation issued to the heirs of Lucy Ferril Eagleman | Attorney-Client Privilege |
| 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 Box 39 of 125 98-12546 490 | 682 | 2/3/1956 | J.E. Cooper, Area Director, Billings | Field Solicitor Billings | Superintendent, Fort Peck Agency | Letter | 2-page letter requesting a legal opinion as to the ownership of oil and gas underlying 40 acres of land on the Fort Peck Reservation Allotment No. 3308 | Attorney-Client Privilege |
| 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 Box 39 of 125 98-12546 491 | 681 | 2/14/1956 | A.E. Bielefeld, Field Solicitor, Billings | Area Director, BIA; Billings MT, Attn: Resources and Realty | | Memo | 4-page memo providing a legal analysis of Carter Oil Company's proposal for issuance of a corrected patent for the Arthur L. Nordwick property on the Fort Peck Reservation | Attorney-Client Privilege |
| 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 Box 39 of 125 98-12546 492 | 683 | 6/6/1956 | M.A. Johnson, Assistant Area Director, Billings Area Office | Field Solicitor | | Memo | 1-page memo requesting a case review and recommendations whether the Commissioner of Indian Affairs's letter dated 6/28/56 to Carter Oil Company should be forwarded or whether further consideration by the Central Office is warranted prior to delivering the letter. | Attorney-Client Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 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 Box 39 of 125 98-12546 493 | 686 | 7/20/1956 | Roy Allen, Acting Field Solicitor, Billings | Area Director BIA, Billings MT Attn: MA Johnson | Superintendent Fort Peck Agency | Memo | 6-page memo providing a detailed legal analysis of jurisdictional, notice and merits issues regarding Carter Oil Company's application to cancel an original patent of oil and gas rights and issue and amended patent to Arthur Nordwick. | Attorney-Client Privilege |
| 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 Box 39 of 125 98-12546 494 | 685 | 11/26/1956 | Harlow Pease, Field Solicitor, Billings | Area Director BIA, Billings MT Attn:Realty | | Memo | 1-page memo providing a legal opinion and recommendation for action relating to the Carter Oil Company's application for an amended patent to the Nordwick homestead on the Fort Peck Reservation | Attorney-Client Privilege |
| 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 Box 39 of 125 98-12546 495 | 678 | 8/15/1968 | James O. Jackson, Superintendent | Solicitor | | Letter | 2-page letter requesting a legal analysis of a prospecting permit under contract #14-20-0252-3413. Several questions are raised including what procedures should be used to aid Shell Oil in gaining access to the land under the permit though the access road is blocked | Attorney-Client Privilege |
| 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 Box 39 of 125 98-12546 496 | 677 | 8/16/1968 | H.V. Lewis, Area Director | Field Solicitor | | Memo | 1-page memo requesting a legal opinion on the extent to which lessees of competent Crow lands can interfere with bona fide prospectors using such lands for ingress and egress | Attorney-Client Privilege |
| 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 Box 39 of 125 98-12546 497 | 680 | 3/28/1974 | E.L. Meredith, Field Solicitor | Area director, Indian Affairs Attn: Real Property Management | 2 copies | Memo | 1-page memo discussing oil and gas lease forms and regulations relating to the Rocky Boy's Reservation, the number of leases in effect, whether further leasing is contemplated on the new mineral lands added to the Reservation, and changes to the lease form with respect to use of gas for buildings off the lands being used. | Attorney-Client Privilege |
| 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 Box 39 of 125 98-12546 498 | 679 | 11/22/1974 | E.L. Meredith, Field Solicitor | Area Director, Indian Affairs | 2 copies | Memo | 1-page memo providing legal opinions discussing oil and gas lease forms and regulations relating to the Rocky Boy's Reservation including interpretation of the Eagle Picher case and advice on regulations and the oil and gas forms | Attorney-Client Privilege |
| TA-98-9144 Box 556 of 775 98-11689 499 | 687 | 3/22/1965 | Roy F. Allen, Field Solicitor, Billings | Area Director | Copies in the File(Copy #2 is a few pages after this one) | Memo | Memo providing a legal opinion and recommendation regarding the status of a land acquisition contract and grant of easement and authorization for payment on the contract based upon this status | Attorney-Client Privilege |
| TA-98-9144 Box 747 of 765 98-11880 500 | 676 | | Various authors and Addressees,; e.g.: US Attorney, Field Solicitors, Area Director, Superintendent | | | Memos/Letters | "Trespass Rental-Building No 74 George Killenbeck" file. Entire file is privileged. 13 memos/letters between US Attorney, Field Solicitor, and BIA Management discussing legal issues and litigation strategies relating to the George Killenbeck case regarding a 1962 efault judgment for delinquent rental payments granted against Killenbeck in the amount of $498.40 | Attorney-Client and Attorney Work Product Privilege |
| 152-DC-0003 Box 2 of 6 501 | 649 | 7/26/1994 | William Wirty, Deputy Regional Solicitor, Pacific SW Region | Area director, BIA, Sacramento Office | Superintendent Northern CA Agency BIA | Memo | 2-page memo giving a legal opinion canceming ownership of logs taken from the Susie Brooks allotment | Attorney-Client Privilege |
| K00-00-9008 28 of 71 01-05898 502 | 732 | 11/21/1991 | A. Scott Loveless, Attorney-Advisor, Regional Solicitor, Intermountain Region; Office of Solicitor | BIA | | Memorandum | 4-page legal opinion re: the revisionary status of allotted property | Attorney-Client and Attorney Work Product Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 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 503 | 734 | 9/9/1991 | Mary Dearborn, Paralegal Specialist, on behalf of Philip N. Hogen, U.S. Attorney, Dept. of Justice | Mark Anderson, Office of the Field Solicitor | | Memorandum | This 1-page document addresses the issue of BIA procedures for litigation settlement reimbursements. This document is privileged because it is a communication between an attorney and client, and it contains the attorney's mental impressions and/or notes | Attorney-Client and Attorney Work Product Privilege |
| 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 504 | 733 | 11/8/1995 | Gerald R. Moore, Office of the Field Solicitor, Pacific Northwest Region, Office of the Solicitor | Area Director, BIA | | Memorandum | This 3-page memorandum renders an opinion related to client's request to determine how certain debits at issue could be treated. This document is privileged because it is a communication between the attorney and their client agency related to the legal l | Attorney-Client Privilege |
| 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 21 of 544 00-04174 "Jesup & Lamont" File) 505 | 735 | | Authors include Frederick N. Ferguson, Dep'y Solicitor; Thomas O'Hare, Solicitor; Lotario D. Ortega, Field Solicitor, Albuq.; John W. Vale, Chief, Branch of Investments | Addressees include Alice Daniel, Asst. Attorney General, DOJ Civil Division; Associate Solicitor, Indian Affairs; Field Solicitor | Various solicitors, U.S. Attorneys, and BIA Investments | Entire File | This file contains documents discussing legal issues relating to the Jesup & Lamont bankruptcy filing, and BIA/DOJ's claim against SSIW Corp. (formerly known as Jesup & Lamont Gov't Securities, Inc.). The individual documents, as well as the compilation itself, reveals legal analysis and strategy employed in that matter. | Attorney Work Product Privilege |
| 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 249 of 544 00-04402 506 | 736 | | William E. Haney, Acting Field Solicitor | Ron Eden, Deputy to Asst. Secretary Dept of Interior | Hon. James M. Inhofe, Member of Congress | Letters | Letter regarding opinions and recommendations on the handling of a claim for distribution from trust funds | Attorney Work Product Privilege |
| 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 249 of 544 00-04402 507 | 737 | 10/30/1990 | Stanley Speaks, Acting Asst. Secretary – Indian Affairs | David A. Ingol, Chief Counsel, financial Management Service, Dept of Treasury | Joan Pesata, Dir., Limited Payability Project; Secy surname; IA: G. Gover | Letter | Letter provides legal advice and opinion regarding disposition of proceeds from tribal and individual checks scheduled to be canceled. | Attorney Work Product Privilege |
| 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 249 of 544 00-04402 508 | 738 | 1/4/1991 | David A. Ingold, Chief Counsel | Dr. Eddie F. Brown, Asst. Secretary, Indian Affairs | Joan Pesata, Dir., Limited Payability Project; Secy surname; IA: G. Gover | Letter | Letter provides legal advice and opinion regarding disposition of proceeds from tribal and individual checks scheduled to be canceled. | Attorney Work Product Privilege |
| 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 290 of 544 00-04443 509 | 739 | 4/10/1996 | Deputy Solicitor, SOL | Special Trustee | | Memorandum | 4-page memorandum on whether the Indian Preference Statute, 25 USC 772, applies to the Office of Trust Fund Management personnel rules. This letter provides legal analysis and interpretation of federal law related to developing agency policy outside the scope of fiduciary trust duties. | Attorney-Client Privilege |
| 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 432 of 544 510 | 741 | | | | | Notes | Handwritten notes of legal advice provided to client regarding multiple transactions | Attorney Work Product Privilege |
| 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 432 of 544 511 | 740 | 2/8/1995 | Larry Lohmeir | | | Contract | 1-page contract with written notes plus 4 exhibits | Attorney Work Product Privilege |
| 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 51 of 544 512 | 742 | 11/21/1991 | A. Scott Grayson, Attorney-Advisor | Superintendent, Unitah & Ouray Agency | | Memorandum | This is a privileged document because it is between the Solicitor's Office and a client agency regarding the date at which the Ute Indian Tribe would become the beneficial owner of certain lands, in order to determine whether the mineral estate is subject | Attorney-Client Privilege |
| 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 13 of 36 00-04863 513 | 745 | 6/4/1954 | William J. Burke, Acting Deputy Solicitor; Office of the Solicitor | Director of Personnel, BIA | | Memorandum | 2 copies of 5-page legal opinion and interpretation re: the appointment of Indian people to veterans' positions. | Attorney-Client and Attorney Work Product Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 00-00-9034 13 of 36 00-04863 514 | 744 | 8/24/1965 | Edmund T. Fritz, Acting Solicitor, Office of the Solicitor | Commissioner, BIA | | Memorandum | 2 copies of a 3-page legal opinion and interpretation re: The effect of Sec. 23 of 68 Stat. 868, 877 on Indian preference in employment. | Attorney-Client and Attorney Work Product Privilege |
| 00-00-9034 13 of 36 00-04863 515 | 743 | 8/3/1977 | Hans Walker, Jr. Acting Associate Solicitor, Indian Affairs; Office of the Solicitor | Acting Deputy Commissioner of Indian Affairs, BIA | | Memorandum | 2 copies of 2-page legal opinion and interpretation re: Employment preferences for Indians | Attorney-Client and Attorney Work Product Privilege |
| 00-00-9034 23 of 36 00-04873 516 | 746 | 3/6/1937 | Nathan R. Margold, Solicitor | Commissioner of Indian Affairs | | Memorandum | Legal analysis of whether the Wisconsin Winnebago Indians can be considered a tribe for organization and land purchase purposes and, if so, whether they are denied these privileges because they are holders of homestead allotments. | Attorney-Client and Attorney Work Product Privilege |
| 00-00-9034 23 of 36 00-04873 File # 3580 517 | 747 | 6/10/1936 | Charlotte T. Westwood, Asst. Solicitor | Organization Division | Solicitor | Memorandum | Legal analysis of whether the Wisconsin Winnebagos can organize under Section 16 of the Reorganization Act despite all or most of their members residing on homestead allotments on the public domain | Attorney-Client and Attorney Work Product Privilege |
| 00-00-9034 23 of 36 00-04873 File # 4667 Part 1-C 518 | 748 | 10/16/1967 | Duard R. Barnes, Asst. Solicitor, Appeals & Litigation | Commissioner of Indian Affairs, Attn: Tribal Enrollment Section | | Memorandum | Recommendation regarding investigation and determination of whether an individual is eligible for enrollment | Attorney-Client and Attorney Work Product Privilege |
| 00-00-9034 23 of 36 00-04873 File # 4667 Part 1-C 519 | 749 | 1/5/1968 | Duard R. Barnes, Asst. Solicitor, Appeals & Litigation | Commissioner of Indian Affairs, Attn: Tribal Enrollment Section | | Memorandum | Recommendation regarding investigation and determination of whether an individual is eligible for enrollment | Attorney-Client and Attorney Work Product Privilege |
| 00-00-9034 23 of 36 00-04873 File # 4667 Part 1-F 520 | 750 | 7/25/1968 | Commissioner of Indian Affairs, Sgd. Charles B. Rovin, Acting Deputy Asst. Commissioner | Solicitor and Acting Assoc. Solicitor, Indian Affairs | | Memorandum | Solicitor's Office provides information relating to an individuals request to be recognized as an enrollee in the Chippewa Indian community. | Attorney-Client and Attorney Work Product Privilege |
| 00-00-9034 23 of 36 00-04873 File # 4667 Part 2 521 | 751 | 7/26/1966 | Charles M. Soller, Asst. Solicitor, Indian Legal Activities | Commissioner of Indian Affairs | | Memorandum | Asst. Solicitor's legal analysis of the critique of a proposed letter from the Commissioner of the Minnesota Chippewa Tribe. | Attorney-Client and Attorney Work Product Privilege |
| 00-00-9034 26 of 36 00-04876 522 | 752 | 10/31/1978 | Thomas W. Fredricks, Associate Solicitor, Division of Indian Affairs; Dave Moran, DC Solicitor | Assistant Secretary Indian Affairs | | Memorandum | Legal interpretation re: New deparment regulations on rulemaking | Attorney Work Product Privilege |
| 00-00-9034 33 of 36 523 | 760 | 1/31/1946 | Warner W. Gardner, Solicitor | Asst. Sec. DOI Chapman | | Memorandum plus attachments | Re: Legal interpretation provided in response to Client's request regarding the Secretary's authority respecting the approval of contracts between tribes and attorneys | Attorney Work Product Privilege |
| 00-00-9034 33 of 36 524 | 758 | 1/31/1946 | Warner W. Gardner, Solicitor | Asst. Sec. DOI Chapman | | Memorandum plus attachments | Re: Legal interpretation provided in response to Client's request regarding the Secretary's authority respecting the approval of contracts between tribes and attorneys | Attorney Work Product Privilege |
| 00-00-9034 33 of 36 525 | 756 | 1/31/1946 | Warner W. Gardner, Solicitor | Asst. Sec. DOI Chapman | | Memorandum plus attachments | Re: Legal interpretation provided in response to Client's request regarding the Secretary's authority respecting the approval of contracts between tribes and attorneys | Attorney Work Product Privilege |
| 00-00-9034 33 of 36 526 | 754 | 1/31/1946 | Warner W. Gardner, Solicitor | Asst. Sec. DOI Chapman | | Memorandum plus attachments | Re: Legal interpretation provided in response to Client's request regarding the Secretary's authority respecting the approval of contracts between tribes and attorneys | Attorney Work Product Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 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 33 of 36 527 | 763 | 1/31/1946 | Warner W. Gardner, Solicitor | Asst. Sec. DOI Chapman | | Memorandum plus attachments | Re: Legal interpretation provided in response to Client's request regarding the Secretary's authority respecting the approval of contracts between tribes and attorneys | Attorney Work Product Privilege |
| 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 33 of 36 528 | 764 | 1/31/1946 | Warner W. Gardner, Solicitor | Asst. Secretary of Interior Chapman | | Memo plus two (2) attachments | Opinion rendered by Solicitor in response to request from client re: Contracts between tribes and attorneys | Attorney-Client and Attorney Work Product Privilege |
| 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 33 of 36 529 | 761 | 6/22/1951 | Mastin G. White, Solicitor | Secretary, DOI | | Memorandum | Re: Legal interpretation of Secretary's authority respecting the approval of contracts between tribes and attorneys | Attorney Work Product Privilege |
| 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 33 of 36 530 | 759 | 6/22/1951 | Mastin G. White, Solicitor | Secretary, DOI | | Memorandum | Re: Legal interpretation of Secretary's authority respecting the approval of contracts between tribes and attorneys | Attorney Work Product Privilege |
| 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 33 of 36 531 | 757 | 6/22/1951 | Mastin G. White, Solicitor | Secretary, DOI | | Memorandum | Re: Legal interpretation of Secretary's authority respecting the approval of contracts between tribes and attorneys | Attorney Work Product Privilege |
| 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 33 of 36 532 | 755 | 6/22/1951 | Mastin G. White, Solicitor | Secretary, DOI | | Memorandum | Re: Legal interpretation of Secretary's authority respecting the approval of contracts between tribes and attorneys | Attorney Work Product Privilege |
| 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 33 of 36 533 | 753 | 6/22/1951 | Mastin G. White, Solicitor | Secretary, DOI | | Memorandum | Re: Legal interpretation of Secretary's authority respecting the approval of contracts between tribes and attorneys | Attorney Work Product Privilege |
| 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 33 of 36 534 | 762 | 6/22/1951 | Mastin G. White, Solicitor | DOI Secretary | | Memorandum | Legal opinion provided in response to Client's request re: interpretation of the Secretary's authority respecting the approval of contracts between Indian tribes and attorneys | Attorney-Client and Attorney Work Product Privilege |
| 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 35 of 36 00-04885 535 | 765 | 3/24/1961 | H. Rex Lee, Acting Commissioner | A.M. Prothers, Acting General Counsel, Federal Housing Administration | | Letter | Legal advice re: the Authority of the Secretary of the Interior to approve Indian tribe lease agreements and extensions | Attorney Work Product Privilege |
| 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 6 of 36 536 | 768 | 9/10/1940 | Leland O. Graham | 1st Asst. Secretary | | Memorandum | Memorandum expressing legal opinion and analysis regarding employees receiving compensation from sources other than those with a connection to the Indian service. The communication provides legal analysis and interpretation related to developing agency policy outside the scope of fiduciary trust duties. | Attorney-Client and Attorney Work Product Privilege |
| 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 6 of 36 537 | 770 | 1/31/1946 | Warner W. Gardner, Solicitor | Asst. Secretary Chapman | | Memorandum plus two (2) attachments | Opinion rendered by Solicitor to Assistant Secretary of the Interior re: Contracts between Indian tribes and attorneys | Attorney-Client and Attorney Work Product Privilege |
| 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 6 of 36 538 | 767 | 6/22/1951 | Mastin G. White, Solicitor | Interior Secretary | | Memorandum | Legal opinion provided in response to Client's request re: Interpretation of the Secretary's authority respecting the approval of contracts between Indian tribes and attorneys | Attorney-Client and Attorney Work Product Privilege |
| 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 6 of 36 539 | 769 | 3/24/1958 | Warren E. Cox, Chief Counsel, Federal Housing Admin | Comm. of Indian Affairs, DOI | | Letter | Advice given by chief Counsel of FHA re: Set-Off of amounts due Indians against debts due the U.S. on Title I loans | Attorney-Client and Attorney Work Product Privilege |
| 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 6 of 36 540 | 766 | 3/24/1958 | Warren E. Cox, Chief Counsel, Federal Housing Admin | Comm. of Indian Affairs, DOI | | Letter | Advice given by chief Counsel of FHA re: Set-Off of amounts due Indians against debts due the U.S. on Title I loans | Attorney-Client and Attorney Work Product Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| K00-01-9004 170 of 203 01-05837 541 | 771 | 4/10/1996 | Deputy Solicitor | Special Trustee | | Memorandum | Memorandum providing legal analysis and interpretation of personnel rules applicable to the Office of Special Trustee. The communication provides legal analysis and interpretation of federal law related to developing agency policy outside the scope of fiduciary trust duties. | Attorney-Client and Attorney Work Product Privilege |
| K00-01-9004 171 of 203 01-05838 Folder: "Request for Solicitor's Opinion" 542 | 772 | | Authors include: OTFM, Assoc. Solicitor, Regional Solicitor | Addressees include: OTFM, Assoc. Solicitor, Regional Solicitor | | File | 27 privileged memoranda regarding various issues on which the Solicitor's Office has been asked to render an opinion. | Attorney-Client and Attorney Work Product Privilege |
| K00-01-9004 186 of 203 01-05852 543 | 774 | | Edwin Winstead, Acting Director, OTFM | Regional Solicitor | | Memorandum | Client's request for a legal opinion regarding the application of Uniform Principal and Income Act to Indian Trust Funds | Attorney-Client Privilege |
| K00-01-9004 186 of 203 01-05853 544 | 773 | 3/5/1992 | Field Solicitor | Area Director | | Memorandum | Solicitor opinion regarding the disposition of funds from a claims court judgment | Attorney-Client and Attorney Work Product Privilege |
| K00-01-9004 194 of 203 01-05861 545 | 779 | 1/24/1978 | Thomas E. Fredericks, Associate Solicitor, Indian Affairs | Deputy Asst. Secretary – Indian Affairs (Program Operations0 | | Memorandum | Legal interpretation re: pooling of tribal funds for investment purposes | Attorney-Client and Attorney Work Product Privilege |
| K00-01-9004 194 of 203 01-05861 546 | 778 | 5/13/1985 | Tim Vollmann, Associate Solicitor, Indian Affairs | Deputy Asst. Secretary – Indian Affairs | | Memorandum | Legal opinion regarding investment of Indian trust funds | Attorney Work Product Privilege |
| K00-01-9004 194 of 203 01-05861 547 | 777 | 2/10/1986 | Tim Vollmann, Associate Solicitor, Indian Affairs | Deputy Asst. Secretary – Indian Affairs | | Memorandum | Legal opinion regarding the legality of pooling tribal trust funds for investment purposes. | Attorney Work Product Privilege |
| K00-01-9004 194 of 203 01-05861 548 | 776 | 5/24/1989 | Dennis Daugherty, Associate Solicitor, Div. of Indian Affairs | Asst. Secretary, Indian Affairs | | Memorandum | Legal opinion on legality of investment of Indian trust funds in agency securities | Attorney-Client and Attorney Work Product Privilege |
| K00-01-9004 194 of 203 01-05861 549 | 776 | 7/26/1989 | Tim Volmann, Associate Solicitor --Division of Indian Affairs | Deputy to the Assistant Secretary -- Indian Affairs (Trust and Economic Development) | | Memorandum | Legal opinion regarding investment of Indian trust funds. | Attorney-Client and Attorney Work Product Privilege |
| K00-01-9004 194 of 203 01-05861 550 | 780 | 9/18/1989 | Deputy to the Assistant Secretary Indian Affairs | Associate Solicitor, Indian Affairs | Surname 100, 200, 710, 700, F Kellerup, 710 -- Abrown, 101A, A. Brown | Memorandum | Request for a legal opinion on the legality of investing certain monies under 25 U.S.C. 162a | Attorney-Client Privilege |
| K00-01-9004 202 of 203 551 | 784 | | Tim Vollmann, Assoc. Solicitor, Div. of Indian Affairs | Dep'y to Asst. Secretary Indian Affairs (Trust and Economic Development) | | Memorandum | Response to request for legal advice re: investment of Indian trust funds | Attorney-Client and Attorney Work Product Privilege |
| K00-01-9004 202 of 203 552 | 788 | 8/27/1976 | Miles A. Cobb, General Counsel, FDIC | Lloyd Morgan, Asst. Comm., Banking and Cash Mgmt., Bur. of Govt. Fin. Oper., DOT | | Letter | Response to an inquiry by the Dept. of Treasure re: The insurance of different types of "public money" deposits | Attorney-Client and Attorney Work Product Privilege |
| K00-01-9004 202 of 203 553 | 781 | 1/7/1981 | Thomas O'Hare, Field Solicitor, Alb. | Associate Solicitor, IA | R/SOL., SW Region; Solicitors' Reading File | Memorandum | Memorandum regarding classification of Indian trust funds pursuant to the Monetary Control Act of 1980. | Attorney Work Product Privilege |
| K00-01-9004 202 of 203 554 | 789 | 10/30/1981 | Gilbert T. Schwartz, Assoc. General Counsel, Bd of Gov, Federal Reserve | Kenneth Smith, Asst Secretary BIA | Fred Kellerp, BIA; Solicitor's Docket | Letter | Letter regarding status of funds of Indian Tribes as nonpersonal time deposits under applicable regulations | Attorney-Client and Attorney Work Product Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 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 202 of 203 555 | 787 | 1/16/1984 | Paul T. Baird, Assoc. Solicitor, Div. of Indian Affairs | Director, Office of Trust Responsibility | Docket; DIA; R.R.Barnes; P.Squire; Solicitor's RF | Memorandum | Legal opinion re: investing Indian funds in S&L certificates of deposit in denominations above that insured by the FSLIC | Attorney-Client and Attorney Work Product Privilege |
| 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 202 of 203 556 | 793 | 5/13/1985 | Tim Vollmann, Assoc. Solicitor, Div. Of Indian | Dep. Asst. Secretary, Indian Affairs | | Memorandum | Legal advice re: Investment of Indian Trust Funds | Attorney-Client and Attorney Work Product Privilege |
| 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 202 of 203 557 | 792 | 12/4/1985 | Robert M. Fenner, General Counsel | Donald Paul Hodel, Secretary DOI | | Letter | Legal advice re: Share of insurance on BIA deposits in federally insured credit unions | Attorney-Client and Attorney Work Product Privilege |
| 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 202 of 203 558 | 782 | 12/4/1985 | Robert M. Fenner, General Counsel, NCUA | Donal Paul Hodel, Secretary DOI | Board Members; Exec. Director E&I; All Regional Directors. | Memorandum | Legal opinion re: BIA investment of IIM funds in federally insured credit unions | Attorney-Client and Attorney Work Product Privilege |
| 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 202 of 203 559 | 790 | 12/9/1985 | Robin A. Friedman, Attorney-Advisor, Division of Indian Affairs | Peter McNulty | Solicitor's docket; Solicitor's RF; R Friedman RF; DIA RF; R. Buckner, RF | Letter | Letter responding to request regarding BIA accounts at San Marino | Attorney-Client Privilege |
| 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 202 of 203 560 | 783 | 7/17/1986 | Julie L. Williams, Acting Dep. General Counsel | David Page, BIA, Office of Trust Responsibility | Charles Huges, SOL; Duared Barnes, SOL; Robin Friedman, SOL; Theresa Stark, FSLIC | Letter | Legal advice re: Insurance coverage for accounts held by BIA on behalf of Indian tribes and individual Indians | Attorney-Client and Attorney Work Product Privilege |
| 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 202 of 203 561 | 785 | 7/17/1986 | Julie L. Williams, Acting Dep. General Counsel, FHLBB | David Page, Office of Trust Responsibility | Charles Hughes, SOL; Duard Barnes, SOL; Robin Friedman, SOL; Theresa Stark, FSLIC; | Letter | Legal opinion re: Insurance coverage for accounts held by BIA on behalf of tribes and individual Indians | Attorney-Client and Attorney Work Product Privilege |
| 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 202 of 203 562 | 791 | 7/31/1986 | Robin A. Friedman, Attorney-Advisor, Division of Indian Affairs | Barbara Masserang, FSLIC | Fred Kellerp, BIA; Solicitor's Docket | Letter | Letter re: BIA Accounts at Mainland Savings & Loan Association | Attorney-Client Privilege |
| 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 202 of 203 563 | 786 | 2/10/1996 | Tim Vollmann and Thomas Fredericks, Assoc. Solicitor, Indian Affairs. | Asst Secretary, Indian Affairs | | Memorandum | Legal advice provided by Solicitor re: Pooling of tribal funds for investment purposes | Attorney-Client and Attorney Work Product Privilege |
| 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 371 of 203 01-05704 564 | 795 | 10/1/1990 | Associate Solicitor DIA – William Lavell | Deputy to the Assistant Secretary – Indian Affairs (operations) | | Letter (4 pages) | Legal opinion given to the client regarding the contractibility of programs by Indian Tribes to perform certain functions under the Indian Self-Determination Act. | Attorney-Client and Attorney Work Product Privilege |
| 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 371 of 203 01-05704 565 | 794 | 4/11/1995 | Acting Associate Solicitor, Indian Affairs Robert T. Anderson | Director, MMS | Deputy Commissioner BIA | Memorandum – 7 pages | Legal opinion on whether or not a tribe may contract with the federal government to perform certain accounting functions | Attorney-Client and Attorney Work Product Privilege |
| 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 64 of 203 566 | 797 | 1/19/1996 | David Moran, Attorney SOL/DIA | Donna Erwin, BIA OTFM | | Letter | 1-page letter regarding withdrawing of trust funds by the Catawba Nation and the Secretary's obligations once the money is withdrawn per the Land Claims Settlement Act. | Attorney-Client and Attorney Work Product Privilege |
| 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 64 of 203 567 | 796 | 1/19/1996 | David Moran, Attorney SOL/DIA | Donna Erwin, BIA OTFM | | Letter | 1-page letter regarding withdrawing of trust funds by the Catawba Nation and the Secretary's obligations once the money is withdrawn per the Land Claims Settlement Act. | Attorney-Client and Attorney Work Product Privilege |
| 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 151 of 286 01-05293 568 | 799 | 1/24/1989 | Dennis Daugherty, Associate Solicitor, Division of Indian Affairs | Assistant Solicitor, Indian Affairs | Division of Indian Affairs, G Skibine, Docket, D Barnes | Memorandum | 5-page legal opinion/interpretation on the authority of BIA to place the disbursing of Indian Trust Funds with an eligible financial institution | Attorney-Client and Attorney Work Product Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| K00-01-9005 151 of 286 01-05293 569 | 798 | 1/4/1991 | David A. Longold, Chief Counsel | | | | | |
| K00-01-9005 201 of 286 570 | 800 | 5/28/1991 | Helen Spencer, Atty at Law | Marge Wilkins, BIA | | Letter | Legal opinion assessing the cost savings for BIA from S. 754 | Attorney Work Product Privilege |
| K00-01-9005 201 of 286 571 | 801 | 5/30/1991 | Helen Spencer, Atty at Law | Marge Wilkins, BIA | Karen Funk | Letter | Legal opinion regarding cost estimates of exemption legislations | Attorney Work Product Privilege |
| K00-01-9008 24 of 71 01-05894 Ute Indian Rights File 572 | 802 | 10/1/1993 | David K. Grayson, Acting Reg. Solicitor, by William Robert McConkie, Attorney | Program Dir. CUP Completion Act | Superintendent Uintah and Ouray Agency; Regional Dir., Bureau of Reclamation Area Dir., Phoenix Office | Memorandum | Detailed legal memo from the Solicitor's Office to a client agency. Provides a legal analysis of the propriety of tribal payments under Section 502(a) of the CUP Completion Act | Attorney-Client Privilege |
| K00-01-9008 28 of 71 01-05898 573 | 803 | 11/4/1988 | William Robert McConkie, Attorney; Regional Solicitor; Office of Solicitor | Superintendent Uintah and Ouray Agency, BIA | Assoc. Solicitor, Energy & Resources, Division; Assoc. Solic., Division of Indian Affairs; Regional Solicitor, Rocky Mountain Region; Chief of Branch of Trust Fund Accounting | Memorandum | 15-page legal opinion and interpretation re: DOI's responsibility toward Ute Distribution Corporation | Attorney-Client and Attorney Work Product Privilege |
| K00-01-9008 31 of 71 01-05901 574 | 805 | | Michael Anderson, Associate Solicitor, DIA | Douglas Lords, Division of Trust Fund Acct. | | Memorandum | This memorandum is privileged because the solicitor is advising the Director of Trust Funds regarding the payment of funds into the Tribes Trust Fund. (Re: Tohono Oodham Nation Trust Fund) | Attorney-Client Privilege |
| K00-01-9008 31 of 71 01-05901 575 | 804 | 3/10/1992 | Acting Associate Solicitor, DIA; Jill Fallon | Field Solicitor – Billings; BIA – Billings; BIA – Wind River; BIA – OTFM; BLM – Ed Womack; MMS – Bill Brown | DOJ – ENRD; GSA – Ind. Trust, Acct Division; Att: Bill Dunway, John Coleman, Sharon Taylor | Letter | Information about two pending claims against the U.S., as well as impending litigation & preparation of discovery for the matters in Shoshone Tribe v. U.S., Claims Ct., Nos. 458-79L, 459-79L). The communication reveals the intended legal strategy for pending litigation. | Attorney-Client and Attorney Work Product Privilege |
| K00-01-9008 31 of 71 01-05901 576 | 807 | 8/30/1994 | Jim Parris, Director, OTFM | Associate Solicitor, DIA | | Memorandum | Response to a request for a legal opinion, with a conclusion of law generated by the attorney and attachment of memo given by the SOL. | Attorney-Client Privilege |
| K00-01-9008 31 of 71 01-05901 577 | 806 | 4/23/1998 | David Moran, Atty-Advisor, DIA | Paul Homan, Special Trustee | Marie Watson; Mark Woodfill | Memorandum | Attorney's opinion to client regarding the disbursement/payment of money from Verde River Basin Water Fund and Agreement. | Attorney-Client Privilege |
| K00-01-9008 42 of 71 01-05912 578 | 808 | | | Reading file | | File | File of requests for legal opinion sent to the Office of the Solicitor | Attorney-Client Privilege |
| K00-01-9023 102 of 102 01-06355 579 | 809 | 4/10/1996 | Deputy Solicitor | Special Trustee | | 27 folders, with privileged documents, all identical | Opinion on Indian preference statute's applicability to OTFM within the Office of Special Trustee for American Indians (stat. 25 USC 472). The communication provides legal analysis and interpretation of federal law related to developing agency policy outside the scope of fiduciary trust duties. | Attorney-Client Privilege |

| Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| K00-01-9023 75 of 102 01-06328 580 | 810 | 4/10/1996 | Deputy Solicitor | Special Trustee | | Memorandum | Legal advice to client regarding the applicability of Indian Preference hiring to OST. The communication provides legal analysis and interpretation of federal law related to developing agency policy outside the scope of fiduciary trust duties. | Attorney-Client and Attorney Work Product Privilege |
| K00-01-9023 82 of 102 01-06335 581 | 811 | 4/10/1996 | Deputy Solicitor | Special Trustee | | Memorandum | Legal opinion and interpretation of statutes governing personnel rules applicable to the Office of the Special Trustee. The communication provides legal analysis and interpretation of federal law related to developing agency policy outside the scope of fiduciary trust duties. | Attorney Work Product Privilege |
| K00-01-9023 84 of 102 582 | 814 | 2/13/1990 | William G. Lavell, Associate Solicitor, Indian Affairs | Deputy to the Asst. Secretary, Indian Affairs (operations) | | Memorandum | Response to request for opinion regarding trust fund losses | Attorney-Client and Attorney Work Product Privilege |
| K00-01-9023 84 of 102 583 | 812 | 2/13/1990 | William G. Lavell, Assoc. Solicitor, Indian Affairs | Dep. to the Asst. Secretary, Indian Affairs (operations) | | Memorandum | Request for opinion regarding Trust Fund losses | Attorney-Client and Attorney Work Product Privilege |
| K00-01-9023 84 of 102 584 | 813 | 3/21/1990 | William G. Lavell, Assoc. Solicitor, Indian Affairs | Asst. Secretary, Indian Affairs | | Memorandum | Response to request for an opinion concerning the authority of the BIA to contract investment of tribal trust funds. | Attorney-Client and Attorney Work Product Privilege |
| K00-01-9023 86 of 102 01-06339 585 | 815 | 4/10/1996 | Deputy Solicitor | Special Trustee | | Memorandum | Legal advice to client regarding the applicability of Indian Preference hiring to OST. The communication provides legal analysis and interpretation of federal law related to developing agency policy outside the scope of fiduciary trust duties. | Attorney-Client and Attorney Work Product Privilege |
| K00-01-9023 95 of 102 01-06348 586 | 816 | 4/10/1996 | Deputy Solicitor | Special Trustee | | Memorandum | 349 copies of a memo providing a legal analysis on whether the Indian Preference Statute, 25 USC 472 applies to OTFM and the Office of Special Trustee as established by Title III. The communication provides legal analysis and interpretation of federal law related to developing agency policy outside the scope of fiduciary trust duties. | Attorney-Client and Attorney Work Product Privilege |
| K00-01-9023 99 of 102 587 | 817 | 4/10/1996 | Deputy Solicitor | Special Trustee | | Memorandum | Legal advice to client regarding the applicability of Indian preference rules to OST. The communication provides legal analysis and interpretation of federal law related to developing agency policy outside the scope of fiduciary trust duties. | Attorney-Client and Attorney Work Product Privilege |
| KAN-98-9143 Box 1083 of 1132 98-11084 588 | 669 | 11/27/1962 | Ramsey Clark, Assistant Attorney General By: David Warner Chief, General litigation section | Frank Barry, Solicitor | | Memo | 1-page letter discussing legal analysis of the U.S. District Court case Mary Hit Him Running Horse v. Udall with regard to Interior's authority to pay claims of a decedent from income generated from trust land owned by the decedent where the income accrued subsequent to the decedents death | Attorney-Client Privilege |

| Acession and Box # | ID | Doc Date | Author | Addressee | Copies Sent To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| N00-98-0029 Box 274 of 482 98-02248 589 | 675 | | Associate Solicitor, Indian Affairs | All Regional Solicitors and Field Solicitors | | Memo | 2-page memo providing legal advice and opinion regarding the taxability of income directly derived from unallotted Indian tribal lands. The memo provides a legal interpretation of Internal Revenue Ruling 58-320 regarding whether income derived from unallotted Indian tribal lands is properly included as "gross income" of the recipient. | Attorney Work Product |
| N00-98-0029 Box 274 of 482 98-02248 590 | 673 | 10/7/1957 | Murray Crosse, Field Solicitor, Gallup | Area Director | | Memo | 2-page memo providing legal analysis and opinionregarding an interim policy on investment of individual Indian Monies | Attorney-Client Privilege |
| N00-98-0029 Box 274 of 482 98-02248 591 | 672 | 11/18/1957 | Murray Crosse, Field Solicitor, Gallup | Area Finance officer, BIA Gallup; Attn: Assistant Area Finance officer | | Memo | 1-page memo responding to a request for a legal opinion on whether a guardian, if appointed by the Navajo Court of Indian Offenses, meets the requirements of 25 CFR 221.4 for the disbursement of funds of a Navajo minor child. | Attorney-Client Privilege |
| N00-98-0029 Box 274 of 482 98-02248 592 | 674 | 10/21/1959 | Murray Crosse, Field Solicitor, Gallup | Superintendent, Jicarilla Indian Agency | Area Director, BIA, Gallup; Regional Solicitor, Denver; Associate Solicitor, Indian Affairs; Walter Andre, Hearing Examiner Gallup | Memo | 13-page memo providing legal opinions and analysis on issues regarding IIM Acct disbursements to Jicarilla Apache Tribe Members. The memo provides a detailed legal analysis to determine whether any of the funds in the IIM accts can be regarded as trust or restricted property, and fall within the exclusive probate jurisdiction of the examiner of Inheritance. | Attorney-Client Privilege |
| N00-98-0029 Box 274 of 482 98-02248 593 | 667 | 4/14/1961 | Walter W. Andre, Hearing Examiner, Office of the Solicitor, Gallup | Regional; Solicitor, Denver region | | Memo | 3-page memo providing legal advice and opinion regarding recognition and criteria for recognizing Indian marriages for the purpose of inheritance | Attorney Work Product |
| N00-98-0029 Box 274 of 482 98-02248 594 | 671 | 11/27/1962 | Ramsey Clark, Assistant Attorney General By: David Warner Chief, General Litigation Section | Frank J Barry, Solicitor | | Letter | 1-page letter discussing legal analysis of the U.S. District Court case Mary Hit Him Running Horse v. Udall with regard to Interior's authority to pay claims of a decedent from income generated from trust land owned by the decedant where the income accrued subsequent to the decedents death | Attorney Work Product |
| N00-98-0029 Box 274 of 482 98-02248 595 | 666 | 11/30/1962 | Edward W. Fisher, Deputy Solicitor | Commissioner of Indian Affairs | | Memo | 1-page memo providing recommendations to BIA field officials regarding payments on claims payable out of income accrued from trust or restricted lands after the date of a decedents death, based on the ruling in the Mary Hit Him Running Horse v. Udall | Attorney-Client Privilege |
| N00-98-0029 Box 274 of 482 98-02248 596 | 670 | 1/23/1963 | Murray Crosse, Field Solicitor, Albuquerque | Barry Berkson, Office of the Solicitor, Gallup | Area Director, BIA, Gallup Regional Solicitor, Denver Associate Solicitor, Indian Affairs | Memo | 2-page memo discussing legal issues relating to distribution of production income under a single oil & gas mining lease covering multiple Navajo Indian allotments segregated by unit agreement or assignment | Attorney-Client Privilege |
| N00-98-0029 Box 274 of 482 98-02248 597 | 668 | 9/10/1969 | Earle Goss, Associate Solicitor Indian Affairs | Commissioner of Indian Affairs | | Letter | 5-page memo responding to a request for legal opinion regarding a correspondence relating to federal income tax levies on IIM acct at the Pine Ridge, South Dakota Agency and advise whether such levies are within proscription of an amendment to the General Allotment of 1887 | Attorney-Client Privilege |