**Exhibit E - Documents On Federal Government's Privilege Log Titled "Central Office Privilege Log," December 1-5, 2003 Where Federal Government's Own Descriptions Established A Fiduciary Exception To Attorney-Client Privilege***

| Plaintiff's Unique Doc. No. | Accession and Box # | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege/Comments |
|---|---|---|---|---|---|---|---|---|
| 2 | 96-00771 | 10/13/72 | Com. On Indian Affairs | Assoc. Solicitor | | Memo | Guidance about IIM Accounts | A/C |
| 3 | 96-00771 | 04/19/73 | Asst. Solicitor Indian Affairs | BIA Attn. Investments | | Memo | Guidance about IIM Accounts | A/C |
| 4 | 96-00771 | 10/13/72 | Com. On Indian Affairs | Assoc. Solicitor | | Memo | Guidance about IIM Accounts | A/C |
| 5 | 96-00771 | 04/19/73 | Asst. Solicitor Indian Affairs | BIA Attn. Investments | | Memo | Guidance about IIM Accounts | A/C |
| 7 | 96-00830 | | Asst. Secretary of Indian Affairs | Assoc. Solicitor Indian Affairs | | Memo | Request for Opinion For Trust Management | A/C |
| 12 | 96-00944 | 01/20/88 | George Skibine, Staff Atty. | Assistant Sol, GILA | Arlene Brown, Office of ASIA, Ross Dembling, Division of Gen. Law | Memo | Recommendations for Answers to Questions Re: Trust Funds RFP | WP |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit A to this pleading.



PLAINTIFF'S
EXHIBIT E

| Plaintiff's Unique Doc. No. | Accession and Box # | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege/Comments |
|---|---|---|---|---|---|---|---|---|
| 13 | 96-00944 | 05/13/85 | D. Jones, BIA Division of Energy & Mineral Resources | Assistant Sol, DIA-ELM | | Report | Comparison of Indian Lease Terms Against Terms of Federal, State, & Fee Leases | A/C |
| 14 | 96-00944 | 12/07/87 | Arlene Brown | G. Skibine, SOL:-IA, R. Dembling, SOL-GL | N. Garrett, B. Wilkinson, D. Asbra, B. Blady, J. Parris, F. Kellerup, J. Bregman, D. Glynn (MMS) | Memo w/Attachment | Memo Asking for Review/Comments on Final Draft of Request for Proposal for Proposal for Trust Fund Financial Services, & Final Draft of Questions & Answers from Tribes & BIA | A/C |
| 15 | 96-00795 | 04/29/75 | Martin L. Seneca, Jr. Esq, Assoc. Solicitor Indian Affairs | Director, Office of Trust Responsibilities, BIA | Chief, Branch of Investments & ISSDA, Albuquerque | Memo | Requesting Advice on Deposits to US Treasury IIM Dep. Asst. | A/C, DP |
| 16 | 96-00795 | 11/22/72 | Solicitor | Asst. Secretary PLM | Mr. David Mosse Comm., DOT | Memo | Reclassification of Indian Trust Funds | A/C |
| 17 | 96-00795 | 07/12/85 | William A. Maddox, U.S. Attorney | Bill Suan, Esq. Office of Sol. DOI | | Letter | Study of Trust Management | A/C, WP |
| 18 | 96-00858 | 10/10/73 | Reid Payton Chambers Assoc. Sol., IA | Asst. to the Secretary for Indian Affairs | | Memo | Investments of Indian Power Project Revenues | A/C |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit A to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege/Comments |
|---|---|---|---|---|---|---|---|---|
| 19 | 96-00858 | 01/31/73 | William G. Lavell, Field Solicitor | Area Director, BIA Phoenix | All Super. Off. in Charge & Coord. | Memo | Investment of Indian Tribal Trust Funds | A/C |
| 21 | 96-00858 | 10/04/72 | Asst. Sec. Mgmt. & Budget | Assoc. Solicitor DIA | | Memo | Request for Opinion Regarding the Branch of Investments & ISSDA | A/C |
| 23 | 96-00947 | 10/23/87 | Thomas Sansonetti | Assoc. Dir. for MMS | | Memo | Interest on Indian Oil and Gas Revenues | A/C, WP |
| 27 | 96-00128 | 10/19/88 | Jim Paris, Chief Trust Fund Actor | Office of Solicitor | | Letter | Arthur Anderson Examination of Docs & Litigation | AC |
| 29 | OST-96-00012 | Entire Box | Minerals Mgmt. Service | | | | Voucher & Schedule of Payments MMS 1081s (FY 84) | IMDA |
| 35 | K50-96-0010 96-01439 | 10/29/86 | John Chaffin | Area Director BIA Billings, Mon | | Memo | Application of 31 USC§3527 | A/C |
| 36 | K50-96-0010 96-01439 | 04/10/85 | Vernon Peterson | Stanley Speaks, BIA Portland | | Memo | Collection of Erroneous payment | A/C |
| 37 | K50-96-0010 96-01439 | 11/23/82 | Arthur V. Biggs Asst. Re. Solicitor | Asst. Area Dir. BIA | | Memorandum | Legal Opinions: Re: Power of a Tribal Court to Control IIM Accts. | A/C |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit A to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege/Comments |
|---|---|---|---|---|---|---|---|---|
| 51 | | 04/10/85 | Vernon Peterson | Portland Area Director | | Memo | Bureau Policy re: Collection of Erroneous Payments | ACP/AWP |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit A to this pleading.