**Exhibit F - Documents On Federal Government's Log Titled "AIRR-Lenexa Records Only," August 19, 2004 Where Federal Government's Own Descriptions Establish A Fiduciary Exception To Attorney-Client Privilege***

| Plaintiff's Unique Doc. No. | Accession and Box # | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 65 | 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 10 of 17 File: Indian Claims Commission | 10/31/1972 | William A. Gershuny, Associate Solicitor, Div. Of Indian Affairs | Commissioner of Indian Affairs, All Regional & Field Solicitors, Area Directors & Superintendents | N/A | Memorandum | Opinion re: Statute of limited and effect of newly enacted statutes (statute of limitation extension) | Attorney-Client Privilege | Assert |
| 74 | 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 3 of 17 Surveys - Stanford Research Institute | 3/6/1964 | Field Solicitor, Pawhuska, John M Slater | Superintendent, Osage Agency | N/A | Memorandum | 9 page legal opinion of a study of administrative procedures and functions at the Osage Agency | Attorney-Client and Work Product Privilege | Assert |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit B to this pleading.



PLAINTIFF'S
EXHIBIT F

| Plaintiff's Unique Doc. No. | Accession and Box # | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 81 | 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 2 of 4 Folder: Tribal Court Contract FY 96 Contract # CT G06 T 930 10 | 12/23/1982 | Gordon Jackson | Sharon Blackwell, Field Solicitor | | Memorandum | This is a 4-page document from the Osage Agency Superintendent requesting the Field Solicitor to review a proposed Osage Law and Order Code. The author is seeking a legal review of the code from the attorney and discusses several questions as to the legality of a number of the code's provisions - while expressing the author's objections to those provisions. | Attorney-Client and Work Product Privilege | Assert |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit B to this pleading.