# Exhibit G - Documents On Federal Government's Privilege Log Titled "Osage - Joint Review Privilege Log," September 28, 2004 Where Federal Government's Own Descriptions Establish A Fiduciary Exception To Attorney-Client Privilege*

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 101 | FTW-98-9142 | 302 | 5/8/1979 | Benno G. Imbrock, Field Solicitor, Anadarko | Area Director, BIA, Anadarko | | Memo | Response to request for legal advice on whether it would be proper to put 20% of program funds into an IIM Account for land acquisition purposes under the tribal constitution | ACP |
| 112 | FTW-98-9142 Box 790 of 990 98-08986 | 313 | 7/29/1988 | Area Tribal Operations Officer | Area Director | | Memo | 2-pg memo making a legal determination as to the distribution of funds according to statute | ACP |
| 118 | FTW-98-9142 Box 930 of 990 | 319 | 2/21/1991 | Assistant Sec., Indian Affairs | Deputy, Central Office Directors; Area Directors; Superintendents; Associate Solicitor Indian Affairs | | letter | Draft of policy memo regarding the policy for reimbursement to trust Account holders for losses; and regarding attributing errors to the Bureau and notifying Account holders of such losses. | ACP, AWP, DP |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.



PLAINTIFF'S
EXHIBIT G

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 123 | INT-96-0003 96-02652 | 363 | 1/24/1995 | Donna Erwin, Act Director, OTRM | Mr. James E. Brookside, Deputy Chief, General Lit. Section, ENRD; DOJ | | Letter | 1-pg request for advice regarding assistance and relating to BIA Tribal Trust Reconciliation Project. | ACP |
| 155 | INT-96-0003 Box 251 of 281 | 372 | 5/11/1971 | Commissioner | Associate Solicitor | Roland Miller, Chief, Financial Management | Memo, Letter | Attached information on allotments made by the BIA from the principal trust fund account 14x7341, balances in the interest account, and dates of allotment from that account | ACP, AWP |
| 166 | INT-96-0003 Box 251 of 281 | 404 | 8/28/1972 | J.P. Sykes; Fiscal Plans & Management | Associate Solicitor of Indian Affairs | C. Hourigan, Chief, Division of Finance Management | Memo | Outlines legal requirements for deposit of receipts under various sections of the USC, legal provisions for the sales of timber products under tribal contracts, guarantee and advance deposit requirements under department regulations, the deposit of guaran | ACP, AWP |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 186 | K00-00-9031 249 of 544 00-04402 | 736 | | William E. Haney, Acting Field Solicitor | Ron Eden, Deputy to Asst. Secretary Dept of Interior | Hon. James M. Inhofe, Member of Congress | Letters | Letter regarding opinions and recommendations on the handling of a claim for distribution from trust funds | Attorney Work Product Privilege |
| 187 | K00-00-9031 249 of 544 00-04402 | 737 | 10/30/1990 | Stanley Speaks, Acting Asst. Secretary - Indian Affairs | David A. Ingol, Chief Counsel, financial Management Service, Dept of Treasury | Joan Pesata, Dir., Limited Payability Project; Secy surname; IA: G. Gover | Letter | Letter provides legal advice and opinion regarding disposition of proceeds from tribal and individual checks scheduled to be canceled. | Attorney Work Product Privilege |
| 188 | K00-00-9031 249 of 544 00-04402 | 738 | 1/4/1991 | David A. Ingold, Chief Counsel | Dr. Eddie F. Brown, Asst. Secretary, Indian Affairs | Joan Pesata, Dir., Limited Payability Project; Secy surname; IA: G. Gover | Letter | Letter provides legal advice and opinion regarding disposition of proceeds from tribal and individual checks scheduled to be canceled. | Attorney Work Product Privilege |
| 202 | K00-00-9034 26 of 36 00-04876 | 752 | 10/31/1978 | Thomas W. Fredricks, Associate Solicitor, Division of Indian Affairs; Dave Moran, DC Solicitor | Assistant Secretary Indian Affairs | | Memorandum | Legal interpretation re: New department regulations on rulemaking | Attorney Work Product Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 215 | K00-00-9034 35 of 36 00-04885 | 765 | 3/24/1961 | H. Rex Lee, Acting Commissioner | A.M. Prothers, Acting General Counsel, Federal Housing Administration | | Letter | Legal advice re: the Authority of the Secretary of the Interior to approve Indian tribe lease agreements and extensions | Attorney Work Product Privilege |
| 225 | K00-01-9004 194 of 203 01-05861 | 779 | 1/24/1978 | Thomas E. Fiedericks, Associate Solicitor, Indian Affairs | Deputy Asst. Secretary - Indian Affairs (Program Operations) | | Memorandum | Legal interpretation re: pooling of tribal funds for investment purposes | Attorney-Client and Attorney Work Product Privilege |
| 226 | K00-01-9004 194 of 203 01-05861 | 778 | 5/13/1985 | Tim Vollmann, Associate Solicitor, Indian Affairs | Deputy Asst. Secretary - Indian Affairs | | Memorandum | Legal opinion regarding investment of Indian trust funds | Attorney Work Product Privilege |
| 227 | K00-01-9004 194 of 203 01-05861 | 777 | 2/10/1986 | Tim Vollmann, Associate Solicitor, Indian Affairs | Deputy Asst. Secretary - Indian Affairs | | Memorandum | Legal opinion regarding the legality of pooling tribal trust funds for investment purposes. | Attorney Work Product Privilege |
| 228 | K00-01-9004 194 of 203 01-05861 | 775 | 5/24/1989 | Dennis Daugherty, Associate Solicitor, Div. Of Indian Affairs | Asst. Secretary, Indian Affairs | | Memorandum | Legal opinion on legality of investment of Indian trust funds in agency securities | Attorney-Client and Attorney Work Product Privilege |
| 229 | K00-01-9004 194 of 203 01-05861 | 776 | 7/26/1989 | Tim Vollmann, Associate Solicitor - Division of Indian Affairs | Deputy to the Assistant Secretary - Indian Affairs (Trust and Economic Development) | | Memorandum | Legal opinion regarding investment of Indian trust funds. | Attorney-Client and Attorney Work Product Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 230 | K00-01-9004 194 of 203 01-05861 | 780 | 9/18/1989 | Deputy to the Assistant Secretary Indian Affairs | Associate Solicitor, Indian Affairs | Surname 100, 200, 710, 700, F Kellerup, 710-Abrown, 101A, A. Brown | Memorandum | Request for a legal opinion on the legality of investing certain monies under 25 U.S.C. 162a | Attorney-Client Privilege |
| 231 | K00-01-9004 202 of 203 | 784 | | Tim Vollmann, Assoc. Solicitor, Div. of Indian Affairs | Dep'y to Asst. Secretary Indian Affairs (Trust and Economic Development) | | Memorandum | Response to request for legal advice re: Investment of Indian trust funds | Attorney-Client and Attorney Work Product Privilege |
| 232 | K00-01-9004 202 of 203 | 788 | 8/27/1976 | Miles A. Cobb, General Counsel, FDIC | Lloyd Morgan, Asst. Comm., Banking and Cash Mgmt., Bur. Of Govt. Fin. Oper., DOT | | Letter | Response to an inquiry by the Dept. of Treasure re: The insurance of different types of "public money" deposits | Attorney-Client and Attorney Work Product Privilege |
| 233 | K00-01-9004 202 of 203 | 781 | 1/7/1981 | Thomas O'Hare, Field Solicitor, Alb. | Associate Solicitor, IA | R/SOL., SW Region; Solicitors' Reading File | Memorandum | Memorandum regarding classification of Indian trust funds pursuant to the Monetary Control Act of 1980. | Attorney Work Product Privilege |
| 234 | K00-01-9004 202 of 203 | 789 | 10/30/1981 | Gilbert T. Schwartz, Assoc. General Counsel, Bd of Gov, Federal Reserve | Kenneth Smith, Asst Secretary BIA | Fred Kellerp, BIA; Solicitor's Docket | Letter | Letter regarding status of funds of Indian Tribes as nonpersonal time deposits under applicable regulations | Attorney-Client and Attorney Work Product Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 235 | K00-01-9004 202 of 203 | 787 | 1/16/1984 | Paul T. Baird, Assoc. Solicitor, Div. of Indian Affairs | Director, Office of Trust Responsibility | Docket; DIA; R.R.Barnes; P.Squire; Solicitor's RF | Memorandum | Legal opinion re: Investing Indian funds in S&L certificates of deposit in denominations above that insured by the FSLIC | Attorney-Client and Attorney Work Product Privilege |
| 236 | K00-01-9004 202 of 203 | 793 | 5/13/1985 | Tim Vollmann, Assoc. Solicitor, Div. Of Indian | Dep. Asst. Secretary, Indian Affairs | | Memorandum | Legal advice re: Investment of Indian Trust Funds | Attorney-Client and Attorney Work Product Privilege |
| 237 | K00-01-9004 202 of 203 | 782 | 12/4/1985 | Robert M. Fenner, General Counsel, NCUA | Donal Paul Hodel, Secretary DOI | Board Members; Exec. Director E&I; All Regional Directors. | Memorandum | Legal opinion re: BIA investment of IIM funds in federally insured credit unions | Attorney-Client and Attorney Work Product Privilege |
| 238 | K00-01-9004 202 of 203 | 792 | 12/4/1985 | Robert M. Fenner, General Counsel | Donald Paul Hodel, Secretary DOI | | Letter | Legal advice re: Share of insurance on BIA deposits in federally insured credit unions | Attorney-Client and Attorney Work Product Privilege |
| 239 | K00-01-9004 202 of 203 | 790 | 12/9/1985 | Robin A. Friedman, Attorney-Advisor, Division of Indian Affairs | Peter McNulty | Solicitor's docket; Solicitor's RF; R Friedman RF; DIA RF; R. Buckner, RF | Letter | Letter responding to request regarding BIA accounts at San Marino | Attorney-Client Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 240 | K00-01-9004 202 of 203 | 783 | 7/17/1986 | Julie L. Williams, Acting Dep. General Counsel | David Page, BIA, Office of Trust Responsibility | Charles Hughes, SOL; Duared Barnes, SOL; Robin Friedman, SOL; Theresa Stark, FSLIC | Letter | Legal advice re: Insurance coverage for accounts held by BIA on behalf of Indian tribes and individual Indians | Attorney-Client and Attorney Work Product Privilege |
| 241 | K00-01-9004 202 of 203 | 785 | 7/17/1986 | Julie L. Williams, Acting Dep. General Counsel, FHLBB | David Page, BIA, Office of Trust Responsibility | Charles Hughes, SOL; Duared Barnes, SOL; Robin Friedman, SOL; Theresa Stark, FSLIC | Letter | Legal advice re: Insurance coverage for accounts held by BIA on behalf of tribes and individual Indians | Attorney-Client and Attorney Work Product Privilege |
| 242 | K00-01-9004 202 of 203 | 791 | 7/31/1986 | Robin A. Friedman, Attorney-Advisor, Division of Indian Affairs | Barbara Masserang, FSLIC | Fred Kellerp, BIA; Solicitor's Docket | Letter | Letter re: BIA Accounts at Mainland Savings & Loan Association | Attorney-Client Privilege |
| 243 | K00-01-9004 202 of 203 | 786 | 2/10/1996 | Tim Vollmann and Thomas Fredericks, Assoc, Solicitor, Indian Affairs. | Asst Secretary, Indian Affairs | | Memorandum | Legal advice provided by Solicitor re: Pooling of tribal funds for investment purposes | Attorney-Client and Attorney Work Product Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 244 | K00-01-9004 371 of 203 01-05704 | 795 | 10/1/1990 | Associate Solicitor DIA - William Lavell | Deputy to the Assistant Secretary - Indian Affairs (operations) | | Letter (4 pages) | Legal opinion given to the client regarding the contractibility of programs by Indian Tribes to perform certain functions under the Indian Self-Determination Act. | Attorney-Client and Attorney Work Product Privilege |
| 245 | K00-01-9004 371 of 203 01-05704 | 794 | 4/11/1995 | Acting Associate Solicitor, Indian Affairs Robert T. Anderson | Director, MMS | Deputy Commissioner BIA | Memorandum - 7 pages | Legal opinion on whether or not a tribe may contract with the federal government to perform certain accounting functions | Attorney-Client and Attorney Work Product Privilege |
| 248 | K00-01-9005 151 of 286 01-05293 | 799 | 1/24/1989 | Dennis Daugherty, Associate Solicitor, Division Of Indian Affairs | Assistant Solicitor Indian Affairs | Division of Indian Affairs,G Skibine, Docket, D Barnes | Memorandum | 5-page legal opinion/interpretation on the authority of BIA to place the disbursing of Indian Trust Funds with an eligible financial institution | Attorney-Client and Attorney Work Product Privilege |
| 250 | K00-01-9005 201 of 286 | 800 | 5/28/1991 | Helen Spencer, Atty at Law | Marge Wilkins, BIA | | Letter | Legal opinion assessing the cost savings for BIA from S. 754 | Attorney Work Product Privilege |
| 251 | K00-01-9005 201 of 286 | 801 | 5/30/1991 | Helen Spencer, Atty at Law | Marge Wilkins, BIA | Karen Funk | Letter | Legal opinion regarding cost estimates of exemption legislations | Attorney Work Product Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 261 | K00-01-9014 Box 20 of 45 | 424 | 5/10/1966 | Deputy Solicitor | Special Trustee | | Memo | Legal memo providing analysis and opinion on issues regarding department management of Indian Trust funds and legal position of DOI; Responsibilities of the Special Trustee; proper application of Indian preference | ACP, AWP |
| 262 | K00-01-9014 Box 4 of 45 01-06005 | 428 | 10/15/1993 | David Moran, Division of Indian Affairs | Rusty Farmer | | Memo | Legal communication regarding proposed IIM regulations, revisions to 25 CFR 115 | ACP |
| 267 | K00-01-9014 Box 6 of 45 01-06007 | 430 | 3/4/1992 | Tim Vollmann, Reg. Solicitor | Area Director, Muskogee Area | BIA Field Superintendent, Okmulee Agency | Memo | Provides legal analysis and interpretation of a decision of the Interior Board of Indian Appeals concerning the BIA's discretion to forego collections of an erroneous payment from the funds held in IIM accounts | ACP |
| 272 | K00-01-9023 84 of 102 | 814 | 2/13/1990 | William G. Lavell, Associate Solicitor, Indian Affairs | Deputy to the Asst. Secretary, Indian Affairs (operations) | | Memorandum | Response to request for opinion regarding trust fund losses | Attorney-Client and Attorney Work Product Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 273 | K00-01-9023 84 of 102 | 812 | 2/13/1990 | William G. Lavell, Assoc. Solicitor, Indian Affairs | Deputy to the Asst. Secretary, Indian Affairs (operations) | | Memorandum | Request for opinion regarding Trust Fund losses | Attorney-Client and Attorney Work Product Privilege |
| 274 | K00-01-9023 84 of 102 | 813 | 3/21/1990 | William G. Lavell, Assoc. Solicitor, Indian Affairs | Asst. Secretary, Indian Affairs | | Memorandum | Response to request for an opinion concerning the authority of the BIA to contract investment of tribal trust funds. | Attorney-Client and Attorney Work Product Privilege |
| 293 | K50-96-0010 96-01439 | 448 | 11/23/1982 | Arthur V. Biggs Asst. Re. Solicitor | Asst. Area Dir. BIA | | Memorandum | This document from the Assistant Regional Solicitor to the Bureau of Indian Affairs Assistant Area Director provides an interpretation and recitation of legal opinions regarding the power of tribal courts relative to IIM accounts. The document is a commu | A/C |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 294 | K50-96-0010 96-01439 | 450 | 3/26/1985 | Vernon Peterson, Jr. Office of Regional Solicitor | Ronald G. Applebaum Area Claims Coord. BIA | | Memorandum | This memorandum evidences an on-going discussion between Regional Solicitor Peterson and Area Claims Coordinator Applebaum regarding payments made by the Bureau of Indian Affairs. The document constitutes a communication of information between counsel an | A/C |
| 295 | K50-96-0010 96-01439 | 447 | 4/10/1985 | Vernon Peterson | Stanley Speaks BIA Portland | | Memo | This memo from the Office of the Solicitor to the Portland Office of the Bureau of Indian Affairs should be withheld under a claim of Attorney Client Privilege. The document discusses legal and factual aspects of the payment collection activities of the | A/C |
| 296 | K50-96-0010 96-01439 | 446 | 10/29/1986 | John Chaffin | Area Director BIA Billings, Mon | | Memo | Application of 31 USC§3527 | A/C |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 300 | K50-98-0022 | 454 | 3/6/1972 | Commissioner of Indian Affairs | Assistant Solicitor | | Letter | Request for legal opinion regarding another legal opinion regarding investment of Indian Tribal Trust Funds in other agency issues | ACP |
| 301 | K50-98-0022 | 455 | 7/17/1972 | Associate Solicitor of Indian Affairs | Commissioner of Indian Affairs, Attn: Investments | | Memo | 3-pg legal opinion regarding the Investment of Indian Tribal Trust funds in government agency securities | ACP |
| 313 | K50-98-0022 Box 16 of 22 | 468 | 3/27/1991 | Scott Keep | Chief, Branch of Trust Accounting | Director, BIA Juneau Affice; Alaska Liason, BIA | Memo | Provides interpretation and legal advice regarding issue concerning 31 USC 9702 | ACP, AWP |
| 314 | K50-98-0022 Box 17 of 22 98-02473 | 470 | 8/11/1971 | William Gershuny, Acting Associate Solicitor, Indian Affairs | Commissioner of Indian Affairs, Attn: Branch of Financial Management | | Memo | 1-pg communication requesting an explanation for lag between deposits and of recording the deposits | ACP |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 325 | K50-98-0022 Box 20 of 22 98-02476 | 479 | 11/20/1972 | Solicitor, Mitchell Melich | Assistant Sec., Public Land Management | BIA: Trust Unit Office of Budget Chief Financial Administration; Assistant Sec. of Management & Budget | Memo | Legal memo regarding reclassification of Indian Tribal Trust Fund deposits in US Treasury as "available receipts" | ACP |
| 326 | K50-98-0022 Box 20 of 22 98-02476 | 480 | 10/31/1974 | Assistant Solicitor, Division Indian Affairs, Duane Barnes | Director, Office of Trust Responsibilities | | Legal opinion | Legal opinion regarding the Secretary's authority to conf. on the Commissioners Management of Indian Affairs, under Act of October 19, 1973; 87 Stat. 466 | |
| 327 | K50-98-0022 Box 20 of 22 98-02476 | 473 | 10/16/2023 | John Edwards, Solicitor | Sec'y of Interior | Misc. Sec. Bureau w/record | Memo | 5-pg memo stating a legal opinion regarding the legality of investing Indian trust money into the purchase of water bonds | ACP |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 329 | K50-98-0022 Box 5 of 22 | 485 | 2/28/1966 | Robert E. Vaughan, Assistant Sec Public Management | Solicitor | Reservation Programs | Memo | Memo providing legal analysis and opinion regarding legislative authority for the use of tribal funds for investment in stocks and bonds and whether general statute permits investments in stocks and bonds other than provided under 25 USC 162(a) | ACP |
| 332 | K50-98-0022 Box 5 of 22 | 486 | 5/19/1977 | Dean Dunsmora, Attorney, DOJ | William Gershuny, Acting Associate Solicitor, DOI | Robert Coulter, Esq. | Letter | Letter providing legal opinion and advice regarding response to Motion for Preliminary Injunction and giving instruction on future actions to take contingent on status of BIA disbursements | ACP |
| 336 | K50-98-0022 Box 6 of 22 98-02462 | 491 | 12/14/1970 | Duard Barnes, Acting Associate Solicitor | Solicitor | Financial Liaison Officer | Memo | Responding to a request for information concerning the investment of tribal trust funds | AWP |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 337 | K50-98-0022 Box 6 of 22 98-02462 | 489 | 8/19/1971 | Commissioner of Indian Affairs | Associate Solicitor, Indian Affairs | Chrony, Mailroom | Memo | Requesting a legal interpretation of the extent of the authority vested in the Osage Tribal Council by the Act of 6/28/06 | ACP |
| 352 | K50-98-0041 Box 1 of 34 98-04092 | 512 | 8/19/1985 | Arthur G. Barber, Superintendent Olympic Penn. Agency | Through Portland Director, Arthur Biggs, Assistant Reg. Director Office of the Regional Solicitor | Dick DeClerk, BIA-PAO | Memo | Memo discussing legal opinion regarding monies deposited in IMPL Escrow Account; follow-up regarding information on origin of monies | ACP |
| 364 | K50-98-0041 Box 1 of 34 98-04092 | 522 | 11/1/1988 | Thomas Sansonetti, Associate Solicitor, Energy & Resources | | | Memo | Legal opinion by Attorney regarding summary of policy and assessment taking implications pursuant to Section 8 of RS2477 (43 USC 932) | ACP |
| 367 | K50-98-0041 Box 1 of 34 98-04092 | 521 | 3/23/1990 | William G. Lavell, Associate Solicitor, Division of Indian Affairs | Assistant Sec., Indian Affairs | | Memo | Communication regarding legal opinion as to authority of BIA to contact, at tribes request, investment of tribal funds pursuant to Title I of Pub.L. 93-638, 25 USC 450f | ACP |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 369 | K50-98-0041 Box 10 of 34 | 525 | 1/31/1977 | Acting Associate Solicitor, Indian Affairs | Commissioner, Bureau of Indian Affairs | | Memo | 2-pg memo discussing the impact of 28 USC 2415 and providing legal analysis and recommendations regarding what steps should be taken to avoid dismissal of Indian Claims due to the statute of limitations | AWP |
| 370 | K50-98-0041 Box 10 of 34 | 523 | 1/24/1978 | Thomas W. Fredericks, Associate Solicitor, Indian Affairs | Deputy Assistant Sec., Indian Affairs | | Memo | 5-pg legal opinion on the proposal to change the procedure for the investment of tribal funds | ACP |
| 373 | K50-98-0041 Box 8 of 34 | 532 | | Hans Walker, Acting Associate Solicitor | Deputy Assistant Sec., Indian Affairs (Program Operations) | Don Peggy | Memo | Legal memo in response to request for detailed legal review and communicationents on Bureaus draft regulations on IMPL funds, proposed 25CFR103 | ACP, AWP |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 375 | K50-98-0041 Box 8 of 34 | 535 | 6/17/1976 | Duard Barnes, Assistant Solicitor, Division of Indian Affairs | Commissioner of Indian Affairs | Assistant Sec. attn: Mozelle Henry, Inspector General, attn: Arnold Baron; Assistant Solicitor-Audit and Inspection | Memo | Memo providing legal advice on progress of research into use of PL93-638 funds, misplacement of documents, use of IMPL funds | ACP |
| 376 | K50-98-0041 Box 8 of 34 | 528 | 7/7/1976 | Lawrence A. Ascheinbrennes, Acting Associate Solicitor, Indian Affairs | Commissioner of Indian Affairs | | Memo | Legal advice on proposed use of funds, examination of governing the expenditure of IMP funds; Use of Indian monies, proceeds of labor to fund or supplement funding of contracts and grants under Title I of PL 93-638 | ACP, AWP |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 377 | K50-98-0041 Box 8 of 34 | 529 | 8/26/1976 | Morris Thompson, Commissioner of Indian Affairs | Associate Solicitor, Indian Affairs | Phoenix Area Director; Mailroom | Memo | Response to legal memo on 7/7/76 providing further legal analysis and interpretation on Legal advice on proposed use of funds, examination of governing the expenditure of IMP funds; Use of Indian monies, proceeds of labor to fund or supplement funding of c | ACP |
| 378 | K50-98-0041 Box 8 of 34 | 534 | 10/1/1976 | Lawrence A. Ascheinbrennes, Acting Associate Solicitor, Indian Affairs | Commissioner of Indian Affairs attn: Division of Finance Management | | Memo | Legal memo on authority for the use of IMPL monies to supplement funding of contracts and grants pursuant to Title I of the Indian Self Determination Act PL 93-638; Use of Indian monies, proceeds of labor, to fund/ supplement funding of contracts and gran | ACP, AWP |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 379 | K50-98-0041 Box 8 of 34 | 536 | 6/9/1980 | Hans Walker, Acting Associate Solicitor | Assistant Director, Finance Management, BIA attn: Thomas Strang | | Memo | Legal opinion on attached proposed draft of regulations governing IMPL funds, whether income generated from Bureau activities should be deposited into IMPL and questions of revenues generated by Bureau "enterprise operations" | ACP, AWP |
| 380 | K50-98-0041 Box 8 of 34 | 530 | 3/5/1982 | John Fritz, Deputy Assistant Sec'y, Indian Affairs | Associate Solicitor | Files, BIA, Daniels | Memo | Memo requesting legal advice on issues relating to the Fifth Amendment and the government's custodial responsibility of accounts, legal requirements and evidence needed to satisfy requirements, transfer of funds | ACP |
| 381 | K50-98-0041 Box 8 of 34 | 531 | 11/22/1982 | Lawrence Jensen, Associate Solicitor, Division of Indian Affairs | Deputy Assistant Sec., Indian Affairs (Program Operations) | | Memo | Legal opinion on determination for procedures to satisfy requirements of PL97-257; Implementation procedures for escrow accounts | ACP, AWP |
| 386 | OST-96-0000 96-00012 | 556 | | Minerals Mgmt. Service | | | Entire Box | Voucher & Schedule of Payments MMS 1081s (FY 84) | IMDA |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 387 | OST-96-0000 96-00128 | 558 | 10/19/1988 | Jim Paris Chief Trust Fund Actor | Office of Solicitor | | Letter | Arthur Anderson Examination of Docs & Litigation | Attorney-Client Privilege protects this letter from disclosure. This document conveys information to the Officer of the Solicitor related to the examination of documents and litigation papers by a retained agent. |
| 391 | OST-96-0000 96-00771 | 562 | 10/13/1972 | Comm. of Indian Affairs | Assoc. Solicitor | | Memo | Guidance about IIM Accounts | Attorney-Client Privilege |
| 392 | OST-96-0000 96-00771 | 564 | 10/13/1972 | Comm. of Indian Affairs | Assoc. Solicitor | | Memo | Guidance about IIM Accounts | Attorney-Client Privilege |
| 393 | OST-96-0000 96-00771 | 565 | 4/19/1973 | Asst. Solicitor, Indian Affairs | BIA - Attn. Investments | | Memo | Guidance about IIM Accounts | Attorney-Client Privilege |
| 394 | OST-96-0000 96-00771 | 563 | 4/19/1973 | Asst. Solicitor Indian Affairs | BIA Attn. Investments | | Memo | Guidance about IIM Accounts | Attorney-Client Privilege |
| 395 | OST-96-0000 96-00771 | 561 | 9/1/1977 | Assoc. Sol. for Indian Affairs | Director Office of Trust Resp. | | Memo | Guidance about Livestock Trespass | Attorney-Client Privilege |
| 396 | OST-96-0000 96-00795 | 567 | 11/22/1972 | Solicitor | Asst Secretary, PLM | Mr. David Mosso Comm., DOT | Memo | Reclassification of Indian Trust Funds | Attorney-Client Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 397 | OST-96-0000 96-00795 | 566 | 4/29/1975 | Martin L. Seneca, Jr. Esq, Assoc. Solicitor, Indian Affairs | Director, Office of Trust Responsibilities, BIA | Chief, Branch of Investments & ISSDA, Albuquerque | Memo | Requesting Advice on Deposits to US Treasury IIM Dep. Asst. | Attorney-Client and Attorney Work Product Privilege |
| 398 | OST-96-0000 96-00795 | 568 | 7/12/1985 | William A. Maddox, U.S. Attorney | Bill Suan, Esq., Office of Sol., DOI | | Letter | Study of Trust Management | Attorney-Client and Attorney Work Product Privilege permit this letter to remain undisclosed. The document is a analysis and review of various trust management activities and operations. The letter is from the U.S. Attorney to the Ofc. of the Solicitor. |
| 399 | OST-96-0000 96-00830 | 570 | | Asst. Secy. of Indian Affairs | Assoc. Solicitor, Indian Affairs | | Memo | Request for Opinion for Trust Management | Attorney-Client Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 402 | OST-96-0000 96-00858 | 574 | 10/4/1972 | Asst. Sec., Mgmt. & Budget | Assoc. Solicitor, DIA | | Memo | Request for Opinion Regarding the Branch of Investments & ISSDA | Attorney-Client Privilege protects this memorandum from disclosure. This memorandum requests a legal opinion dealing with the relationship between a particular government office and another organization. |
| 404 | OST-96-0000 96-00858 | 572 | 1/31/1973 | William G. Lavell, Field Solicitor | Area Director, BIA Phoenix | All Super. Off. in Charge & Coord. | Memo | Investment of Indian Tribal Trust Funds | Attorney-Client Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 405 | OST-96-0000 96-00858 | 571 | 10/10/1973 | Reid Payton Chambers, Assoc. Sol., IA | Asst. to the Secretary for Indian Affairs | | Memo | Investments of Indian Power Project Revenues | Attorney-Client Privilege prevents the disclosure of this document. This memorandum includes legal opinions concerning investments made with revenues from commercial Native American activities. |
| 409 | OST-96-0000 96-00944 | 580 | 5/13/1985 | D. Jones, BIA Division of Energy & Mineral Resources | Assistant Sol., DIA-ELM | | Report | Comparison of Indian Lease Terms Against Terms of Federal, State, & Fee Leases | Attorney-Client Privilege protects this document from disclosure. This report provides a comparison and contrast of different types of leasing activities. |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 410 | OST-96-0000 96-00944 | 581 | 12/7/1987 | Arlene Brown | G. Skibinc, SOL-IA, R. Dembling, SOL-GL | N. Garrett, B. Wilkinson, D. Asbra, B. Blady, J. Parris, F. Kellerup, J. Bregman, D. Glynn (MMS) | Memo | Memo Asking for Review/Comments on Final Draft of Request for Proposal for Proposal for Trust Fund Financial Services, & Final Draft of Questions & Answers from Tribes & BIA | Attorney-Client Privilege |
| 411 | OST-96-0000 96-00944 | 579 | 1/20/1988 | George Skibine, Staff Atty. | Assistant Sol., GILA | Arlene Brown, Office of ASIA, Ross Dembling, Division of Gen. Law | Memo | Recommendations for Answers to Questions Re: Trust Funds RFP | Attorney-Client and Attorney Work Product Privilege require that this memorandum remain confidential. The document provides recommendations and advice on responding to inquiries regarding a specific RFP. |
| 413 | OST-96-0000 96-00947 | 582 | 10/23/1987 | Thomas Sansonetti | Assoc. Dir. for MMS | | Memo | Interest on Indian Oil and Gas Revenues | Attorney-Client and Attorney Work Product Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 416 | OST-96-0000 96-01436 | 586 | 10/29/1986 | Richard Aldrich, Field Solicitor | Billings Area Director | | Memo | Application of 31 USC 3527 for IIM Reimburse | Attorney-Client Privilege and Deliberative Process claims protect this document from disclosure. This memorandum discusses the granting of immunity to officials in connection with the IIM Reimbursement. |
| 417 | OST-96-0000 96-01446 | 587 | 10/21/1982 | Robert J. Hunter | James Wah Secretary of Interior | | Letter | Trust Fund Overnight | Attorney-Client Privilege |
| 418 | OST-96-0000 96-01447 | 588 | 11/21/1990 | Duard R. Barnes, Asst. Solicitor | Director, Office of Trust Funds Request | | Memorandum | Eligibility of Krupp Gov't Inc. Trust for Investment of Indian Trust Funds | Attorney-Client Privilege |
| 419 | OST-96-0000 96-01448 | 592 | 4/21/1988 | Nanette R. Everson Assoc. Solicitor, Div. of Gen Law | Asst. Secretary - Indian Affairs | Dennis Daugherty, Assoc. Solicitor, Div. of Indian Affairs | Memo | Advisory Consultants to the Financial Trust Services Evaluation Comm. | Attorney-Client Privilege (huh? KD I cannot puff this. Fox.) |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 420 | OST-96-0000 96-01448 | 591 | 1/24/1989 | Dennis Daugherty, Assoc. Solicitor, Div. of Indian Affairs | Asst. Secretary - Indian Affairs | DIA Gskilbine, Docket, D. Barnes | Memo | Authority of BIA to Place the Disbursing Function of Indian Trust Funds w/an eligible Financial Institution | Attorney-Client Privilege |
| 421 | OST-96-0000 96-01448 | 589 | 10/13/1989 | Assoc. Solicitor, Indian Affairs | Patrick A. Hazes, Deputy to the Asst. Secretary - Indian Affairs | | Memo | Requesting Legality of Investing Repurchase Agreements & GAMMA | Attorney-Client Privilege protects this document for disclosure. This memorandum is part of an attorney / client discussion in which a legal opinion has been requested with regard to financial transactions. |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 422 | OST-96-0000 96-01448 | 590 | 11/8/1989 | David A. Inggold, Chief Counsel | Gary L. Kepplinger Assoc. Gen. Counsel of Gen. Acctg. Office | | Letter | Legal Opinion in Whether BIA Funds are "Public Money" | Attorney-Client Privilege protects this document from disclosure. This letter between counsels contains legal opinions pertaining to the inclusion of certain items within a defined classification. |
| 435 | OST-96-0000 96-01555 | 605 | 10/7/1958 | Frank M. Wozencraft | Fred B. Smith | | Letter | Authority for Investment of Trust Funds | Attorney-Client and Attorney Work Product Privilege |
| 436 | OST-96-0000 96-01555 | 606 | 10/12/1966 | Fred B. Smith | Secretary of Fowler | | Letter | Authority for Investment of Trust Funds | Attorney-Client and Attorney Work Product Privilege |
| 437 | OST-96-0000 96-01555 | 607 | 5/3/1968 | Assoc. Solicitor | Com. of Indian Affairs | | Memo | Discussion of Tribal Trust Investment | Attorney-Client Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 440 | OST-96-0000 96-01561 Folder: "Wash. Corres. 1966-1971" | 617 | 4/8/1966 | Assoc. Sol., Indian Affairs Through Solicitors | AS-Public Land Mgmt. Comm. of Indian Affairs | | Memo & Attachment 6 pages | Investment of Indian Tribal Trust Funds | Attorney-Client Privilege |
| 441 | OST-96-0000 96-01561 Folder: "Wash. Corres. 1966-1971" | 610 | 1/10/1967 | Asst. Sol., Indian Legal Activities | Comm. of Indian Affairs | | Memo w/ attachments 2 copies | Investment of Indian Tribal Trust Funds | Attorney-Client Privilege |
| 442 | OST-96-0000 96-01561 Folder: "Wash. Corres. 1966-1971" | 616 | 10/14/1969 | Charles M. Solles Asst. Sol., Indian Legal Activities | Frank Limpover, BIA | | Letter w/ attachments | Re: Proposed Plan for Investment | Attorney-Client Privilege |
| 443 | OST-96-0000 96-01561 Folder: "Wash. Corres. 1966-1971" | 615 | 12/14/1970 | Acting Assoc. Sol., DIA | SOL | Div. of Financial Mgmt., BIA | Memo 4 pages, 2 copies | Investment of Tribal Trust Funds | Attorney-Client and Attorney Work Product Privilege |
| 444 | OST-96-0000 96-01561 Folder: "Wash. Corres. 1966-1971" | 614 | 7/26/1971 | Dir. of Mgmt. Services | Assoc. Sol., DIA | Various | Memo 2 pages | Requesting Opinion on Tribes Obtaining Loans | Attorney-Client Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 445 | OST-96-0000 96-01561 Folder: "Wash. Corres. 1966-1971" | 613 | 8/26/1971 | Acting Chief, Div. of Fin. Mgmt. | Dir. Mgmt Services | | Memo 2 pages | Referencing SOL Opinion in Regarding Loans | Attorney-Client Privilege |
| 446 | OST-96-0000 96-01561 Folder: "Wash. Corres. 1966-1971" | 612 | 9/15/1971 | Comm. of Indian Affairs | Acting Assoc. Sol. DIA | C. Harrigan, Acting Chief Div. of Fin. Mgmt, BIA | Memo 2 pages 2 copies | Loans to Indian Tribes | Attorney-Client Privilege |
| 447 | OST-96-0000 96-01561 Folder: "Wash. Corres. 1966-1971" | 611 | 10/19/1971 | Dir. of Mgmt. Services | Assoc. Sol., DIA | Various | Memo 2 pages | Supplemental Request Re: Obtaining Funds Prior to Maturity | Attorney-Client Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 448 | OST-96-0000 96-01561 Folder: "Wash. Corres. 1966-1971" | 619 | 11/5/1971 | Comm. of Indian Affairs Through: AS-Public Land Mgmt. | Assoc. Sol., DIA | | Memo & Attachments | Supplemental Request for Opinion Re: Tribes Obtaining Funds Prior to Maturity | Attorney-Client Privilege protects this memorandum and its attachments from disclosure. The content of the documents encompass a request for legal opinions arising from proposals made with regard to tribal access to funds. |
| 451 | OST-96-0000 96-01561 Folder: "Wash. Corres. 1972-1973" | 621 | 5/1/1973 | Secretary of the Interior | Assoc. Sol., DIA | | Memo & Attachments | Re: Opinion on Purchase of SBA Loans with IIM Funds | Attorney-Client Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 452 | OST-96-0000 96-01561 Folder: "Wash. Corres. 1972-1973" | 620 | 10/10/1973 | Assoc. Sol., Indian Affairs | AS-IA | | Memo 2 pages | Opinion Reg. Investment of Indian Power Project Revenues | Attorney-Client Privilege prevents the disclosure of this document. This memorandum includes legal opinions touching upon the regulation of the investments made with revenues from commercial Native American activities. |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 453 | OST-96-0000 96-01561 Folder: "Wash. Corres. 1972-1973" | 623 | 1/20/1972 | Assoc. Sol., DIA | Reg. & Field Sols | | Memo 3 pages | Subject: 28 USC§§2415 & 2416 | Attorney-Client and Attorney Work Product Privilege allow this memorandum to remain undisclosed. This document from the Associate Solicitor discusses the application of federal statutes of limitations for the commencement actions brought by the U.S. |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 454 | OST-96-0000 96-01561 Folder: "Wash. Corres. 1972-1973" | 626 | 2/7/1972 | Assoc. Sol., DIA | Comm. of Indian Affairs | | Memo 4 pages | Proposals to Permit Indian Tribes to Obtain Funds Prior to Maturity | Attorney-Client Privilege protects this memorandum from disclosure. The content of the document encompasses legal issues raised by proposals made with regard to tribal access to funds. |
| 455 | OST-96-0000 96-01561 Folder: "Wash. Corres. 1972-1973" | 625 | 3/6/1972 | Comm. of Indian Affairs | Assoc. Sol., DIA | | Memo 2 pages | Requesting Opinion on Investment Issues | Attorney-Client Privilege |
| 456 | OST-96-0000 96-01561 Folder: "Wash. Corres. 1972-1973" | 624 | 10/27/1972 | Comm. Indian Affairs Through: AS-Public Land Mgmt. | Assoc. Sol., DIA | | Memo 3 pages (Carbon copy) | Requesting Opinion Investment Purchases | Attorney-Client Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 457 | OST-96-0000 96-01561 Folder: "Wash. Corres. 1974-1977" | 631 | | Dir., Office of Trust Responsibility | Solicitor | John Vale | Memo | Requesting Opinion on Pledging of Collateral for Non-Trust Tribal Funds | Attorney-Client Privilege |
| 458 | OST-96-0000 96-01561 Folder: "Wash. Corres. 1974-1977" | 632 | 10/13/1972 | Comm. of Indian Affairs Through: AS-Public Land Mgmt. | Assoc. Sol., DIA | | Memo 2 pages | Requesting Opinion on Proposed System for Categorizing IIM Distribution | Attorney-Client Privilege |
| 459 | OST-96-0000 96-01561 Folder: "Wash. Corres. 1974-1977" | 629 | 3/5/1975 | Dir., Ofc. of Trust Responsibility | Solicitor | John Vale | Memo | Requesting Opinion on Pledging of Collateral, for Non-Trust Tribal Funds | Attorney-Client Privilege |
| 463 | OST-96-0000 96-01561 Folder: "Wash. Corres. 1974-1977" | 633 | 4/19/1973 | Asst. Sol., Indian Affairs | BIA - Attention: Investments | | Memo Opinion | Re: Segregation of IIM Payment of Interest | Attorney-Client Privilege |
| 464 | OST-96-0000 96-01561 Folder: "Wash. Corres. 1974-1977" | 634 | 4/29/1975 | Martin E. Seneca, Jr., Director, Ofc. of Trust Responsibility | Assoc. Sol., Indian Affair | Chief, Br. of Investments & ISSDA, ABQ | Memo 2 pages | Requesting Opinion Re: Indian Trust Funds Maintained "Individual Indian Money" | Attorney-Client Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit C to this pleading.