# Exhibit H - Documents On Federal Government's Privilege Log Titled "Osage - Albuquerque Privilege Log (Non-Joint Review)," September 28, 2004 Where Federal Government's Own Descriptions Establish A Fiduciary Exception To Attorney-Client Privilege*

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 502 | K00-00-9008 28 of 71 01-05898 | 732 | 11/21/91 | A. Scott Loveless, Attorney-Advisor; Regional Solicitor, Intermountain Region; Office of Solicitor | BIA | | Memorandum | 4-page legal opinion re: the revisionary status of allotted property | Attorney-Client and Attorney Work Product Privilege |
| 503 | K00-00-9031 | 734 | 09/09/91 | Mary Dearborn, Paralegal Specialist, on behalf of Philip N. Hogan, U.S. Attorney, Dept. of Justice | Mark Anderson, Office of the Field Solicitor | | Memorandum | This 1-page document addresses the issue of BIA procedures for litigation settlement reimbursements. This document is privileged because it is a communication between an attorney and client, and it contains the attorney's mental impressions and/or notes | Attorney-Client and Attorney Work Product Privilege |
| 506 | K00-00-9031 249 of 544 00-04402 | 736 | | William E. Haney, Acting Field Solicitor | Ron Eden, Deputy to Asst. Secretary Dept of Interior | Hon. James M. Inhofe, Member of Congress | Letters | Letter regarding opinions and recommendations on the handling of a claim for distribution from trust funds | Attorney Work Product Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit D to this pleading.



PLAINTIFF'S EXHIBIT H

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 507 | K00-00-9031 249 of 544 00-04402 | 737 | 10/30/1990 | Stanley Speaks, Acting Asst. Secretary – Indian Affairs | David A. Ingol, Chief Counsel, financial Management Service, Dept of Treasury | Joan Pesata, Dir., Limited Payability Project; Secy surname; IA: G. Gover | Letter | Letter provides legal advice and opinion regarding disposition of proceeds from tribal and individual checks scheduled to be canceled. | Attorney Work Product Privilege |
| 508 | K00-00-9031 249 of 544 00-04402 | 738 | 1/4/1991 | David A. Ingold, Chief Counsel | Dr. Eddie F. Brown, Asst. Secretary, Indian Affairs | Joan Pesata, Dir., Limited Payability Project; Secy surname; IA: G. Gover | Letter | Letter provides legal advice and opinion regarding disposition of proceeds from tribal and individual checks scheduled to be canceled. | Attorney Work Product Privilege |
| 522 | K00-00-9034 26 of 36 00-04876 | 752 | 10/31/1978 | Thomas W. Fredricks, Associate Solicitor, Division of Indian Affairs; Dave Moran, DC Solicitor | Assistant Secretary Indian Affairs | | Memorandum | Legal interpretation re: New department regulations on rulemaking | Attorney Work Product Privilege |
| 535 | K00-00-9034 35 of 36 00-04885 | 765 | 3/24/1961 | H. Rex Lee, Acting Commissioner | A.M. Prothers, Acting General Counsel, Federal Housing Administration | | Letter | Legal advice re: the Authority of the Secretary of the Interior to approve Indian tribe lease agreements and extensions | Attorney Work Product Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit D to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 543 | K00-01-9004 186 of 203 01-05853 | 774 | | Edwin Winstead, Acting Director, OTFM | Regional Solicitor | | Memorandum | Client's request for a legal opinion regarding the application of Uniform Principal and Income Act to Indian Trust Funds | Attorney-Client Privilege |
| 545 | K00-01-9004 194 of 203 01-05861 | 779 | 1/24/1978 | Thomas W. Fiedericks, Associate Solicitor, Indian Affairs | Deputy Asst. Secretary – Indian Affairs (Program Operations) | | Memorandum | Legal interpretation re: pooling of tribal funds for investment purposes | Attorney-Client and Attorney Work Product Privilege |
| 546 | K00-01-9004 194 of 203 01-05861 | 778 | 5/13/1985 | Tim Vollmann, Associate Solicitor, Indian Affairs | Deputy Asst. Secretary – Indian Affairs | | Memorandum | Legal opinion regarding investment of Indian trust funds | Attorney Work Product Privilege |
| 547 | K00-01-9004 194 of 203 01-05861 | 777 | 2/10/1986 | Tim Vollmann, Associate Solicitor, Indian Affairs | Deputy Asst. Secretary – Indian Affairs | | Memorandum | Legal opinion regarding the legality of pooling tribal trust funds for investment purposes. | Attorney Work Product Privilege |
| 548 | K00-01-9004 194 of 203 01-05861 | 775 | 5/24/1989 | Dennis Daugherty, Associate Solicitor, Div. of Indian Affairs | Asst. Secretary, Indian Affairs | | Memorandum | Legal opinion on legality of investment of Indian trust funds in agency securities | Attorney-Client and Attorney Work Product Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit D to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 549 | K00-01-9004 194 of 203 01-05861 | 776 | 7/26/1989 | Tim Vollmann, Associate Solicitor – Division of Indian Affairs | Deputy to the Assistant Secretary – Indian Affairs (Trust and Economic Development) | | Memorandum | Legal opinion regarding investment of Indian trust funds. | Attorney-Client and Attorney Work Product Privilege |
| 550 | K00-01-9004 194 of 203 01-05861 | 780 | 9/18/1989 | Deputy to the Assistant Secretary Indian Affairs | Associate Solicitor, Indian Affairs | Surname 100, 200, 710, 700, F Kellerup, 710 – Abrown, 101A, A. Brown | Memorandum | Request for a legal opinion on the legality of investing certain monies under 25 U.S.C. 162a | Attorney-Client Privilege |
| 551 | K00-01-9004 202 of 203 | 784 | | Tim Vollmann, Assoc. Solicitor, Div. of Indian Affairs | Dep'y to Asst. Secretary Indian Affairs (Trust and Economic Development) | | Memorandum | Response to request for legal advice re: Investment of Indian trust funds | Attorney-Client and Attorney Work Product Privilege |
| 552 | K00-01-9004 202 of 203 | 788 | 8/27/1976 | Miles A. Cobb, General Counsel, FDIC | Lloyd Morgan, Asst. Comm., Banking and Cash Mgmt., Bur. of Govt. Fin. Oper., DOT | | Letter | Response to an inquiry by the Dept. of Treasure re: The insurance of different types of "public money" deposits | Attorney-Client and Attorney Work Product Privilege |
| 553 | K00-01-9004 202 of 203 | 781 | 1/7/1981 | Thomas O'Hare, Field Solicitor, Alb. | Associate Solicitor, IA | R/SOL., SW Region; Solicitors' Reading File | Memorandum | Memorandum regarding classification of Indian trust funds pursuant to the Monetary Control Act of 1980. | Attorney Work Product Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit D to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 554 | K00-01-9004 202 of 203 | 789 | 10/30/1981 | Gilbert T. Schwartz, Assoc. General Counsel, Bd of Gov, Federal Reserve | Kenneth Smith, Asst Secretary BIA | Fred Kellerp, BIA; Solicitor's Docket | Letter | Letter regarding status of funds of Indian Tribes as nonpersonal time deposits under applicable regulations | Attorney-Client and Attorney Work Product Privilege |
| 555 | K00-01-9004 202 of 203 | 787 | 1/16/1984 | Paul T. Baird, Assoc. Solicitor, Div. of Indian Affairs | Director, Office of Trust Responsibility | Docket; DIA; R.R. Barnes; P. Squire; Solicitor's RF | Memorandum | Legal opinion re: Investing Indian funds in S&L certificates of deposit in denominations above that insured by the FSLIC | Attorney-Client and Attorney Work Product Privilege |
| 556 | K00-01-9004 202 of 203 | 793 | 5/13/1985 | Tim Vollmann, Assoc. Solicitor, Div. of Indian | Dep. Asst. Secretary, Indian Affairs | | Memorandum | Legal advice re: Investment of Indian Trust Funds | Attorney-Client and Attorney Work Product Privilege |
| 557 | K00-01-9004 202 of 203 | 792 | 12/4/1985 | Robert M. Fenner, General Counsel | Donald Paul Hodel, Secretary DOI | | Letter | Legal advice re: Share of insurance on BIA deposits in federally insured credit unions | Attorney-Client and Attorney Work Product Privilege |
| 558 | K00-01-9004 202 of 203 | 782 | 12/4/1985 | Robert M. Fenner, General Counsel, NCUA | Donald Paul Hodel, Secretary DOI | Board Members; Exec. Director E&I; All Regional Directors. | Memorandum | Legal opinion re: BIA investment of IIM funds in federally insured credit unions | Attorney-Client and Attorney Work Product Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit D to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 559 | K00-01-9004 202 of 203 | 790 | 12/9/1985 | Robin A. Friedman, Attorney Advisor, Division of Indian Affairs | Peter McNulty | Solicitor's docket; Solicitor's RF; R Friedman RF; DIA RF; R. Buckner, RF | Letter | Letter responding to request regarding BIA accounts at San Marino | Attorney-Client Privilege |
| 560 | K00-01-9004 202 of 203 | 783 | 7/17/1986 | Julie L. Williams, Acting Dep. General Counsel | David Page, BIA, Office of Trust Responsibility | Charles Hughes, SOL; Duard Barnes, SOL; Robin Friedman, SOL; Theresa Stark, FSLIC | Letter | Legal advice re: Insurance coverage for accounts held by BIA on behalf of Indian tribes and individual Indians | Attorney-Client and Attorney Work Product Privilege |
| 561 | K00-01-9004 202 of 203 | 785 | 7/17/1986 | Julie L. Williams, Acting Dep. General Counsel, FHLBB | David Page, Office of Trust Responsibility | Charles Hughes, SOL; Duard Barnes, SOL; Robin Friedman, SOL; Theresa Stark, FSLIC | Letter | Legal opinion re: Insurance coverage for accounts held by BIA on behalf of tribes and individual Indians | Attorney-Client and Attorney Work Product Privilege |
| 562 | K00-01-9004 202 of 203 | 791 | 7/31/1986 | Robin A. Friedman, Attorney Advisor, Division of Indian Affairs | Barbara Masserang, FSLIC | Fred Kellerp, BIA; Solicitor's Docket | Letter | Letter re: BIA Accounts at Mainland Savings & Loan Association | Attorney-Client Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit D to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 563 | K00-01-9004 202 of 203 | 786 | 2/10/1996 | Tim Vollmann and Thomas Fredericks, Assoc, Solicitor, Indian Affairs | Asst Secretary, Indian Affairs | | Memorandum | Legal advice provided by Solicitor re: Pooling of tribal funds for investment purposes | Attorney-Client and Attorney Work Product Privilege |
| 564 | K00-01-9004 371 of 203 01-05704 | 795 | 10/1/1990 | Associate Solicitor DIA – William Lavell | Deputy to the Assistant Secretary – Indian Affairs (Operations) | | Letter (4 pages) | Legal opinion given to the client regarding the contractibility of programs by Indian Tribes to perform certain functions under the Indian Self-Determination Act. | Attorney-Client and Attorney Work Product Privilege |
| 565 | K00-01-9004 371 of 203 01-05704 | 794 | 4/11/1995 | Acting Associate Solicitor, Indian Affairs Robert T. Anderson | Director, MMS | Deputy Commissioner BIA | Memorandum – 7 pages | Legal opinion on whether or not a tribe may contract with the federal government to perform certain accounting functions | Attorney-Client and Attorney Work Product Privilege |
| 568 | K00-01-9005 151 of 286 01-05293 | 799 | 1/24/1989 | Dennis Daugherty, Associate Solicitor, Division of Indian Affairs | Assistant Solicitor, Indian Affairs | Division of Indian Affairs, G Skibine, Docket, D Barnes | Memorandum | 5-page legal opinion/interpretation on the authority of BIA to place the disbursing of Indian Trust Funds with an eligible financial institution | Attorney-Client and Attorney Work Product Privilege |
| 570 | K00-01-9005 201 of 286 | 800 | 5/28/1991 | Helen Spencer, Atty at Law | Marge Wilkins, BIA | | Letter | Legal opinion assessing the cost savings for BIA from S. 754 | Attorney Work Product Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit D to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 571 | K00-01-9005 201 of 286 | 801 | 5/30/1991 | Helen Spencer, Atty at Law | Marge Wilkins, BIA | Karen Funk | Letter | Legal opinion regarding cost estimates of exemptions legislations | Attorney Work Product Privilege |
| 582 | K00-01-9023 84 of 102 | 814 | 2/13/1990 | William G. Lavell, Associate Solicitor, Indian Affairs | Deputy to the Asst. Secretary, Indian Affairs (operations) | | Memorandum | Response to request for opinion regarding trust fund losses | Attorney-Client and Attorney Work Product Privilege |
| 583 | K00-01-9023 84 of 102 | 812 | 2/13/1990 | William G. Lavell, Associate Solicitor, Indian Affairs | Deputy to the Asst. Secretary, Indian Affairs (operations) | | Memorandum | Request for opinion regarding Trust Fund losses | Attorney-Client and Attorney Work Product Privilege |
| 584 | K00-01-9023 84 of 102 | 813 | 3/21/1990 | William G. Lavell, Associate Solicitor, Indian Affairs | Asst. Secretary, Indian Affairs | | Memorandum | Response to request for an opinion concerning the authority of the BIA to contract investment of tribal trust funds. | Attorney-Client and Attorney Work Product Privilege |

* The first column of this exhibit has been supplied by the Osage Nation. The information in the remaining columns was copied from the Federal Government's privilege log, which is attached as Exhibit D to this pleading.