# Exhibit I - Documents with Inadequate Descriptions on Federal Government's Privilege Log Titled "Central Office Privilege Log," December 1-5, 2003*

| Plaintiff's Unique Doc. No. | Accession and Box # | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege / Comments | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 96-00830 | 10/14/88 | Jim Parris | Office of Solicitor | | Letter | Request for info Re: Litigation | A/C | Plaintiff objects to the description provided as vague. Moreover, Plaintiff submits that this document likely falls within the fiduciary exception to the attorney-client privilege because it appears that the document was prepared to benefit the tribe as beneficiary of the trust. |
| 8 | 96-00940 | 05/01/89 | Edwin Winstead Atty. Div. of Indian Affairs | Jim Parris | | Memo | Advice on Litigation | A/C | Plaintiff objects to the description provided as vague. Moreover, Plaintiff submits that this document likely falls within the fiduciary exception to the attorney-client privilege because it appears that the document was prepared to benefit the tribe as beneficiary of the trust. |

* The first and last columns of this exhibit have been supplied by the Osage Nation. The remaining columns were copied from the Federal Government's draft privilege log, which is attached as Exhibit A to this pleading.



PLAINTIFF'S
EXHIBIT I

| Plaintiff's Unique Doc. No. | Accession and Box # | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege / Comments | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|
| 22 | 96-00858 | 06/30/71 | John W. Moore, Asst. Gen. Counsel | Secretary of the Interior | Civil Div. Interior Audit | Letter | Review of Dallas Reg. Office | A/C | Plaintiff objects to the description provided as vague. Moreover, Plaintiff submits that this document likely falls within the fiduciary exception to the attorney-client privilege because the document appears to be a review of BIA's administration and management of the trust. |
| 24 | 96-00947 | 07/16/87 | Tim Yollman | Director MMS | Skeep RF DIA RF R. Bruckner | Memo | Escrow of Funds of Lease | A/C | Plaintiff objects to the description provided as vague. Moreover, Plaintiff submits that this document likely falls within the fiduciary exception to the attorney-client privilege because it appears that the document relates to the management of funds held in trust for the Osage Nation. |

* The first and last columns of this exhibit have been supplied by the Osage Nation. The remaining columns were copied from the Federal Government's draft privilege log, which is attached as Exhibit A to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege / Comments | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|
| 40 | K50-96-0010 96-01439 | 03/26/85 | Vernon Peterson, Jr. Office of Regional Solicitor | Ronald G. Applebaum Area Claims Coord. BIA | | Memorandum | Question re: Erroneous Payments | A/C | Plaintiff objects to the description provided as vague. Moreover, Plaintiff submits that this document likely falls within the fiduciary exception to the attorney-client privilege because it appears that the document relates to the management of funds held in trust for the Osage Nation. |

* The first and last columns of this exhibit have been supplied by the Osage Nation. The remaining columns were copied from the Federal Government's draft privilege log, which is attached as Exhibit A to this pleading.