## Exhibit J - Documents with Inadequate Descriptions on Federal Government's Privilege Log Titled "AIRR-Lenexa Records Only," August 19, 2004*

| Plaintiff's Unique Doc. No. | Accession and Box # | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege | Comments | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 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 3 of 17 | 6/7/1979 | Field Solicitor, Pawhuska | Associate Solicitor, Indian Affairs | N/A | Memorandum | Legal Opinion re: Damage claim of Osage Tribe subject to 28 U.S.C. Sec. 2415 | Attorney-Client and Work Product Privilege | Assert | Plaintiff objects to the description provided as vague. Moreover, Plaintiff submits that this document likely falls within the fiduciary exception to the attorney-client privilege because it appears that the damage claim was brought on behalf of the Osage Nation as beneficiary of the trust, in which case, the documents were prepared for the benefit of the Osage Nation as the real client being served by the opinion. Plaintiff also submits that these documents were not prepared in anticipation of litigation and are therefore not protected work product. |

* The first and last columns of this exhibit have been supplied by the Osage Nation. The remaining columns were copied from the Federal Government's draft privilege log, which is attached as Exhibit B to this pleading.



PLAINTIFF'S EXHIBIT J