# Exhibit K - Documents with Inadequate Descriptions on Federal Government's Privilege Log Titled "Osage - Joint Review Privilege Log," September 28, 2004*

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| 115 | FTW-98-9142 Box 793 98-08989 | 315 | 6/26/1989 | USDI Office of Field Solicitor Mark Anderson | Earl Barlow, BIA Area Director | | Letter | | ACP | Plaintiff objects to the description provided as vague. Moreover, Plaintiff submits that this document likely falls within the fiduciary exception to the attorney-client privilege if it pertains to any aspect of BIA's management and administration of the trust. |
| 190 | K00-00-9031 432 of 544 | 741 | | | | | Notes | Handwritten notes of legal advice provided to client regarding multiple transactions | Attorney Work Product Privilege | Plaintiff objects to the description provided as vague. Moreover, Plaintiff submits that these notes fall within the fiduciary exception to the attorney-client privilege if they were prepared for the benefit of the Osage Nation as beneficiary of the trust and the real client being served by the legal advice rendered. |

* The first and last columns of this exhibit have been supplied by the Osage Nation. The remaining columns were copied from the Federal Government's draft privilege log, which is attached as Exhibit C to this pleading.



PLAINTIFF'S
EXHIBIT K

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| 222 | K00-01-9004 171 of 203 01-5838 Folder: "Request for Solicitor's Opinion" | 772 | | Authors include: OTFM, Assoc. Solicitor, Regional Solicitor | Addressees include: OTFM, Assoc. Solicitor, Regional Solicitor | | File | 27 privileged memoranda regarding various issues on which the Solicitor's Office has been asked to render an opinion | Attorney-Client and Attorney Work Product Privilege | Plaintiff objects to the description provided as vague. Moreover, Plaintiff submits that this document falls within the fiduciary exception to the attorney-client privilege if they were prepared for the benefit of the Osage Nation as beneficiary of the trust and the real client being served by the legal advice rendered. Plaintiff also submits that these documents were not prepared in anticipation of litigation and are therefore not protected work product. |
| 223 | K00-01-9004 186 of 203 01-05853 | 774 | | Edwin Winstead, Acting Director, OTFM | Regional Solicitor | | Memorandum | Client's request for a legal opinion regarding the application of Uniform Principal and Income Act to Indian Trust Funds | Attorney-Client Privilege | Plaintiff objects to the description provided as vague. Moreover, Plaintiff submits that this document likely falls within the fiduciary exception to the attorney-client privilege because it appears that the document relates to the management of funds held in trust for the Osage Nation. |
| 249 | K00-01-9005 151 of 286 01-05293 | 798 | 1/4/1991 | David A. Longold, Chief Counsel | | | | | | Plaintiff objects to listing of this document because no privilege has been asserted. Moreover, Plaintiff object to the description provided as vague. |

* The first and last columns of this exhibit have been supplied by the Osage Nation. The remaining columns were copied from the Federal Government's draft privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| 258 | K00-01-9008 42 of 71 01-05912 | 808 | | | Reading file | | File | File of requests for legal opinion sent to the Office of the Solicitor | Attorney-Client Privilege | Plaintiff objects to the description provided as vague. Moreover, Plaintiff submits that this document likely falls within the fiduciary exception to the attorney-client privilege because the document was likely prepared to benefit the tribe as beneficiary of the trust. |
| 280 | K50-96-0010 0035-0291 | 433 | 8/27/1971 | Commissioner of Indian Affairs | Associate Solicitor | Charles Hourigan Acting Chief Division of Fin. Management | Memorandum | | | Plaintiff objects to listing of this document because no privilege has been asserted. Moreover, Plaintiff object to the description provided as vague. |
| 400 | OST-96-0000 96-00830 | 569 | 10/14/1988 | Jim Parris | Office of Solicitor | | Letter | Request for info Re: Litigation | Attorney-Client Privilege protects this letter from disclosure. The letter is a request for information concerning on-going litigation matters. The letter is directed to the Ofc. of the Solicitor. | Plaintiff objects to the description provided as vague. Moreover, Plaintiff submits that this document likely falls within the fiduciary exception to the attorney-client privilege because it appears that the document was prepared to benefit the tribe as beneficiary of the trust. |

* The first and last columns of this exhibit have been supplied by the Osage Nation. The remaining columns were copied from the Federal Government's draft privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| 401 | OST-96-0000 96-00858 | 575 | 6/30/1971 | John W. Moore, Asst. Gen. Counsel | Secretary of the Interior | Civil Div. Interior Audit | Letter | Review of Dallas Reg. Office | Attorney-Client Privilege requires that this letter be withheld. The letter includes details and opinions arising out of the review of a particular Regional Office. The letter is from an Assistant General Counsel to the Sect. Of the Interior. | Plaintiff objects to the description provided as vague. Moreover, Plaintiff submits that this document likely falls within the fiduciary exception to the attorney-client privilege because the document appears to be a review of BIA's administration and management of the trust. |
| 408 | OST-96-0000 96-00940 | 578 | 5/1/1989 | Edwin Winstead, Atty., Div. of Indian Affairs | Jim Parris | | Memo | Advice on Litigation | Attorney-Client Privilege protects this memorandum from disclosure. The document seeks to elicit advice regarding litigation matters. | Plaintiff objects to the description provided as vague. Moreover, Plaintiff submits that this document likely falls within the fiduciary exception to the attorney-client privilege because it appears that the document was prepared to benefit the tribe as beneficiary of the trust. |

* The first and last columns of this exhibit have been supplied by the Osage Nation. The remaining columns were copied from the Federal Government's draft privilege log, which is attached as Exhibit C to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| 412 | OST-96-0000 96-00947 | 583 | 7/16/1987 | Tim Vollman | Director, MMS | Skeep RF | Memo | Escrow of Funds of Lease | Attorney-Client Privilege | Plaintiff objects to the description provided as vague. Moreover, Plaintiff submits that this document likely falls within the fiduciary exception to the attorney-client privilege because it appears that the document relates to the management of funds held in trust for the Osage Nation. |
| 450 | OST-96-0000 96-01561 Folder: "Wash. Corres. 1972-1973" | 622 | 3/1/1973 | Secretary of the Interior | Assoc. Sol., DIA | Various | Memo & Attachments | Requesting Status of Three Opinion Requests/ Requests Attached | Attorney-Client Privilege protects this memorandum and its attachments from disclosure. The memorandum requests information concerning the status of legal opinions previously requested and embodied in the accompanying attachments. | Plaintiff objects to the description provided as vague. Moreover, Plaintiff submits that this document likely falls within the fiduciary exception to the attorney-client privilege because the document was likely prepared to benefit the tribe as beneficiary of the trust. |

* The first and last columns of this exhibit have been supplied by the Osage Nation. The remaining columns were copied from the Federal Government's draft privilege log, which is attached as Exhibit C to this pleading.

| **Plaintiff's Unique Doc. No.** | **Accession and Box #** | **ID** | **Doc Date** | **Author** | **Addressee** | **Copies Sent to** | **Doc Type** | **Description** | **Privilege** | **Plaintiff's Objections** |
|---|---|---|---|---|---|---|---|---|---|---|
| 465 | OST 96-0000 96-01561 Folder: "Wash. Corres. 1974-1977" | 635 | 6/19/1975 | John W. Vale, Chief, Br. of Investments | D. Barnes, Dir. of Indian Affairs | | Letter w/ Attachments | Claims Against Franklin Bank | Attorney-Client and Attorney Work Product Privilege allow this letter and its attachments to remain confidential. The documents discuss legal claims relating to a particular financial institution. | Plaintiff objects to the description provided as vague. Moreover, Plaintiff submits that this document may fall within the fiduciary exception to the attorney-client privilege because the claims against Franklin Bank may have been brought on behalf of the Osage Nation as beneficiary of the trust, in which case, the documents were prepared for the benefit of the Osage Nation as the real client in interest. Plaintiff also submits that if these documents were prepared in anticipation of litigation they were still prepared to benefit the Osage Nation and thus are discoverable. |

* The first and last columns of this exhibit have been supplied by the Osage Nation. The remaining columns were copied from the Federal Government's draft privilege log, which is attached as Exhibit C to this pleading.