# Exhibit L - Documents with Inadequate Descriptions on Federal Government's Privilege Log Titled "Osage - Albuquerque Privilege Log (Non-Joint Review)," September 28, 2004*

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| 473 | C56-98-0017 Box 408 of 575 98-01806 | 646 | 03/21/67 | Reinholt Brust, Assistant Area Director | Field solicitor | Superintendent, Fort Peck agency | Memo | | Attorney-Client Privilege | Plaintiff objects to the description provided as vague. Moreover, Plaintiff submits that this document likely falls within the fiduciary exception to the attorney-client privilege if it pertains to any aspect of BIA's management and administration of the trust, or if it was prepared to benefit the Osage Nation as beneficiary of the trust. |

* The first and last columns of this exhibit have been supplied by the Osage Nation. The remaining columns were copied from the Federal Government's draft privilege log, which is attached as Exhibit D to this pleading.



PLAINTIFF'S
EXHIBIT L

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| 510 | K00-00-9031 432 of 544 | 741 | | | | | Notes | Handwritten notes of legal advice provided to client regarding multiple transactions | Attorney Work Product Privilege | Plaintiff objects to the description provided as vague. Moreover, Plaintiff submits that these notes fall within the fiduciary exception to the attorney-client privilege because they were prepared for the benefit of the Osage Nation as beneficiary of the trust and the real client being served by the legal advice rendered. Plaintiff also submits that these documents were not prepared in anticipation of litigation and are therefore not protected work product. |

* The first and last columns of this exhibit have been supplied by the Osage Nation. The remaining columns were copied from the Federal Government's draft privilege log, which is attached as Exhibit D to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| 542 | K00-01-9004 171 of 203 01-05838 Folder: "Request for Solicitor's Opinion" | 772 | | Authors include: OTFM, Assoc. Solicitor, Regional Solicitor | Addressees include: OTFM, Assoc. Solicitor, Regional Solicitor | | File | 27 privileged memoranda regarding various issues on which the Solicitor's Office has been asked to render an opinion | Attorney-Client and Attorney Work Product Privilege | Plaintiff objects to the description provided as vague. Moreover, Plaintiff submits that these documents likely fall within the fiduciary exception to the attorney-client privilege because they were prepared for the benefit of the Osage Nation as beneficiary of the trust and the real client being served by the legal advice rendered. Plaintiff also submits that these documents were not prepared in anticipation of litigation and are therefore not protected work product. |

* The first and last columns of this exhibit have been supplied by the Osage Nation. The remaining columns were copied from the Federal Government's draft privilege log, which is attached as Exhibit D to this pleading.

| Plaintiff's Unique Doc. No. | Accession and Box # | ID | Doc Date | Author | Addressee | Copies Sent to | Doc Type | Description | Privilege | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| 569 | K00-01-9005 151 of 286 01-05293 | 798 | 1/4/1991 | David A. Longold, Chief Counsel | | | | | | Plaintiff objects to listing of this document because no privilege has been asserted. Moreover, Plaintiff objects to the description provided as vague. |
| 578 | K00-01-9008 42 of 71 01-05912 | 808 | | | Reading file | | File | File of requests for legal opinion sent to the Office of the Solicitor | Attorney-Client Privilege | Plaintiff objects to the description provided as vague. Moreover, Plaintiff submits that these documents likely fall within the fiduciary exception to the attorney-client privilege because the documents were likely prepared to benefit the tribe as beneficiary of the trust. |

* The first and last columns of this exhibit have been supplied by the Osage Nation. The remaining columns were copied from the Federal Government's draft privilege log, which is attached as Exhibit D to this pleading.