**Priority Document Boxes Identified by the Osage Nation**
**From the BISS Indices**

| Accession # | OST # | Box # |
|---|---|---|
| (L)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 | | 0001-0036 |
| (L)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 | | 0036-0036 |
| (L)L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 | | 0025-0027 |
| (L)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 | | 0006-0031 |
| (L)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 | | 0007-0031 |
| (L)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 | | 0016-0013 |
| (L)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 | | 0017-0034 |
| (L)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 | | 0033-0035 |
| (L)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 | | 0002-0022 |
| (L)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 | | 0010-0022 |
| 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 | | 0012-0022 |
| 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 | | 0004-0020 |
| (L)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 | | 0021-0042 |
| (L)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 | | 0037-0042 |
| (L)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 | | 0004-0012 |
| (L)075-89D-0050 | | 0023-0029 |
| (L)075-89D-0050 | | 0026-0029 |
| (L)075-89D-0050 | | 0050-0110 |
| (L)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 | | 0001-0011 |
| (J)FTW-98-9142 | 98-09065 | 0869-0990 |
| (J)FTW-98-9142 | 98-0925 | 0829-9990 |
| (R)G06-98-90037 | 98-04050 | 0378-0390 |
| (R)G06-98-9033 | 98-04138 | 0013-0464 |
| (R)G06-98-9037 | 98-03690 | 0018-0390 |
| (R)G06-98-9037 | 98-03698 | 0026-0390 |
| (R)G06-98-9037 | 98-03706 | 0034-0390 |
| (R)G06-98-9037 | 98-03707 | 0035-0390 |
| (R)G06-98-9037 | 98-03720 | 0048-0390 |
| (R)G06-98-9037 | 98-03724 | 0052-0390 |
| (R)G06-98-9037 | 98-03727 | 0055-0390 |



PLAINTIFF'S
EXHIBIT A

| Accession # | OST # | Box # |
|---|---|---|
| (R)G06-98-9037 | 98-03729 | 0057-0390 |
| (R)G06-98-9037 | 98-03730 | 0058-0390 |
| (R)G06-98-9037 | 98-03731 | 0059-0390 |
| (R)G06-98-9037 | 98-03733 | 0061-0390 |
| (R)G06-98-9037 | 98-03748 | 0076-0390 |
| (J)G06-98-9037 | 98-03790 | 0118-0390 |
| (R)G06-98-9037 | 98-03815 | 0143-0390 |
| (R)G06-98-9037 | 98-03816 | 0144-0390 |
| (R)G06-98-9037 | 98-03838 | 0166-0390 |
| (R)G06-98-9037 | 98-03840 | 0168-0390 |
| (R)G06-98-9037 | 98-03852 | 0180-0390 |
| (R)G06-98-9037 | 98-03855 | 0183-0390 |
| (R)G06-98-9037 | 98-03859 | 0187-0390 |
| (R)G06-98-9037 | 98-03862 | 0190-0390 |
| (R)G06-98-9037 | 98-03865 | 0193-0390 |
| (R)G06-98-9037 | 98-03881 | 0209-0390 |
| (R)G06-98-9037 | 98-03913 | 0241-0390 |
| (R)G06-98-9037 | 98-03947 | 0275-0390 |
| (J)G06-98-9037 | 98-03954 | 0282-0390 |
| (J)G06-98-9037 | 98-03986 | 0314-0390 |
| (J)G06-98-9037 | 98-03987 | 0315-0390 |
| (J)G06-98-9037 | 98-03988 | 0316-0390 |
| (R)G06-98-9037 | 98-03996 | 0324-0390 |
| (J)G06-98-9037 | 98-04002 | 0336-0390 |
| (R)G06-98-9037 | 98-04020 | 0348-0390 |
| (R)G06-98-9037 | 98-04040 | 0368-0390 |
| (J)G06-98-9037 | 98-04048 | 0376-0390 |
| (R)G06-98-9037 | 98-04314 | 0189-0390 |
| (J)G06-98-9084 | 98-05578 | 0001-0002 |
| (J)G06-98-9084 | 98-05624 | 0002-0002 |
| (R)G06-DC-0003 | | 0009-0065 |
| (J)INT-96-0003 | 96-02400 | 0028-0392 |
| (J)INT-96-0003 | 96-02401 | 0029-0281 |
| (J)INT-96-0003 | 96-02420 | 0048-0281 |

| Accession # | OST # | Box # |
|---|---|---|
| (J)INT-96-0003 | 96-02429 | 0057-0281 |
| (J)INT-96-0003 | 96-02430 | 0058-0281 |
| (J)INT-96-0003 | 96-02450 | 0078-0281 |
| (J)INT-96-0003 | 96-02454 | 0082-0281 |
| (J)INT-96-0003 | 96-02481 | 0109-0281 |
| (J)INT-96-0003 | 96-02518 | 0146-0281 |
| (J)INT-96-0003 | 96-02520 | 0148-0281 |
| (J)INT-96-0003 | 96-02525 | 0153-0281 |
| (J)INT-96-0003 | 96-02526 | 0154-0281 |
| (J)INT-96-0003 | 96-02532 | 0160-0281 |
| (J)INT-96-0003 | 96-02538 | 0166-0281 |
| (J)INT-96-0003 | 96-02543 | 0171-0281 |
| INT-96-0003 | 96-02555 | 0183-0281 |
| (J)INT-96-0003 | 96-02587 | 0215-0281 |
| (J)INT-96-0003 | 96-02626 | 0254-0281 |
| (J)INT-96-0003 | 96-02668 | 0015-0041 |
| (J)INT-96-0004 | 96-0004 | 0001-0041 |
| (J)INT-96-0009 | 96-02869 | 0146-0364 |
| K00-00-9031 | 00-04410 | 0257-0544 |
| K00-01-9008 | 01-05894 | 0024-0071 |
| K00-01-9014 | 01-06002 | 0001-0045 |
| (J)K50-96-0010 | 96-00383 | 0093-0291 |
| K50-96-0010 | 96-00397 | 0102-0291 |
| (J)K50-98-0003 | 98-09818 | 0632-0815 |
| K50-98-0022 | 98-02476 | 0020-0022 |
| (J)K50-98-0023 | 98-02481 | 0003-0022 |
| K50-98-0023 | 98-02500 | 0022-0022 |
| K50-98-0041 | 98-04093 | 0002-0034 |
| K50-98-0041 | 98-04094 | 0003-0034 |
| (J)K50-98-0059 | 98-11894 | 0006-0014 |
| OST-96-0000 | 96-00108 | 6035-0000 |
| OST-96-0000 | 96-00208 | 0002-0139 |
| (J)OST-96-0000 | 96-00272 | 0004-0006 |
| (J)OST-96-0000 | 96-00279 | 3092-0000 |

| Accession # | OST # | Box # |
|---|---|---|
| OST-96-0000 | 96-00503 | 0218-0000 |
| (J)OST-96-0000 | 96-00533 | 0263-0000 |
| OST-96-0000 | 96-00605 | 0330-0000 |
| OST-96-0000 | 96-00626 | 0000-0000 |
| OST-96-0000 | 96-00778 | 0277-0000 |
| OST-96-0000 | 96-00792 | 3246-0000 |
| OST-96-0000 | 96-00823 | 5064-0000 |
| (J)OST-96-0000 | 96-00862 | 0085-0000 |
| OST-96-0000 | 96-00873 | 0049-0000 |
| OST-96-0000 | 96-00901 | 0198-1437 |
| OST-96-0000 | 96-00952 | 0687-1437 |