**Priority Document Boxes Identified by the Osage Nation at the Osage Agency in Pawhuska, Oklahoma, for Which Defendant Assigned Temporary Box Numbers**

| |
|---|
| Pawhuska Box # 1 |
| Pawhuska Box # 3 |
| Pawhuska Box # 4 |
| Pawhuska Box # 5 |
| Pawhuska Box # 6 |
| Pawhuska Box # 8 |
| Pawhuska Box # 9 |
| Pawhuska Box # 10 |
| Pawhuska Box # 11 |
| Pawhuska Box # 12 |
| Pawhuska Box # 13 |
| Pawhuska Box # 14 |
| Pawhuska Box # 15 |
| Pawhuska Box # 16 |
| Pawhuska Box # 17 |
| Pawhuska Box # 19 |
| Pawhuska Box # 21 |
| Pawhuska Box # 22 |
| Pawhuska Box # 26 |
| Pawhuska Box # 27 |
| Pawhuska Box # 30 |
| Pawhuska Box # 33 |
| Pawhuska Box # 34 |
| Pawhuska Box # 35 |
| Pawhuska Box # 39 |
| Pawhuska Box # 41 |
| Pawhuska Box # 42 |
| Pawhuska Box # 45 |
| Pawhuska Box # 46 |



PLAINTIFF'S EXHIBIT B

| |
|---|
| Pawhuska Box # 47 |
| Pawhuska Box # 48 |
| Pawhuska Box # 49 |
| Pawhuska Box # 50 |
| Pawhuska Box # 52 |
| Pawhuska Box # 53 |
| Pawhuska Box # 55 |
| Pawhuska Box # 56 |
| Pawhuska Box # 57 |
| Pawhuska Box # 58 |
| Pawhuska Box # 63 |
| Pawhuska Box # 64 |
| Pawhuska Box # 65 |
| Pawhuska Box # 66 |
| Pawhuska Box # 67 |
| Pawhuska Box # 68 |
| Pawhuska Box # 71 |
| Pawhuska Box # 72 |
| Pawhuska Box # 73 |
| Pawhuska Box # 74 |
| Pawhuska Box # 75 |
| Pawhuska Box # 76 |