# Priority Document Boxes Identified by the Osage Nation at the Osage Agency in Pawhuska, Oklahoma, for Which Defendant Has Not Provided Unique Box Numbers

| |
|---|
| TR-4618-P5 Indian Land Lease Case File Boxes – Oil Control Cards, Monthly Oil Production History, Lessee Reports, and Oil Reports<br>(66 Boxes) |



PLAINTIFF'S
EXHIBIT C