# In the United States Court of Federal Claims

No. 00-169 L

(E-Filed: April 7, 2005)

| | |
|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

ORDER

Pursuant to an informal telephonic status conference held April 5, 2005, the court AMENDS its Order of March 25, 2005 to RESCHEDULE the telephonic status conference set for April 12, 2005 to Wednesday, April 13, 2005 at 11:00 a.m. EDT. A Sprint operator will initiate the call. The court's Order of March 25, 2005 shall otherwise remain in effect.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge