# In the United States Court of Federal Claims

**NOTICE**

**THE OSAGE NATION,**

**No. 00-169**

**V.**

**THE UNITED STATES**

**CLERK'S OFFICE**
**Washington, D.C.,** April 14, 2005

To Attorney of Record, Assistant Attorney General and Judge : Honorable Emily C. Hewitt

Please take notice that in the above cause there has been filed this day, on behalf of the parties,

Transcript of proceedings (one volume) taken at Washington, DC, on April 13, 2005.

Brian Bishop
Brian Bishop Clerk