**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, Plaintiff, | Electronically Filed: May 6, 2005 |
| v. | No. 00-169 L Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, Defendant. | |

NOTICE OF SUBMISSION OF DOCUMENTS UNDER SEAL FOR IN CAMERA REVIEW PURSUANT TO THE COURT'S APRIL 15, 2005, ORDER

Defendant files this notice to advise the Court and Plaintiff that Defendant has submitted documents to the Court under seal for in camera review. Defendant withheld these documents from production to Plaintiff as privileged attorney-client communications, work-product, or both. Defendant has submitted these documents, in both hard-copy and electronic form, to the Court today pursuant to the Court's April 15, 2005, Order, and still maintains that these documents are privileged. *See Defendant's Opposition to the Osage Nation's Objections to Defendant's Privilege Claims*.

Respectfully submitted this 6th day of May, 2005,

KELLY A. JOHNSON
Acting Assistant Attorney General

By:

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Attorney for Defendant

OF COUNSEL:

Martin J. LaLonde
John Martin
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663

Stephen Simpson
Attorney
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 219-1659
Fax: (202) 208-3490

Jason R. Baron
Director of Litigation
Office of General Counsel
National Archives and Records Administration
8601 Adelphi Road
Room 3110, NGC
College Park, Maryland 20740-6001
Telephone: (301) 837-1499
Fax: (301) 837-0293

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A
Washington, D.C. 20227
Telephone: (202) 874-2567
Fax: (202) 874-6627