**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | Electronically Filed: May 9, 2005<br>No. 00-169 L<br>Judge Emily C. Hewitt |

**DEFENDANT'S UNOPPOSED MOTION OUT OF TIME FOR ENLARGEMENT OF TIME TO PRODUCE TRANCHE ONE PRIORITY DOCUMENTS TO PLAINTIFF ON MAY 9, 2005**

Defendant respectfully moves for a three-day enlargement of time, to and including May 9, 2005, to produce tranche one priority documents to Plaintiff. In support of this request, Defendant states as follows:

(1) Defendant has contacted Plaintiff's counsel of record regarding this request and Plaintiff's counsel of record has consented to Defendant's request for a three-day enlargement of time to produce tranche one priority documents to Plaintiff.

(2) The Court's Order of April 15, 2005, requires Defendant, on or before May 6, 2005, to produce "documents and/or files designated by plaintiff on or before April 25, 2005 from the boxes prioritized by plaintiff for tranche one discovery in plaintiff's Notice."[1/]

(3) On April 29, 2005, Defendant produced 35,314 documents comprised of 66, 818 images to Plaintiff. This collection consisted of documents designated by Plaintiff during its inspection of documents at the Osage Agency from February 2 to March 7, 2005, including Category Two boxes.

(4) On May 6, 2005, Defendant produced 77,949 documents comprised of 96,923 images

[1/] In its April 6, 2005, Notice, Plaintiff divided priority boxes into the following three categories: Category One - boxes from the Box Inventory Search System ("BISS"); Category Two - boxes located at the Osage Agency that were marked by Plaintiff during its review at the Osage Agency from February 23 to March 7, 2005; and Category Three - boxes that Defendant shipped to the American Indian Record Repository ("AIRR") from the Osage Agency.

to Plaintiff. This was a partial production of the remaining priority images (Categories One and Three). Defendant will produce the remaining priority images (approximately 49,942 images) on May 9, 2005.

(5) Defendant was unable to produce all of the priority images by May 6, 2005, due to irregular scan settings of documents from 17 boxes. These 17 boxes contained thousands of images of undersized documents (such as adding machine tape). These undersized documents were scanned at irregular scan settings that did not allow for Defendant to endorse the images. Some documents were also scanned using settings that created very large images. In order to endorse and produce these images, Defendant's technical support staff had to adjust each image one at a time, which is an extremely labor-intensive process. Despite the extraordinary efforts to produce the priority documents by May 6 – Defendant estimates that its technical and litigation contractors have spent over 1,600 hours on the production of priority tranche one documents to Plaintiff over the past three weeks – Defendant requires until May 9, 2005, to complete the production due to these technical problems that were not identified until late in the week of May 2, 2005.

WHEREFORE, Defendant respectfully requests a 3-day enlargement of time, to and including May 9, 2005, to produce tranche one priority documents to Plaintiff.

Respectfully submitted this 9th day of May, 2005,

KELLY A. JOHNSON
Acting Assistant Attorney General

By:

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Attorney for Defendant

OF COUNSEL:

Martin J. LaLonde
John Martin
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663

Stephen Simpson
Attorney
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 219-1659
Fax: (202) 208-3490

Jason R. Baron
Director of Litigation
Office of General Counsel
National Archives and Records Administration
8601 Adelphi Road
Room 3110, NGC
College Park, Maryland 20740-6001
Telephone: (301) 837-1499
Fax: (301) 837-0293

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A
Washington, D.C. 20227
Telephone: (202) 874-2567
Fax: (202) 874-6627