# In the United States Court of Federal Claims

No. 00-169 L

(E-Filed: May 12, 2005)

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

The court has before it Defendant's Unopposed Motion Out of Time for Enlargement of Time to Produce Tranche One Priority Documents to Plaintiff on May 9, 2005 (Motion), electronically filed May 9, 2005. Based on the representations contained therein, the court GRANTS defendant's Motion. The deadline set forth in paragraph 1(c) of the court's Order of April 15, 2005 for production of tranche one priority documents is hereby extended to May 9, 2005.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge