# In the United States Court of Federal Claims

No. 00-169 L

(E-Filed: May 12, 2005)

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

The court has before it plaintiff's Unopposed Motion for Enlargement of Time to Reply to Defendant's Opposition to the Osage Nation's Objections to Defendant's Privilege Claims (Motion), electronically filed May 11, 2005. Based on the representations contained therein, the court GRANTS plaintiff's Motion. On or before Friday, May 20, 2005, plaintiff shall files its reply to Defendant's Opposition to the Osage Nation's Objections to Defendant's Privilege Claims.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge