**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed May 12, 2005 |
| v. | ) | No. 00-169 L Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**THE OSAGE NATION'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS STATEMENT OF TRUST FUND MISMANAGEMENT CLAIMS FOR TRANCHE ONE**

The Osage Nation respectfully moves for a one-day enlargement of time, to and including May 13, 2005, to file its Statement of Trust Fund Mismanagement Claims for Tranche One pursuant to Paragraph 2 of the Court's April 15, 2005 Order. In support of this motion, the Osage Nation states the following:

1. Due to overlapping deadlines in this proceeding and in other proceedings, the Osage Nation requires one additional day within which to complete its Statement of Trust Fund Mismanagement Claims for Tranche One.

2. The Osage Nation has previously requested one extension of the overall schedule established by the Court's April 15, 2005 Order, which was granted by the Court on May 12, 2005, however, the Osage Nation has not previously sought an extension of this particular deadline.

3. The Osage Nation has conferred with counsel of record for Defendant regarding this motion and Defendant has consented to the Osage Nation's motion for a one-day enlargement of time, to and including May 13, 2005, to file its Statement of Trust Fund Mismanagement Claims for Tranche One pursuant to Paragraph 2 of the Court's April 15, 2005 Order.

Dated this May 12th, 2005

Respectfully submitted,

*s/Wilson K. Pipestem*

WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation