## Priority Document Boxes Identified by the Osage Nation From the BISS Indices

| Osage Nation's Unique Identification No. | Accession # | FRC # | Box # | Approximate Number of Pages Marked for Imaging |
|---|---|---|---|---|
| 1* | 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 | | 0002-0027 | 262 |
| 2* | 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 | | 0023-0027 | 116 |
| 3* | 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 | | 0027-0031 | 200 |
| 4* | 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 | | 0006-0050 | 200 |
| 5* | 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 | | 0022-0050 | 100 |
| 6* | 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 | | 0028-0050 | 125 |
| 7* | 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 | | 0034-0050 | 200 |
| 8* | 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 | | 0043-0050 | 700 |
| 9* | 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 | | 0007-0055 | 200 |
| 10* | 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 | | 0008-0055 | 100 |
| 11* | 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 | | 0030-0055 | 500 |
| 12* | 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 | | 0008-0054 | 100 |
| 13* | 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 | | 0019-0054 | 50 |
| 14* | 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 | | 0021-0054 | 400 |
| 15* | 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 | | 0039-0054 | 700 |
| 16* | 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 | | 0041-0054 | 150 |
| 17* | 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 | | 0009-0022 | 200 |
| 18* | 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 | | 0012-0044 | 150 |
| 19* | 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 | | 0004-0033 | 200 |
| 20* | 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 | | 0002-0020 | 14 |
| 21* | 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 | | 0004-0017 | 225 |
| 22* | 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 | | 0042-0050 | 2500 |
| 23* | 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 | | 0033-0042 | 1500 |
| 24* | 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 | | 0008-0017 | 29 |
| 25* | 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 | | 0016-0017 | 75 |

* These boxes were previously identified in the Osage Nation's First Notice Identifying Tranche One Boxes for Expedited Discovery. Since the filing of that first notice, however, the Osage Nation has conducted a second review of these identified boxes and has marked additional documents relevant to tranche one for expedited imaging.



**PLAINTIFF'S EXHIBIT A**

| | | | | |
|---|---|---|---|---|
| 26* | 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 | | 0005-0005 | 300 |
| 27* | G06-05-0971 | 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 | 0053-0268 | 3 |
| 28* | G06-05-0971 | 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 | 0084-0268 | 10 |
| 29 | G06-05-0971 | 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 | 0118-0268 | 11 |
| 30 | G06-05-0971 | 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 | 0119-0268 | 22 |
| 31* | G06-05-0971 | 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 | 0183-0268 | 3 |
| 32* | G06-05-0971 | 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 | 0054-0268 | 1 |
| 33* | G06-98-9037 | 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 | 0336-0390 | 17 |
| 34* | G06-98-9037 | 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 | 0369-0390 | 80 |
| 35+ | G06-98-9037 | 98-03720 (OST) | 0048-0390 | 0 |
| 36+ | G06-98-9037 | 98-04016 (OST) | 0344-0390 | 0 |

+ The Osage Nation originally reviewed these boxes as part of the Joint Discovery Project, and, at that time, did not mark any documents for imaging. Since that time, however, the Osage Nation has conducted several searches of the BISS indices and has identified these boxes as possibly containing information relevant to tranche one. Thus, although these boxes do not currently contain any documents marked for imaging, the Osage Nation herein requests that they be made available for a second review, during which particular documents may be identified for expedited imaging. The Osage Nation will coordinate with the Federal Government to determine a mutually convenient date and time for this review.



**PLAINTIFF'S EXHIBIT A**