# Priority Files Identified by the Osage Nation at the Osage Agency Office in Pawhuska, Oklahoma

| Osage Nation's Unique Identification No. | File Name* |
|---|---|
| 37 | North Burbank Unit Lease File(s) |
| 38 | North Avant Unit Lease File(s) |
| 39 | Stanley Stringer Unit Lease File(s) |
| 40 | East Hardy Unit Lease File(s) |
| 41 | Osage Hominy Unit Lease File(s) |

* The parties agreed on the legal description of these leases by reviewing files at the Osage Agency Office during the week of April 25, 2005.



**PLAINTIFF'S EXHIBIT B**