# In the United States Court of Federal Claims

No. 00-169 L

(E-Filed: May 17, 2005)

| | |
|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

ORDER

Further to the oral request by the parties for a conference with the court to clarify issues with respect to Plaintiff's Statement of Claims filed on May 12, 2005, a telephonic conference will be held on the record on Monday, May 23, 2005 at 9:30 a.m. E.D.T. Defendant will initiate the conference call.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge