# In the United States Court of Federal Claims

**00-169**

**Filed: 5/24/2005**

**THE OSAGE NATION**

**v.**

**THE UNITED STATES**

**Transcript of Proceedings Taken at Washington, DC**
**Before Judge Emily C. Hewitt on May 23, 2005**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.