**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: June 13, 2005 |
| v. | ) | No. 00-169 L<br>Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED 40-PAGE LIMIT UNDER RULE 5.2(b)(1)**

Defendant respectfully moves this Court pursuant to Rule 5.2(b) of the Rules of the Court of Federal Claims ("RCFC"), for leave to file an initial brief exceeding 40 pages. In support of this motion, Defendant states as follows:

(1) Defendant has contacted Plaintiff's counsel of record regarding this request and Plaintiff's counsel of record has consented to Defendant's motion to file an initial brief exceeding 40 pages.

(2) The Court's Order of April 15, 2005, requires Defendant, on or before June 13, 2005, to "file any dispositive motions with respect to legal authorities supporting recovery and time frames for which recovery is sought under each legal authority on or before Monday, June 13, 2005." Pursuant to this Order, Defendant intends to file Defendant's Motion to Dismiss, In Part, Plaintiff's Tranche One Claims, and Memorandum in Support Thereof ("Defendant's brief") on June 13, 2005. Defendant expects that the substantive portions of Defendant's brief, excluding the table and other introductory portions identified in RCFC 5.2(b)(1)(A) and (B), will exceed 40 pages, but will not exceed 55 pages.

(3) Defendant's brief addresses issues that require extensive discussion and analysis. Those issues include: (a) whether the Court has jurisdiction under the Tucker Act and the Indian Tucker Act over Plaintiff's royalty calculation, collection, and investment claims; (b) whether the Court should dismiss Plaintiff's royalty and calculation claims that are subject to an earlier filed

case; and (c) whether the Tribe's claims are barred by the statue of limitations in light of the Federal Circuit's recent holding in *Shoshone Indian Tribe of the Wind River Reservation v. United States*, 364 F.3d. 1339 (Fed. Cir. 2004), *cert. denied,* 73 USLW 3338 and 73 USLW 3415 (2005). In order to analyze these significant substantive issues in a full and adequate fashion, Defendant seeks leave to file an initial brief exceeding 40 pages. As stated above, Defendant expects that Defendant's brief will not exceed 55 pages.

WHEREFORE, Defendant respectfully moves for leave to file an initial brief exceeding 40 pages.

Respectfully submitted this 13th day of June, 2005,

KELLY A. JOHNSON
Acting Assistant Attorney General

By:

*s/ Brett D. Burton*

BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Attorney for Defendant

OF COUNSEL:

Martin J. LaLonde
John Martin
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663

Stephen Simpson
Attorney
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456

Jason R. Baron
Director of Litigation
Office of General Counsel
National Archives and Records Administration
8601 Adelphi Road
Room 3110, NGC

Washington, D. C. 20240
Telephone: (202) 219-1659
Fax: (202) 208-3490

College Park, Maryland 20740-6001
Telephone: (301) 837-1499
Fax: (301) 837-0293

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A
Washington, D.C. 20227
Telephone: (202) 874-2567
Fax: (202) 874-6627