# In the United States Court of Federal Claims

No. 00-169 L

(E-Filed: June 13, 2005)

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

The court has before it Defendant's Unopposed Motion for Leave to Exceed 40-Page Limit Under Rule 5.2(b)(1), electronically filed June 13, 2005. Based on the representations contained therein, the court GRANTS defendant's motion.

Pursuant to an informal telephonic status conference held June 13, 2005, the court accepted an unopposed oral motion by defendant to extend by one day the deadline set in the court's order of April 15, 2005 for defendant's filing of dispositive motions. See Order of April 15, 2005 (Order) at 3, ¶ 3. The court hereby GRANTS defendant's oral motion. Defendant shall file any dispositive motions as contemplated by paragraph three of the court's Order, see id., on or before Tuesday, June 14, 2005. The remaining deadlines set forth in the court's Order shall remain in effect.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge