# In the United States Court of Federal Claims

No. 00-169 L

(E-Filed: June 20, 2005)

| | |
|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

ORDER

The court has before it the parties' Joint Motion for Modification of April 15, 2005 Scheduling Order, electronically filed June16, 2005. Based on the proposals contained therein and pursuant to an informal telephonic status conference held June 17, 2005, the court hereby SUPERSEDES the first sentence of paragraph 1 and paragraphs 4 through 9 of its Order of April 15, 2005 (April Order), with the exception of paragraph 3 ("Dispositive Motions"), which shall remain in effect, as follows:

1. Fact Discovery. The parties have already complied with the deadlines set out in subparagraphs a-f of paragraph 1 of the April Order. The parties now expect that plaintiff's review of documents produced under subparagraph f shall conclude on or before Friday, July 1, 2005 and expect to determine at that time that certain documents relevant to the tranche one issues are missing. The parties have agreed to cooperate in the location and production of any such missing documents and in the taking of any additional depositions following the discovery of any missing documents. All fact discovery for tranche one issues, including all fact depositions, shall conclude on or before Thursday, September 1, 2005.

   The parties shall make deposition witnesses available at reasonably convenient locations and times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain

circumstances "as though the witness were then present and testifying." See RCFC 32(a).

2. Expert Discovery. Plaintiff's expert report(s) shall be submitted on or before Thursday, September 15, 2005, and defendant's responsive expert report(s) shall be submitted on or before Thursday, October 20, 2005. Plaintiff's rebuttal expert report(s) shall be submitted on or before Thursday, November 10, 2005.

3. Expert Depositions. All depositions of experts shall be completed on or before Thursday, December 1, 2005.

4. Meeting of Counsel. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, on or before Thursday, December 15, 2005.

5. Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, plaintiff shall file its Memorandum of Contentions of Fact and Law (Memorandum) on or before Thursday, January 12, 2006. Defendant shall file its responsive Memorandum on or before Thursday, January 26, 2006. Each Memorandum shall be accompanied by witness lists and exhibit lists and any motions contemplated by Appendix A ¶¶ 14, 15 and 16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date shall, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived unless justice shall otherwise require. Plaintiff shall file its responses to any motions filed by defendant on or before Thursday, February 2, 2006. Defendant shall file its responses to any motions filed by plaintiff with defendant's responsive Memorandum on or before Thursday, January 26, 2006.

6. Pretrial Conference. The pretrial conference will be held on Thursday, February 16, 2006 at 9:00 a.m. in the National Courts Building, 717 Madison Place, N.W., Washington, DC 20005. The parties shall bring to the pretrial conference at least three copies of any exhibit as to which an objection remains outstanding. The parties shall prepare and deliver at the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules, using the template attached.

7. Trial. Trial will be held on Monday, February 27, 2006 through Friday, March 3, 2006 and on Monday, March 6, 2006 through Friday, March 10, 2006. Trial will begin no later than 9:00 a.m. on each day. Trial will be held at the National Courts Building, 717 Madison Place N.W., Washington, DC 20005.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge