SALTWATER EASEMENTS:

The lessee will execute duplicate Saltwater Easement Forms. Upon completion, they should return the both copies with their bond of $5,000.00. The saltwater easement is $300.00 and should be made payable to the Bureau of Indian Affairs.

You need to check the document, to be sure that all blanks lines have been completed and that the proper signatures and notary has been completed. On all new easements, the word "New" is written in red above the contract number. If it is a renewal the word "Renewal" is written above the contract number.

When processing for approval, you should use the surname stamp on the file copy with the environmental stamp and you will also need to indicate on the date line the "effective date", if one is specified by Osage Tribal Resolution. Under the signature line of the Superintendent the current date is stamped. On the copy of the easement form for the lessee, you will have all the aforementioned stamps, except the environmental stamp.

The bond should be routed with the easement to the Superintendent for approval. At this point, you can then route the lessee's copy to the Realty Clerk for mailing.

NOTE: A copy of the easement form is provided.

COMMERCIAL SALT WATER EASEMENTS:

If a lessee, request a commercial saltwater easement the following steps should be taken:

1. Well location
2. History of the well
3. Name of the person or company hauling the salt water
4. Where the water is coming from (Osage County Only)
5. Is there a meter? Meter number?
6. What kind of record keeping and accounting procedures will be used.

When Minerals receives the letter they will review the information and set up a meeting with the Osage Minerals Committee for their review.

If the committee approves the Easement a resolution will be drafted and presented to the entire Osage Council for a vote.

Once the Resolution is approved the Commercial Salt Water Easement forms can be prepared and circulated for signatures along with the Resolutions.

SALT WATER DISPOSAL EASEMENTS

CFR –226.23

**PROCEDURES FOR PROCESSING A SALT WATER DISPOSAL EASEMENT**

1. Letter to the Superintendent, requesting a Saltwater Disposal Easement. The letter should list the following:
   a) Legal description of the disposal well.
   b) Legal description of the production wells
   c) Disposal well number
   d) Proposed lessee's name, address and telephone number
2. Two Saltwater Disposal Forms are prepared.
   a) Legal description of SWD well
   b) Legal description/production wells
   c) Disposal well number
   d) Proposed lessee's name
   e) Contract No. (new easements, stamp or print in red the word "NEW" above the contract number, if a renewal, print the word "RENEWAL" above the contract number.

The forms are to be mailed to the proposed lessee with a notarized, acceptance signature required. The cover letter should also request a surety bond or escrow in the amount of $5,000 and a payment of an annual fee of $300.00, payable to the Bureau of Indian Affairs tribal trust account PL 7386 706 105. A filing fee of $10.00, payable to the Bureau of Indian Affairs is also required. (See receipt samples)

After receiving the notarized signatures, the following procedures are to be implemented:

1. Check the returned SWD Easements to be sure that the proper signatures and notary has been completed.
2. Stamp the surname stamp on only one of the easement forms, with you the Realty Clerks name as the originator. Forms to be completed and signed by:
   a) Engineer – to check for the completion reports and approval
   b) Field Section – for visual check to see if well is properly equipped as a SWD well
3. Stamp the Environmental stamp on the "NEW" form (the form with the surname stamp). The Environmental Officer will review this location and sign. EPA approval is mandatory for NEW wells (as this is indicated by the word "NEW" stamped or printed above the Contract No.)
4. Upon completion of the required BIA approvals, the forms and the bond or escrow is to be routed to the Superintendent for approval.
5. The lessee's approved SWD easement can then be mailed to the lessee.

ANNUAL RENTAL PAYMENT FOR SALTWATER EASEMENTS:

CFR 226.23 and 226.9

PROCEDURES FOR PROCESSING ANNUAL RENTAL FOR SWD PAYMENTS

Three hundred dollars ($300) is to be paid on or before each anniversary of the effective date of an easement. After completion of the DI 1040 the following is to be followed:

1. The surname stamp is used on the copy of receipt for the easement file.
2. Write "computer" on line one – this will be the date that you entered payment into the SWD dbase.
3. Write the name of the Field-man is that area and the date that you delivered him a copy of the receipt (submit to him a copy after completion of the above).

Two weeks before the end of the month, print out a list of the SWD that are due the following month. This list is from the SWD Easement on dbase. Print and mail the reminder letter to lessees requesting the annual payment.

In the event payment had not been received on or before the anniversary date the following will be adhered to:

1. Letter to be sent to lessee requesting the annual payment with a penalty fee of $50.00 to be submitted within thirty (30) days following the anniversary date – include the due date. (Penalty fee is processed under the PL 7386 706 96, late charge account).
2. Immediate termination of the easement will occur, if in the event the annual rental payment and/or penalty fee has not been received by the thirty day due date. (send the easement file back to the field section for termination).
3. Renewal of an Easement – if following termination, the lessee requests a renewal of the easement, an annual fee of $300.00 plus a renewal penalty of $200.00 will be required within 90 days following the termination date (termination date stamped on the easement)
    a) If you receive the annual rental payment and the penalty amount with the 90 day period, then on the terminated file stamp/print "RENEWAL" above the contract number and send file back to the field section for the file to be rescinded and put through change orders. (penalty amount of $200.00 is processed under the Administrative Collections G06100/2004-2005/96530/5000.
    b) The easement is now returned to the active status and file in the vault.

Procedure: Lessees are required to furnish certified monthly reports by the 25th of each month, covering all operations, whether there has been production or not.

Step 1: On or before the 25th of the month following sales, the Osage Agency receives the producers Monthly Lessee Report Forms (133, 157 or 300)

Step 2: As the Monthly Lessee Reports are received daily, they are encoded into the dbase system.

Step 3: Royalty and volume information from the Lessee Reports are compared to the Dbase for concurrence with each other. This is done by the dbase exception report printout.

Step 4: The exception report printout indicates any discrepancies regarding volume and royalty for a lessees amounts compared to the dbase system's amounts. The following items are checked:
a) encoding errors
b) prior month adjustments not included or are included into current months totals (dbase)
c) lessee reports not furnished by producer
d) highest posted price not included or pulled into by dbase for total amount (dbase system)
e) consolidated leases not pulling in together (dbase system)
d) other problems

Step 5: If the exception report discrepancy involves royalty or volume discrepancy other than listed in Step 4, then the following is checked:
a) recheck the purchaser's run and check detail statements
b) if run statement is properly encoded, then the discrepancy may be the producers report
1 contact producer and report discrepancy either by mail, phone or both
2 if producer verifies the discrepancy was his fault, then a revised report is required
If a revised and/or missing report is not received by the due date indicated, then a penalty will be assessed.
In cases where the producer does not respond to the penalty letter(s), a report to the Field Section to "red seal" the tank (purchaser cannot pick up oil from this tank) and/or notification to the purchaser to hold the lessee's money in suspense until requirements are met.
3 if producer verifies that his check and run statement are what he reported, then a copy of his statement is requested, which is then verified with the purchasers statements.
4 call to the purchaser regarding the discrepancy (sometimes when there are any changes made by the purchaser, Osage will receive the correction and paperwork, but the lessee will not receive anything from the purchaser)
In cases where the lessee was paid more than Osage or were paid and not Osage, then a bill for collection for the additional amount will be furnished to the Purchaser.

Procedure: Tank Bottom Oil, which is low quality oil, is bought from the producers at very low rates, whereafter it can be purified and sold at much higher rates. Reclaimers pay the lessee, who is responsible for furnishing the Osage with Monthly Tank Bottom Reports and volume and royalty amounts.

Step 1: On or before the 25th of the month following sales, the Osage Agency receives the lessees Monthly Tank Bottom Reports.
On or before the 25th of the month following sales, the Osage Agency receives the reclaimers statements.

Step 2: If sales, a DI-1040 is completed

Step 3: The lessee's Tank Bottom Oil Report is matched against the reclaimer's statements.

Step 4: If discrepancies occur, the lessee and/or reclaimer are contacted.

Step 5: On personal computer, the tank bottom oil information is recorded into ledger

Step 6: On personal computer, the tank bottom oil yearly production report is produced.

Step 7: On personal computer, the monthly tank bottom oil report is produced.

Step 8: Memo to Field Section, if gravity to barrel ratio is detected, for review.

Step 9: Monthly Tank Bottom Report and Yearly Report are submitted to Accounting Supervisor, for information to include in Gross Production Tax disbursement and other statistical reports.

Procedure: Minimum Royalty: In no event shall the royalty paid from producing leases during any year be less than an amount equal to the annual rental specified for the lease. Any underpayment of minimum royalty shall be due and payable within 45 days following the end of the lease year. After the primary term, Lessee shall submit with his payment evidence that the lease is producing in paying quantities. . . . .
Payment for any underpayment not made within the time specified shall be subject to a late charge at the rate of not less than 1 1/2 percent per month for each month or fraction thereof until paid.

Step 1: Lessee is responsible for submitting any minimum royalty due. In most cases, when a lease is being verified that all reports are submitted and correct, all royalty payments collected and any field conditions are in satisfactory condition, due to assignments, bond and/or escrow release, minimum royalty is also verified.

Step 2: If the lease is in compliance with the required royalty amount, then it is released for processing assignments and/or bond release.

Step 3: If the lease has not met the above requirement, then a certified "Bill for Collection" is prepared.

Step 4: The lease is then monitored until payment is received. It is not released for processing assignments and/or bond release until the requested payment and late charge is received.

Step 5: When no response from the lessee occurs, then the individual bond/or escrow is notified for payment of said bill.
In the case when the Field Section has notified the bond/escrow company for payment due to plugging, etc., then the minimum royalty is checked and if royalty payment is required, the minimum royalty is collected first from the bond/escrow company.

MONTHLY CLOSING

Once everything is balanced and summarized, run a dbase summary of each purchaser (dbase statements screen). Compare the dbase summary to the dbase summary in each book to make sure nothing has changed (these are the same printouts). If the two summaries differ, then something has been changed and you need to find out what it is and correct it (run a sales printout and compare against check detail again).

Check the purchaser summary totals (summary received from each purchaser) against the oil report. If changes are needed (examples: purchaser sent an amended summary, wrong figure was encoded, something was left off original oil report), route an amended copy to the appropriate individuals. If any royalty amounts are changed, check this figure against the EFT oil figure (minus any royalty payments made by check) to make sure this still balances.

Enter the gross barrel total and royalty barrel total from the oil report in the daily production spreadsheet (Mr. B report, Lotus, saved as daprod.wk4). These figures will be entered in the estimated gross barrels and estimated royalty barrels columns. Add up the dbase purchaser summary sheets and enter the 100% barrel totals and the royalty barrel totals in the daily production spreadsheet in the balanced gross barrel and balanced royalty barrel columns.

The sales file must be locked when everything is complete. With the mouse pointer positioned on the windows start button, right click on the mouse, go to explore. In the folders, scroll down to the minerals drive (m:). Open the sales file; find the month you are locking (will look like this: 1199sold.dbf) Must be the file that ends with .dbf. Highlight, then right click on the mouse, go to properties, click on read only, then apply, then ok. The file is now locked.

Double check the DI 1040/EFT oil report for all receipts. Make sure that a copy of the receipts (that appear on the oil report) and backup info (copy of billing) are put in the appropriate purchaser books.

Put the final balanced copies of the 2 oil reports and the EFT report in the front of the miscellaneous book.

CFR 226.11 & 226.13

BILLING ADDITIONAL ROYALTY

Go to excel, minerals drive m:, open sales file, open All files open month you need (for example: 1199sold.dbf) File must be the one that says .dbf.

Delete all columns, except: Leasname, tdate, pdivord, HPP, T_Bbls, T-price, T_Amt, T_rate, T_rbbls, T_ramt, oilpurch.
To delete columns, highlight the column heading (A,B, etc.), go to edit, then delete.

Sort by oil purchaser so only those leases appear for the purchaser you are billing. To sort: position on row 2 of the oilpurch column, hit the A↓Z button. Delete all the oil purchaser #s except the one you are billing by highlighting the rows, go to edit, then delete.

Sort by pdivord. Position on row 2 of pdivord, then hit the A↓Z button. Delete all rows except the leases you are billing additional royalty on.

Format spreadsheet to look like the attached billing.

Go to the royalty column and compare the T_price and HPP for each run. When the HPP is greater than the T_price, do the following calculation: (When positioned in the royalty for that run date) +HPP * roybbls, enter. This will recalculate the royalty using the HPP.

Position at the cross section of the amount due row and royalty column to add up all the royalty for each lease as follows: hit Σ and then highlight the royalty you need totaled for that lease, then enter.

Position at the cross section of the purchaser check detail row and the royalty column, type in the amount paid from the check detail (for Eott <u>only</u>, use the amount from the Eott spreadsheet.

To calculate the difference between the amount due and the check detail, position at the cross section of the check detail row and the amt. due & ck. detail difference column and enter the following formula: +royalty amount due – royalty check detail.

Sum all totals in the amt. due & ck. Detail difference column by hitting the Σ button and highlighting amounts to sum.

Calculate late charge on the royalty amount due using the following formula: (total additional royalty * .015 * # months = late charge)

Do additional royalty letter.

OIL PRODUCTION REPORT

Enter the gross barrel, royalty barrel, and royalty amount information from each purchaser's summary into the report, separating the current month information from the prior month information.

Enter any information that pertains to royalty paid by check (indicate "paid by check" on the report) and royalty that was wired that was not included on the purchaser's summary (this usually includes payments for bills for additional royalty). The oil production report only includes royalty payments (NO LATE CHARGES).

Using the Trust Funds Transaction printout, verify all royalty payments (EFTs and payments made by check) and initial the TFT printout indicating that the amount has been verified. Go through the entire TFT printout and account for all purchaser transactions (Late charges will be accounted for on the DI 1040/Lt chg Oil Report). If the wrong receipt code was used, indicate the correction on the TFT printout so the code can be corrected.

The "Totals From Summaries" for the royalty amount minus royalty payments made by check, must equal the oil total on the EFT report.

When all purchasers are balanced, the amounts on the Oil Production Report must be verified (See MONTHLY CLOSING procedures).

EFT REPORT

On the Trust Funds Transaction Printout, identify all wire transfers by highlighting the Company Name and the amount.

n the 1st Funds Print Out → Enter the wire transfer information into the EFT report, indicating the purchaser #, the company name, amount deposited, and the date deposited and confirmed (separate the oil, gas, and sandy soil payments). Initial that each payment has been confirmed.

Summarize the amounts by the date of deposit. This total (figure 1) should equal the total for the amount deposited (figure 2) and the EFT total (figure 3).

In the OIL TOTALS section, add all royalty payments for oil only (do not include late charges). Verify that this royalty total (figure 4) equals the royalty total on the Oil Production Report minus royalty payments made by check.

In the GAS TOTALS section, add all royalty payments for gas only (do not include late charges). Verify that this total (figure 5) equals the EFT total on the Gas reports.

In the SDY SOIL TOTALS section, add all royalty payments for sandy soil only (do not include late charges).

The OIL TOTALS, GAS TOTALS, and SDY SOIL TOTALS will add up to equal the royalty total.

In the notes section, summarize all late charges made. Add the late charges and indicate this total below the ROYALTY TOTAL in the section marked "Plus: 1-3".

Enter the dates and amounts from the wire transfer sheets (wire information that the purchaser calls in) in the DATE CO CALL/WIRE and AMT TO BE WIRED sections.

If the wrong receipt codes have been used, place an asterisk beside the transaction and summarize this at the bottom of the EFT report.

DI 1040/LATE CHARGE OIL REPORT

Enter the purchaser information for the Electronic Fund Transfers for royalty EFTs only. This information is obtained from the Trust Funds Transaction printout. The Total EFT should equal the Oil Total on the EFT report (see attachment, figure 1).

Identify all other payments on the Trust Funds Transaction printout to indicate which bills, etc. were paid in that transaction month. All transactions must be accounted for on this report.

roy. checks

The top DI 1040 section is used only for royalty payments made by check. Using the receipt that you typed, enter the receipt and royalty information. The "TOTAL DI 1040'S AND EFT" must equal the royalty amount total from the Oil Production Report (see attachment, figure 2).

The bottom "96" section is used for all late charge payments (EFT's and checks). Using the receipt that you typed, enter the receipt and late charge information for those payments made by check. Using the Trust Funds Transaction Printout, enter the wire information and late charge information for payments made electronically.

roy. payments made by check

≠

lt. chg. payments

TRUST FUNDS

Go to the TN3270 icon, then Trust 3000. Enter your userid and password, then you second password and initials.

Use the ctrl key as the enter key. You may need to hit the ctrl key twice.

F3 takes you back to the previous screen. Always use F3 to back out of the system when you are logging off.

At selection, enter admin, then hit the ctrl key. At selection, enter tr, then hit the ctrl key. Enter the information as it appears on the attached printout (add the appropriate date). Leave the rec codes blank, this will list all transactions for all the codes. Use the tab key to move around. Hit the ctrl key.

At command, enter b, then hit the ctrl key. This will take you to the bottom of the list. Print screen the summary. The summary lists the codes that you will print in the next step. F3 to go back to the previous screen.

Enter the information as it appears on the attached printout. Also enter the appropriate date, then enter the first rec code (example: REC CODE: 31 TO: 31), then change view to print. Hit the ctrl key. This will take you to the printer screen. Change the printer ID to PRIR, then hit the ctrl key. F3 to go back to the previous screen. Do this for each rec code (skip the rec codes that are not ours). This is the trust funds transaction printout.

1st On the trust funds transaction printout, highlight all the EFTs. Draw a line at the end of each receipt code total. insert disc & get totals trust funds p/out

Go to excel, saved as master.xls. daily → .xls (receipts) bal. (w/comp. (trust fund) ↳ beg. of next mnth.

Go to sheet 1 and enter the information from the receipts into the spreadsheet. The reference # is the last 4 digits of the CV#00-#### on the receipts.

Highlight only the information you entered, then copy this information and paste to sheet 3. Sort by income code: click on the first # in the income code column, then hit the sort button (     ).

Go to sheet 2, click in the amount column for the first income code 31, hit the sum button (     ). Go to sheet 3 and highlight the amounts for all of income code 31, then hit enter. Do this for each income code.

Print two copies of sheet 1 and two copies of sheet 2. One copy will be placed with the receipts and the other copy will be placed with the John Vale reports.

*_

Using the printout from sheet 2, compare the total for each receipt code on the trust funds transaction printout minus any EFTs.

If there is a discrepancy, determine what it is by checking the receipt codes on the trust funds printout to see if all are encoded correctly and check the amounts and receipt codes on the spreadsheet to make sure they are entered correctly. If the wrong receipt code has been encoded on the trust funds printout, write the correct receipt code on the trust funds printout. Then on sheet 1, * the transaction on the spreadsheet and summarize at the bottom of the sheet.

Go to excel, saved as 0005bal.xls (or any other previously saved balance file). Enter the Trust Fund total for each receipt code from the trust funds summary that was previously printed. Enter the balanced total (+ EFT total when applicable) for each receipt code from the excel spreadsheet, sheet 2 (add the EFT total from the trust funds transaction printout to the sheet 2 total, when applicable). Summarize any difference.

Prepare the EFT report (see EFT procedures).

Correct the receipt codes that were encoded improperly on the trust funds printout. In the trust 3000 system, pull up the transaction by entering the information as it appears on the attached printout. Add the date of the transaction (example: DATE: 05/01/00 TO: 05/01/00) and the receipt code as it appears on the trust funds printout. Use view, hit the ctrl button. Highlight the transaction, then go to edit, then copy. Then go to excel and paste and print the transaction. Use the fix transaction fax sheet to correct the receipt code.

ENCODING

Encode oil lessee reports into Osage Dbase system on a day-to-day basis.

Go to 9 Lessee Reports, type month/year, hit Enter key four times to get to the screen needed, hit Find, hit Enter, it brings up the contract number prefix GO6-, then encode #'s from report. Additional prefixes come up by hitting the spacebar, they include IND-, 201-, 0406-. If the contract# does not come up, go to Index, and select from other listed topics to find the most convenient way to encode the report information.

Once the correct screen has been pulled up, arrow to Oil and encode the # from the bbls oil sold column(on the report), to the right of the SOLD, in the gray area(of lessee report screen), the curser should automatically arrow over to AMT, and encode the # from the royalty amount(dollars) column, to the right of the AMT, the curser should automatically arrow over to PROD, and encode the # in the bbls oil produced column to the right of the PROD, the curser should automatically arrow over to REPORT, and encode the actual date stamp on the report.

The lessee can be 1 barrel above or 1 barrel below what the transporter reported. The lessee can be 2% above or 2% below what the transporter reported.

When the information provided on the report is not correct, the report is flagged and a request for an amended report letter with a 10 day deadline is sent after reports are encoded.

Review oil lessee reports to ensure reports are submitted in a timely manner and verify reports are in compliance such as, but not limited to, lessee name, address, phone number, contract number, division order number, legal, purchaser, royalty rate, gross barrels, production, sales and well information and the volume and royalty has been credited accurately to each lease.

When there is more than one lease on a report, after all the lease are encoded, scroll down to List and hit #7 to show what has just been encoded and make sure the screen matches the report information.

BOOKING REPORTS

Assemble oil lessee reports into booklet form, separated as to purchaser with sales and purchaser without sales, and file booklets accordingly. Last months' reports are received daily and filed by purchaser and alphabetically in an accordion file until the 25th of the current month. A book is made up of the zero reports by the alphabetized purchasers. The sales books are Coffeyville, Link, Conoco/Plains/Sun, & Miscellaneous(small purchasers). Every month 5 books are encoded. Throughout the rest of the month, amended and missing reports come in and are encoded as soon as received.

EXCEPTION REPORT

Print lessee exception report.

Check actual lessee report for encoding errors and make changes if needed(if changes correct report, go on to next lease on exception report).

Go to list 7, check barrels and royalty(by accounting month) for the month being researched. If a discrepancy occurs, go to list 7, check barrels and royalty by production month to see if there is a PMA(prior month adjustment) that corrects the discrepancy. Make a printout if there is a discrepancy(shift +print screen). Use list 8 to check for missing reports, if so, make a printout.

If ticket royalty is less than what the lessee reported for royalty, then go to statements and check to see if HPP is greater than the ticket royalty. If so, add up royalty in the royalty due location, if it does not match, write this amount on the printout of the Utility 2 screen.

If lessee is reporting sales and purchaser is reporting 0, use list 6 and check by production month to see if the statement was posted to another month. If it shows no sales, go into statements for that month and try to pull up the lease by the division order. If a property# was not issued at the time the statement was encoded, it will not post the statement back to the master file. Add up the barrels and royalty due for all of the runs for the lease and compare to the lessee report information as usual.

Pull lease file to verify the correct lessee. Fill in lessee information on form letter requesting amended and/or missing report information needed with a 10 day deadline. Print letters and keep copy in amended file.

Encode amended reports as they are received, when encoding, do not change the date of the original report in the computer. Amended file needs to be checked according to the deadline dates on letters sent to make sure requested reports have been turned in. Pull letters due and check in master to see if they have been encoded(list 7), if not received or if reports have been received, but are still wrong, penalty letters need to be sent.

In the CFR Part 226.13 (c) it states, Failure to remit payments or reports shall subject Lessee to further penalties as provided in Part 226.42 and 226.43 and shall subject the division order to cancellation. If there is no response to the letter requesting amended and/or missing reports, a penalty letter is initiated with a deadline of 10 working days. A $50.00 penalty will be assessed with the statement that "if the reports and/or penalty are not received by the deadline, the leases will be subject to the following: cancellation of the lease(s), the tanks will be sealed and/or their proceeds will be held in suspense. Repeat offenders will be subject to additional fines"(certified mail and letter surnamed by supervisor). If no response, a "request for action" form will be sent to the Field Section Supervisor and copy to the Accounting Supervisor on request to seal tanks or cancellation of leases. To request proceeds be held in suspense, the original "request for action" form goes to the Accounting Supervisor, and a copy to the Field Section Supervisor.

MISSING REPORT

Go to lessee reports, punch in month/year, go to list missing oil reports, then send list to printer.

Go to master file, pull up the lease. Use list 1 to determine consolidation. If it is a consolidated lease, identify if the other quarter sections are listed on the missing reports printout and research these together.

Review the Dbase master screen to determine if the lease is in its primary term. Identify the lease date in the master file screen and primary term(listed in months). Calculate the end of the primary term by adding the amount of months listed in the primary term space to the lease date. If a lease is still in its primary term, then the lessee is not required to send in reports. Exception: If the lessee has sales which occur during the leases primary term, then the lessee must send in reports from then on.

Reports may be under a terminated contract. Use select 6 to view all contracts. Use index 4 to view by legal description, then scroll forward and backward to check for a terminated contract.

Use list 8 to check for missing reports on all the ¼ sections of a lease. If one quarter section indicates a report is in, then pull the book and check. Check for terminated contracts to see if they have been encoded under the terminated lease.

Go into lessee reports and pull up the lease to check if it has been encoded and is not posting back to the master screen.

Pull lease file to verify lessee.

Type letter indicating missing reports with a 10 day deadline.

Fill in lease information on excel spreadsheet that logs when reports and penalty come in.

In the CFR Part 226.13 (c) it states, Failure to remit payments or reports shall subject Lessee to further penalties as provided in Part 226.42 and 226.43 and shall subject the division order to cancellation. If there is no response to the letter requesting amended and/or missing reports, a penalty letter is initiated with a deadline of 10 working days. A $50.00 penalty will be assessed with the statement that "if the reports and/or penalty is not received by the deadline, the leases will be subject to the following: cancellation of the lease(s), the tanks will be sealed and/or their proceeds will be held in suspense. Repeat offenders will be subject to additional fines"(certified mail and letter surnamed by supervisor). If no response, a "request for action" form will be sent to the following: Field Section Supervisor, copy to the Accounting Supervisor on request to seal tanks or cancellation of leases. To request to have proceed held in suspense, the original "request for action" form goes to the Accounting Supervisor, and a copy to the Field Section Supervisor.

RECEIPTS

Complete DI-1040 receipt for payments such as, but not limited to, penalty, oil, gas and other minerals royalty, showing necessary information, verifying amount paid, and returning, in a timely manner, to cashier for use in deposit tracking. A blue/pink receipt is received when a lessee pays their penalty. Pull the penalty letter out of the penalty file in order to complete the receipt with the correct information. Line up the receipt in the provided typewriter, hit code and #7(TW/WP), hit #4, hit arrow right key 5 times till you see pnlty, hit Return key, then C and S. This will type necessary information for you, at the Stop code type the lessee's name who sent the money, then hit code 0. It will type to another Stop code, type in the month/year of the reports requested, then hit code 0. This will finish out, hit code and #7. Roll back up to the first line of the paragraph and tab over to the columns, type 1(for quantity), 00.00(for cost, it is usually 50.00), ea.(for per), 00.00(for amount, usually $50.00, line decimal with vertical line).

Roll down to under the Accounting Classification line, hit code and #7, hit arrow key 9 times till you see GO6, hit Return key, then C and S. This will type necessary information for you, at the Stop code type 00.00(it is usually $50.00), then hit code 0, it will finish typing till the final Stop code and type in today's date, then hit code 0 to complete the typing. Hit code #7 to get out of the memory. Pull out the receipt, lift up the blue sheet and the carbon and sign your name by the typed Minerals. Pull off the very back green sheet and carbon for filing in the purple Penalty Log file(alphabetically).

PRODUCTION

Double click on the Dbase icon, logon screen appears, enter password, press enter key twice.

Select 1 master lease database by pressing enter key 4 times.

Use arrow keys to Select, hit enter. Use arrow keys to highlight 6 All Contracts, hit enter. This allows viewing active leases as well as terminated leases.

Use arrow keys to Index, hit enter. Use arrow keys to 4 legal, this allows searching by legal description.

Use arrow keys to Find, hit enter. Enter legal description you want to view.

Select next and previous shows if there is more than one screen for the legal description selected.

Use arrow keys to list, hit enter, highlight 1 oil consolidation, hit enter. This indicates if there are other quarter sections that are consolidated with the legal description you are viewing.

Use arrow keys to list, hit enter, highlight 8 lessee rpts by contract#, hit enter. Enter year, oil or gas, yes to print or no not to print.

Use arrow keys to list, hit enter, highlight 9 lessee reports by legal, hit enter. Enter year, oil or gas, yes to print or no not to print.

Always view both list 8 lessee reports by contract# and list 9 lessee reports by legal. Compare the two results. If they differ, there is a lease with either a duplicate contract# or a duplicate legal description. Get supervisor to help decipher results.

When viewing list 8 lessee report by contract# and list 9 lessee reports by legal, if the date received column does not indicate a date, then the lessee has not submitted reports for that particular month.

The cost of the production for the lessee if $1.00 a sheet. For production before 1979, the books are in the pink two drawer by the Gas Accountant. The books are in order according to the township and range. The lessees name and address, # of leases and # of years requested are compiled and given to the lease compliance technician for proper billing.

CUSTOMER SERVICE, MAILOUTS

Provide customer service, such as, but is not limited to: answering telephone calls, taking messages, direct calls, pull files and make copies of leases and related documents and assists in accounting related distributions of large mailing information. During the first of every month the Highest Posted Price letter is xeroxed front and back for 550 copies. The copies are tri-folded and inserted in envelopes on the Pitney-Bowes folding machine. The stuffed envelopes are labeled and the mail person is informed of the mailout for the following day's mail.

# TRUST FUND ACCOUNTING SYSTEM 3000

PL7386 706

Each month the Trust Fund Accounting System 3000 is compared with the DI-1040 (Bill for Collection) documents and the EFT Report (Oil and Gas Accounting document) for accountability.

Documents required:

DI-1040 (Bill for Collection) and Summarized Reports
EFT Report
TFAS monthly printout

The following steps are required to print the TFAS monthly printout to compare with DI-1040 and EFT reports, to modify inaccuracies, if applicable and to produce the final Balance Sheet.

Procedure: Open the SEI screen in the computer containing the TFAS icon. A password and user ID are required. In the first selection screen, type in **admin** and enter, in the second selection screen type in **tr** and enter. This is the main screen used to receive instructions to obtain information. Type in PL7386706. Type in the date of the month you are requesting, by first day and last day of the month. In the first column labeled CASH RECEIPTS: type in an x. In the second column labeled DISPLAY RCPT/ DISB CODE #:, FULL DETAIL:, and SUMMARY OF TRX: type in a y for all three. (Use this screen to in order to view or to print documents that were entered into the TFAS system)

Instructions to print the TFAS receipt codes for the month: In the main screen, enter twice for the next screen. In the COMMAND section, located at the top, type in **b** (the end of the report will appear, listing a summary of the receipt codes for the month) Print screen-summary. Tab the F3 key twice to return to the main screen. In the second column labeled REC CODE:, type in the first receipt code, from the summary, in both places. At the bottom of the screen labeled VIEW OR PRINT: type in the letter p and enter twice. The print screen will appear. In the printer ID, type in PR 1r and enter twice. The main screen will appear, repeat this process until all the required receipt codes are entered. Tab the F3 key to back out of the system. Receive the TFAS computer printout sheets from the stand alone printer. From this computer printout, the accounting staff compares this information with their individual receipts.

Balance Sheet: Lists the monthly revenue from the TFAS system compared to the DI-1040 and EFT reports.
Balance Sheet worksheet:

Enter amount from the Trust Fund printout to the applicable receipt code
Enter amounts from the DI-1040 and/or EFT Reports to the applicable receipt code
If same amounts, then balanced.
If a difference occurs, the DI-1040 receipts and EFT receipts are checked against the TFAS printout to locate the difference and corrected. (OTFM forms are used to correct any discrepancies and faxed to Albuquerque OTFM for correction)

The grand total from the monthly Balance Sheet indicates all money collected in the Branch of Minerals for that month.

# HIGHEST POSTED PRICE BULLETIN

CRUDE OIL

25 CFR 226.11 (a)(2)

Documents required:

Oil Production Report (the previous 2 month back report)
Top 95% Purchaser Report
Purchaser's Monthly Crude Oil Price Bulletins

The Osage Agency Highest Posted Price Bulletin is compiled and distributed the first week of the month.

Procedure: To produce the "Top 95% Purchasers Report"
From the Oil Production Report (the previous 2 month back report), the individual totals of the Gross Barrels are entered into a worksheet, from highest to lowest amounts, of all the purchasers who collected oil from Osage County, Oklahoma. (formula: purchaser total divided by grand total to get individual percent, then added to each total to reach 100%) From the percentages, the top 95% of the total purchasers are then indicated. Thus the top 95% purchaser's Crude Oil Price Bulletins will be utilized to obtain the Highest Posted Price that the Osage Agency will distribute to purchasers and producers, who will pay royalty on their actual selling price, but at not less than the highest posted price.

From the Purchaser's Crude Oil Price Bulletins, obtained by mail or fax, the next step is to list the daily prices from each Bulletin into a worksheet. From this worksheet, the highest price for each day from each purchaser is obtained. Also from this worksheet, the days are categorized according to price, thus indicating how may price changes occurred during the month.

From the above worksheet, the information obtained is entered into the "Osage Agency Pricing Schedule" indicating in columns the day(s) and the price pertaining to said day(s), for each day and price change. The API gravity is checked with the purchaser's crude oil price bulletin, indicating amount per barrel for each degree above or below a certain degree.

A cover letter, signed by the Osage Agency Superintendent, indicates the price, days (categorized according to price) and the names of the purchaser who paid said price for the day indicated.

The Highest Posted Price cover letter and schedule is faxed to purchasers, who request a fax copy. The Highest Posted Price cover letter and schedule is mailed to purchasers and producers who sell or buy oil in Osage County. A total amount of 525 copies are duplicated for distribution.

# GROSS PRODUCTION TAX

QUARTERLY PAYMENT

Public Law #360, Sixty Sixth Congress
Approved April 25, 1940, 54 Stat 168
Amended to read: 1/5 to Osage County
1/2 construction and maintenance of roads and bridges
1/2 maintenance of common schools of said county as provided by law

Documents required:
Monthly Oil Production Reports (3 production months)
Monthly Gas Production Report (3 production months)
Monthly Tank Bottom Oil Report (3 production months)
Any other report required for deductions and/or inclusions

Procedure: Encode OIL & TANK BOTTOM information from the above required reports as follows:
(Excel worksheet set up on computer)
OIL: Gross Barrels, Royalty Barrels and Royalty Amount
Tank Bottom: Net Barrels, Royalty Barrels and Royalty Amount:

Encode GAS information from the above required reports as follows:
(Excel worksheet set up on computer)
Gas: MCF Gas and Royalty
Liquids: Gallons and Royalty

Multiply grand total Oil & Tank Bottom ROYALTY amount by 5% to get the Gross Production Tax.
Multiply grand total Gas ROYALTY amount by 5% to get the Gross Production Tax.

Distribution: Gross Production Tax estimate is sent to Albuquerque OST and to the Tribal Internal Auditor in order to compute the Quarterly Headright Payment. Following is the timeframe for this distribution:

| | | | |
|---|---|---|---|
| For Annuity Payment Month: | March | GPT Due Date for OST/Albuquerque: | February 8 |
| For Annuity Payment Month: | June | GPT Due Date for OST/Albuquerque: | May 8 |
| For Annuity Payment Month: | September | GPT Due Date for OST/Albuquerque: | August 8 |
| For Annuity Payment Month: | December | GPT Due Date for OST/Albuquerque: | November 8 |

Gross Production Tax payment request is sent to Office of Special Trustees located at the Osage Agency and to the Oklahoma Tax Commission, Oklahoma City, quarterly by the following documentation:
Standard Form 1034 (Public Voucher)
Standard Letter signed by BIA/Osage Agency Superintendent
Oil and Gas Royalty Schedules indicating the 5% Gross Production Tax computations
if applicable, any other report/schedule indicating royalty deductions or inclusions

Gross Production tax payment schedule is as follows:

| | | | | |
|---|---|---|---|---|
| Quarter Ending: | March | (Jan, Feb, Mar) | Payment Due: | June |
| Quarter Ending: | June | (Apr, May, Jun) | Payment Due: | September |
| Quarter Ending: | September | (Jul, Aug, Sep) | Payment Due: | December |
| Quarter Ending: | December | (Oct, Nov, Dec) | Payment Due: | March |

Distributed to: **OST/Osage Agency**
Original Standard Form 1034
Copies of Oil and Gas Royalty Schedules
Copies of any other report/schedules
Copy of Standard letter signed by Superintendent

**Oklahoma Tax Commission**
Original letter signed by Superintendent
Original Oil and Gas Schedules
Original other reports/schedule
Copy of Standard Form 1034

**Tribal Internal Auditor -** Copies of everything sent

# GAS

# ACCOUNTING

# PROCEDURES

## *MONTHLY GAS REPORTS for closing out the month cont'd*

All of your totals should be pulled into this summary.

If a purchaser has paid for two months this month you will note it at the bottom of this summary. Or any notes you have. Print the summary out.

Give a copy of these two reports to the Accounting Specialist for the Tribal Auditor.

Go over the Tribal Trust Funds summary and check off all of the gas receipts and EFT's received for the month.

Add all of the receipt and compare the total to the report you prepared for the gas receipts. The two totals should match. If a discrepancy is found make sure you were given all the receipts.

Add the EFT's from the Tribal Trust Funds summary and check off all the gas EFT's. Compare this to the Electronic Fund Transfers box totals that you prepared for the gas EFT's. If a discrepancy is found make sure you were given all the EFT's for the month.

Give this print out back to the Accounting Specialist when you are finished.

You will be given a folder to indicate where you are on each purchaser and lessee book from the Accounting Specialist. Fill out this information and give it to the next person on the list.

A copy of the reports given to the Accounting Specialist should be filed in the file labeled "reports to john vale". This file is in the right hand bottom drawer of the gas accounting desk.

## *GROSS PRODUCTION TAX*

Gross production tax is paid at a rate of 5%. However, the rest of the state pays in a tax rate of 7%, monthly. The Osage Agency pays quarterly.

Open the file a GROSSPRODTAX2001 in Excel.

Click on the tab WKST04 to open.

Encode the volumes and royalty from the Gas Schedule you prepared earlier to the correct month.

Make any adjustments such as adding or deleting purchasers as needed.

Make sure the three months total across and down are correct.

Print the worksheet out and file in "gross production tax" folder in the bottom right hand drawer in the gas accounting desk.

Hide the month columns on both the volumes and royalty and print just the purchaser names with the total volumes and royalty.

Click on the tab RPT04.

Take the worksheet you just printed out↑ and encode the purchaser, volumes and royalty into the spreadsheet.

Print this out for your file record.

Give a copy of the 1st worksheet you printed out to the Accounting Specialist.

File all three worksheets you printed out in the in "gross production tax" folder in the bottom right hand drawer in the gas accounting desk.

MISSING REPORT

Go to lessee reports, punch in month/year, go to list missing oil reports, then send list to printer.

Go to master file, pull up the lease. Use list 1 to determine consolidation. If it is a consolidated lease, identify if the other quarter sections are listed on the missing reports printout and research these together.

Review the Dbase master screen to determine if the lease is in its primary term. Identify the lease date in the master file screen and primary term(listed in months). Calculate the end of the primary term by adding the amount of months listed in the primary term space to the lease date. If a lease is still in its primary term, then the lessee is not required to send in reports. Exception: If the lessee has sales which occur during the leases primary term, then the lessee must send in reports from then on.

Reports may be under a terminated contract. Use select 6 to view all contracts. Use index 4 to view by legal description, then scroll forward and backward to check for a terminated contract.

Use list 8 to check for missing reports on all the ¼ sections of a lease. If one quarter section indicates a report is in, then pull the book and check. Check for terminated contracts to see if they have been encoded under the terminated lease.

Go into lessee reports and pull up the lease to check if it has been encoded and is not posting back to the master screen.

Pull lease file to verify lessee.

Type letter indicating missing reports with a 10 day deadline.

Fill in lease information on excel spreadsheet that logs when reports and penalty come in.

In the CFR Part 226.13 (c) it states, Failure to remit payments or reports shall subject Lessee to further penalties as provided in Part 226.42 and 226.43 and shall subject the division order to cancellation. If there is no response to the letter requesting amended and/or missing reports, a penalty letter is initiated with a deadline of 10 working days. A $50.00 penalty will be assessed with the statement that "if the reports and/or penalty is not received by the deadline, the leases will be subject to the following: cancellation of the lease(s), the tanks will be sealed and/or their proceeds will be held in suspense. Repeat offenders will be subject to additional fines"(certified mail and letter surnamed by supervisor). If no response, a "request for action" form will be sent to the following: Field Section Supervisor, copy to the Accounting Supervisor on request to seal tanks or cancellation of leases. To request to have proceed held in suspense, the original "request for action" form goes to the Accounting Supervisor, and a copy to the Field Section Supervisor.

PRODUCTION

Double click on the Dbase icon, logon screen appears, enter password, press enter key twice.

Select 1 master lease database by pressing enter key 4 times.

Use arrow keys to Select, hit enter. Use arrow keys to highlight 6 All Contracts, hit enter. This allows viewing active leases as well as terminated leases.

Use arrow keys to Index, hit enter. Use arrow keys to 4 legal, this allows searching by legal description.

Use arrow keys to Find, hit enter. Enter legal description you want to view.

Select next and previous shows if there is more than one screen for the legal description selected.

Use arrow keys to list, hit enter, highlight 1 oil consolidation, hit enter. This indicates if there are other quarter sections that are consolidated with the legal description you are viewing.

Use arrow keys to list, hit enter, highlight 8 lessee rpts by contract#, hit enter. Enter year, oil or gas, yes to print or no not to print.

Use arrow keys to list, hit enter, highlight 9 lessee reports by legal, hit enter. Enter year, oil or gas, yes to print or no not to print.

Always view both list 8 lessee reports by contract# and list 9 lessee reports by legal. Compare the two results. If they differ, there is a lease with either a duplicate contract# or a duplicate legal description. Get supervisor to help decipher results.

When viewing list 8 lessee report by contract# and list 9 lessee reports by legal, if the date received column does not indicate a date, then the lessee has not submitted reports for that particular month.

The cost of the production for the lessee if $1.00 a sheet. For production before 1979, the books are in the pink two drawer by the Gas Accountant. The books are in order according to the township and range. The lessees name and address, # of leases and # of years requested are compiled and given to the lease compliance technician for proper billing.

## *REQUEST FOR ACTION FOR FIELDMEN*

If you have a report that has not had production in the past six months and it does not produce any oil then you will do a request for action.

Open the file ACTION in Excel.

Fill out the spreadsheet with the information it asks for.

There is a folder in the bin on the wall to the right of the computer labeled "Request for action" in this folder there is a laminated sheet that tells you what fieldman has what quarter section. You can use this to identify who to give the request to.

Make two copies of the request and give one to Acting Branch Chief and the other to the Petroleum Supervisor.

Give the fieldman ten working days to take action on this. If they don't get it done in the ten working days, then do a second request for action. Notify the Petroleum Engineer Supervisor that you are doing a second request.

When the request comes back in from the fieldman file it in the lease file.

## *CHANGE ORDERS FOR GAS*

When the change orders come in go through and make the adjustments that need to be done. Examples would be as follows:

Change of purchaser: this is very rare that this happens. If it does, change the meter number on the spreadsheet that it is affecting and the tab labeled "con" will need to be updated with the new meter number.

Consolidation: If adding or deleting a quarter section, open the spreadsheet that is being affected, then click on the tab labeled "con" and add or delete the quarter from the existing spreadsheet. Make a note to the side of the spreadsheet of the change order number and what you did.

Termination: If terminating a gas meter, go to the spreadsheet and click on the tab labeled "con". Highlight the meter and quarters being terminated and make a note on the spreadsheet to the side of the quarters being terminated. Then delete them from the spreadsheet under the remaining months left for the year.

When finished reviewing the change orders initial the change order and when finished with the book sign and date it.

Make sure it was changed in the dbase. (This should have all ready been done before you receive the change order, but sometimes it is not done or a mistake was made)

If a mistake was made put a sticky on the change order and give to the Accounting Specialist to review.

## *GAS CONTRACTS*

Periodically you will be given a gas contract in triplicate to look at for approval. Upon reviewing the gas contract you will need to take note of many different things such as, but not limited to:

The gas price (which indexes will be used and are these available to the Agency)
The gas contract percentage (if a POP contract with a sliding scale)
The delivery point (wellhead or CDP)
Who will be paying the Royalty?
Term of the contract (how long is the contract for)
What quarters are covered under the contract (is there one, several or is it an interruptible contract)
Are there going to be deductions for inerts (if so, what are they)
BTU (is it going to be done semi-annually) (according to Regs, it should be done semi-annually)

Take note that you should be aware of what the Code of Federal Regulations says about the gas. Many of these regulations are addressed in the gas contracts.

If there is something you are not sure about in the gas contract you will need to advise the Acting Branch Chief of your concerns and also the Accounting Specialist. Together you all can address this issue together to come to a conclusion if this is a good deal or not.

Gas contracts are very time consuming and should always be read all the way through. It will take a long time to learn what you are looking for and to make the decision if the contract is in the best interest of the Tribe. Always keep in mind, these were written by Attorneys for the gas purchaser. Don't be afraid to ask the Branch Chief if something does not seem right with the gas contract.

When you are finished reviewing the gas contract and you are in agreement with the contract then you will sign off on it. If you are not in agreement, give it to the Accounting Specialist to review your concerns.

The gas contract will come back to the gas desk after is has been approved by the Superintendent. File with the old gas contract, if this is an updated gas contract. The old contract is in the vault. Make sure you update the lessee name, purchaser and royalty rate on the label. Then update the lessee name on the side of the contract.

If the contract is for a brand new quarter, then make a gas contract folder with a label of the name of operator, purchaser and royalty rate. Put the name of the operator on the side of the contract file.

You will also need to update this contract on the purchaser spreadsheet under the "cont" tab and the individual remaining months.

If the gas contract is to be terminated, make a label advising the contract is terminated and make sure there is some correspondence in the contract file showing why the contract is terminated. File the terminated contract at the end of all the other contracts in the vault.

All gas contracts are not the same. So don't take it for granted that they

BOND RELEASES AND DIVISION ORDERS'

If a lease is terminated you will be given the lease files for the terminated lease to review. Go through the assignments or bond release and check each quarter section to make sure all the gas reports have been submitted and are correct. If you have a missing report, pull the book for the month that is missing and see if the report was submitted but not encoded.

If it was submitted and is correct encode it into the dbase.

If the report was submitted and incorrect look for the corrected report in the amended lessee reports in the right overhead bin at the gas accounting desk. When you find it, encode it into the dbase.

If not submitted, request it from the bond holder. Let the bond holder know that their bond will be held up until all reports are submitted correctly into this office. When comes in encode the report into the dbase after making sure it is correct.

Sign off on the bond or assignment and give back to the Realty Specialist or Realty Clerk. (Whoever gave you the files to review)

Occasionally you will have to notify the purchaser when the division orders are not submitted for approval.

Call the purchaser and give them the operator, legal, contract number, meter station number etc..... And request that they get the division order sent in immediately to the attention of the Realty Specialist. Let the Realty Specialist know you requested the division order.

## GAS CONTRACTS:

Upon the receipt of a gas contract, you should pull a blank form letter and check list. Various types letters and check lists have been completed for different companies and are attached.

The terms of the gas contracts should be the same with each contract. But you will have some unusual situations where the terms will vary.

STEPS FOR APPROVAL OF GAS CONTRACTS:

1. Compete all information on the check list.
2. Pull all lease files and make note on the bottom of the check list as to the ownership of the lease, contract number, type of lease and royalty interest.
3. When you have the lease files pulled, you must verify that the name of the operator and name of the "Seller" on the contract are exactly the same. There can be no discrepancies.
4. Also, check to see if there is a base production or volume, if there is, use the extra schedule at the bottom of GPM check list and xerox it on to the ANGI check list and write "Volume less than (whatever is on the contract)" next to the schedule at bottom.
5. If the contract is an Amendment to the original contract, you should complete all the aforementioned steps and pull the original contract to verify the information and why the amendment is being made.
6. When all information is completed, you then complete the information on the form letter and give to the Clerk for typing.
7. The routing for surnaming is: Typist, Supvy. Realty Specialist or Realty Specialist (depends on who prepared the check list, etc.), Gas Engineer and N. Barker. All letters are prepared for the Superintendent's signature.
8. After the Superintendent has signed all the appropriate copies, it will be returned to Minerals and should be routed to Gas Accounting Clerk for encoding into the computer. The letter is returned to the Clerk and is ready to be mailed to the proper individuals.

# FLOW CHART
# HIGHEST POSTED PRICE BULLETIN
# ACCOUNTING STEPS

Document Required: BIA O&G Accounting Monthly Oil Production Report (2 months previous)

The Gross Barrels are entered into a lotus worksheet, from highest to lowest, from purchasers who collected oil from Osage County, Oklahoma.

Each purchaser total divided by grand total to determine individual percent (reaching 100%) From the percentages, the top 95% of the purchasers are determined. From these purchasers, their Monthly Crude Oil Bulletins are utilized to determine the higest price of each day of the month.

Purchasers Monthly Crude Oil Price Bulletins are received by mail or fax and the daily prices are entered into a lotus worksheet, where the highest daily price determined from each purchaser is obtained. The days are categorized according to price, indicating the number of price changes occuring during the month.

From the above worksheet, an Osage Agency Pricing Schedule is prepared indicating the highest price for each day of the month.

From the above worksheet, a cover letter, signed by Superintendent, indicates highest price paid by day and names of purchasers who paid said price.

Highest Posted Price letter and price bulletin are faxed to purchasers who purchase oil in Osage County, Oklahoma.

Highest Posted Price letter and price bulletin are mailed to purchasers and producers who sell or buy oil in Osage County, Oklahoma.

Highest Posted Price letter, bulletin and supporting documents are labeled and filed.

# FLOW CHART
# GROSS PRODUCTION TAX
# ACCOUNTING STEPS

Documents required:
Monthly Oil Production Reports
Monthly Gas Production Reports
Monthly Tank Bottom Reports
(for 3 production months)

In a lotus worksheet, the oil and tank bottom info are encoded by month (3 mos) (oil - gross barrels, royalty barrels and royalty amount) (tank bottom - net barrels, royalty barrels and royalty amount) A grand total from the 3 mos is determined.

In a lotus worksheet, the gas information is encoded by month (3 mos) (Gas - MCF gas and royalty) and (Liquids - gallons and royalty) A grand total from the 3 mos is determined.

The grand royalty total from the oil and tank bottom amount is multiplied by 5% to produce the Gross Production Tax. The grand royalty total from the gas amount is multiplied by 5% to product the Gross Production Tax.

Estimate deadline:
February 8 - Annuity Payment for March
May 8 - Annuity Payment for June
August 8 - Annuity for September
November 8 - Annuity payment for December

Gross Production Tax estimate is sent to Albuquerque OST and Internal Tribal Auditor in order to compute the Quarterly Headright Payment.

GPT payment deadline:
March - Quarter ending December (Oct, Nov & Dec)
June - Quarter ending March (Jan, Feb and Mar)
September - Quarter ending June (Apr, May and Jun)
December - Quarter ending September (Jul, Aug and Sep)

Payment request and supporting documents sumbitted to OTFM/Osage Agency for payment process.

Payment request and supporting documents submitted to the Tribal Internal Auditor for his file.

Payment request and supporting documents submitted to Oklahoma Tax Commission for their files.

Documents are labeled and filed for audit.

# FLOW CHART
## OTHER MINERALS AND
## COMMERCIAL EASEMENT FOR SALTWATER DISPOSAL WELL
## ACCOUNTING STEPS

Permits are processed through the Oil & Gas Accounting Branch and subject to 25 CFR Part 214.

⇩

An individual or company is required to send letter to Superintendent requesting permit with required pertinent information.

⇩

When required letter is received, a copy is submitted to the Osage Minerals and Mining committee for review, wherein an Osage Tribal Resolution is prepared granting permit.

⇩

If applicable, an Environmental Survey is conducted.

A permit is prepared in a Microsoft Word program and sent to the prospective lessee for notorized signature, corporate seal, etc.

Lessee is required to obtain a bond or escrow in amount according to areage.

When prospective lessee returns signed and notorized permit, it is routed for Osage Tribal Chief's notorized signature.

When required Osage Tribe's signature is received, the bond or escrow and permit is submitted to the Superintendent for signature.

Lessee is required to submit a $100 annual minimum royalty (or amount according to OTC resolution) and a $10 filing fee.

An approved permit is submitted to lease management for internal change order routing system.

A copy of approved permit, escrow or bond and OTC resolution is distributed to the lessee for his records.

Monthly report forms are prepared in Microsoft Word and submitted to lessee, as he is required to submit monthly production and royalty reports.

Permit file is prepared, labeled and filed in the Mineral's vault.

# FLOW CHART
# OIL PRODUCTION
# ACCOUNTING STEPS



# FLOW CHART
# GAS PRODUCTION
# ACCOUNTING STEPS



# FLOW CHART
# TRUST FUND ACCOUNTING SYSTEM
# ACCOUNTING STEPS



# FLOW CHART
# HIGHEST POSTED PRICE BULLETIN
# ACCOUNTING STEPS

Document Required: BIA O&G Accounting Monthly Oil Production Report (2 months previous)

The Gross Barrels are entered into a lotus worksheet, from highest to lowest, from purchasers who collected oil from Osage County, Oklahoma.

Each purchaser total divided by grand total to determine individual percent (reaching 100%) From the percentages, the top 95% of the purchasers are determined. From these purchasers, their Monthly Crude Oil Bulletins are utilzed to determine the higest price of each day of the month.

Purchasers Monthly Crude Oil Price Bulletins are received by mail or fax and the daily prices are entered into a lotus worksheet, where the highest daily price determined from each purchaser is obtained. The days are categorized according to price, indicating the number of price changes occuring during the month.

From the above worksheet, an Osage Agency Pricing Schedule is prepared indicating the highest price for each day of the month.

From the above worksheet, a cover letter, signed by Superintendent, indicates highest price paid by day and names of purchasers who paid said price.

Highest Posted Price letter and price bulletin are faxed to purchasers who purchase oil in Osage County, Oklahoma.

Highest Posted Price letter and price bulletin are mailed to purchasers and producers who sell or buy oil in Osage County, Oklahoma.

Highest Posted Price letter, bulletin and supporting documents are labeled and filed.

# FLOW CHART
## OTHER MINERALS AND COMMERCIAL EASEMENT FOR SALTWATER DISPOSAL WELL ACCOUNTING STEPS

Permits are processed through the Oil & Gas Accounting Branch and subject to 25 CFR Part 214.

⇩

An individual or company is required to send letter to Superintendent requesting permit with required pertinent information.

⇩

When required letter is received, a copy is submitted to the Osage Minerals and Mining committee for review, wherein an Osage Tribal Resolution is prepared granting permit.

⇩

If applicable, an Environmental Survey is conducted.

A permit is prepared in a Microsoft Word program and sent to the prospective lessee for notorized signature, corporate seal, etc.

Lessee is required to obtain a bond or escrow in amount according to areage.

When prospective lessee returns signed and notorized permit, it is routed for Osage Tribal Chief's notorized signature.

When required Osage Tribe's signature is received, the bond or escrow and permit is submitted to the Superintendent for signature.

Lessee is required to submit a $100 annual minimum royalty (or amount according to OTC resolution) and a $10 filing fee.

An approved permit is submitted to lease management for internal change order routing system.

A copy of approved permit, escrow or bond and OTC resolution is distributed to the lessee for his records.

Monthly report forms are prepared in Microsoft Word and submitted to lessee, as he is required to submit monthly production and royalty reports.

Permit file is prepared, labeled and filed in the Mineral's vault.

# FLOW CHART
# GAS PRODUCTION
# ACCOUNTING STEPS



# FLOW CHART
# GROSS PRODUCTION TAX
# ACCOUNTING STEPS

Documents required:
Monthly Oil Production Reports
Monthly Gas Production Reports
Monthly Tank Bottom Reports
(for 3 production months)

In a lotus worksheet, the oil and tank bottom info are encoded by month (3 mos) (oil - gross barrels, royalty barrels and royalty amount) (tank bottom - net barrels, royalty barrels and royalty amount) A grand total from the 3 mos is determined.

In a lotus worksheet, the gas information is encoded by month (3 mos) (Gas - MCF gas and royalty) and (Liquids - gallons and royalty) A grand total from the 3 mos is determined.

The grand royalty total from the oil and tank bottom amount is multiplied by 5% to produce the Gross Production Tax. The grand royalty total from the gas amount is multiplied by 5% to product the Gross Production Tax.

Estimate deadline:
February 8 - Annuity Payment for March
May 8 - Annuity Payment for June
August 8 - Annuity for September
November 8 - Annuity payment for December

Gross Production Tax estimate is sent to Albuquerque OST and Internal Tribal Auditor in order to compute the Quarterly Headright Payment.

GPT payment deadline:
March - Quarter ending December (Oct, Nov & Dec)
June - Quarter ending March (Jan, Feb and Mar)
September - Quarter ending June (Apr, May and Jun)
December - Quarter ending September (Jul, Aug and Sep)

Payment request and supporting documents sumbitted to OTFM/Osage Agency for payment process.

Payment request and supporting documents submitted to the Tribal Internal Auditor for his file.

Payment request and supporting documents submitted to Oklahoma Tax Commission for their files.

Documents are labeled and filed for audit.