# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: July 12, 2005 |
| v. | ) | No. 00-169 L<br>Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO PRODUCE TRANCHE ONE DOCUMENTS TO PLAINTIFF PURSUANT TO THE COURT'S JULY 8, 2005 ORDER

Defendant respectfully moves for a three-day enlargement of time, to and including July 15, 2005, to produce documents to Plaintiff pursuant to the Court's July 8, 2005 Order. The parties are conferring regarding a confidentiality stipulation and proposed order to protect the privilege status as to third parties of the documents produced to Plaintiff under the July 8, 2005 Order. Defendant has contacted Plaintiff's counsel of record regarding this request and Plaintiff's counsel of record has consented to Defendant's request for a three-day enlargement of time to produce the documents to Plaintiff pursuant to the Court's July 8, 2005 Order.

WHEREFORE, Defendant respectfully requests a three-day enlargement of time, to and including July 15, 2005, to produce the documents to Plaintiff pursuant to the Court's July 8, 2005 Order.

Respectfully submitted this 12th day of July, 2005,

KELLY A. JOHNSON
Acting Assistant Attorney General

By:

*s/ Brett D. Burton*

BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663

Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Attorney for Defendant

OF COUNSEL:
Kevin Webb
Martin J. LaLonde
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663

Stephen Simpson
Attorney
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 219-1659
Fax: (202) 208-3490

Jason R. Baron
Director of Litigation
Office of General Counsel
National Archives and Records Administration
8601 Adelphi Road
Room 3110, NGC
College Park, Maryland 20740-6001
Telephone: (301) 837-1499
Fax: (301) 837-0293

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A
Washington, D.C. 20227
Telephone: (202) 874-2567
Fax: (202) 874-6627