# In the United States Court of Federal Claims

No. 00-169 L

(E-Filed: July 14, 2005)

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

The court has before it Defendant's Unopposed Motion for Enlargement of Time to Produce Tranche One Documents to Plaintiff Pursuant to the Court's July 8, 2005 Order. Based on the representations contained therein and pursuant to an informal telephonic status report of the parties to chambers on July 12, 2005, the court hereby GRANTS defendant's motion. On or before July 15, 2005, defendant shall produce to plaintiff the remaining documents described in the court's July 8, 2005 Order.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge