IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: July 15, 2005 |
| v. | ) | No. 00-169 L<br>Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant , | ) | |

**JOINT STIPULATION OF CONFIDENTIALITY REGARDING PRIVILEGED MATERIALS PRODUCED PURSUANT TO THE COURT'S JULY 8, 2005 ORDER AND (PROPOSED) ORDER**

Pursuant to the Court's July 8, 2005 Order, Defendant will provide Plaintiff with the class of privileged materials or documents discussed in that Order that are within Defendant's possession, custody, or control ("Privileged Materials"). In order to prevent any potential waiver of privileges as to third parties, Plaintiff and Defendant mutually agree and stipulate to the procedures set forth below for protecting these Privileged Materials.

1. Any privileges asserted as to the Privileged Materials shall not be deemed to be waived as to third parties by virtue of Defendant providing the Privileged Materials to Plaintiff.

2. Defendant will stamp "PRIVILEGED MATERIAL – DO NOT DISCLOSE" on each document provided to Plaintiff pursuant to the July 8, 2005 Order.

3. The Privileged Materials and any information contained therein shall be kept strictly confidential by Plaintiff and shall not be disclosed to third parties or otherwise

made public in a manner that waives any privilege except as specifically provided in this Joint Stipulation. Defendant may make any use of any of the Privileged Materials, including public disclosure of such Privileged Materials, as may be appropriate in the execution of its official duties, including, but not limited, to any duties to the Osage Nation and/or other Indian tribes for which Defendant is trustee; however, nothing in this Stipulation and Order shall be construed as the consent of the Osage Nation to any such disclosure or would prevent the Osage Nation from seeking appropriate relief with respect to any disclosure made by Defendant.

4. Each party may disclose Privileged Materials to its designated attorneys, auditors, experts, and other representatives for purposes of this litigation, or any other litigation between the parties. Prior to attaching or quoting any of the Privileged Materials in any filing with the Court, the party proposing such filing shall seek the consent of the other party to such use of such Privileged Materials. In the event of a dispute concerning the disclosure of Privileged Materials, including in a filing with the Court, the parties agree to negotiate in good faith in order to resolve the dispute. In the event those negotiations fail to resolve the matter, either party may request appropriate relief from the Court at any time.

5. Within 30 days of the conclusion of this case, the parties will confer as to the disposition of the Privileged Materials. If the parties are unable to agree to the disposition of the Privileged Materials, either party may seek relief from this Court.

s/ *Wilson Pipestem*__________

WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Ave., NW
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931

Attorney for Plaintiff

s/ *Brett Burton*______________

BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Div.
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Attorney for Defendant

OF COUNSEL:
Kevin Webb
Martin J. LaLonde
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663

Stephen Simpson
Attorney
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 219-1659
Fax: (202) 208-3490

Jason R. Baron
Director of Litigation
Office of General Counsel
National Archives and Record
Administration
8601 Adelphi Road
Room 3110, NGC
College Park, Maryland 20740-6001
Telephone: (301) 837-1499
Fax: (301) 837-0293

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel

Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A
Washington, D.C. 20227
Telephone: (202) 874-2567
Fax: (202) 874-6627

**(PROPOSED)**
**ORDER**

The Court having found good cause for the entry of an order approving the foregoing stipulation of the Parties,

IT IS THEREFORE, ORDERED that the stipulation as contained herein is approved;

ORDERED that this Joint Stipulation of Confidentiality Regarding Privileged Materials Produced Pursuant to the Court's July 8, 2005 Order shall govern production of Defendant's Privileged Materials to Plaintiff as provided herein, unless modified by further Order of this Court; and

**JOINT STIPULATION OF CONFIDENTIALITY REGARDING PRIVILEGED MATERIALS PRODUCED PURSUANT TO THE COURT'S JULY 8, 2005 ORDER AND (PROPOSED) ORDER**

Dated:____________

________________
EMILY C. HEWIIT
Judge