**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Electronically Filed:<br>July 15, 2005<br><br>No. 00-169 L<br>Judge Emily C. Hewitt |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO PRODUCE TRANCHE ONE DOCUMENTS TO PLAINTIFF PURSUANT TO THE COURT'S JULY 8, 2005 ORDER**

Defendant respectfully moves for an enlargement of time to produce documents to Plaintiff pursuant to the Court's July 8, 2005 Order. On July 15, 2005, the parties filed a Joint Stipulation of Confidentiality Regarding Privileged Materials Produced Pursuant to the Court's July 8, 2005 Order and (Proposed) Order to govern the production of the documents to be produced under the July 8, 2005, Order. Defendant seeks an enlargement of time until July 20, 2005, or until the Court enters the Joint Stipulation of Confidentiality and Proposed Order, whichever occurs earlier. Defendant has contacted Plaintiff's counsel regarding this request and Plaintiff's counsel has consented to Defendant's request for this enlargement of time to produce the documents to Plaintiff pursuant to the Court's July 8, 2005 Order.

WHEREFORE, Defendant respectfully requests an enlargement of time, to and including July 20, 2005, or until the Court enters the parties' Joint Stipulation and Proposed Order, to produce the documents to Plaintiff pursuant to the Court's July 8, 2005 Order.

Respectfully submitted this 15th day of July, 2005,

KELLY A. JOHNSON
Acting Assistant Attorney General

By:

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Attorney for Defendant

OF COUNSEL:
Kevin Webb
Martin J. LaLonde
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663

Stephen Simpson
Attorney
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D.C. 20240
Telephone: (202) 219-1659
Fax: (202) 208-3490

Jason R. Baron
Director of Litigation
Office of General Counsel
National Archives and Records Administration
8601 Adelphi Road
Room 3110, NGC
College Park, Maryland 20740-6001
Telephone: (301) 837-1499
Fax: (301) 837-0293

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A
Washington, D.C. 20227
Telephone: (202) 874-2567
Fax: (202) 874-6627