# In the United States Court of Federal Claims

No. 00-169 L

(E-Filed: July 18, 2005)

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

The court has before it Defendant's [Second] Unopposed Motion for Enlargement of Time to Produce Tranche One Documents to Plaintiff Pursuant to the Court's July 8, 2005 Order (Motion for Enlargement) and the parties' Joint Stipulation of Confidentiality Regarding Privileged Materials Produced Pursuant to the Court's July 8, 2005 Order and (Proposed) Order (Privilege Stipulation), both electronically filed July 15, 2005.

The court construes the Privilege Stipulation as a motion to approve the Privilege Stipulation and to order that it shall govern production of defendant's privileged materials unless otherwise ordered by the court. Based on the representations contained therein, the court hereby GRANTS the motion to approve the Privilege Stipulation, which shall remain in effect until further order of the court, and GRANTS defendant's Motion for Enlargement. On or before July 20, 2005, defendant shall produce to plaintiff the remaining documents described in the court's July 8, 2005 Order.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge