# In the United States Court of Federal Claims

No. 00-169 L

(E-Filed: July 27, 2005)

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

The court has before it Defendant's Unopposed Motion for Leave to Exceed 20-Page Limit Under Rule 5.2(b)(2), electronically filed July 25, 2005. Based on the representations contained therein, the court hereby GRANTS defendant's motion.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge