# In the United States Court of Federal Claims

No. 00-169 L

(E-Filed: August 2, 2005)

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

The court has before it Defendant's Motion to Dismiss, in Part, Plaintiff's Tranche One Claims (defendant's Motion), Plaintiff Osage Nation's Opposition to Defendant's Motion to Dismiss, in Part, Plaintiff's Tranche One Claims, and Defendant's Reply in Support of Motion to Dismiss, in Part, Plaintiff's Tranche One Claims. Based on the representations contained therein, the court will hold oral argument on defendant's Motion, and the responsive briefing thereto, on Tuesday, September 13, 2005 at 2:00 p.m. in the National Courts Building.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge