IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: August 22, 2005 |
| v. | ) | No. 169-00L |
| THE UNITED STATES OF AMERICA, | ) | Judge Emily C. Hewitt |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER AGAINST PLAINTIFF'S RULE 30(b)(6) NOTICES OF DEPOSITION AND SUBPOENAS**

Pursuant to Rules 26 and 45 of the Rules of the Court of Federal Claims ("RCFC"), Defendant hereby makes this motion for a protective order against the notices of deposition and subpoenas that Plaintiff has issued under RCFC 30(b)(6) to the Department of the Interior and the Department of the Treasury. Specifically, Defendant requests that the Court Order Plaintiff to restate its notices of deposition and subpoenas and strike the topic that requires Defendant to designate a person or persons to testify concerning the trust duties, responsibilities, and obligations of Defendant under the Act of June 28, 1906, 34 Stat. 539 ("1906 Act"). The grounds for this motion are set forth in the supporting memorandum of law and authorities that is attached hereto.

Wherefore, Defendant respectfully requests that its motion be GRANTED.

Respectfully submitted this 22nd day of August, 2005,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural Resources Division

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division

Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0212
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

MARTIN J. LALONDE
KEVIN WEBB
JENNIFER ALLAIRE
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C. 20044-0663

STEPHEN SIMPSON
BRENDA RIEL
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227