IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | |
| Plaintiff, | Electronically Filed: August 22, 2005 |
| v. | No. 169-00L |
| THE UNITED STATES OF AMERICA, | Judge Emily C. Hewitt |
| Defendant. | |

**DEFENDANT'S MOTION FOR EXPEDITED CONSIDERATION OF ITS MOTION FOR PROTECTIVE ORDER AGAINST PLAINTIFF'S RULE 30(b)(6) NOTICES OF DEPOSITION AND SUBPOENAS**

Defendant hereby respectfully moves for expedited consideration by this Court of Defendant's motion for protective order against the notices of deposition and subpoenas that Plaintiff has issued under the Rules of the Court of Federal Claims ("RCFC") 30(b)(6) to the Department of the Interior ("Interior") and the Department of the Treasury ("Treasury"). In support of this motion, Defendant states as follows:

(1) Per the Court's June 20, 2005, Order, fact discovery shall conclude on or before Thursday, September 1, 2005.

(2) Since June 1, 2005, Plaintiff has deposed multiple Interior fact witnesses and four Interior witnesses designated pursuant to RCFC 30(b)(6). Interior 30(b)(6) depositions are still on-going and Plaintiff intends to depose several Treasury witnesses designated pursuant to RCFC 30(b)(6) next week, commencing on August 30, 2005.

Because the September 1, 2005, deadline for completing fact discovery is rapidly approaching and 30(b)(6) depositions are scheduled for this week and next week, Defendant respectfully requests that this Court expedite considerations of Defendants's motion for protective

order against the notices of deposition and subpoenas that Plaintiff has issued under RCFC 30(b)(6) to Interior and Treasury.

Wherefore, Defendant respectfully request that its motion be GRANTED.

Respectfully submitted this 22nd day of August, 2005,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural Resources Division

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0212
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

MARTIN J. LALONDE
KEVIN WEBB
JENNIFER ALLAIRE
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C. 20044-0663

STEPHEN SIMPSON
BRENDA RIEL
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227