IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed August 23, 2005 |
| v. | ) | No. 169-00L |
| THE UNITED STATES OF AMERICA, et al., | ) | Judge Emily C. Hewitt |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF CORRECTED FILING**

On August 22, 2005, Defendant filed a motion for protective order, under Rules 26 and 45 of the Rules of the Court of Federal Claims (RCFC), against the notices of deposition and subpoenas that Plaintiff had issued under RCFC 30(b)(6) to the Department of the Interior and the Department of the Treasury. As part of its motion, Defendant submitted a supporting memorandum and three exhibits. Through the inadvertence of counsel, Defendant attached the wrong document as Exhibit 1. Defendant hereby submits the correct Exhibit 1: Plaintiff's Notice of Deposition to the Department of the Interior, dated May 4, 2005. Defendant regrets any inconvenience to the Court or Plaintiff as a result of its error.

Respectfully submitted this 23rd day of August, 2005,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Brett D. Burton*
BRETT D. BURTON, DC Bar #471630
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Tel: (202) 305-0212
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

MARTIN J. LALONDE
KEVIN WEBB
JENNIFER ALLAIRE
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C. 20044-0663

STEPHEN SIMPSON
BRENDA RIEL
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227