**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Electronically Filed<br>August 24, 2005<br><br>No. 00-169 L<br>Judge Emily C. Hewitt |

**THE OSAGE NATION'S UNOPPOSED MOTION FOR PROTECTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S RULE 30(b)(6) DEPOSITION NOTICE AND REQUEST FOR PRODUCTION OF DOCUMENTS**

The Osage Nation respectfully moves for a two-week extension of time, to and including September 12, 2005, in which to comply with Defendant's Notice of Taking of Deposition Upon Oral Examination and Request for Production of Documents set for August 29, 2005. In support of this motion, the Osage Nation states the following:

1. Due to the pressing discovery schedule adopted by the parties in this proceeding, the Osage Nation requires two additional weeks within which to comply with the Defendant's document request presented under RCFC 30(b)(6).

2. On August 8, 2005, Defendant served the Osage Nation with a deposition notice and request for production of documents. The document request requires responsive documents to be produced no later than August 24, 2005. The deposition of the Osage Nation's representative was noticed for August 29,2005 and is scheduled to proceed on that date in Pawhuska, Oklahoma.

3. The Osage Nation requires additional time to adequately respond to Defendant's document request. The document request covers a wide range of topics. In addition, efforts to

comply with the document request require considerable research of documents extending back 30 years and which are located in Pawhuska, Oklahoma.

4. In the two weeks since it had been served with the document request, the Osage Nation has interviewed various individuals to identify the Osage Nation's designee. In addition, the Osage Nation has been preoccupied with other discovery-related tasks in this case. Specifically, the Osage Nation and Defendant have been engaged in a joint review of documents located in the American Indian Records Repository in Lenexa, Kansas. Furthermore, the Osage Nation continues to review documents produced by Defendant on a weekly basis, many of which are produced in response to the Osage Nation's deposition notices and accompanying document requests served on Defendant in May 2004. Finally, depositions have been taken on each day since the deposition notice was served and depositions are scheduled on every intervening day except two until the September 1, 2005 discovery deadline.

5. The Osage Nation has conferred with counsel of record for Defendant regarding this motion. Defendant has authorized the undersigned to state that Defendant does not oppose the Osage Nation's motion for a two-week extension of time, to and including September 12, 2005, to identify and produce a Rule 30(b)(6) deponent and to produce documents in response to Defendant's August 8, 2005 deposition notice and accompanying document request.

Dated this August 24, 2005

Respectfully submitted,

*s/Wilson K. Pipestem*
WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation