# In the United States Court of Federal Claims

No. 00-169 L

(E-Filed: September 1, 2005)

| | |
|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

ORDER

The court has before it plaintiff's Motion for Modification of April 15, 2005 Scheduling Order (Motion for Modification), electronically filed August 29, 2005. Further to plaintiff's Motion for Modification, a telephonic status conference was held off the record on August 30, 2005. In order to memorialize the representations made during the August 30, 2005 telephonic status conference, defendant shall file its response to plaintiff's Motion for Modification and plaintiff shall file its reply in accordance with RCFC 7.2 (a)-(b).

Based on the representations contained in plaintiff's Motion for Modification and made by the parties during the telephonic status conference, the court treats plaintiff's Motion for Modification as a motion to continue the deposition of Mr. Greg Chavarria (Motion to Continue Deposition), a Rule 30(b)(6) deponent designated by defendant. The court hereby GRANTS plaintiff's Motion to Continue Deposition. On or before September 1, 2005, plaintiff may continue the deposition of Mr. Chavarria for up to four hours.

The court also hereby AMENDS paragraphs 2-4 of its order of June 20, 2005 as follows:

a) Expert Discovery. Plaintiff's expert report(s) shall be submitted on or before Friday, September 30, 2005, and defendant's responsive expert report(s) shall be

submitted on or before Friday, November 3, 2005. Plaintiff's rebuttal expert report(s) shall be submitted on or before Wednesday, November 23, 2005.

b) Expert Depositions. All depositions of experts shall be completed on or before Monday, December 12, 2005.

c) Meeting of Counsel. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, on or before Tuesday, December 20, 2005.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge