# In the United States Court of Federal Claims

No. 00-169 L

(E-Filed: September 1, 2005)

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

The court has before it Defendant's Motion for Protective Order Against Plaintiff's Rule 30(b)(6) Notices of Deposition and Subpoenas, and supportive filings thereto[1] (Motion for Protective Order), electronically filed August 22, 2005, and The Osage Nation's Unopposed Motion for Protection for Extension of Time to Respond to Defendant's Rule 30(b)(6) Deposition Notice and Request for Production of Documents (Motion for Extension of Time), electronically filed August 24, 2005. Based on the representations contained therein and further to a telephonic status conference held off the record on August 25, 2005, the court hereby MOOTS defendant's Motion for Protective Order and GRANTS plaintiff's Motion for Extension of Time. Notwithstanding the September 1, 2005 fact discovery deadline set forth in the court's order of June 20, 2005, plaintiff shall have up to and including September 12, 2005 to identify and produce a Rule 30(b)(6) deponent and documents in response to defendant's deposition notice and accompanying document request of August 8, 2005.

[1]Defendant filed the following supporting documents electronically on August 22, 2005: Memorandum in Support of Defendant's Motion for Protective Order Against Plaintiff's Rule 30(b)(6) Notices of Deposition and Subpoenas, Defendant's Motion for Expedited Consideration of its Motion for Protective Order Against Plaintiff's Rule 30(b)(6) Notices of Deposition and Subpoenas. Defendant filed Defendant's Notice of Corrected Filing on August 23, 2005.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge