**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | |
| Plaintiff, | Electronically Filed: September 12, 2005 |
| v. | No. 00-169 L<br>Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

**JOINT NOTICE OF FILING OF**
**<u>PARTIES' JOINT APPENDIX - SOURCES OF LAW</u>**

Defendant files this notice on behalf of the parties to advise the Court that Defendant has filed the documents referenced in the attached Joint Appendix- Sources of Law ("Joint Appendix"), in paper form. The documents filed in paper form consist of 481 pages. Courtesy copies of the documents in paper form have previously been provided to the Court and to Plaintiff.

Due to the large volume of documents, Plaintiff consented to filing the documents in paper form. Further, pursuant to General Order No. 42A, *Interim Procedures for Electronic Case Filing*, the Court authorized filing the documents in paper form with the consent of Plaintiff.

Respectfully submitted this 12th day of September, 2005,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Wilson K. Pipestem
WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 419-3526
Fax: (202) 659-4931

Attorney of Record for Plaintiff

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0212
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

Martin J. LaLonde
John H. Martin
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663

Stephen Simpson
Brenda Riel
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A
Washington, D.C. 20227

**Osage Nation v. United States**
**CFC Case No. 00-169L (ECH)**

**Parties' Joint Appendix to the Court**

| SECTION 1<br>1906 Act, Amendments, and Legislative Histories | |
|---|---|
| **Tab** | **Statute, Regulation, or Report** |
| **1** | • Act of June 28, 1906, ch. 3572, 34 Stat. 539<br>• H. REP. No. 59-3219 (1906)<br>• S. REP. No. 59-4210 (1906)<br>• H. REP. No. 59-4996 (1906) |
| **2** | • Act of Mar. 3, 1921, ch. 120, 41 Stat. 1249<br>• S. REP. No. 66-704 (1921)<br>• H. REP. No. 66-1278 (1921)<br>• H. REP. No. 66-1377 (1921) |
| **3** | • Act of Feb. 27, 1925, ch. 359, 43 Stat. 1008<br>• H. REP. No. 68-260 (1924)<br>• S. REP. No. 68-890 (1925)<br>• H.R. CONF. REP. No. 68-1535 (1925) |
| **4** | • Act of Mar. 2, 1929, ch. 493, 45 Stat. 1478<br>• S. REP. No. 70-272 (1928)<br>• H. REP. No. 70-1901 (1928) |
| **5** | • Act of June 24, 1938, ch. 645, 52 Stat. 1034<br>• H. REP. No. 75-2700 (1938)<br>• S. REP. No. 75-1798 (1938) |
| **6** | • Act of July 25, 1947, ch. 334, 61 Stat. 459<br>• H. REP. No. 80-737 (1947)<br>• S. REP. No. 80-544 (1947) |
| **7** | • Act of June 15, 1950, ch. 248, 64 Stat. 215<br>• S. REP. No. 81-1350 (1950)<br>• H. REP. No. 81-2079 (1950) |
| **8** | • Act of Oct. 6, 1964, Pub. L. No. 88-632, 78 Stat. 1008<br>• H. REP. No. 88-1793 (1964)<br>• S. REP. No. 88-1525 (1964) |

| Tab | Statute, Regulation, or Report |
|---|---|
| 9 | • Act of Oct. 21, 1978, Pub. L. No. 95-496, 92 Stat. 1660<br>• S. REP. No.95-1157 (1978)<br>• S. REP. No. 95-1158 (1978)<br>• H. REP. No. 95-1459 (1978) |
| **SECTION 2**<br>**Regulations for Tranche One Months** | |
| 10 | 1976<br>• 25 C.F.R. pt. 183 (1975)<br>• 39 Fed. Reg. 12,755 (Apr. 8, 1974)<br>• 39 Fed. Reg. 22,254 (June 21, 1974) |
| 11 | 1979<br>• 25 C.F.R. pt. 183 (1979)<br>• 41 Fed. Reg. 17,747 (Apr. 28, 1976)<br>• 41 Fed. Reg. 50,648 (Nov. 17, 1976)<br>• 42 Fed. Reg. 18,083 (Apr. 5, 1977)<br>• 42 Fed. Reg. 42,695 (Aug. 24, 1977)<br>• 43 Fed. Reg. 8135 (Feb. 28, 1978)<br>• 43 Fed. Reg. 11,815 (Mar. 22, 1978) |
| 12 | 1980<br>• 25 C.F.R. pt. 226 (1980) |
| 13 | 1986<br>• 25 C.F.R. pt. 226 (1986)<br>• 47 Fed. Reg. 13,326 (Mar. 30, 1982) |
| 14 | 1989<br>• 25 C.F.R. pt. 226 (1989)<br>• 52 Fed. Reg. 38,608 (Oct. 16, 1987) |
| 15 | 1990<br>• 25 C.F.R. pt. 226 (1990)<br>• 55 Fed. Reg. 33,112 (Aug. 14, 1990) |
| **SECTION 3**<br>**Regulations for Non-Tranche One Months** | |
| 16 | • Regulations Governing the Leasing of Lands for Oil and Gas on the Osage Reservation, Oklahoma, Under the Act of March 3, 1905 (Apr. 17, 1907) |
| 17 | • Regulations to Govern the Leasing of Lands in the Osage Reservation, Okla, for Oil and Gas Mining Purposes (July 3, 1912) |

| Tab | Statute, Regulation, or Report |
|---|---|
| 18 | • Regulations to Govern the Leasing of Lands in the Osage Reservation, Okla, for Oil and Gas Mining Purposes (Aug. 26, 1915) |
| 19 | • Regulations to Govern the Leasing of Lands in the Osage Reservation, Okla., for Mining Purposes (Except Oil and Gas Mining) (Nov. 1, 1919) |
| 20 | • Regulation to Govern Settlement of Damages Surface Owners, or Their Lessees, Caused by Mineral Lessees in the Osage Reservation, Oklahoma, as Provided by Act of Congress Approved March 3, 1921 (Oct. 20, 1921) |
| 21 | • Regulations to Govern the Leasing of Lands in the Osage Reservation, Okla., for Oil and Gas Mining Purposes (Mar. 7, 1923) |
| 22 | • Regulations to Govern the Leasing of Lands in the Osage Reservation, Oklahoma, for Oil and Gas Mining Purposes (July 12, 1932) |
| 23 | • 11 Fed. Reg. 1440 (Feb. 7, 1946) |
| 24 | • 16 Fed. Reg. 473 (Jan. 18, 1951) |
| 25 | • 17 Fed. Reg. 2602 (Mar. 26, 1952) |
| 26 | • 18 Fed. Reg. 7057 (Nov. 10, 1953) |
| 27 | • 20 Fed. Reg. 5647 (Aug. 5, 1955) |
| 28 | • 20 Fed. Reg. 10,097 (Dec. 30, 1955) |
| 29 | • 21 Fed. Reg. 3147 (May 11, 1956) |
| 30 | • 23 Fed. Reg. 3132 (May 10, 1958) |
| 31 | • 23 Fed. Reg. 5093 (July 3, 1958) |
| 32 | • 23 Fed. Reg. 7133 (Sept. 16, 1958) |
| 33 | • 23 Fed. Reg. 9758 (Dec. 18, 1958) |
| 34 | • 27 Fed. Reg. 5871 (June 21, 1962) |
| 35 | • 27 Fed. Reg. 9512 (Sept. 26, 1962) |
| 36 | • 31 Fed. Reg. 12,794 (Sept. 30, 1966) |
| 37 | • 32 Fed. Reg. 8587 (June 15, 1967) |
| 38 | • 58 Fed. Reg. 59,142 (Nov. 5, 1993) |
| 39 | • 59 Fed. Reg. 22,104 (Apr. 28, 1994) |

| Tab | Statute, Regulation, or Report |
|---|---|
| **40** | • 64 Fed. Reg. 13,896 (Mar. 23, 1999) |
| **SECTION 4**<br>**Investment Statutes** | |
| **41** | • 25 U.S.C. § 161a (effective in 1976)<br>• 25 U.S.C. § 161a (current)<br>• Act of June 13, 1930, c. 483, 46 Stat. 584<br>• Oct. 4, 1984, Pub.L. No. 98-451, 98 Stat. 1729<br>• Oct. 25, 1994, Pub.L. No. 103-412, 108 Stat. 4241 |
| **42** | • 25 U.S.C. § 162a (effective in 1976)<br>• 25 U.S.C. § 162a (current)<br>• Act of June 24, 1938, c. 648, § 1, 52 Stat. 1037<br>• Act of Nov. 4, 1983, Pub.L. No. 98-146, 97 Stat. 929<br>• Act of Nov. 29, 1990, Pub.L. No. 101-644, 104 Stat. 4667<br>• Act of Oct. 25, 1994, Pub.L. No. 1003-412, 108 Stat. 4240 |
| **43** | • 25 U.S.C. §155 (current) |