**Osage Nation v. United States**
**CFC Case No. 00-169L (ECH)**

**Parties' Joint Appendix to the Court**

| SECTION 1<br>1906 Act, Amendments, and Legislative Histories | |
|---|---|
| **Tab** | **Statute, Regulation, or Report** |
| **1** | • Act of June 28, 1906, ch. 3572, 34 Stat. 539<br>• H. REP. No. 59-3219 (1906)<br>• S. REP. No. 59-4210 (1906)<br>• H. REP. No. 59-4996 (1906) |
| **2** | • Act of Mar. 3, 1921, ch. 120, 41 Stat. 1249<br>• S. REP. No. 66-704 (1921)<br>• H. REP. No. 66-1278 (1921)<br>• H. REP. No. 66-1377 (1921) |
| **3** | • Act of Feb. 27, 1925, ch. 359, 43 Stat. 1008<br>• H. REP. No. 68-260 (1924)<br>• S. REP. No. 68-890 (1925)<br>• H.R. CONF. REP. No. 68-1535 (1925) |
| **4** | • Act of Mar. 2, 1929, ch. 493, 45 Stat. 1478<br>• S. REP. No. 70-272 (1928)<br>• H. REP. No. 70-1901 (1928) |
| **5** | • Act of June 24, 1938, ch. 645, 52 Stat. 1034<br>• H. REP. No. 75-2700 (1938)<br>• S. REP. No. 75-1798 (1938) |
| **6** | • Act of July 25, 1947, ch. 334, 61 Stat. 459<br>• H. REP. No. 80-737 (1947)<br>• S. REP. No. 80-544 (1947) |
| **7** | • Act of June 15, 1950, ch. 248, 64 Stat. 215<br>• S. REP. No. 81-1350 (1950)<br>• H. REP. No. 81-2079 (1950) |
| **8** | • Act of Oct. 6, 1964, Pub. L. No. 88-632, 78 Stat. 1008<br>• H. REP. No. 88-1793 (1964)<br>• S. REP. No. 88-1525 (1964) |

| Tab | Statute, Regulation, or Report |
|---|---|
| 9 | • Act of Oct. 21, 1978, Pub. L. No. 95-496, 92 Stat. 1660<br>• S. REP. No.95-1157 (1978)<br>• S. REP. No. 95-1158 (1978)<br>• H. REP. No. 95-1459 (1978) |
| **SECTION 2**<br>**Regulations for Tranche One Months** | |
| 10 | 1976<br>• 25 C.F.R. pt. 183 (1975)<br>• 39 Fed. Reg. 12,755 (Apr. 8, 1974)<br>• 39 Fed. Reg. 22,254 (June 21, 1974) |
| 11 | 1979<br>• 25 C.F.R. pt. 183 (1979)<br>• 41 Fed. Reg. 17,747 (Apr. 28, 1976)<br>• 41 Fed. Reg. 50,648 (Nov. 17, 1976)<br>• 42 Fed. Reg. 18,083 (Apr. 5, 1977)<br>• 42 Fed. Reg. 42,695 (Aug. 24, 1977)<br>• 43 Fed. Reg. 8135 (Feb. 28, 1978)<br>• 43 Fed. Reg. 11,815 (Mar. 22, 1978) |
| 12 | 1980<br>• 25 C.F.R. pt. 226 (1980) |
| 13 | 1986<br>• 25 C.F.R. pt. 226 (1986)<br>• 47 Fed. Reg. 13,326 (Mar. 30, 1982) |
| 14 | 1989<br>• 25 C.F.R. pt. 226 (1989)<br>• 52 Fed. Reg. 38,608 (Oct. 16, 1987) |
| 15 | 1990<br>• 25 C.F.R. pt. 226 (1990)<br>• 55 Fed. Reg. 33,112 (Aug. 14, 1990) |
| **SECTION 3**<br>**Regulations for Non-Tranche One Months** | |
| 16 | • Regulations Governing the Leasing of Lands for Oil and Gas on the Osage Reservation, Oklahoma, Under the Act of March 3, 1905 (Apr. 17, 1907) |
| 17 | • Regulations to Govern the Leasing of Lands in the Osage Reservation, Okla, for Oil and Gas Mining Purposes (July 3, 1912) |

| Tab | Statute, Regulation, or Report |
|---|---|
| 18 | • Regulations to Govern the Leasing of Lands in the Osage Reservation, Okla, for Oil and Gas Mining Purposes (Aug. 26, 1915) |
| 19 | • Regulations to Govern the Leasing of Lands in the Osage Reservation, Okla., for Mining Purposes (Except Oil and Gas Mining) (Nov. 1, 1919) |
| 20 | • Regulation to Govern Settlement of Damages Surface Owners, or Their Lessees, Caused by Mineral Lessees in the Osage Reservation, Oklahoma, as Provided by Act of Congress Approved March 3, 1921 (Oct. 20, 1921) |
| 21 | • Regulations to Govern the Leasing of Lands in the Osage Reservation, Okla., for Oil and Gas Mining Purposes (Mar. 7, 1923) |
| 22 | • Regulations to Govern the Leasing of Lands in the Osage Reservation, Oklahoma, for Oil and Gas Mining Purposes (July 12, 1932) |
| 23 | • 11 Fed. Reg. 1440 (Feb. 7, 1946) |
| 24 | • 16 Fed. Reg. 473 (Jan. 18, 1951) |
| 25 | • 17 Fed. Reg. 2602 (Mar. 26, 1952) |
| 26 | • 18 Fed. Reg. 7057 (Nov. 10, 1953) |
| 27 | • 20 Fed. Reg. 5647 (Aug. 5, 1955) |
| 28 | • 20 Fed. Reg. 10,097 (Dec. 30, 1955) |
| 29 | • 21 Fed. Reg. 3147 (May 11, 1956) |
| 30 | • 23 Fed. Reg. 3132 (May 10, 1958) |
| 31 | • 23 Fed. Reg. 5093 (July 3, 1958) |
| 32 | • 23 Fed. Reg. 7133 (Sept. 16, 1958) |
| 33 | • 23 Fed. Reg. 9758 (Dec. 18, 1958) |
| 34 | • 27 Fed. Reg. 5871 (June 21, 1962) |
| 35 | • 27 Fed. Reg. 9512 (Sept. 26, 1962) |
| 36 | • 31 Fed. Reg. 12,794 (Sept. 30, 1966) |
| 37 | • 32 Fed. Reg. 8587 (June 15, 1967) |
| 38 | • 58 Fed. Reg. 59,142 (Nov. 5, 1993) |
| 39 | • 59 Fed. Reg. 22,104 (Apr. 28, 1994) |

| Tab | Statute, Regulation, or Report |
|---|---|
| **40** | • 64 Fed. Reg. 13,896 (Mar. 23, 1999) |
| **SECTION 4**<br>**Investment Statutes** | |
| **41** | • 25 U.S.C. § 161a (effective in 1976)<br>• 25 U.S.C. § 161a (current)<br>• Act of June 13, 1930, c. 483, 46 Stat. 584<br>• Oct. 4, 1984, Pub.L. No. 98-451, 98 Stat. 1729<br>• Oct. 25, 1994, Pub.L. No. 103-412, 108 Stat. 4241 |
| **42** | • 25 U.S.C. § 162a (effective in 1976)<br>• 25 U.S.C. § 162a (current)<br>• Act of June 24, 1938, c. 648, § 1, 52 Stat. 1037<br>• Act of Nov. 4, 1983, Pub.L. No. 98-146, 97 Stat. 929<br>• Act of Nov. 29, 1990, Pub.L. No. 101-644, 104 Stat. 4667<br>• Act of Oct. 25, 1994, Pub.L. No. 1003-412, 108 Stat. 4240 |
| **43** | • 25 U.S.C. §155 (current) |