# In the United States Court of Federal Claims

No. 00-169 L

(E-Filed: September 14, 2005)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

The following order was filed today in Case No. 99-550 L:

"The above-captioned case has recently been transferred to the docket of the undersigned. Because the above-captioned case is directly related, see Rules of the Court of Federal Claims (RCFC) 40.2(a)(1), to Case No. 00-169 L, which is also on the docket of the undersigned, Case No. 00-169 L shall be consolidated into Case No. 99-550 L and all future filings in the consolidated case shall, in the caption, identify the case as:

No. 99-550 L
(into which has been consolidated No. 00-169 L)

"The consolidated case shall hereafter be conducted as an ECF case pursuant to General Order No. 42A (November 4, 2004).

"IT IS SO ORDERED."

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge